IN RE: MOVEIT CUSTOMER DATA SECURITY
BREACH LITIGATION                                                                            MDL No. 3083

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On October 4, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Allison D. Burroughs.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Burroughs.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 4, 2023, and, with the consent of that court, assigned to the Honorable Allison D. Burroughs.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 16, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: _____
        Deputy Clerk

Date: __10/17/2023__

IN RE: M
BREACH                                                                                         MDL No. 3083

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 23−05481 | Terry Cheng v. Pension Benefit Information, LLC et al |
| CAC | 5 | 23−01617 | Valerie Taylor et al v. Pension Benefit Information, LLC et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 23−03377 | Hurtado v. Pension Benefit Information, LLC et al |
| CAN | 3 | 23−03839 | Landi et al v. Progress Software Corporation et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 23−01610 | Doe v. Pension Benefit Information, LLC |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 23−23281 | Valiente v. Maximus, Inc. |
| **ILLINOIS CENTRAL** | | | |
| ILC | 3 | 23−03225 | Acevedo Jr. v. ILLINOIS DEPARTMENT OF INNOVATION AND TECHNOLOGY et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 23−05028 | Harris v. Progress Software Corporation |
| ~~ILN~~ | ~~1~~ | ~~23−06408~~ | ~~Uhrich v. Teachers Insurance and Annuity Association of America~~ <span style="color:red">case transferred to NYS, see 1:23-8688*</span> |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 23−00326 | Miller v. F&G Annuities & Life, Inc. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 23−04980 | Tucker v. Progress Software Corporation |
| **MARYLAND** | | | |
| MD | 1 | 23−01826 | Hunter v. The Johns Hopkins University et al |
| MD | 1 | 23−01854 | Gregory et al v. Johns Hopkins University et al |
| MD | 1 | 23−01912 | Pulignani v. Progress Software Corporation et al |

| | | | |
|---|---|---|---|
| MD | 1 | 23−01913 | Truesdale v. Progress Software Corporation et al |
| MD | 1 | 23−01933 | Doe v. Progress Software Corporation et al |

**MICHIGAN WESTERN**

| | | | |
|---|---|---|---|
| MIW | 1 | 23−01005 | McPherson v. UNUM Group et al |

**MINNESOTA**

| | | | |
|---|---|---|---|
| MN | 0 | 23−02045 | Collins v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02055 | Smith v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02071 | Garrison v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02075 | Harris v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02139 | Ellis et al v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02176 | Feregrino et al v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02238 | Williams v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02240 | Glabb v. Pension Benefits Information, LLC |
| MN | 0 | 23−02254 | White et al v. Pension Benefit Information, LLC et al |
| MN | 0 | 23−02278 | Mosqueda v. Progress Software Corporation et al |
| MN | 0 | 23−02478 | Golestani v. Pension Benefit Information, LLC |

**NEBRASKA**

| | | | | |
|---|---|---|---|---|
| NE | 4 | 23−03126 | Scott et al v. Union Bank and Trust Company | |
| NE | 8 | 23−00298 | Bender v. Union Bank & Trust Company | |
| ~~NE~~ | ~~8~~ | ~~23−00381~~ | ~~Jeanfort v. TD Ameritrade, Inc.~~ | Opposed 10/13/2023 |

**NEVADA**

| | | | |
|---|---|---|---|
| NV | 2 | 23−01545 | Campbell v. Pension Benefit Information, LLC |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 1 | 23−03999 | WEISSMAN v. ATHENE ANNUITY AND LIFE COMPANY et al |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 23−06944 | Jentz v. Teachers Insurance and Annuity Association of America |
| NYS | 1 | 23−06956 | Lopez v. Teachers Insurance and Annuity Association of America |
| NYS | 1 | 23−07020 | Smuda et al v. Teachers Insurance and Annuity Association of America |
| NYS | 1 | 23−07407 | King v. Teachers Insurance and Annuity Association of America |
| NYS | 1 | 23−07437 | Andersen v. Teachers Insurance and Annuity Association of America |
| NYS | 1 | 23−07758 | Teppler v. Teachers Insurance and Annuity Association of America |
| NYS | 1 | 23−07822 | Marshall v. Progress Software Corporation et al |
| NYS | 1 | 23−08688* | Uhrich v. Teachers Insurance and Annuity Association of America |
| NYS | 7 | 23−07740 | Wedeking v. International Business Machines Corporation |

**NEW YORK WESTERN**

| | | | |
|---|---|---|---|
| NYW | 6 | 23−06471 | Harling v. The University of Rochester |

OKLAHOMA WESTERN

| OKW | 5 | 23−00782 | ~~Strucke et al v. Midland Financial Co et al~~ | Opposed 10/13/2023 |
|---|---|---|---|---|

(row above shown with strikethrough) 

OREGON

| OR | 3 | 23−01259 | Hopkins v. Trillium Community Health Plan, Inc. et al |
|---|---|---|---|
| OR | 6 | 23−01149 | Malo et al v. Performance Health Technology, Ltd. |

VIRGINIA EASTERN

| VAE | 1 | 23−01019 | Bishop v. Maximus Federal Services, Inc. |
|---|---|---|---|
| VAE | 1 | 23−01028 | Buzzell v. Maximus, Inc. et al <font color |
| VAE | 1 | 23−01045 | Harding v. Maximus, Inc. et al <font color |
| VAE | 1 | 23−01107 | Beers et al v. Maximus, Inc. et al <font color |
| VAE | 1 | 23−01108 | Wilt v. Maximus, Inc. <font color |
| VAE | 1 | 23−01117 | Taylor v. Maximus, Inc. <font color |
| VAE | 3 | 23−00426 | King v. Genworth Financial Inc. |
| VAE | 3 | 23−00486 | Hauser v. Genworth Life Insurance Company |
| VAE | 3 | 23−00510 | Smith v. Genworth Financial, Inc. |
| VAE | 3 | 23−00515 | Behrens v. Genworth Life Insurance Company |
| VAE | 3 | 23−00517 | Hale et al v. Genworth Financial Inc. |
| VAE | 3 | 23−00528 | Burkett, Jr. v. Genworth Life and Annuity Insurance Company |
| VAE | 3 | 23−00560 | Manar v. Genworth Financial, Inc. |

WASHINGTON WESTERN

| WAW | 2 | 23−01206 | Hale v. Milliman Solutions LLC |
|---|---|---|---|
| WAW | 2 | 23−01236 | Soto v. Milliman Solutions LLC et al |
| WAW | 2 | 23−01246 | Jones v. Milliman Solutions LLC |
| WAW | 2 | 23−01354 | Smiley v. Progress Software Corporation et al |

WISCONSIN WESTERN

| WIW | 3 | 23−00540 | Hundley, Sandra v. CMFG Life Insurance Company |
|---|---|---|---|
| WIW | 3 | 23−00549 | Bivens, Allen v. MEMBERS Life Insurance Company |
| WIW | 3 | 23−00559 | Gregory, Betty v. Milliman Solutions, LLC et al |
| WIW | 3 | 23−00587 | Leet, Brianna v. MEMBERS Life Insurance Company |