UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No. 1:23-md-03083-ADB |

**MDL Order No. 2**
**(Appearances of Counsel)**

BURROUGHS, D.J.

    1.    Counsel in any individual case transferred to this Court as part of this MDL proceeding who appeared in that case in the transferor District Court prior to the transfer need not enter a separate appearance in this Court in that individual case. Such counsel must, however, file an appearance on the master docket in order to ensure that the Court can maintain an accurate master list of counsel.

    2.    Counsel who filed an appearance in an individual case transferred to this Court and who is duly admitted to practice before any United States District Court may appear in this matter without the filing and allowance of a motion to appear *pro hac vice*.

    3.    Counsel who do not have permission to appear pursuant to Paragraph 2 and are not admitted to practice in the District of Massachusetts, but who seek to appear in an existing matter that has already been transferred to this Court or to direct file a case in this District as part of the MDL, must comply with Local Rule 83.5.3(e).

    4.    No parties in any of the individual cases transferred to this Court shall be required to obtain local counsel in this District.

2

5.      Any attorney who appears in this matter in accordance with this order shall be subject to the Local Rules of this Court, including its attorney disciplinary rules.

**SO ORDERED.**

October 30, 2023                                           /s/ Allison D. Burroughs
                                                                    ALLISON D. BURROUGHS
                                                                    U.S. DISTRICT JUDGE