UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:23-md-03083-ADB |

**NOTICE OF APPEARANCE**

**To the Clerk of Court and all parties of record:**

I, Laurence D. King, am admitted or otherwise authorized to practice in this Court, and hereby enter my appearance on behalf of Plaintiff Alana Robinson.

Dated: November 2, 2023

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: /s/ *Laurence D. King*
    Laurence D. King (admitted *pro hac vice*)

1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email:  lking@kaplanfox.com

*Counsel for Plaintiff Alana Robinson*

**CERTIFICATE OF SERVICE**

    I, Laurence D. King, hereby certify that on November 2, 2023, I caused a copy of the foregoing Notice of Appearance to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action.

                                                    */s/ Laurence D. King*
                                                      Laurence D. King