UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 1:23-md-03083-ADB |

NOTICE OF APPEARANCE

**To the Clerk of Court and all parties of record:**

I, Joel B. Strauss, am admitted or otherwise authorized to practice in this Court, and hereby enter my appearance on behalf of Plaintiff Alana Robinson.

Dated: November 2, 2023

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

/s/ *Joel B. Strauss*
   Joel B. Strauss (admitted *pro hac vice*)

800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714
Email:  *jstrauss@kaplanfox.com*

*Counsel for Plaintiff Alana Robinson*

**CERTIFICATE OF SERVICE**

I, Joel B. Strauss, hereby certify that on November 2, 2023, I caused a copy of the foregoing Notice of Appearance to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action.

/s/ Joel B. Strauss
Joel B. Strauss