UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: MOVEIT CUSTOMER DATA
SECURITY BREACH LITIGATION

MDL No.: 1:23-md-03083-ADB

This Document Relates To:

MADELINE MATTHEWS, on behalf of
herself and all others similarly situated,

      Plaintiff,

Case No. 1:23-cv-12515-ADB

v.

AMERICAN NATIONAL GROUP, LLC d/b/a
AMERICAN NATIONAL INSURANCE
COMPANY,

      Defendant.
_____/

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Local Rule 83.5.3(e) of the Rules Governing the Practice by Persons Not Members of the Bar and Procedural Requirements for Admission of the United States District Court for the District of Massachusetts, the undersigned respectfully moves for the admission *pro hac vice* of Jacquelyn E. Fradette of the law firm of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005 at (202) 736-8822, for purposes of appearance as counsel on behalf of Defendant American National Group, LLC d/b/a American National Insurance Company, in the above-styled case only, and to permit Jacquelyn E. Fradette to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jacquelyn E. Fradette is not admitted to practice in the United States District Court for the District of Massachusetts and is a member in good standing of the District of Columbia

Bar, the United States District Court for the District of Columbia, the Maryland Bar, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Armed Forces.

2. Movant, Jack W. Pirozzolo, of the law firm of Sidley Austin LLP, 60 State Street, 36th Floor, Boston, MA 02109 at (617) 223-0300, is a member in good standing of the State of Massachusetts Bar and the United States District Court for the District of Massachusetts and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section E of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jacquelyn E. Fradette has made payment of this Court's $125.00 admission fee.  A certification in accordance with Rule 83.5.3(e) is attached hereto.

4. Jacquelyn E. Fradette, by and through designated counsel and pursuant to Section E of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jacquelyn E. Fradette at email address: jfradette@sidley.com.

WHEREFORE,  Jack W. Pirozzolo moves this Court to enter an Order allowing Jacquelyn E. Fradette to appear before this Court on behalf of Defendant American National Group, LLC d/b/a American National Insurance Company for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jacquelyn E. Fradette.

Date: November 7, 2023          Respectfully submitted,

By: /s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo, Esq.
**SIDLEY AUSTIN LLP**
60 State Street, 36th Floor
Boston, MA 02109
Tel.: (617) 223-0300
Fax:  (617) 223-0301

***ATTORNEY FOR AMERICAN NATIONAL GROUP, LLC d/b/a AMERICAN NATIONAL INSURANCE COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2023.

By: */s/ Jack W. Pirozzolo, Esq.*
Jack W. Pirozzolo, Esq.