# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No.: 1:23-md-03083-ADB |
| This Document Relates To: | |
| MADELINE MATTHEWS, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No. 1:23-cv-12515-ADB |
| v. | |
| AMERICAN NATIONAL GROUP, LLC d/b/a AMERICAN NATIONAL INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

## CERTIFICATION OF JACQUELYN E. FRADETTE

Jacquelyn E. Fradette, Esquire, pursuant to Rule 83.5.3(e) of the Rules Governing the Practice by Persons Not Members of the Bar and Procedural Requirements for Admission, hereby certifies that: (1) I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts, pursuant to Local Rule 83.5.3; (2) I am a member of the bar in good standing in every jurisdiction where I am admitted to practice; (3) I am not subject to any disciplinary proceedings in every jurisdiction where I am admitted to practice; (4) I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct; and (5) my address and phone are as follows: Sidley Austin, LLP, 1501 K Street, N.W., Washington, D.C. 20005 at (202) 736-8822.

By: */s/ Jacquelyn E. Fradette*
Jacquelyn E. Fradette