UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>    All Cases | MDL No. 1:23-md-03083-ADB |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Edward F. Haber, hereby moves that this court enter an Order granting leave to Amber L. Schubert of the law firm Schubert Jonckheer & Kolbe LLP, 2001 Union St Ste 200, San Francisco, CA 94123, (415) 788-4220, to appear on behalf of Plaintiff in the above-captioned action.

As grounds for this motion, the undersigned states that Ms. Schubert has represented as follows:

1. Ms. Schubert is and has been a member in good standing of the bar of the State of California since 2011. In addition, Ms. Schubert has been admitted to practice in the following jurisdictions:

    (a)    U.S. Supreme Court (January 2016)

    (b)    U.S. Court of Appeals for the Ninth Circuit (January 2013)

    (c)    U.S. Court of Appeals for the Federal Circuit (June 2020)

    (d)    U.S. District Court for the N.D. of California (December 2011)

    (e)    U.S. District Court for the C.D. of California (May 2016)

    (f)    U.S. Court of Federal Claims (August 2013)

    (g)    U.S. District Court for the District of Colorado (April 2023)

2.      There are no disciplinary proceedings pending against Ms. Schubert as a member of the bar in any jurisdiction.

3.      Ms. Schubert has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this motion, Ms. Schubert has submitted herewith her certification in support of the motion as required by Local Rule 83.5.3, which is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Amber L. Schubert be admitted to practice before this Court *pro hac vice*.

Dated: November 9, 2023                    Respectfully submitted,

/s/ Edward F. Haber
Edward F. Haber (BBO# 215620)
Ian J. McLoughlin (BBO# 647203)
**SHAPIRO HABER & URMY LLP**
One Boston Place, Suite 2600
Boston, MA 02108
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
imcloughlin@shulaw.com

Robert C. Schubert
Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
aschubert@sjk.law

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned attorney of record hereby certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: November 9, 2023                                   */s/ Edward F. Haber*
                                                                          Edward F. Haber