# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | Case No.: 1:23-md-03083-ADB |
|---|---|

### AFFIDAVIT OF AMBER L. SCHUBERT IN SUPPORT OF
### MOTION TO APPEAR PRO HAC VICE

I, Amber L. Schubert, pursuant to Local Rule 83.5.3, make this affidavit in support of motion to appear *pro hac vice* to appear and practice in this Court in the above-captioned matter as counsel for Plaintiff, individually and on behalf of all other similarly situated.

I, Amber L. Schubert, being duly sworn, do hereby depose and state as follows:

1. I am a Partner at Schubert Jonckheer & Kolbe LLP, 2001 Union St Ste 200, CA 94123.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am a member in good standing of the bar of the state of California and of the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|
| State of California | 12/02/2011 | Yes |
| U.S. Supreme Court | 01/2016 | Yes |
| U.S. Court of Appeals for the Federal Circuit | 06/2020 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 01/2013 | Yes |
| U.S. District Court for the N.D. of California | 12/2011 | Yes |
| U.S. District Court for the C.D. of California | 05/2016 | Yes |
| U.S. Court of Federal Claims | 08/2013 | Yes |
| U.S District Court for the District of Colorado | 04/2023 | Yes |

4.       I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5.       I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

6.       I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: November 9, 2023                    Respectfully submitted,

*/s/ Amber L. Schubert*
Amber L. Schubert – CA No. 278696

**Schubert Jonckheer & Kolbe LLP**
2001 Union St Ste 200
San Francisco, CA 94123
(415) 788-4220
aschubert@sjk.law