UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Tenner v. Progress Software Corp.*,<br>No. 1:23-cv-11412<br>*Anastasio v. Progress Software Corp., et al.*,<br>No. 1:23-cv-11442<br>*Casey v. Progress Software Corp., et al.*,<br>No. 1:23-cv-11864<br>*Arden v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12015<br>*Cooper v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12067<br>*Kurtz v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12156<br>*Pilotti-Iulo v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12157<br>*Brida v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12202<br>*Jones v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12203<br>*Soape v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12476<br>*Smiley v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12483<br>*Boaden v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12192<br>*Kennedy v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12275<br>*Siflinger v. Progress Software Corp., et al.*,<br>No. 1:23-cv-11782<br>*McDaniel v. Progress Software Corp., et al.*,<br>No. 1:23-cv-11939<br>*Allen, et al. v. Progress Software Corp.*,<br>No. 1:23-cv-11984<br>*Daniels v. Progress Software Corp., et al.*,<br>No. 1:23-cv-12010<br>*Doe v. Progress Software Corp.*,<br>No. 1:23-cv-12496<br>*Marshall v. Progress Software Corp.*,[1]<br>No. 23-7822 (S.D.N.Y.) | MDL No. 1:23-md-03083-ADB |

**MOTION FOR ADMISSION OF JOSEPH M. LYON *PRO HAC VICE***

---

[1] The *Marshall* action has been transferred to the District of Massachusetts pursuant to CTO-1. However, it appears that a District of Massachusetts case number has yet to be assigned.

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, Kristen A. Johnson, an attorney licensed to practice law in the Commonwealth of Massachusetts and before this Court, respectfully moves for admission *pro hac vice* of Attorney Joseph M. Lyon of the law firm The Lyon Firm, to appear on behalf of Plaintiffs Subrena Tenner, Robert Anastasio, Edward J. Casey, Christopher C. Arden, Frank W. Cooper, Lisa Bunner Kurtz, Joyce Pilotti-Iulo, Dawn M. Brida, James Jones, Sarah Soape, James Smiley, Lynn A. Boaden, Jean Kennedy, Kim Siflinger, Randy Kiyabu, Jerry McDaniel, Barbara C. Cruciata, Meaghan Allen, Crystal Kenney, Kimberlee Daniels, Plaintiff Doe, Edward Marshall, and the proposed class(es) identified in the above-captioned Complaints.

In support of this motion, and as set forth in the attached declaration submitted by Mr. Lyon in accordance with Local Rule 83.5.3, Mr. Lyon:

1. Is a member of good standing of the bar of Ohio;

2. Has no disciplinary proceedings pending against him in any jurisdiction;

3. Has not previously had a pro hac vice (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and

4. has read and agrees to comply with the Local rules of this Court.

WHEREFORE, the undersigned respectfully moves that Joseph M. Lyon be admitted to practice before this Court *pro hac vice* in this matter.

Dated:  November 9, 2023

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO #667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
*kristenj@hbsslaw.com*

**AFFIDAVIT OF JOSEPH M. LYON**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Joseph M. Lyon, an active member in good standing of the bar of the State of Ohio, hereby requests to be admitted *pro hac vice* to represent Plaintiff Christopher Plaintiffs Subrena Tenner, Robert Anastasio, Edward J. Casey, Christopher C. Arden, Frank W. Cooper, Lisa Bunner Kurtz, Joyce Pilotti-Iulo, Dawn M. Brida, James Jones, Sarah Soape, James Smiley, Lynn A. Boaden, Jean Kennedy, Kim Siflinger, Randy Kiyabu, Jerry McDaniel, Barbara C. Cruciata, Meaghan Allen, Crystal Kenney, Kimberlee Daniels, Plaintiff Doe, Edward Marshall, and the proposed class(es) identified in the above-captioned Complaints, and certifies under oath that:

1. I am and have been a member in good standing of the bar of the State of Ohio since May 9, 2003. In addition to Ohio, I am admitted to practice in the Commonwealth of Kentucky, the Southern District of Ohio, the District of Colorado, the Northern District of Ohio, the Eastern District of Kentucky, Northern District of Illinois, the Eastern District of Wisconsin, the Eastern District of Michigan, the District of North Dakota, the District of Nebraska, the Western District of Wisconsin, the Western District of Kentucky, the Northern District of Indiana, and the U.S. Court of Appeals for the Sixth Circuit.

2. No disciplinary proceedings are pending against me in any jurisdiction;

3. I have not previously had *pro hac vice* (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2023                    /s/ *Joseph M. Lyon*
                                                      Joseph M. Lyon
                                                     THE LYON FIRM
                                                     2754 Erie Avenue
                                                     Cincinnati, OH 45208
                                                     Telephone: (513) 381-2333
                                                     Facsimile: (513) 766-9011

## CERTIFICATE OF SERVICE

I, Kristen A. Johnson, hereby certify that I caused a copy of the Motion for Admission of Joseph M. Lyon *Pro Hac Vice* and Affidavit of Joseph M. Lyon in support thereof to be filed electronically with the Clerk of Court via the Court's electronic filing system which will serve as notification of such filing to the email addresses of all counsel of record in this action.

Dated: November 9, 2023

*/s/ Kristen A. Johnson*
Kristen A. Johnson