# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEit Customer Data Security Breach Litigation** | MDL No.: 1:23-md-03083-ADB<br>Judge: Hon. Allison D. Burroughs |
| **THIS DOCUMENT APPLIES TO:**<br><br>TAMA HERMAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TMG HEALTH, INC.,<br><br>Defendant. | Case No.: 1:23-cv-12598-ADB<br>Judge: Hon. Allison D. Burroughs<br><br><br>**MOTION, ON CONSENT,<br>FOR ADMISSION *PRO HAC VICE*<br>OF EDWARD P. BOYLE** |

I, Elizabeth A. Rodd, am a member in good standing of the bar of the United States District for the District of Massachusetts and the attorney of record for Defendant TMG Health, Inc. in this case.  Pursuant to Local Rule 83.5.3, I am moving for the admission of Edward P. Boyle to appear *Pro Hac Vice* in this case as co-counsel for Defendant TMG Health, Inc.  Mr. Boyle is a member of the bar of New York.  Mr. Boyle is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3(e)(3) certification is attached to this motion as Exhibit A.

WHEREFORE, it is respectfully requested that this Court enter an Order admitting Edward P. Boyle *Pro Hac Vice* as co-counsel for the Defendant in the above-captioned case.

Dated:  Boston, MA
      November 10, 2023

Respectfully submitted,
**McDERMOTT WILL & EMERY LLP**

By:  */s/ Elizabeth A. Rodd*
     Elizabeth A. Rodd (Mass. BBO# 706724)
     200 Clarendon Street
     Boston, Massachusetts 02116
     Telephone: +1 617 535 4000
     Facsimile:  +1 617 535 3800
     erodd@mwe.com

     *Attorneys to Defendant TMG Health, Inc*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Elizabeth A. Rodd, hereby certify that the parties conferred through counsel on November 9, 2023 and Plaintiff consented to the relief requested herein.

By:     */s/ Elizabeth A. Rodd*
Elizabeth A. Rodd (Mass. BBO# 706724)
**McDERMOTT WILL & EMERY LLP**
200 Clarendon Street
Boston, Massachusetts 02116
Telephone:  +1 617 535 4000
Facsimile:   +1 617 535 3800
erodd@mwe.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November 2023, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Edward P. Boyle to be served upon all counsel of record via this Court's CM/ECF system.

By:     */s/ Elizabeth A. Rodd*
Elizabeth A. Rodd (Mass. BBO# 706724)
**McDERMOTT WILL & EMERY LLP**
200 Clarendon Street
Boston, Massachusetts 02116
Telephone:  +1 617 535 4000
Facsimile:   +1 617 535 3800
erodd@mwe.com