# **<u>Exhibit A</u>**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEit Customer Data Security Breach Litigation** | MDL No.: 1:23-md-03083-ADB<br>Judge: Hon. Allison D. Burroughs |
| **THIS DOCUMENT APPLIES TO:**<br><br>TAMA HERMAN, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>TMG HEALTH, INC.,<br><br>        Defendant. | Case No.: 1:23-cv-12598-ADB<br>Judge: Hon. Allison D. Burroughs<br><br>**CERTIFICATION OF EDWARD P. BOYLE** |

I, Edward P. Boyle, pursuant to Local Rule 83.5.3, certify and say:

1.  I am a partner at the law firm of Venable LLP, 151 West 42nd Street, 49th floor, New York, NY 10036.

2.  I am an attorney in good standing in every jurisdiction in which I am admitted to practice, including New York (Bar No: 2717940).  I have no disciplinary proceedings pending against me in any jurisdiction.

3.  I have never had a *Pro Hac Vice* Admission to this Court (or other admission for a limited purpose under Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court

   for the District of Massachusetts;

Dated: New York, New York                    **VENABLE LLP**
November 10, 2023


By: _____
    Edward P. Boyle
    151 West 42nd Street, 49th Floor
    New York, New York 10036
    Telephone: 212.808.5675
    epboyle@venable.com