**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: MOVEIT CUSTOMER DATA SECURITY
BREACH LITIGATION                                                                         MDL No. 3083


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −10)**

On October 4, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, 95 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Allison D. Burroughs.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Burroughs.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 4, 2023, and, with the consent of that court, assigned to the Honorable Allison D. Burroughs.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 06, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: MOVEIT CUSTOMER DATA SECURITY
BREACH LITIGATION                                                          MDL No. 3083

SCHEDULE CTO−10 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 23−08481 | Jacobs v. Ernst & Young Investment Advisors LLP et al |
| NORTH CAROLINA MIDDLE | | | |
| ~~NCM~~ | ~~1~~ | ~~23−00738~~ | ~~O'NEAL v. EMS MANAGEMENT & CONSULTANTS, INC.~~   Opposed 11/3/2023 |
| NCM | 1 | 23−00821 | TURNAGE v. EMS MANAGEMENT AND CONSULTANTS, INC. |
| NCM | 1 | 23−00860 | MURRAY v. EMS MANAGEMENT & CONSULTANTS, INC. |
| OREGON | | | |
| OR | 3 | 23−01407 | Baker v. Standard Insurance Company |