**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No.: 1:23-md-03083-ADB

**DEFENDANT PENSION BENEFIT INFORMATION, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Pension Benefit Information, LLC ("PBI"), by and through its undersigned counsel, provides the following corporate disclosure statement:

PBI is wholly owned by Longevity Holdings Inc. No publicly held corporation directly owns 10% or more of the stock of PBI.

Dated: November 21, 2023

Respectfully submitted,

*/s/ Jordan S. O'Donnell*

Jordan S. O'Donnell, #BBO 684001
Paulyne Gardner (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law
pgardner@mullen.law

*Attorney for Defendant Pension Benefit Information, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell