UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| This Document Relates To:<br><br>BOADEN, individually and on behalf of all others similarly situated v. PROGRESS SOFTWARE CORPORATION *et al.*<br>Civil Action No.: 1:23-cv-12192-NMG | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM T. MANDIA

Pursuant to Massachusetts Local Rule 83.5.3(e)(2) of the United States District Court for the District of Massachusetts, Christa A. Menge, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, and an attorney with the law firm of Stradley Ronon Stevens & Young, LLP ("Stradley Ronon"), moves for the *pro hac vice* admission of William T. Mandia to this Court for the purpose of representing Defendant, Continental Casualty Company, in this action, and states as follows: Under Local Rule 83.5.3, I move for the admission, *pro hac vice*, of William T. Mandia, an attorney with Stradley, Ronon, Stevens & Young, LLP, in Philadelphia, Pennsylvania.

In support of this motion, I attach a declaration from William T. Mandia that identifies the bars in which he is a member in good standing, states that (a) there are no disciplinary proceedings or criminal charges pending against him, (b) he has not previously had a *pro hac vice* admission

1

to this Court revoked for misconduct, and (c) he has familiarity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, undersigned counsel respectfully requests that William T. Mandia be admitted to practice before this Court *pro hac vice*, for the purpose of appearing as counsel for Defendant Continental Casualty Company in this proceeding in accordance with the Rules of this Court.

Dated:  November 27, 2023                                  Respectfully submitted,

**Stradley, Ronon, Stevens & Young, LLP**

/s/ *Christa A Menge*
Christa A. Menge (BBO #686338)
100 Park Avenue, Suite 2000
New York, NY 10017
Tel: (212) 812-4124
Fax: (646) 682-7180
cmenge@stradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on November 27, 2023

                                                 /s/ *Christa A. Menge*
                                                 Christa A. Menge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| This Document Relates To:<br><br>BOADEN, individually and on behalf of all others similarly situated v. PROGRESS SOFTWARE CORPORATION *et al.*<br>Civil Action No.: 1:23-cv-12192-NMG | |

**DECLARATION OF ATTORNEY WILLIAM T. MANDIA IN SUPPORT OF<br>MOTION FOR ADMISSION TO APPEAR, *PRO HAC VICE***

I, William T. Mandia, hereby apply for permission to appear in this Court and represent Defendant Continental Casualty Company, in this action, and declare and certify as follows:

1.  I am a partner with the law firm Stradley, Ronon, Stevens & Young, LLP, 457 Haddonfield Road, Suite 100, Cherry Hill, NJ 08002-2223.  My telephone number is (856) 321-2417 and my email address is wmandia@stradley.com.

2.  I am a resident of the State of New Jersey.

3.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the bars of the states of Pennsylvania and New Jersey;  the U.S. Court of Appeals for the Second Circuit;  the U.S. Court of Appeals for the Third Circuit;  the U.S. District Court for the Eastern District of Pennsylvania; the U.S. District Court for the Middle District of Pennsylvania; and the U.S. District Court for the District of New Jersey.

4.  There are no disciplinary proceedings or criminal charges pending against me as a

1

member of the bars in any jurisdiction where I am admitted to practice.

5.  I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7.  This Declaration is being submitted in support of my application to practice in this Court on the Motion of Attorney Christa A. Menge, a member in good standing of the Bar of Massachusetts, who is counsel of record to the Defendant, Continental Casualty Company, in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Cherry Hill, New Jersey on November 27, 2023.

/s/William T. Mandia
William T. Mandia