**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:23-cv-00738<br>1:23-cv-08481<br>8:23-cv-00375<br>1:23-cv-00136<br>3:23-cv-05980<br>5:23-cv-00995 | MDL NO. 1:23-MD-03083-ADB<br><br>Hon. Judge Burrows |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of William B. Federman with Federman & Sherwood as attorney for Plaintiffs Samantha O'Neal, Mykle Jacobs, David Schultz, Fortuno Jeanfort, Keren Jeanfort, Francis Grande, Chris Marsh, Taylor Marsh, Nhu Dinh, and Andrew Strother, in connection with the above-captioned actions.

Dated: November 28, 2023                    Respectfully submitted,

/s/ *William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
*wbf@federmanlaw.com*

1

**CERTIFICATE OF SERVICE**

I, William B. Federman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 28, 2023.

/s/ *William B. Federman*
William B. Federman

2