UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | * * * * * | |
| This Document Relates To: | * * | MDL No. 1:23-md-03083-ADB |
| All Cases | * * * * | |

**MDL Order No. 5**
**(Plaintiffs' Counsel Leadership Structure Proposals)**

BURROUGHS, D.J.

Proposals for a Plaintiffs' counsel leadership structure shall be filed by no later than **December 15, 2023**. Each proposal shall include suggested responsibilities and authority for each specific role, and may include the name or names of individuals proposed for each role.

To the extent that two or more parties agree to a particular proposal, they may file a joint submission that indicates each party and counsel that agree to the proposal.

Any party that opposes a proposal submitted pursuant to this Order may file a single opposition that addresses each submission they oppose. Any opposition shall be no more than two pages in length and be filed by **December 30, 2023**.

**SO ORDERED.**

December 1, 2023

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE