UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | * * * * * | |
| This Document Relates To: | * * | MDL No. 1:23-md-03083-ADB |
| All Cases | * * * * * | |

**MDL Order No. 6**
**(Appearances of Counsel (Supplement to MDL Order No. 2))**

BURROUGHS, D.J.

    1.    As discussed on the record at the hearing on November 30, 2023, any attorney with multiple pending applications for admission *pro hac vice*, or an application for admission *pro hac vice* pending on the master docket, shall withdraw the application(s) and comply with the requirements below.

    2.    Counsel who intend to appear in just one member case in this MDL shall continue to comply with MDL Order No. 2, which, as specified therein, requires attorneys to file their application for admission *pro hac vice* in the individual case, and then a separate notice of appearance on the main MDL docket.

    3.    In order to avoid counsel having to pay multiple *pro hac vice* fees, counsel who intend to appear in multiple member cases and who, pursuant MDL Order No. 2, must file an application for admission *pro hac vice* pursuant to Local Rule 83.5.3(e), see [MDL Order No. 2 ¶¶ 1–3], shall file their motion for admission *pro hac vice* on the master docket and shall list in that motion each individual case in which counsel intends to appear.  Once the motion is granted, counsel shall file a notice of appearance in each individual case in which counsel intends to appear, as well as on

the master docket if they do not yet appear on the list of counsel. The notices of appearance shall indicate that counsel has been admitted *pro hac vice* pursuant to their application on the main MDL docket.

4. For any future-filed/transferred cases and/or for cases filed/transferred since counsel initially complied with MDL Order No. 2, counsel who have previously complied with MDL Order No. 2 and/or this Order may file an individual notice of appearance in those cases without filing an application for admission *pro hac vice*.

5. As provided in MDL Order No. 2, no parties in any of the individual cases transferred to this Court shall be required to obtain local counsel in this District. Any attorney who appears in this matter in accordance with this order shall be subject to the Local Rules of this Court, including its attorney disciplinary rules.

**SO ORDERED.**

December 1, 2023 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE