**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | |
| This Document Relates To: | MDL No. 1:23-md-03083-ADB-PGL |
| All Cases | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c)(1), Barrett J. Vahle gives notice of his withdrawal as counsel of record for Plaintiff Carlos Harding due to his departure from Stueve Siegel Hanson LLP. Norman E. Siegel, Jillian R. Dent, and Brandi S. Spates of Stueve Siegel Hanson LLP continue to represent Plaintiff Harding and other Plaintiffs in this proceeding. This withdrawal will not prejudice any party to this matter.

Date: December 14, 2023                    Respectfully submitted,

_/s/ Barrett J. Vahle_
Barrett J. Vahle (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
vahle@stuevesiegel.com

**CERTIFICATE OF SERVICE**

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System on December 14, 2023 and thereby served upon the parties and counsel of record.

/s/ *Barrett J. Vahle*
Barrett J. Vahle