IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION (BOSTON)

| | | |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | : | MDL No. 1:23-md-03083-ADB |
| | : | (Judge Allison D. Burroughs) |
| This Document Relates To: | | |
| | : | |
| Case No. 1:23-cv-12593 (Dierdra Clay, et al. v. CareSource) | : | |
| Case No. 1:23-cv-12560 (Dwayne Cooper, et al. v. CareSource) | : | |
| | : | |
| Case No. 1:23-cv-12562 (Thomas Campo, et al. v. CareSource) | : | |
| Case No. 1:23-cv-12565 (David Tzikas, et al. v. CareSource) | : | |
| | : | |
| Case No. 1:23-cv-12567 (Tiffany Stevens, et al. v. CareSource) | : | |
| Case No. 1:23-cv-12568 (Channon Willis, et al. v. CareSource) | : | |
| | : | |
| Case No. 1:23-cv-12570 (Rachel Embert, et al. v. CareSource) | : | |
| Case No. 1:23-cv-12571 (Patsie Eslinger, et al. v. CareSource) | : | |
| | : | |
| Case No. 1:23-cv-12572 (Amanda Cameron, et al. v. CareSource) | : | |
| Case No. 1:23-cv-12573 (Todd Higham, et al. v. CareSource) | : | |
| | : | |
| Case No. 1:23-cv-12574 (Esther Moore, et al. v. CareSource) | : | |
| | : | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CARESOURCE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant CareSource ("CareSource") state that CareSource is not a parent, subsidiary, or other affiliate of a publicly owned corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Erin E. Rhinehart
Erin E. Rhinehart (0078298)
   Trial Attorney
FARUKI PLL
110 North Main Street, Suite 1600
Dayton, OH  45402
Telephone:  (937) 227-3714
Fax:  (937) 227-3717
Email: erhinehart@ficlaw.com

Jason W. Palmer (0088336)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0318
Fax:  (513) 632-0319
Email: jpalmer@ficlaw.com

Counsel for Defendant CareSource

## CERTIFICATE OF SERVICE

I certify that on the 15th day of December, 2023, I electronically filed the foregoing Corporate Disclosure Statement of Defendant CareSource with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Erin E. Rhinehart
Erin E. Rhinehart

4862-2530-0118.1