IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 1:23-md-03083-ADB |

**This Document Relates To:**
3:23-cv-560
1:23-cv-11543

## LEADERSHIP STRUCTURE PROPOSAL

Pursuant to MDL Order No. 5, Sharon J. Zinns and Maureen Brady submit the following Leadership Structure Proposal:

The size of this MDL and number of different kinds of information and defendants at issue lends itself to a more robust leadership structure than many other MDLs. Undersigned counsel proposes a leadership structure including 5 Co-Leads as well as a large Executive Committee who will oversee specific types of cases and focus on specific defendants. With the resources and technology at the disposal of lawyers and courts today, it is much easier to coordinate zoom calls and robust email exchanges. Therefore, such a leadership structure is not cumbersome but fulsome and helpful. It also allows the Court to pursue the directives of the Federal Courts for inclusion and diversity within MDL leadership positions.

In particular, an important type of case that needs specialized leadership, for which Ms. Brady and Ms. Zinns have applied (see concurrently filed leadership applications), are cases that involve the disclosure of "Protected Health Information." Protected Health Information is information which is collected, created, stored and maintained by a covered entity or business associate pursuant to the Health Insurance Portability and Accountability Act ("HIPAA"). Ms. Brady and Ms. Zinns specialize in medical privacy and HIPAA rules and regulations. PHI is subject to defined regulations which are a complex weave of rules and regulations for entities who

1

handle PHI. Separation of the various types of information as well as the various types of companies into manageable groups would be the most effective and efficient way to litigate the cases. The group involving PHI and medical and related entities would benefit from Ms. Brady and Ms. Zinns input and participation.

Additionally, Ms. Brady and Ms. Zinns generally support the proposed majority slate for the positions of co-lead counsel, particularly Norm Seigel, Gary Kinger, James Pizzirusso, and John Yanchunis. Additionally, having worked closely with William B. Federman of Federman & Sherwood in several data breach cases, Ms. Brady has found him to be dedicated to recovering the maximum amount for the Class Members while working efficiently and fairly with co-counsel and professionally with opposing counsel.

Dated: December 15, 2023

Respectfully submitted,

ZINNS LAW, LLC

/s/ *Sharon J. Zinns*
Sharon J. Zinns (admitted *pro hac vice*)
GA Bar No. 552920
4243 Dunwoody Club Dr.
Suite 104
Atlanta, GA 30350
Ph: (404) 882-9002
Email: sharon@zinnslaw.com

/s/ *Maureen M. Brady*
Maureen M. Brady (admitted *pro hac* vice)
MCSHANE & BRADY, LLC
1656 Washington Street, Ste. 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
Email: mbrady@mcshanebradylaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2023, a copy of the forgoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Sharon J. Zinns*  
Sharon J. Zinns