IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 1:23-md-03083-ADB |

This Document Relates To:
3:23-cv-560
1:23-cv-11543

## APPLICATION OF SHARON J. ZINNS OF ZINNS LAW, LLC TO SERVE ON EXECUTIVE COMMITTEE REGARDING CASES OF DISCLOSURE OF PROTECTED HEALTH INFORMATION

Pursuant to MDL Order No. 4, Sharon J. Zinns seeks appointment to the Plaintiffs' Executive Committee to oversee those cases whose claims relate to Protected Health Information ("PHI"). As set forth in the related Leadership Structure Proposal, undersigned counsel proposes appointing leadership roles on the Plaintiffs' Executive Committee relating to different categories of defendants. Ms. Zinns, along with co-counsel Maureen Brady of McShane & Brady, LLC filed one of the first cases against Genworth Financial, Inc. (a life insurance company), alleging disclosure of PHI. It is this specific data component and related claims, along with relevant experience, that set undersigned counsel apart for leadership in this role. Further, Ms. Zinns provides the diversity that the Federal Court seek to instill in new leadership structures.

A. **Professional Experience in This Type of Litigation**

Sharon Zinns has been representing plaintiffs in complex litigation throughout the country in state and federal courts for nearly two decades. She has served as lead trial counsel in several lengthy asbestos trials as well as lead counsel in hundreds of other cases. During the height of activity in MDL 875 in the Eastern District of Pennsylvania, she appeared before Judge Robreno in asbestos matters. She currently serves as one of three liaison counsel for all plaintiffs in the Cobb County, Georgia ethylene oxide litigation, which operates as state-level MDL. She has

1

recovered millions of dollars for her injured clients over the last two decades. Ms. Zinns is licensed to practice law in California, Georgia, Washington D.C., New York, New Jersey, and Florida, as well as many Federal Courts.

Ms. Zinns currently represents plaintiffs in PHI data breach class actions around the country, including, among others, as lead counsel in *A.M. & A.M. v Reproductive Biology Associates, et al*, State Court of Gwinnett County, Georgia, Case No. 21-C-06178 and working intimately with co-counsel Maureen Brady on the leadership team on the *In Re BetterHelp, Inc. Data Disclosure Cases*, Master File No. 3:23-cv-01033. Although Ms. Zinns has not served in an appointed nationwide leadership role yet, Federal Courts encourage the development of new leadership, especially among women and other diverse members of the bar. Ms. Zinns extensive experience allows her to easily transition to this role in this MDL.

B. **Ability to Work Cooperatively with Others**

Mr. Zinns takes great pride in not only breaking down barriers but also encouraging others to pursue their aspirations. To that end, Ms. Zinns has devoted much of her professional life to raising up other women in the bar. She lectures each year to younger lawyers on civility in the law. She serves on the executive committee of the Georgia Trial Lawyers Association and as the Women's Trial Lawyers Caucus representative to the Board of Governors of the American Association for Justice. She has previously served on the board of the Georgia Association for Women Lawyers. She has dedicated her resources to advancing the role of women in the bar, founding a yearly seminar for women lawyers in her field. She strives to be the embodiment of the phrase, "a rising tide lifts all boats." Ms. Zinns has shown this ability as one of three liaison counsel in the Georgia ethylene oxide cases, leading and coordinating all involved lawyers toward resolution of the bellwether trials. In this MDL specifically, there are several extremely well-qualified attorneys to appoint to leadership in this case. If Ms. Zinns is chosen to Plaintiffs'

Executive Committee, she will seek to include all and to encourage cooperation so that everyone has a seat at the table.

    C. **Ms. Zinns Has the Ability To Commit to A Time-Consuming Project**

As managing partner of a small firm, undersigned counsel chooses which projects to devote time and resources. Certainly, if selected for a leadership role, her time, talents, and attention would be devoted to this case. Further, Ms. Zinns works collaboratively with staff and co-counsel to manage workload. Ms. Zinns has the ability to effectively utilize time management tools to represent clients and maximize the outcome of a data breach case.

    D. **Capacity to Commit the Necessary Resources to Pursue This Matter**

Ms. Zinns and her firm, Zinns Law, have the financial and personnel resources to commit to serve on the Executive Committee as co-lead for the litigation of the cases associated with Defendant Genworth and other defendants whose disclosures include Protected Health Information. Further, should the need arise, Ms. Zinns' firm is ready to grow to include an additional associate to assist with such workload.

For the reasons stated herein, Sharon J. Zinns of Zinns Law, LLC respectfully requests appointment as part of the Executive Committee as Co-Lead with regard only to cases involving disclosure of Protected Health Information.

Dated: December 15, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ZINNS LAW, LLC

　　　　　　　　　　　　　　　　　　　　　　/s/ *Sharon J. Zinns*
　　　　　　　　　　　　　　　　　　　　　　Sharon J. Zinns (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　GA Bar No. 552920
　　　　　　　　　　　　　　　　　　　　　　4243 Dunwoody Club Dr.
　　　　　　　　　　　　　　　　　　　　　　Suite 104
　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30350
　　　　　　　　　　　　　　　　　　　　　　Ph: (404) 882-9002
　　　　　　　　　　　　　　　　　　　　　　Email: sharon@zinnslaw.com

## **APPENDIX A**

*Manar v Genworth Financial, Inc.*, Civil Action No. 3:23-cv-560

*Meyer v Progress Software Corporation*, Civil Action No. 1:23-cv-11543

# APPENDIX B

1. *Mutz, et al v. Sterigenics U.S., LLC, et al*, State Court of Cobb, County, Civil Action No. 20-A-3448

   Although not an MDL, Ms. Zinns is Co-Liaison Counsel for Plaintiffs for several hundred cases pending in Cobb County, Georgia before Judge Jane Manning relating to a cancer-causing toxic chemical. Discovery is ongoing with a first bellwether trial in late 2025. However, Ms. Zinns is able to devote necessary time to both that work and this MDL. Contact information for Judge Manning is Jane.Manning@cobbcounty.org and (770) 528-1704 (phone for staff attorney Viraj Parmar).

2. *In Re BetterHelp, Inc. Data Disclosure Cases*, Master File No. 3:23-cv-01033

   Co-Counsel Maureen Brady is appointed Co-Lead. With support from the remaining co-leads, Ms. Zinns participates in all leadership calls and decision-making, strategy decisions, discovery, and mediation.

# APPENDIX C

A. Counsel does not represent any parties or claimants in this litigation who I have represented in any other capacity or in any other Court.

B. Counsel does not have any financial interest in or with any party or client/claimant involved in this MDL.

C. Counsel does not have any financial interest in any MOVEit claims or lawsuits filed or registered by any other counsel in this MDL.

D. Counsel has no personal relationship other than as co-Counsel with any party, client, claimant, counsel, or vendor involved in this MDL.

E. Counsel has no financing that is contingent upon this litigation.

F. Counsel is unaware of any other relationship or fact that would present an actual conflict of interest or the appearance of a conflict of interest.

## **APPENDIX D**

Counsel suggests that co-counsel Maureen Brady of McShane & Brady would be beneficial to leadership alongside Ms. Zinns because of (1) her related interest in the underlying cases, (2) their shared history of work together, and (3) her success in data breach cases relating to protected health information.

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 15, 2023, a copy of the forgoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ *Sharon J. Zinns*
                Sharon J. Zinns