UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 1:23-md-03083-ADB-PGL |
| **This Document Relates To:** | Hon. Allison D. Burroughs |
| **All Cases** | |

**APPLICATION OF JOSEPH P. GUGLIELMO FOR APPOINTMENT
AS PLAINTIFFS' CO-LEAD COUNSEL**

Pursuant to MDL Order No. 4, Joseph P. Guglielmo, a partner at Scott+Scott Attorneys at Law LLP ("Scott+Scott" or the "Firm"), respectfully submits this application to be appointed as Plaintiffs' Co-Lead Counsel. Mr. Guglielmo is barred in the Commonwealth of Massachusetts and is admitted in this District. As a class action litigator for over 27 years and a thought leader in data breach cases, Mr. Guglielmo has the leadership experience in multi-district litigation ("MDL") cases to efficiently and effectively litigate this case with an eye toward minimizing burden on the Court.

### A. Availability to Commit to a Time-Consuming Project

Mr. Guglielmo has the availability and ability to commit the time and resources necessary to successfully litigate this case. Mr. Guglielmo is not currently serving as lead counsel in any MDL and can devote the majority of his time to this case. As Chair of Scott+Scott's Consumer Litigation Practice Group, Mr. Guglielmo has assembled a team of capable attorneys with diverse skills sets, who also are highly experienced in data breach litigation and are ready to hit the ground running with case organization, briefing, discovery, expert work, and early settlement negotiations.

### B. Ability to Work Cooperatively with Others

Colloquially known as "Joe G." by co-counsel and defense counsel alike, Mr. Guglielmo has worked extensively and cooperatively with the majority of the plaintiffs' attorneys and firms appearing in this action. From his early years as a Steering Committee Member in *In re Managed Care Litigation*, MDL No. 1334 (S.D. Fla.), to his more recent data breach MDL appointments as co-lead counsel against defendants such as Equifax and Home Depot, Mr. Guglielmo has an unrivaled combination of skills and dedication to his practice that has afforded him success and allowed him to marshal resources and work cooperatively with scores of attorneys to assemble the most qualified litigation team. If appointed, Mr. Guglielmo will foster an inclusive environment

1

and will work with other appointed counsel as well as other qualified attorneys that either did not seek appointment or were not appointed, drawing on those attorneys' strengths.[1]

### C. Professional Experience in this Type of Litigation

Mr. Guglielmo's MDL and data breach experience is detailed in Appendix B. Many applicants have similar appointments, but what sets Mr. Guglielmo apart is the depth and breadth of his data breach litigation experience, which will be important in a case of this complexity. Mr. Guglielmo has led or been involved in over 20 data breach cases, representing both consumers and financial institutions in cases where the number of victims ranges from tens of millions to a few thousand. This diverse experience is important to this case for a few reasons.

First, having actually "done all this before" in a variety of contexts, Mr. Guglielmo knows the key issues to focus on in briefing and discovery and is efficient in delegating internal and external firm assignments. Further, Mr. Guglielmo is actively involved in all aspects of a case: he briefs and argues motions, takes and defends depositions, devises novel legal strategies, leads expert work, and creatively negotiates settlements. Mr. Guglielmo's broad skill set will facilitate strategic deployment of litigation resources and aid the Court in managing the case.

Second, Mr. Guglielmo's discovery experience in data breach cases is critical. The importance of understanding a defendant's post-data breach forensic investigation cannot be understated. As a result of deposing every major forensic investigation firm, Mr. Guglielmo knows the questions to ask to uncover the key evidence in a data breach case. Further, Mr. Guglielmo is an e-discovery aficionado who has been appointed to leadership positions at The Sedona Conference and Georgetown University's Advanced E-Discovery Institute. Thus, Mr. Guglielmo

---

[1] In accordance with MDL Order No. 5, in lieu of submitting a separate Appendix D, Mr. Guglielmo refers the Court to the Harris Group Plaintiffs' Leadership Structure Proposal identifying those signatories who support Mr. Guglielmo and whom Mr. Guglielmo supports for leadership positions.

understands the underlying technological issues at play in a data breach case as well as defendants' favored discovery tactics.

Third, Mr. Guglielmo's extensive experience in data breach and other complex cases allows him to provide outside-the-box solutions in litigation and settlement that may not be apparent to someone who litigates exclusively in one field. Given the varying parties involved in this data breach, Mr. Guglielmo's experience in litigating and resolving diverse cases will enable him to creatively manage this litigation and provide victims with the best opportunity to obtain a successful outcome.

D.     **Capacity to Commit the Necessary Resources**

With more than 100 U.S.-based attorneys plus in-house investigators and e-discovery support staff, Scott+Scott routinely commits its financial and litigation resources to the country's most consequential class actions and will do so here. As an example, in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07789-LGS (S.D.N.Y), where the Firm was co-lead counsel, Mr. Guglielmo assisted in litigating antitrust claims against 16 global Financial institutions. The Firm devoted more than 50 of its own attorneys to work with approximately 150 attorneys from other firms to take or defend at least 100 depositions and review more than 1.6 million documents. After five years dedicated to the case, the Firm obtained class settlements nearing $2.3 billion. The Court can expect the same resource commitment to this case. Finally, Mr. Guglielmo and the Firm are committed to diversity and an inclusive leadership structure. Scott+Scott's long-standing commitment to equity and diversity is one reason U.S. News & World Report recognized it as a "Best Law Firm" for 2021.

For the foregoing reasons, Mr. Guglielmo is well-qualified to successfully prosecute this case and respectfully requests to be appointed Plaintiffs' Co-Lead Counsel.

Dated: December 15, 2023                */s/ Joseph P. Guglielmo*

Joseph P. Guglielmo (Bar No. 671410)
Amanda M. Rolon (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444
jguglielmo@scott-scott.com
arolon@scott-scott.com

Counsel for Plaintiffs in:

*Casey v. Progress Software Corp.*, No. 1:23-cv-11913

*Guitang v. Talcott Resolution Life Insurance Company*, No. 1:23-cv-12509

*Young v. Progress Software Corporation*, No. 1:23-cv-12342

*Moore v. Nuance Communications, Inc.*, No. 1:23-cv-12446

*Matheson v. Hartford Life and Accident Insurance Co.*, No. 1:23-cv-12874

*Cater v. Hartford Life and Accident Insurance Co.*, No. 1:23-cv-12875

*Washington v. Hartford Life and Accident Insurance Co.*, No. 1:23-cv-12876

*Salcedo v. Welltok, Inc., et al.* No. 1:23-cv-13097

*Paweski v. Alogent Holdings, Inc.*, N.D. Ga. No. 1:23-cv-05705

*Griffith-Sullivan v. Lumico Insurance Company*, S.D.N.Y. No. 1:23-cv-10880

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
