# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE:  MOVEIT CUSTOMER DATA
SECURITY BREACH LITIGATION           MDL NO. 1:23-MD-03083-ADB

## LEADERSHIP STRUCTURE PROPOSAL

Pursuant to MDL Order No. 5, Alyson Oliver of Oliver Law Group PC submits this proposal for the leadership structure of Plaintiffs' counsel for this Court's consideration.

Regardless of the full leadership structure chosen by this Court, the Plaintiff's leadership structure should include a direct appointment from this Court for leadership of Time, Fee and Expense matters that is separate and distinct from other leadership appointed.[1]  The duties of this appointee should be included in the Order of appointment, and should include establishing proposed orders to this Court for time, fee and expense protocol, hiring a CPA, reviewing submissions monthly, review and reimbursement of shared expenses, maintaining the common benefit fund/bank account, reporting to lead/co-leads, reporting to this Court, participation in any settlement negotiation regarding fees and expenses, and participation in the fee and expense award process.  The Order should provide the ability of the

---

[1] As set forth in the Application for Leadership Position being filed simultaneously herewith, the undersigned respectfully requests that Alyson Oliver be appointed as the Time, Fee and Expense Committee

1

appointee to meet ex parte with the Court on issues relative to the Plaintiff's common benefit time, fee and expense issues.

This is a role the undersigned serves in in the Philips cPap MDL currently pending before Judge Flowers-Conti in the Eastern District of Pennsylvania. As demonstrated in the individual application for appointment to this role in this litigation, the undersigned has been involved in MDL's for decades, and has experience in MDL's where this role is identified as part of the leadership order, and many where this role is not addressed.

For example, in the transvaginal mesh MDL's no provision was in place regarding a systematic review of time and expense throughout the years long life of the litigation, which led to disputes over fees when the litigation was settled. Participating firms alleged that they were unfairly being denied a fee award for very large sums of time/expense that they had dedicated to the case under the belief that the time/expense were common benefit when it was determined after the fact that they were not. Having a near contemporaneous feedback on time/expense that is acceptable or not is invaluable to fending off fee disputes where a firm learns in almost real time if their efforts will be rewarded or not. Moreover, it provides the opportunity to get a handle on tasks that may be being overstaffed, or expenses that may be too generous, so that these issues are curbed quickly.

In the Philips cPap MDL, the Court appointed the undersigned directly to this role. The Order also provided for some, but not all, of the duties suggested herein. **Exhibit A**. The co-appointee in that Order left the litigation within the first month leaving the undersigned as the sole appointee. Having been in this role now for almost two years, the additional duties that are suggested herein are a result of realizing what would be even more helpful to ensure the smoothest and most effective process regarding time, fees and expenses possible in this litigation.

In regard to the general overall structure, I support the structure as set forth in the submission that will be made by Kristen A. Johnson, and look forward to working with them in this litigation, in the role of time/fee/expense committee.

Respectfully Submitted,

Oliver Law Group P.C.

Date: December 15, 2023

/s/ Alyson Oliver
Alyson Oliver (P55020)
Attorney for Plaintiff
50 W. Big Beaver Rd.
Ste. 200
Troy, MI 48084
T: (248) 327-6556
E: notifications@oliverlawgroup.com