UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB<br>This Document Relates To:<br>All Cases |

**SUBMISSION IN SUPPORT OF LEADERSHIP POSITION FOR
JAMES J. PIZZIRUSSO**

**1(a) Availability:**

I am readily available to commit all necessary time to this demanding litigation. In addition, as a partner at Hausfeld LLP, one of the largest and most successful plaintiffs' class action firms in the world (with over 175 lawyers), I have more than sufficient resources. If appointed, I plan on taking the lead here for my firm, but also incorporating younger and diverse attorneys to assist me as needed. I am currently serving as Co-Lead Class Counsel in two other large data breach MDLs: *In re: Marriott International Inc., Customer Data Security Breach Litig.*, MDL No. 19-md-2879 (D. Md.) and *In re T-Mobile Data Security Breach Litig.*, 4:21-md-03019-BCW (W.D. Mo.). In *Marriott*, the Court recently re-certified several state bellwether class actions (*see* 2023 WL 8247865 (D. Md. Nov. 29, 2023)) and defendants have just filed a Rule 23(f) petition and will likely seek to stay the underlying action pending their appeal. In *T-Mobile*, our $500 million settlement approval is currently on appeal in the Eighth Circuit. Thus, neither case is in active litigation or discovery at this time. While I have leadership positions in several other cases that are in various stages of litigation (*see* Appendix B), I don't expect my duties in those other cases to interfere with my ability to commit fully to my work in this MDL.

**I(b) Ability to Work Cooperatively:**

I pride myself on my ability to work cooperatively with other lawyers and have done so in dozens of cases. I have led and worked cohesively with hundreds of lawyers in the multitude of cases I have overseen. I think this is also reflected by the broad support from dozens of other attorneys that I and the proposed Majority PSC received in our initial Rule 23(g) application.

**I(c) Professional Experience:**

I am a founding partner of Hausfeld and have led the firm's Data Breach and Privacy Practice group since its inception. For the last ten years of my practice, I have devoted myself

almost exclusively to cybersecurity cases. I have been appointed to leadership and directly involved in the two largest data breach settlements to date: *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 1:17-md-2800-TWT (N.D. Ga.) ($1.5 billion settlement) (PSC and Settlement Committee Member); and *In re T-Mobile Data Security Breach Litig.*, 4:21-md-03019-BCW (W.D. Mo.) ($500 million settlement) (Co-Lead)). Unlike many other attorneys who may be seeking appointments here, I have also been involved in two data breach cases that were certified as class actions (whereas many have never had one case get that far): *In re Target Corp. Customer Data Sec. Breach Litig.*, 309 F.R.D. 482 (D. Minn. 2015) (Steering Committee on behalf of financial institutions); and *In re Marriott Int'l, Inc., Customer Data Sec. Breach Litig.*, 341 F.R.D. 128, 139 (D. Md. 2022), vacated and remanded, *In re Marriott Int'l, Inc.*, 78 F.4th 677 (4th Cir. 2023), and reinstated by *In re Marriott Int'l Customer Data Sec. Breach Litig.*, No. 19-MD-2879, 2023 WL 8247865 (D. Md. Nov. 29, 2023) (Co-lead). I believe my experience in those cases will serve me well here. Aside from the T-Mobile and Marriott MDLs, I currently have leadership positions in six other data breach cases and have had positions in seven others in the past. *See* Appendix B. In this District, Judge Patti B. Saris recently appointed me as Co-Chair of the PSC in the *In re LastPass Data Security Incident Litig.*, No. 1:22-cv-12047-PBS (D. Mass.) with co-leadership responsibilities.

Given my unparalleled work in this space, Chambers and Partners ranked me in 2023 (for the third year in a row) as one of the top sixteen attorneys in the country in "Privacy and Data Security: Litigation" (one of only three Plaintiffs' attorneys to obtain this distinction, the others being my co-applicants in the Majority PSC). Hausfeld is also the *only* Plaintiffs' firm in the country to receive a Band 1 ranking by Chambers in the category of Privacy & Data Security: Litigation, Nationwide (for the second year in a row). *The National Law Journal* also named me

as one of its 2023 "Class Action/Mass Tort Trailblazers" for my work on data breach and privacy cases and I was a finalist for the *Financial Times* Innovative Lawyer in Cyber Security and Data Protection (2023). Law360 also recognized Hausfeld as having a "2021 Practice Group of the Year" in Cybersecurity & Privacy. Additionally, in 2021, I was personally named as one of Law360's "Cybersecurity & Privacy MVPs" (the only plaintiffs' attorney to receive that distinction). In 2020, the *National Law Journal* recognized me as a "Washington Trailblazer" for my role in data breach and privacy matters. Similarly, in 2017 the *National Law Journal* named me a "Cybersecurity Trailblazer." I have also worked with my colleagues across the aisle as a past Steering Committee member of Sedona Working Group 11 on Data Security and Privacy Liability and have spoken at dozens of conferences on these issues.

**I(d) Resources:**

My law firm, with over 175 lawyers and 12 offices throughout the world (including Boston), is one of the largest and most successful class action firms in the world. We are fully prepared to handle this litigation and can commit all necessary resources to see it to fruition. We have not and will not seek third party funding.

**2. Role Sought**

I currently seek appointment as a member of the Majority Plaintiffs' Steering Committee, but I am open to any role in whatever structure the Court ultimately approves. I would be happy to serve as a Co-Lead, as I have in many other cases (including several large data breach MDLs), if the Court decides to appoint individuals to that role. As detailed in Appendix A, I am currently representing clients in 18 MOVEit cases in this MDL (4 with co-counsel and 14 by myself), including against several Defendants where I have the only case on file.

| | |
|---|---|
| Dated: December 15, 2023 | Respectfully Submitted,<br><br>/s/ James Pizzirusso<br>James J. Pizzirusso<br>**HAUSFELD LLP**<br>888 16th Street, N.W.<br>Suite 300<br>Washington, DC 20006<br>Telephone: (202) 540-7154<br>Email: jpizzirusso@hausfeld.com |

## CERTIFICATE OF SERVICE

I, James J. Pizzirusso, hereby certify that on December 15, 2023, I caused a copy of the foregoing Submission in Support of Leadership Position for James J. Pizzirusso to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ James Pizzirusso
James Pizzirusso