## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATASECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB<br><br>This Document Relates To:<br>All Cases |

## SUBMISSION IN SUPPORT OF LEADERSHIP POSITION FOR
## <u>E. MICHELLE DRAKE OF BERGER MONTAGUE PC</u>

E. Michelle Drake is an Executive Shareholder at Berger Montague, where she leads its Technology, Privacy, and Data Breach Department and manages its Minneapolis office. *See* Drake Resume (Ex. 1) at 3. Ms. Drake has dedicated her career serving consumers and seeks to continue to do so through her work in this case.

**1.      Professional Experience In This Type Of Litigation**

Over the course of her 22-year legal career, Ms. Drake has successfully served in leadership roles in dozens of consumer privacy class actions and achieved class recoveries valued into the billions of dollars. *Id.* A graduate of Harvard College (*magna cum laude*), Oxford University, and Harvard Law School (*cum laude*), Ms. Drake possesses a rare combination of elite academic pedigree, real-world litigation skill, and a proven devotion to advancing the interests of the underdog. She is backed by the full resources of Berger Montague, a firm described by the National Law Journal as a "class action powerhouse." *Id.* at 1. For 53 years, courts across the country have appointed Berger Montague to lead counsel roles in hundreds of class actions in which the firm has recovered more than $50 billion for its clients.[1]

Ms. Drake has the necessary combination of substantive data breach and privacy litigation experience and leadership in complex MDLs to effectively serve here. Nearly a decade ago she served as liaison counsel in the Target litigation, a seminal data breach case involving 100 million consumers. Since then, she has led numerous other significant data breach and privacy cases. *See id.,* and *Appendix B.* Many data breach actions involve one or two classes and a single or small number of defendants. While dozens of actions may be consolidated into a single MDL, after consolidation, the cases involve only a limited number of classes and parties. Only a few data breach MDLs have involved the sprawling network of interlocking claimants and defendants

---

[1] *See*: https://bergermontague.com/about-us/history/ (last visited December 15, 2023).

1

presented here. One such MDL is *American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, No. 2:19-md-02904-MCA-MAH (D.N.J.) ("AMCA"). In that case, Ms. Drake serves on the PSC for the Quest track, where her firm represents the super-majority of proposed class representatives. Outside the data breach space, Ms. Drake co-chaired the class action committee in *In re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 3:19-md-02913 (N.D. Cal.), another MDL involving numerous categories of plaintiffs, claims and defendants. That case was recently settled for approximately $1.2 billion, including $255 million for the consumer class.

Ms. Drake has unique non-data breach experience that provides her with important insights. She frequently litigates cases involving consumer credit reporting[2], many of which interlock with issues related to identity theft. This credit reporting expertise has proven invaluable in data breach actions, where one of the primary harms class members experience is identity fraud and resultant credit damage. She helped found the National Consumer Law Center's *Spokeo* project, and speaks frequently at continuing education seminars about Article III standing. Ms. Drake excels at working with large data sets, and using expert witnesses to explain complex concepts. She was the only lawyer to submit expert testimony regarding the causation of this breach to the JPML (*see* MDL 3083 ECF No. 240-1), and often is charged with leading jury focus groups to identify key case strengths and weaknesses.

---

[2] Ms. Drake served as co-lead counsel in the cases against Equifax, Experian and TransUnion detailed on Appendix B, all of which involved dozens of cases that were voluntarily transferred to a single jurisdiction for resolution, and which resolved for relief valued in the billions of dollars. She recently filed for settlement approval of the second-largest FCRA settlement in history, achieving a result that is two-and-a half times *larger* than the largest FCRA recovery ever achieved by the Consumer Financial Protection Bureau, the primary federal agency charged with enforcing the FCRA. Berger Montague, led by Ms. Drake, was sole plaintiffs' counsel. *Fernandez v. CoreLogic Credco, LLC*, No. 3:20-CV-01262 (S.D. Cal.).

Ms. Drake endorses the structure proposed by the Majority Plaintiffs' Steering Committee, but will happily serve in whatever structure the Court appoints. Should the Court adopt a tracked structure based on Defendants' relationships with Progress Software Corporation, as suggested by Defendants (ECF No. 168), Ms. Drake believes that her strong working relationships with many Plaintiffs' counsel in this case, including lawyers within and outside the Majority Plaintiffs' Steering Committee, render her well-suited to serve as lead or co-lead counsel for Plaintiffs asserting claims against direct users. Her suitability for that role is supported by her pre-MDL appointment as co-lead counsel in the Maximus action, the largest plaintiff class against a direct user. Notably, that appointment was supported by *all* Maximus plaintiffs' counsel.[3]

## 2. Availability to Work on this Matter

Ms. Drake is not a generic MDL lawyer and only applies for positions in cases where she can add value. She understands the demands of this case and can meet them. In the last year she resolved three major actions, namely *CoreLogic*[4], *Juul*, and *In Re TransUnion Rental Screening*.[5]

## 3. Capacity To Commit The Necessary Resources To Pursue This Matter

Berger Montague has over one-hundred attorneys, offices around the country, and sufficient financial and human resources to litigate this matter.

## 4. Ability To Work Cooperatively With Others

Ms. Drake is a rower and is happiest when everyone is in the boat and rowing hard in the same direction. She has earned the respect of her peers and has a demonstrated ability to work well with them. *See* Drake Resume; Appendix D.

---

[3] *See Bishop v. Maximus Fed. Servs., Inc.*, No. 1:23-cv-01019 (E.D. Va.) (ECF Nos. 22 at 2; and 33).
[4] *Fernandez v. CoreLogic Credco, LLC*, No. 3:20-CV-01262 (S.D. Cal.).
[5] *See* Drake Resume at 3-4.

Respectfully submitted,

Date: December 15, 2023            /s/E. Michelle Drake

E. Michelle Drake, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler St. NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5933
F. 612.584.4470
emdrake@bm.net

*Counsel for Mosqueda, Baker, Soto, Smith, Harding Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF.

Date: December 15, 2023            /s/E. Michelle Drake

E. Michelle Drake, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler St. NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5933
F. 612.584.4470
emdrake@bm.net

*Counsel for Mosqueda, Baker, Soto, Smith, Harding Plaintiffs*