**Appendix A – Case list**

- *Acevedo Jr. v. Illinois Dept. of Innovation and Technology et al*, Case No. 1:23-cv-12409-ADB (MA);
- *Baker v. Progress Software Corporation*, Case No. 1:23-cv-11777-ADB (MA);
- *Benton-Hill v. The University of Rochester*, Case No. 1:23-cv-12601-ADB (MA);
- *Bishop v. Maximus Federal Services*, Case No. 1:23-cv-12425-ADB (MA);
- *Bivens v. Members Life Insurance Company*, Case No. 1:23-cv-12427-ADB (MA);
- *Bronson v. Franklin Mint Federal Credit Union*, Case No. 1:23-cv-12893-ADB (MA);
- *Burak v. The University of Massachusetts Chan Medical School*, Case No. 4:23-cv-40105-DHH (MA);
- *Campo v. CareSource*, Case No. 1:23-cv-12562-ADB (MA);
- *Cantrell et al v. Pathward, NA et al*, Case No. 1:23-cv-12554-ADB (MA);
- *Clancy v. The Global Atlantic Financial Group, LLC*, Case No. 1:23-cv-12766-ADB (MA);
- *Clerc v. Fidelity Life Association*, Case No. 1:23-cv-13763-ADB (MA);
- *Dauch v. Clearesult Consulting, Inc.*, Case No. 1:23-cv-01182 (W.D. TX);
- *Dinh v. Umpqua Bank*, Case No. 1:23-cv-12992-ADB (MA);
- *Dobratz v. The Medical College of Wisconsin, Inc. et al*, Case No. 1:23-cv-12968-ADB (MA);
- *Garrison v. v. Pension Benefit Information et al*, Case No. 1:23-cv-12491-ADB (MA);
- *Gerbman v. MassMutual Ascend Life Insurance Company et al*, Case No. 1:23-cv-12670-ADB (MA);
- *Gilmore v. The Bank of Canton et al*, Case No. 1:23-cv-12711-ADB (MA);

- *Grande v. TD Ameritrade et al*, Case No. 1:23-cv-12592-ADB (MA);
- *Gregory v. Milliman Solutions, LLC. et al*, Case No. 1:23-cv-12432-ADB (MA);
- *Guitang v. Talcott Resolution Life Insurance Company*, Case No. 1:23-cv-12509-ADB (MA);
- *Hakemi MD v. Progress Software Corporation et al*, Case No. 2:23-cv-01123 (M.D. FL);
- *Hale v. Milliman Solutions, LLC*, Case No. 1:23-cv-12492-ADB (MA);
- *Harling v. The University of Rochester,* Case No. 1:23-cv-12423-ADB (MA);
- *Hauser v. Genworth Life Insurance Company*, Case No. 1:23-cv-12449-ADB (MA);
- *Heinz v. Jackson National Life Company*, Case No. 1:23-cv-12897-ADB (MA);
- *Herman v. TMG Health, Inc.*, Case No. 1:23-cv-12598-ADB (MA);
- *In Re Lumico Life Insurance MOVEit Data Security Incident Litigation*, Case No. 1:23-cv-12899-ADB (MA);
- *In Re United Healthcare Student Resources Data Security Litigation*, Case No. 1:23-cv-13064-ADB (MA);
- *Jeanfort v. TD Ameritrade et al*, Case No. 1:23-cv-12986-ADB (MA);
- *Jentz v. Teachers Insurance and Annuity Association of America*, Case No. 1:23-cv-12667-ADB (MA);
- *Jubran v. United HealthCare Services, Inc.*, Case No. 1:23-cv-13066-ADB (MA);
- *Kelley v. Financial Institution Service Corp.*, Case No. 1:23-cv-12858-ADB (MA);
- *Kline v. Primis Bank*, Case No. 3:23-cv-00574-DJN (E.D. VA);
- *Konish v. Greater Rochester Independent Practice Association, Inc. et al*, Case No. 1:23-cv-12922-ADB (MA);
- *Massey v. Athene Annuity and Life Company et al*, Case No. 1:23-cv-12710-ADB (MA);

- *Matheson v. Hartford Life and Accident Insurance Company*, Case No. 1:23-cv-12874-ADB (MA);
- *Matthews v. American National Group LLC*, Case No. 1:23-cv-12515-ADB (MA);
- *McGarry v. Delaware Life Insurance Company et al*, Case No. 1:23-cv-12714-ADB (MA);
- *Meyer et al v. Welltok, Inc. et al*, Case No. 1:23-cv-12887-ADB (MA);
- *Miller v. Chevron Federal Credit Union*, Case No. 1:23-cv-12602-ADB (MA);
- *Newman v. American Multi-Cinema, Inc.*, Case No. 2:23-cv-02358-TC-RES (KS);
- *Nunz v. The Standard Life Insurance Company et al*, Case No. 1:23-cv-12669-ADB (MA);
- *Oakwood v. Corebridge Financial, Inc.*, Case No. 1:23-cv-12634-ADB (MA);
- *Oneal et al v. Lumico Life Insurance Company*, Consolidated Into Case No. 1:23-cv-12899-ADB (MA);
- *Parker v. The Prudential Insurance Company of America*, Case No. 1:23-cv-12514-ADB (MA);
- *Pratt v. Cadence Bank*, Case No. 1:23-cv-12996-ADB (MA);
- *Schafer v. Arietis Health*, Case No. 1:23-cv-13014-ADB (MA);
- *Sheets et al v. Medical Eye Services, Inc. et al*, Case No. 1:23-cv-12892-ADB (MA);
- *Shettlesworth v. Umpqua Bank*, Case No. 1:23-cv-12991-ADB (MA);
- *Smith v. Progress Software Corporation*, Case No. 1:23-cv-11580-ADB (MA);
- *Smuda et al v. Teachers Insurance and Annuity of America*, Case No. 1:23-cv-12773-ADB (MA);
- *Strother v. MidFirst Bank*, Case No. 1:23-cv-12898-ADB (MA);
- *Sweeney v. Corebridge Financial, Inc.*, Case No. 1:23-cv-12656-ADB (MA);
- *Sykes v. TSG Interactive US Services, Ltd.*, Case No. 1:23-cv-07210-JMF (S.D. NY);

- *Turnage v. EMS Management Consultants, Inc.*, Case No. 1:23-cv-12861-ADB (MA);

- *Wales et al v. Autozone, Inc. et al*, Case No. 1:23-cv-12889-ADB (MA);

- *Williams v. Unum Group*, Case No. 1:23-cv-12768-ADB (MA); and

- *Zahara v. CBiz, Inc. et al,* Case No. 1:23-cv-12725-ADB (MA).