**OPTIONAL APPENDIX D—OTHER COUNSEL**

I have personal experience and have worked cooperatively litigating significant MDL data breach cases with the following individuals:

**Amy Keller** (As Co-Lead in *Equifax*) is highly regarded as one of the top practitioners in the data breach field, is a top-flight oral advocate, and has the demonstrated ability to organize and lead large groups. **Jamie Pizzirusso** (As Co-Lead in *T-Mobile*) has demonstrated skills leading large discovery teams and advocacy through outstanding written work product. **John Yanchunis** (As Co-Lead in *Capital One*, *Home Depot* and *Flagstar*) is among the most experienced data breach lawyers in the country, is a forward thinker on important issues impacting the practice, and has a unique command of the expert field in data breach litigation. I have likewise worked with **Doug McNamara** in the *Marriott* data breach litigation and **Michelle Drake** in the *Target* and *Capital One* data breach cases (among other non-data breach cases) and both produce the type of work worthy of serving as members of a leadership team. (Prior to centralization I was also appointed Co-Lead Counsel with Ms. Drake in the *Maximus* litigation and was eager to work with her in that capacity given her stellar reputation in complex litigation).

Moreover, given my experience over the last several months working with **Charlie Schaffer**, **Gary Klinger**, and **Kristen Johnson** to organize and manage the early phases of this complex MDL, I believe they are all well suited for leadership roles here. I therefore support the Majority Plaintiffs' Steering Committee in its entirety and without reservation.

Finally, I wanted to mention **Karen Hanson Riebel** who I served with as Co-Lead in the Capital One data breach litigation. Ms. Riebel would serve the Court and the parties well in a leadership role. In addition, there are numerous other lawyers that I have worked with in the data breach field—many of whom are filing competing applications—who could serve in leadership roles in this matter. In short, the Court has a deep bench of qualified candidates for consideration.