UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB<br><br>This Document Relates To:<br>All Cases |

## BEN BARNOW'S STRUCTURE PROPOSAL

Pursuant to MDL Order No. 5 (ECF No. 260), Ben Barnow respectfully submits this revised proposal regarding leadership structure:

**Three to Five Interim Co-Lead Class Counsel**, who will be responsible for managing the overall litigation, advancing the litigation against Progress Software Corporation and Ipswitch, Inc., overseeing coordination between the cases against various defendants, and making all strategic decisions regarding the course of the litigation. Interim Co-Lead Class Counsel will be responsible for submitting a proposed time and expense protocol to the Court, and compiling, validating, and submitting time and expenses from all plaintiffs' counsel for review *in camera* consistent with that protocol. Interim Co-Lead Class Counsel will also be responsible for submitting any proposed allocation of attorney fees for review *in camera*. Fed R. Civ. P. 1 encourages early resolution. Movant is a strong advocate of this principle. That process has been very effective in data breach cases, not only in reducing unnecessary pressure on the judicial system but also by promptly delivering fair, reasonable, and adequate remedy to plaintiffs and plaintiff classes. This effort will be directed and led by Interim Co-Lead Class Counsel. The mediations, for consistency, expedience, and massive cost savings, would be well-handled by the assignment to one or two magistrates of the Court. Additionally, this process will allow defendants to avoid litigation expenses, business disruption, and continued uncertainty. There is a pattern for

resolution of data breach cases that with experienced counsel makes this path very valuable and important.

**Coordination Counsel**, who will report to Interim Co-Lead Class Counsel and will be responsible for harnessing efficiencies that may be gained by coordinating the litigation tracks. For example, Coordination Counsel will compile the common aspects of consolidated pleadings, oppositions to motions to dismiss those consolidated pleadings, and class certification motions. Coordination Counsel will also coordinate the common aspects of written discovery and ensure that inconsistencies are eliminated throughout the litigation tracks in order to facilitate judicial economy. We suggest Kristin A. Johnson of Hagens Berman Sobol Shapiro LLP for this role on the basis of the quality work she has performed to organize this litigation to date and her firm's location, experience, and resources relative to managing administratively complex litigation.

**Defendant-Specific Plaintiffs' Counsel**, who will handle issues specific to litigation against a certain defendant or related defendants while reporting to Interim Co-Lead Class Counsel (who will have final say in all strategic decisions). With the guidance and direction of Interim Co-Lead Class Counsel, Defendant-Specific Plaintiffs' Counsel will participate in the litigation against each defendant grouping that is established, including drafting of consolidated complaints, responding to dispositive motions, attending court hearings pertaining to their litigation track, and handling all other matters that pertain to one litigation track as a whole. Defendant-Specific Plaintiffs' Counsel should be designated by Interim Co-Lead Class Counsel and a list of such designations should be filed upon the docket for the Court's review.

**Liaison Counsel**, who will be available to handle communications with the Court and ensure compliance with all local rules.

This leadership structure will ensure that the litigation is managed in a centralized manner and will ensure that the claims against each defendant are advanced efficiently, effectively, and zealously.

Dated: December 15, 2023                    Respectfully submitted,

/s/ Ben Barnow
Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph St., Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed and served via the Court's electronic case filing system on December 15, 2023, on all counsel of record.

*/s/ Ben Barnow*
BEN BARNOW
