## APPENDIX A

*Alana Robinson v. Teachers Insurance and Annuity Association of America, Pension Benefit Information, LLC and Progress Software Corporation*, Case No. 1:23-cv-12255-ADB