# APPENDIX B

| Case Name | Case No. | Presiding Judge | Position Held | Subject Matter |
|---|---|---|---|---|
| 1. *In re FTX Cryptocurrency Exchange Collapse Litigation* | 1:23-md-03076-KMM | Judge K. Michael Moore<br><br>(305) 523-5160<br>moore@flsd.uscourts.gov | Plaintiffs' Steering Committee and Chair of Claims against FTX Accountants | Consumer Protection, RICO and Securities |
| **Summary:** Kaplan Fox represents customers of the FTX Cryptocurrency Exchange who were harmed by the massive fraud perpetrated by FTX insiders including Sam Bankman-Fried and various other parties including endorsers and outside professionals. While the case is still in its early stages, Kaplan Fox was appointed by the Court to lead the prosecution of the claims against FTX's outside auditors and has thus far investigated and drafted a comprehensive amended complaint against the auditing firms as well as a brief in opposition to the auditors' motion to dismiss. | | | | |
| 2. *In re American Medical Collection Agency, Inc. Customer Service Data Security Breach Litigation* | 2:19-md-02904-MCA-MAH | Judge Madeline Cox Arleo<br><br>(973) 297-4903 | "Other Labs" Track Steering Committee | Data Breach |
| **Summary:** Kaplan Fox represents patients who had blood testing results exposed in a massive data breach impacting a number of medical service providers. Kaplan Fox has played a substantial role in document discovery with respect to the laboratories on its assigned track. | | | | |
| 3. *In re Apple Inc. Securities Litigation* | 5:18-md-02827-EJD | Judge Edward J. Davila<br><br>408-535-5356<br>ejdcrd@cand.uscourts.gov | Co-Lead Counsel | Consumer Protection |
| **Summary:** Kaplan Fox (Mr. King) served as one of two co-lead counsel and managed all phases of this litigation including pleadings, motion practice, discovery and settlement. The $310 million recovery stands as the largest result ever obtained under the Consumer Fraud and Abuse Act, 18 U.S.C. § 1030. | | | | |
| 4. *In re Arizona Theranos, Inc. Litigation* | 2:16-cv-02138-DGC | Senior Judge David G. Campbell<br><br>602-322-7645 | Counsel for Plaintiffs | Consumer Protection |
| **Summary:** Kaplan Fox represented patients who were subjected to faulty blood testing services from Walgreens and Theranos. Kaplan Fox managed MDL plaintiffs' discovery, including medical records and depositions, and the court certified the class and preliminarily approved a $45 million settlement. | | | | |

| | | | | |
|---|---|---|---|---|
| 5. *In re Pre-Filled Propane Tank Marketing & Sales Practices Litigation* | 4:09-md-02086-GAF | Senior Judge Gary A. Fenner<br><br>816-512-5660 | Co-Lead Counsel | Consumer Protection |
| **Summary:** Kaplan Fox (Mr. King) served as one of four co-lead counsel in this consumer protection class action related to the systematic underfilling of pre-filled propane tanks. Plaintiffs successfully obtained refunds on behalf of consumers throughout the United States. | | | | |
| 6. *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation* | 1:09-md-2058-PKC | Judge P. Kevin Castel<br><br>(212) 805-0262 | Co-Lead Counsel | Securities |
| **Summary:** As one of three co-lead counsel, Kaplan Fox recovered $2.425 billion for investors just weeks before trial—one of the largest recoveries in the history of securities class actions. | | | | |