# APPENDIX C

a.  Do you represent any present parties or claimants in this litigation who you have represented in any other capacity or in any other court (either currently or within the past 3 years)? If so, please describe.

    **No.**

b.  Do you have any financial interest or financial relationship, including but not limited to as an investor, Officer, Director, employee, or contractor, in or with any party or client/claimant involved in this MDL (other than a written retainer or engagement agreement for a client identified as a client of your firm in appearances in the case)? If so, please describe.

    **No.**

c.  Do you have any financial interest (direct or indirect) in any MOVEit claims or lawsuits filed or registered by any other counsel in this MDL, other than any co-counsel relationships? If so, please describe.

    **No.**

d.  To your knowledge, do you have any personal relationship (including but not limited to familial, romantic, or financial/business) with any party, client, claimant, counsel, or vendor involved in this MDL? If so, please describe.

    **No.**

e.  Do you or your firm have any financing that is contingent upon this litigation? If yes, the following questions shall be answered:

    **No.**

    i.  Does the litigation funder have any control (direct or indirect, actual or apparent or implied) over the decision to file or the content of any motions or briefs, or any input into the decision to accept a settlement offer?  **No.**

    ii. Does the financing (1) create any conflict of interest for counsel, (2) undermine counsel's obligation of vigorous advocacy, (3) affect counsel's independent judgment, (4) give to the lender any control over litigation strategy or settlement decisions (as to either the common benefit work done by counsel or work for individual retained clients), or (5) affect party control of settlement?  **No.**

    iii. Briefly explain the nature of the financing, the amount of the financing, and submit a copy of the documentation (under seal if necessary) as an additional appendix.  **No.**

f.⠀⠀⠀⠀Is there any other relationship or fact that you believe, if known, would present either an actual conflict of interest or the appearance of a conflict of interest that you have not already disclosed in response to the previous questions?

**Kaplan Fox previously represented CalPERS, one of the Defendants in this multidistrict litigation, approximately 20 years ago, in the matter of the AOL Time Warner Cases I & II (Opt-out), Nos. 4322 &4325 (Cal. Super. Ct. L.A. Cnty.).  We do not believe this constitutes any direct or potential conflict of interest but are disclosing it out of an abundance of caution.**