UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>All Cases | Case No. 1:23-md-03083-ADB |

**RESPONSE OF LAURENCE D. KING OF KAPLAN FOX & KILSHEIMER LLP REGARDING LEADERSHIP STRUCTURE PURSUANT TO MDL ORDER #5**

Pursuant to MDL Order #5, Plaintiff Alana Robinson, by and through counsel Laurence D. King of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), respectfully requests this Court adopt the leadership structure put forward by the "Majority Plaintiffs." Further, in accordance with Kaplan Fox's concurrently filed response to MDL Order #4, while Plaintiff Robinson and Kaplan Fox support the "single committee" structure proposed by the Majority Plaintiffs, to the extent the Court elects a broader structure for this case, Kaplan Fox would request appointment as a chair or member of a committee responsible for the prosecution of claims against the financial institutional defendants.

Dated: December 15, 2023

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: /s/ *Laurence D. King*
       Laurence D. King (admitted *pro hac vice*)

Laurence D. King (admitted *pro hac vice*)
Matthew B. George (admitted *pro hac vice*)
Blair E. Reed (admitted *pro hac vice*)
1999 Harrison Street, Suite 1560
Oakland, CA  94612
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
Email:  lking@kaplanfox.com

*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*

KAPLAN FOX & KILSHEIMER LLP
Joel B. Strauss (admitted *pro hac vice*)
Peter S. Linden (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile:  (212) 687-7714
Email:  *jstrauss@kaplanfox.com*
           *plinden@kaplanfox.com*

*Counsel for Plaintiff Alana Robinson*

## **CERTIFICATE OF SERVICE**

     I, Laurence D. King, hereby certify that on December 15, 2023, I caused a copy of the foregoing RESPONSE OF LAURENCE D. KING OF KAPLAN FOX & KILSHEIMER LLP REGARDING LEADERSHIP STRUCTURE PURSUANT TO MDL ORDER #5 to be electronically filed using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record in this action.

                                                      */s/ Laurence D. King*
                                                       Laurence D. King