# Exhibit A

# Majority Plaintiffs' Organization

## Plaintiffs Steering Committee

| Kristen Johnson | Amy Keller | Michelle Drake | Norm Siegel | Charlie Schaffer | Gary Klinger | Jamie Pizzirusso | Doug McNamara | John Yanchunis |

## Litigation Subcommittee Structure

### Coordinating and Liaison Counsel
**K. Johnson**

#### State Liaison Counsel
**P. Egan**
**G. Stranch**

### Plaintiff Vetting and Defensive Discovery
**M. Drake^**
**G. Klinger^**
A. Keller
D. McNamara
C. Schaffer

### Offensive and Third-Party Discovery
**D. McNamara^**
**C. Schaffer^**
K. Johnson
G. Klinger
J. Pizzirusso

### Law and Briefing
**A. Keller^**
**J. Pizzirusso^**
K. Johnson
J. Yanchunis
N. Siegel

### Settlement Coordinator
**N. Siegel^**
K. Johnson
M. Drake
C. Schaffer
J. Yanchunis

### Experts and Fact Development
**J. Yanchunis^**
M. Drake
G. Klinger
J. Pizzirusso
N. Siegel

## Defendant Group Litigation Teams

| Defendant Group 1 | Defendant Group 2 | Defendant Group 3 | Defendant Group 4 | Defendant Group 5 | Defendant Group 6 | Defendant Group 7… |
|---|---|---|---|---|---|---|
| *Participating Counsel* | *Participating Counsel* | *Participating Counsel* | *Participating Counsel* | *Participating Counsel* | *Participating Counsel* | *Participating Counsel* |

**^ Denotes leader(s) for each subcommittee**