# Exhibit B

MOVEIT CUSTOMER DATA BREACH LITIGATION

# Plaintiffs' Steering Committee Structure

## Liaison/Coordinating Counsel

**Kristen Johnson, Hagens Berman**

- Coordinate all communications with the Court;
- Coordinate all counsel communications regarding the litigation;
- Coordinate MDL website as necessary;
- Coordinate all hearings and presentations for oral argument;
- Coordinate the agenda and preside over Committee meetings;
- Coordinate case management communications with Defendants;
- Collect and maintain contemporaneous time records and report to the Court as required;
- Maintain the litigation fund.

## Plaintiff Vetting and Defensive Discovery

**Michelle Drake, Berger Montague and Gary Klinger, Milberg**
(A. Keller, D. McNamara, C. Schaffer)

- Lead vetting of all Plaintiffs for amended complaint(s);
- Coordinate with Law and Briefing to match Plaintiffs with claims for amended complaint(s);
- Draft preservation memoranda to supplement any previous correspondence sent out by retaining law firms;
- Draft uniform intake questionnaires to ensure that any consolidated complaint(s) have the best representation by named Plaintiffs with standing to pursue claims;
- Coordinate responses to discovery directed at named Plaintiffs;
- Prepare Plaintiffs for their depositions,

- Assist with Law and Briefing with case strategy related to Plaintiffs' discovery.

## Offensive and Third-Party Discovery

**Doug McNamara, Cohen Milstein and Charlie Schaffer, Leven Sedran**
(K. Johnson, G. Klinger, J. Pizzirusso)

- Coordinate Plaintiffs' discovery directed at Defendants across all cases;
- Evaluate use of Defendant Fact Sheets and draft same;
- Negotiate various protocols on discovery and electronically-stored information and protective orders in consultation with Plaintiffs' Vetting team;
- Coordinate the develop evidence necessary to prove the case through documents and deposition testimony;
- Conduct interviews and research other sources for facts helpful to prove Plaintiffs' case;
- Identify individuals for interviews regarding the data breach;
- Develop a protocol for interviews of former employees, if necessary;
- Identify third parties with potential responsive documents and draft document preservation letters;
- Coordinate and draft subpoenas and review of third-party documents and responsive materials;
- Handle any FOIA requests and secure relevant information provided to regulators.

## Law and Briefing

**Amy Keller, DiCello Levitt and Jamie Pizzirusso, Hausfeld**
(K. Johnson, J. Yanchunis, N. Siegel)

- Primarily responsible for drafting amended complaint(s) with input from Expert and Plaintiff Vetting teams;
- Research and brief responses to Defendants' anticipated motions to dismiss;
- Research and brief class certification;
- Coordinate research and briefing of other substantive issues in the case.

## Settlement Coordination

**Norman Siegel, Stueve Siegel Hanson**
(K. Johnson, M. Drake, C. Schaffer, J. Yanchunis)

- Serve as primary contact for settlement negotiations with Defendants;
- Work with Committee to sequence settlement negotiations and mediations,
- Work with Committee to negotiate settlements;
- Coordinate presenting settlements for approval.

## Experts and Factual Development

**John Yanchunis, Morgan & Morgan**
(M. Drake, G. Klinger, J. Pizzirusso, N. Siegel)

- Serve as primary contact for experts and coordination of expert's factual development;
- Maintain a white paper explaining the breach, scope and extent of the breach, and what was compromised, which will be used throughout discovery and case management;

- Work with Offensive Discovery team, as well as Law and Briefing team, to create "master document" of supporting evidence to build the case against Defendants.
- Conduct focus groups to guide case strategy and factual development.

## Federal-State Court Liaison Counsel

(Patrick Egan, Gerard Stranch)

- Stay informed of proceedings in state courts involving the MOVEit data breach;
- Liaise with Plaintiffs' Coordinating and Liaison Counsel regarding the status of state court litigation involving the MOVEit data breach;
- Respond to Court inquiries, directly or through Plaintiffs' Coordinating and Liaison Counsel, regarding the status of state court proceedings involving the MOVEit data breach.