# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |

This Document Relates To:

| | |
|---|---|
| FRANK W. COOPER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>PROGRESS SOFTWARE CORPORATION, PENSION BENEFIT INFORMATION, LLC d/b/a PBI RESEARCH SERVICES, FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS CO., INC., BANK OF AMERICA CORP., F&G ANNUITIES & LIFE, INC., and COREBRIDGE FINANCIAL, INC.,<br><br>        Defendants. | Case No. 1:23-cv-12067-ADB |
| CHARLES OAKWOOD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>COREBRIDGE FINANCIAL, INC.,<br><br>        Defendant. | Case No. 1:23-cv-12634-ADB |

| | |
|---|---|
| RHONDA NEWMAN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>COREBRIDGE FINANCIAL, INC.,<br><br>        Defendant. | Case No. 1:23-cv-12649-ADB |
| JOHN W. SWEENEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>COREBRIDGE FINANCIAL, INC.,<br><br>        Defendant. | Case No. 1:23-cv-12656-ADB |
| DAWN ANN APPLEGATE, RICHARD APPLEGATE, and JON ROBUS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>COREBRIDGE FINANCIAL, INC. and AMERICAN GENERAL LIFE INSURNACE CO.,<br><br>        Defendants. | Case No. 1:23-cv-12657-ADB |

3

| | |
|---|---|
| TAMMY L. TURLEY, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>COREBRIDGE FINANCIAL, INC.,<br><br>        Defendant. | Case No. 1:23-cv-12658-ADB |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that James J. Pastore, Jr. and Kristin D. Kiehn of Debevoise & Plimpton LLP hereby withdraw as counsel on behalf of defendants Corebridge Financial, Inc. and American General Life Insurance Co. in the above captioned cases. Counsel from Linklaters have appeared on behalf of both defendants in these actions.

Dated:  New York, New York
  December 15, 2023

                                                        DEBEVOISE & PLIMPTON LLP

                                                        By: */s/ Kristin D. Kiehn*
                                                        Kristin D. Kiehn
                                                        kdkiehn@debevoise.com

                                                        66 Hudson Boulevard
                                                        New York, N.Y. 10001
                                                        (212) 909-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023 a true and correct copy of the foregoing document was filed using the Court's electronic filing system. Notice of this filing will be sent by the Court's electronic case filing system to all counsel of record registered to receive service as required under applicable local rules. In accordance with Rule 83.5.2(d) of the Local Rules of the United States District Court for the District of Massachusetts, I served the foregoing document on defendants Corebridge Financial, Inc. and American General Life Insurance Co. by email on December 15, 2023. Parties may access this filing through the Court's electronic filing system.

DEBEVOISE & PLIMPTON LLP

By: */s/ Kristin D. Kiehn*
Kristin D. Kiehn
kdkiehn@debevoise.com

66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000