## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br> ALL CASES | MDL No. 1:23-md-03083-ADB <br><br> Hon. Judge Allison D. Burroughs |

### MASON A. BARNEY'S NOMINATION IN SUPPORT OF <br> GARY KLINGER AND WILLIAM FEDERMAN AS LEAD COUNSEL

Pursuant to the Court's MDL Order No. 4, Mason A. Barney of the law firm, Siri & Glimstad LLP, hereby submits this *Nomination in Support of Gary Klinger and William Federman as Lead Counsel* and states the following in support thereof:

My firm, Siri & Glimstad LLP, represents the plaintiffs in the first MOVEit related case filed in this District: *Diggs et al. v. Progress Software Corporation*, Case No. 1:23-cv-11370. In addition, we represent plaintiffs in nine (9) additional MOVEit related cases that were transferred to this Court pursuant to the Judicial Panel on Multidistrict Litigation's Conditional Transfer Order-1 (and subsequent Conditional Transfer Orders). As such, we have particular interest in the Court's appointment of leadership.  We hope the Court will appoint leaders who are inclusive of the many firms, like ours, that have filed cases in this MDL, including by allowing firms like ours to play an ongoing role in the cases where we already represent clients.

While my firm does not support any one proposed full leadership slate, we write to support Gary Klinger and William Federman's individual appointments to leadership positions within this MDL.  We can wholeheartedly attest to both Mr. Klinger's and Mr. Federman's strong leadership and zealous representation of their clients in numerous other class action litigations where we also represented clients.  Through those men's able leadership, those litigations have consistently led

1

to the maximization of client and class member recovery. We have worked extensively with both Mr. Klinger and Mr. Federman in dozens of actions, including privacy and data breach class actions, and know firsthand of their ability to bring out the best in those working with them while maintaining the upmost professionalism and advocacy on behalf of their clients. Both Mr. Klinger and Mr. Federman, along with their respective firms, have also proven they have the capacity to commit the necessary resources to contribute to the effective pursuit of this matter. For these and other reasons, which we are happy to further explain if requested to do so by the Court, Gary Klinger and William Federman have our full support for leadership positions in this MDL.

DATED:  December 15, 2023     Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com

## **CERTIFICATE OF SERVICE**

I, Mason A. Barney, hereby certify that on December 15, 2023, I caused a copy of the foregoing *Nomination in Support of Gary Klinger and William Federman as Lead Counsel* to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

*/s/ Mason A. Barney*
Mason A. Barney