UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY LITIGATION<br><br>This Document Relates To:<br><br>All Cases | \*<br>\*<br>\*<br>\*   MDL No. 1:23-md-03083-ADB<br>\*<br>\*<br>\*<br>\* |

### NOTICE OF FILING PROPOSED LEADERSHIP STRUCTURE PURSUANT TO MDL ORDER NO. 5

Pursuant to this Court's December 1, 2023, Order (ECF No. 260), seeking input from Plaintiffs' counsel on a proposed leadership structure, the undersigned attaches a proposal.

December 15, 2023.

Respectfully Submitted,

By: *Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954.332.4200
ostrow@kolawyers.com

Melissa S. Weiner
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612)389.0601
mweiner@pwfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Jeff Ostrow*
Jeff Ostrow

## PROPOSED LEADERSHIP STRUCTURE



\* Liaison duties to be delegated to Tranche Chairs as needed based on the volume of filings.

- This is a tranche litigation model similar to what was done in MDL 2036, *In re Checking Overdraft Account Litigation* in the Southern District of Florida with Judge James Lawrence King. That MDL started in 2010 and recently concluded. Many dozens of banks were sued and placed in tranches based upon the timing of when they reached the MDL. The MDL ran smoothly and efficiently and eventually nearly every case was settled. Jeff Ostrow served as Lead Counsel for many of the banks and his partner, Bobby Gilbert, was Coordinating Counsel. We are intimately familiar with how to run a complex MDL with tranches.
- **Lead Counsel** will oversee all Plaintiffs' Counsel.
- **An Executive Committee of 11** people will report to Lead Counsel.
- The Executive Committee will consist of:
    - **6 Tranche Chairs** – responsible for overseeing all cases within their respective tranches;
    - **Overlapping Fact Discovery Chair** – responsible for the coordination of all overlapping fact discovery between multiple defendants;
    - **Overlapping Expert Discovery Chair** – responsible for the coordination of all overlapping expert discovery between multiple defendants;
    - **Federal-State Liaison** – responsible for keeping Lead Counsel informed with the progress of all cases litigated in both federal and state courts;
    - **Settlement Chair 1** – assigned to work with Lead Case Counsel for settlement of one-half of the cases in the tranches;
    - **Settlement Chair 2** – assigned to work with Lead Case Counsel for settlement of one-half of the cases in  tranches;

- Initially, the tranches will be populated with cases such that each tranche has approximately the same amount of cases.
- Tranche 1 will consist of the Progress Software cases.
- Tranches 2-6 will consist primarily of single defendant cases.
- To the extent there are hub-and-spoke relationships among cases downstream of Progress Software, Lead Counsel will attempt to group them together in tranches.
- Tranche Chairs will appoint a Case Lead Counsel from the Plaintiffs' lawyers that have cases against the same Defendant.
- Case Lead Counsel will assign work to Plaintiffs' lawyers who seek work.
- No single lawyer or firm will be Case Lead Counsel on more than 2 cases (this will ensure as many Plaintiffs' lawyers as possible will get to work on cases).
- This is an efficient model that will allow for the greatest participation of Plaintiffs' lawyers.