## APPENDIX A

Below is a list of cases related to the MOVEit incident pending in federal courts of which I, M. Anderson Berry of Clayeo C. Arnold, APC, appear in as counsel, grouped by jurisdiction where applicable:

| Federal Case Name | Initial Judge's Contact Information |
|---|---|
| *Applegate et al. v. Corebridge Financial, Inc. et al.*, No. 4:23-cv-03227 (S.D. TX) | Hon. Alfred H. Bennett |
| *Clancy v. The Global Atlantic Financial Group, LLC*, No. 1:23-cv-07975-LJL (S.D. NY) | Hon. Lewis J. Liman (212) 805-0226 LimanNYSDChambers@nysd.uscourts.gov |
| *Washington v. Hartford Life and Accident Insurance Company*, No. 3:23-cv-01164-MPS (D. CT) | Hon. Michael P. Shea (860) 240-3136 |
| *Jones v. Milliman Solutions, LLC*, No. 2:23-cv-01246-LK  (W.D. WA) | Hon. Lauren J. King (206) 370-8790  kingorders@wawd.uscourts.gov |
| *Collins v. Pension Benefit Information, LLC, et al.*, No. 0:23-cv-02045-KMM-DTS (D. MN) | Hon. Katherine M. Menendez (651) 848-1870 menendez_chambers@mnd.uscourts.gov  Hon. David T. Schultz (612) 664-5460 schultz_chambers@mnd.uscourts.gov |
| *Zafaan v. Umpqua Bank*, No. 3:23-cv-05884-DGE  (W.D WA) | Hon. David G. Estudillo (253) 882-3840 estudilloorders@wawd.uscourts.gov |
| *Elizondo v. Umpqua Bank,* No. 4:23-cv-05441-KAW (N.D. Cal.) (MDL No. 3083) | Hon. Kandis A. Westmore kawpo@cand.uscourts.gov |
| *Jani v. Patelco Credit Union,* No. 3:23-cv-05054-TSH (N.D. Cal.) (MDL No. 3083) | Hon. Thomas S. Hixon (415) 522-4708 tshcrd@cand.uscourts.gov |