## APPENDIX B

Below is a list of MDLs wherein I, M. Anderson Berry of Clayeo C. Arnold, APC, have performed work including information regarding the presiding judge, position held, nature of the case, description of the work performed, and ongoing time commitments:

| Case Name | Presiding Judge's Name and Contact information | Position Held | Nature of the Case | Description of Work |
|---|---|---|---|---|
| *Arthur J. Gallagher Data Breach Litigation, et al.*, No. 1:22-cv-00137 (N.D. IL) | Hon. Mary M. Rowland (312) 435-5358 | Co-Lead Counsel | Class Action Data Breach | Participated in consolidation and leadership efforts and law and motion including opposing Defendants' dispositive motions. This case will not require a large time commitment. |
| *In Re: Overby-Seawell Company Customer Data Security Breach Litigation*, No. 1:23-md-03056-SDG (N.D. GA) (MDL No. 3056) | Hon. Steven D. Gimberg (404) 215-1470 | Co-Lead Counsel | Class Action Data Breach | Participated in law in motion including and opposing Defendants' dispositive motions. Participated in mediation and successfully settled this case. This case will require minimal ongoing time commitment. |
| *Loh, et al. v. Future Motion, Inc.*, No. 5:21-cv-06088-BLF (N.D. CA) (MDL No. 3087) | Hon. Beth Labson Freeman BLFpo@cand.uscourts.gov | Co-Lead Counsel | Class Action Manufacturing and Design Defect | Participated in law and motion including opposing Defendant's dispositive motions. This matter is currently in the discovery phase of litigation and will not require a large time commitment |
| *Soto v. Future Motion, Inc. et al.*, No. 20CV01867 (Superior Court of Santa Cruz, CA) | Hon. Timothy Volkmann | Co-Lead Counsel | Class Action Breach of Warranty | Participated in law and motion including opposing Defendant's dispositive motions. This matter is currently in the discovery phase of |

| | | | | litigation and will not require a large time commitment |
|---|---|---|---|---|