**APPENDIX D**

Below is a list of other attorneys whom I, M. Anderson Berry of Clayeo C. Arnold, APC, believe would be beneficial to leadership in this MDL.

- **Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman**

Gary M. Klinger is a highly experienced attorney, has led countless similar data breach matters to resolution, and has a stellar reputation in working cooperatively with counsel (many of whom are the prime candidates for leadership positions in the MDL) to achieve excellent results.

- **William B. Federman of Federman and Sherwood**

Having worked closely with William B. Federman as co-counsel, lead counsel or supporting counsel in many data breach cases, I think the Court and the Plaintiffs will be very well served if he is appointed to a top management position where his skills will aid the Plaintiffs in obtaining the best possible recovery while treating co-counsel fairly and equitably.

- **John A. Yanchunis of Morgan & Morgan**

John A. Yanchunis is a highly experienced attorney, has led countless similar data breach matters to resolution, and has a stellar reputation in working cooperatively with counsel (many of whom are the prime candidates for leadership positions in the MDL) to achieve excellent results.