UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No. 1:23-md-03083-ADB-PGL |

### APPLICATION OF TINA WOLFSON TO BE APPOINTED LEAD COUNSEL

I, Tina Wolfson, apply to be appointed Head Lead Plaintiffs' Counsel, as that term is explained in my Structure Proposal.  I am best suited to deliver the efficiencies that the JPML anticipated when ordering consolidation, while maximizing the relief for the class.

I have 25 years of data privacy class action experience, including in data breach cases. In the late 1990's, when I co-founded Ahdoot & Wolfson, we prosecuted major financial institutions for unlawfully compiling and selling detailed financial data of millions of consumers to third party telemarketers, exposing corporate practices that later became the subject of Gramm-Leach-Bliley Act regulation. We continue to bring trail-blazing privacy-related class actions and have won numerous issues of first impression at the trial and appellate levels. For example, in *Remijas v. Neiman Marcus Grp.*, LLC, 794 F.3d 688 (7th Cir. 2015) our firm single-handedly won the seminal appellate opinion on Article III standing based on imminent future harm.

I have litigated countless data breach cases and have a deep understanding of the many substantive issues that arise in these types of cases. I elaborate on just one example, the *Premera* data breach MDL. My firm vetted all plaintiffs for inclusion in the consolidated complaint, drafted the complaint, and successfully briefed and argued the Motion to Dismiss, in part, which included many of the threshold issues implicated in this MDL. We conducted numerous meet and confers and helped bring many motions to compel, which involved highly

1

technical factual issues and evidentiary privilege issues, such as those likely to arise here. We prepared, conducted, and defended a third of the more than 50 depositions, including information security officers and technical and damages experts. I worked with forensic consultants and experts to develop the class damage models. We briefed and argued a class certification motion.

While battling on the litigation front, I led the charge on continuing the settlement dialogue with a defendant seemingly unwilling to entertain resolution short of nuisance value. I ultimately got Premera to the negotiation table along with its several tiers of carriers and spear-headed the almost year-long negotiation process, which included five in-person sessions and additional endless hours of shuttle negotiations with two mediators simultaneously, one of whom was an insurance coverage expert, ultimately reaching a settlement valued at $74 million, the largest MDL data breach settlement per capita to date. I was integrally involved in every detail of structuring and memorializing the settlement and invested numerous uncompensated hours to ensure a high participation rate from class members after notice dissemination. The unprecedented claims rate ultimately exceeded 9%, while data breaches typically see 1-3% claims rates. My experience leading additional numerous data breach cases (see Appendix B for a few examples) will maximize class relief and efficiency in this MDL.

I have co-counseled amicably, efficiently, and successfully with every firm or attorney who I anticipate will apply to be appointed lead counsel and will do so here should the Court appoint me. I develop amicable professional relationships with defense counsel as well, as demonstrated by mutual invitations to lecture at CLE conferences and other events. The same leadership skills that enabled the success of my 15-employee firm have enabled my success in MDLs: a balance of experienced decisiveness and an open mind that is willing to listen and learn; deliberate multi-tasking and time management; respectful candor; personal responsibility and accountability; and

mentoring future class action leaders. I have already demonstrated my ability to lead in this case when different plaintiff factions asserted disparate viewpoints as to the timing of leadership applications before the filing of the CMC statement. I suggested language for the CMC that accommodated both viewpoints and convinced some counsel to avoid separate filings.

I fully understand the financial and human resources this case will require and would not seek a leadership position if I could not deliver. AW has never used third-party funding for any matter, has never failed to pay assessments in any case, and is well-funded and well-staffed to litigate this matter to successful results. I maintain a second residence in New York, should I need to be closer to the Court for extended periods of time.

If appointed, I will be personally accountable to serve the class and the Court to the best of my ability and the Court should expect that I will be thoroughly prepared on every issue and that I will listen more than I speak. I will implement the invaluable insights into the challenges facing our federal judiciary that I have gained through my work as a Ninth Circuit Lawyer Representative for the Central District of California, an at large member of the Ninth Circuit Conference Executive Committee, and a member of the Merit Selection Panel for the U.S. District Court, Central District of California to minimize the burden on the Court.

For further insight into my character, I share a bit of my personal story. I was born in the former Soviet Union and my parents heroically escaped the totalitarianism and rampant antisemitism of that regime when I was 11 years old. Seven years after we arrived in the United States as indigent refugees who spoke no English, I attended Columbia College, and then Harvard Law School, graduating both *cum laude*. I chose the legal profession to protect the cherished individual freedoms and the rule of law we enjoy as Americans and I bring the aspirational spirit and strong work ethic to my professional commitments.

Respectfully submitted,

Dated:  December 15, 2023

*/s/ Tina Wolfson*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Carlynne A. Wagner
*cwagner@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

Andrew W. Ferich
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Tel: (310) 474-9111
Fax: (310) 474-8585

*Attorneys for Plaintiff Christopher Pipes*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 15, 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ Tina Wolfson*
Tina Wolfson
