## APPENDIX A

| Federal Case Name and Number | Judge's Contact Information |
|---|---|
| *Pipes v. Ipswitch, Inc. et al.*, No. 1:23-cv-11394-ADB (D. Mass.) | Hon. Allison D. Burroughs<br>(617) 748-4232 |