# APPENDIX C

a. Do you represent any present parties or claimants in this litigation who you have represented in any other capacity or in any other court (either currently or within the past 3 years)? If so, please describe.

**ANSWER:** No.

b. Do you have any financial interest or financial relationship, including but not limited to as an investor, Officer, Director, employee, or contractor, in or with any party or client/claimant involved in this MDL (other than a written retainer or engagement agreement for a client identified as a client of your firm in appearances in the case)? If so, please describe.

**ANSWER:** No.

c. Do you have any financial interest (direct or indirect) in any MOVEit claims or lawsuits filed or registered by any other counsel in this MDL, other than any co-counsel relationships? If so, please describe.

**ANSWER:** No.

d. To your knowledge, do you have any personal relationship (including but not limited to familial, romantic, or financial/business) with any party, client, claimant, counsel, or vendor involved in this MDL? If so, please describe.

**ANSWER:** No.

e. Do you or your firm have any financing that is contingent upon this litigation?

**ANSWER:** No.

f. Is there any other relationship or fact that you believe, if known, would present either an actual conflict of interest or the appearance of a conflict of interest that you have not already disclosed in response to the previous questions?

**ANSWER:** No.