UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL NO. 1:23-MD-03083-ADB<br><br>Hon. Judge Allison D. Burroughs |

**APPLICATION FOR APPOINTMENT OF PLAINTIFFS' COUNSEL
OF WILLIAM B. FEDERMAN OF FEDERMAN & SHERWOOD**

Pursuant to Federal Rule of Civil Procedure 23(g) and pursuant to MDL Order No. 4 (Doc. No. 259) William B. Federman ("Mr. Federman") of Federman & Sherwood, counsel for plaintiffs on the Schedule of Actions attached hereto as Appendix A, respectfully requests the Court appoint Mr. Federman to serve as one of the Interim Co-Lead Class Counsel of the MDL or on the Briefing and/or Discovery Committees, outlined in the proposed leadership structure (Doc. No. 463) submitted concurrently herewith. Alternatively, if the Court selects a different leadership structure, Mr. Federman respectfully requests the Court place his talents and skill set where it will be most beneficial to Plaintiffs and the Class Members. Mr. Federman is a trailblazer in data privacy litigation who has the availability to commit his industries to this time-consuming project and will work cooperatively and efficiently with other attorneys. Additionally, Federman & Sherwood will commit the necessary resources to recover the maximum benefit possible for Plaintiffs and the Class.

**I.   MR. FEDERMAN'S PROFESSIONALISM, EXPERIENCE, AND TALENTS ALIGN SEAMSLESSLY WITH THE COURT'S CRITERIA.**

Mr. Federman, the founder and managing member of Federman & Sherwood, has more than forty-one (41) years of diverse, hands-on, trial and appellate experience in the areas of complex data breach litigation, class action litigation, financial fraud litigation, commercial litigation, and consumer litigation. Mr. Federman has litigated hundreds of class action lawsuits

demonstrating he has the skill, knowledge, resources, and experience necessary to best serve the interests of Plaintiffs and the Putative Classes.

Mr. Federman and Federman & Sherwood are catalysts in the data privacy litigation sector, having prosecuted data breach cases for more than seven (7) years, playing a pivotal role in developing key decisions that are regularly relied upon by courts and counsel across the nation, including many of the attorneys who are now seeking positions in this proceeding. *See* Appendix B. Federman & Sherwood also has a proven track record of successful and persuasive briefing, thwarting numerous motions to dismiss and obtaining class certification in the data privacy context. *See id.* Although Mr. Federman and his law firm possess many talents, Mr. Federman is perhaps best known for his highly effective discovery strategies. Over his decades of experience, Mr. Federman has taken hundreds of technical depositions, with his most complex depositions concerning data security personnel, CISO representatives, forensic investigators, and information security consultants. Mr. Federman is also skilled in navigating and managing large document productions and has overseen the search and review of productions involving thousands of pages from defendants and third parties. Mr. Federman is both ready and willing to bring these strengths to the litigation. As pioneers in this field, Federman & Sherwood are well-versed in the law, which makes them well-suited for efficiently preparing briefs, conducting meet and confer conferences, and developing narrowly tailored discovery.

Due to Federman & Sherwood's early involvement in this area of law, and its plethora of success, Federman & Sherwood has served as lead counsel or co-lead counsel in countless data breach lawsuits spanning across the nation. *See id.* Federman & Sherwood also has extensive experience serving in various positions in multidistrict litigation proceedings, cooperatively working with a multitude of law firms across the country, including many of whom are applicants to be appointed to positions in this MDL. *See id.* A summary of cases Mr. Federman has had

pivotal roles in include: *In re: Samsung Top-Load Washing Machine Marketing, Sales Practices and Products Liability Litigation*, MDL No. 17-ml-2792-D (W.D. Okla.) (co-lead counsel); *In re Mednax Services, Inc., Customer Data Security Breach Litigation*, No. 21-MD-02994-RAR (S.D. Fla.) (interim co-lead class counsel; motion for class certification pending); *In re: Sonic Corp. Customer Data Breach Litig.*, No. 1:17-md-02807-JSG (N.D. Ohio) (lead counsel); *In re: The Home Depot, Inc., Customer Data Sec. Breach Litig.*, No. 1:14-MD-2583-TWT (N.D. Ga.) (member of the Plaintiffs' Steering Committee). *See* Appendix B.

Lastly, not only does Federman & Sherwood possess the requisite skill, knowledge, and experience, it also has adequate staff and financial resources to support the litigation. Due to its success as a prominent class action law firm, Federman & Sherwood has assisted in numerous cases funding litigation expenses in excess of $1,000,000.00. Federman & Sherwood has the financial resources and staff to assist in resolving this case and does not and will not use or rely on third-party funding (either case specific or for the firm). *See also* Appendix C. Clearly, William B. Federman and Federman & Sherwood are an asset to the prosecution of this MDL.

Given Federman & Sherwood's vast experience and proven track record in successfully prosecuting class action data breach cases, William B. Federman of Federman & Sherwood is an excellent addition to the leadership team selected by the Court. Mr. Federman brings a highly unique and needed skill set to the table that will only serve to benefit Plaintiffs and the Class to obtain a fair and reasonable recovery.

## II. CONCLUSION

Mr. Federman respectfully requests appointment to the management of this litigation, including the Briefing and Discovery Committees, as set forth in the accompanying leadership proposal (Doc No. 463) or alternatively, appointed to a position where the Court believes Mr. Federman will best assist Plaintiffs and the Class Members.

Dated: December 15, 2023

Respectfully submitted,

*/s/: William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
*wbf@federmanlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/: William B. Federman*
William B. Federman