# APPENDIX D

**APPENDIX D**

Pursuant to MDL Order No. 4 (Doc. No. 259), and in lieu of a separate nomination, Mr. Federman provides Appendix D, listing other attorneys whom he believes would be beneficial to leadership.

1. <u>Gary M. Klinger and David K. Lietz of Milberg Coleman Bryson Phillips Grossman</u>: Gary M. Klinger and David K. Lietz are exceptional data breach attorneys who have actively litigated over 100 data breach cases; with the aid of Mr. Klinger and Mr. Lietz, Mr. Federman can conduct the first bellwether trial within twelve (12) months of the Court's ruling on a motion to dismiss.