UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No. 1:23-md-03083-ADB-PGL |

## TINA WOLFSON'S LEADERSHIP STRUCTURE PROPOSAL

Tina Wolfson of Ahdoot & Wolfson is applying to be appointed as head lead counsel and proposes the following leadership structure: (i) 3 head lead counsel ("HLC") or 2 HLC plus liaison; (ii) a Discovery Committee: HLC plus 2 firms; (iii) a Briefing Committee: HLC plus 2 firm; (iv) State Liaison; and (v) Defendant-specific lead counsel ("DLC"): HLC to select and/or propose to Court one week after appointment of lead counsel. This structure focuses on the efficiencies that the JPML recognized when consolidating these cases, addresses the complexities inherent in litigation involving 2,200 domestic entities across various industries, avoids layers of bureaucracy, and empowers the plaintiffs interested in only discreet pieces of this litigation to be represented by counsel of their choice.

### I.      3 Head Lead Counsel ("HLC") or 2 HLC Plus Liaison

As set forth in Ms. Wolfson's application, the Court should appoint her as one of the two or three HLC, who should have the following responsibilities:

a. Direct and manage pretrial proceedings; meet and confer with defense counsel to streamline proceedings and minimize the burden on the Court; prepare for and attend regular case management conferences and substantive hearings;
b. Issue uniform billing protocol, allocate work to other Plaintiffs' counsel, monitor the activities of all Plaintiffs' counsel to ensure that pretrial preparation is conducted effectively, efficiently, and economically and that all schedules are met, perform periodic audit of all counsel time sheets to ensure compliance with billing protocol;
c. Direct and approve all filings;

1

    d. Direct and coordinate with other members of the Discovery Committee to develop appropriate electronic discovery protocols and necessary protective orders, and coordinate and fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a discovery depository that will prevent duplicative discovery and ensure access to necessary parties;
    e. Meet and confer with defense counsel to identify threshold issues and the scheduling of specific issue determination, coordinate with other members of the Briefing Committee to identify and brief overarching issues affecting the MDL, assist DLC with briefing of defendant-specific issues ;
    f. Oversee and coordinate all dispute resolution efforts, including implementation of a settlement agreement template and assessment of the availability and utility of a common mediator, and approve and authorize all defendant-specific settlements to ensure fairness and consistency across negotiations;
    g. Consult with and employ consultants, special masters, and experts, as necessary;
    h. Coordinate with State Liaison Counsel;
    i. Meet and confer with DLC to address defendant-specific issues and developments, including the creation and distribution of defendant-specific fact sheets to be used amongst plaintiffs' counsel, and facilitate the appointment of DLC under the Court's supervision and approval;
    j. Maintain a common litigation fund and issue assessments;
    k. Allocate fees and expenses as appropriate; and
    l. Determine the necessary participation of HLC in state or federal trial proceedings.

**II.**    **Briefing Committee: HLC plus 1 firm**

The Briefing Committee should be responsible for identifying and briefing overarching issues such as Article III standing, jurisdiction, arbitrability, sovereign immunity, duty of care, and privity. HLC will work with defense counsel to identify a limited amount of threshold issues to be briefed simultaneously, staggered in a manner to facilitate settlement. The Briefing Committee will also work with the DLC to address defendant-specific issues.

**III.**    **Discovery Committee: HLC plus 2 firms**

Discovery Committee should be responsible to:

    a. Develop, implement, and ensure compliance with an appropriate electronic discovery protocol and necessary protective orders;
    b. Coordinate and fund the necessary and appropriate costs of discovery;
    c. Draft common discovery;
    d. Staff and oversee depositions;

e. Establish and maintain a plaintiffs' document depository that will prevent duplicative discovery and ensure that relevant discovery is appropriately shared among parties;
f. Initiate and conduct discovery consistent with the requirements of the Federal Rules of Civil Procedure, applicable local rules, and any subsequent orders of this Court; and
g. Meet and confer with DLC to draft and circulate defendant-specific fact sheets during the pendency of common discovery, as well as discuss the utility of plaintiff factsheets.

### IV.   State Liaison

The appointment of State Liaison will facilitate the coordination between the federal and state court actions, of which there are at present approximately a dozen. State Liason should:

a. work with HLC toward a harmonious cadence of state and federal litigations;
b. provide and update contact information for all the judges implicated;
c. report to HLC and the Court all material developments in the state court proceedings to ensure the efficient coordination of the litigation; and
d. serve as a general point of contact for the Court and Magistrate Judge and Special Masters, if any, regarding all litigation in state courts.

### V.   Defendant-Specific Lead Counsel

DLC should work with HLC to identify and address defendant-specific issues and developments, conduct defendant-specific litigation and defendant-specific discovery with the assistance of HLC, where necessary, report to HLC regarding defendant-specific developments, coordinate settlement efforts with HLC and present all potential settlement terms to HLC for approval. HLC will mee meet and confer with all counsel seeking to be appointed as DLC and present such individuals to the Court for approval within one week of appointment of HLC.

Respectfully submitted,

Dated: December 15, 2023

*/s/ Tina Wolfson*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Carlynne A. Wagner
*cwagner@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**

2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

Andrew W. Ferich
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
Tel: (310) 474-9111
Fax: (310) 474-8585

*Counsel to Plaintiff Christopher Pipes*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 15, 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

/s/ Tina Wolfson
Tina Wolfson