THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** <br><br> **This Document is Related To:** <br> *Edith Robinson v. EMS Management & Consultants, Inc.,* 1:23-cv-12860; <br><br> *Jasmine Murray v. EMS Management & Consultants, Inc.,* 1:23-cv-12863; <br><br> *Samantha O'Neal v. EMS Management & Consultants, Inc.,* 1:23-cv-13062; <br><br> *Toni Turnage v. EMS Management & Consultants, Inc.,* 1:23-cv-12861; <br><br> *Amanda Copans, et al. v. Sutter Health and Welltok, Inc.,* 1:23-cv-13098; <br><br> *Denise Meyer, et al. v. Welltok, Inc. and Progress Software Corporation,* 1:23-cv-12887; <br><br> *Candace Cooper-Leonard v. Welltok, Inc., Virgin Pulse, Inc., Sutter Health, and Progress Software Corporation*, 1:23-cv-13052; and <br><br> *Amber Salcedo, on behalf of her minor child, L.S., individually and on behalf of all others similarly situated, v. Welltok, Inc. and Progress Software Corporation,* 1:23-cv-13097. | MDL No. 3083 <br> Civil Action No. 1:23-md-03083-ADB <br><br> Judge Allison D. Burroughs |

## MOTION FOR ADMISSION OF AMANDA N. HARVEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) and this Court's MDL Orders Nos. 2 and 6 (ECF Nos. 12 and 263), the undersigned counsel, Amanda N. Harvey, of the law firm Mullen Coughlin LLC, hereby moves to be admitted to appear on behalf Defendant EMS Management & Consultants, Inc. ("EMS") in the underlying cases, *Samantha O'Neal v. EMS Management & Consultants, Inc.*,

1

Case No. 1:23-cv-13062, *Toni Turnage v. EMS Management and Consultants, Inc.* Case No. 1:23-cv-12861, *Jasmine Murray v. EMS Management & Consultants, Inc.,* Case *Consultants, Inc.* Case No. 1:23-cv-12863, and *Edith Robinson v. EMS Management & Consultants, Inc.,* Case No. 1:23-cv-12860; and on behalf of Defendant Welltok, Inc. ("Welltok") in the underlying cases, *Amanda Copans, et al. v. Sutter Health and Welltok, Inc.;* 1:23-cv-13098; *Denise Meyer, et al. v. Welltok, Inc. and Progress Software Corporation;* Case No. 1:23-cv-12887; *Candace Cooper-Leonard v. Welltok, Inc., Virgin Pulse, Inc., Sutter Health, and Progress Software Corporation*, Case No. 1:23-cv-13052; and *Amber Salcedo, on behalf of her minor child, L.S., individually and on behalf of all others similarly situated, v. Welltok, Inc.* and *Progress Software Corporation;* Case No. 1:23-cv-13097 and practice before this Court *Pro Hac Vice*. The Certification of Amanda N. Harvey is submitted herewith in further support of this motion. As grounds for this motion, Defendants, by and through their counsel, state as follows:

1. Amanda N. Harvey is a reputable member in good standing of every jurisdiction where she has been admitted to practice.

2. There are no disciplinary proceedings pending against Amanda N. Harvey in any jurisdiction.

3. Amanda N. Harvey is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Amanda N. Harvey is admitted to practice in the State of Texas and the United States District Courts for the Eastern, Northern, Southern and Western Districts of Texas; the State of California and the United States District Court for the Central, Eastern, Northern, and Southern Districts of California.

5. If admitted in the above-captioned matter, Amanda N. Harvey will be representing Defendants, with whom she had previously established an attorney-client relationship.

WHEREFORE, the undersigned moved this Honorable Court to admit Amanda N. Harvey Pro Hac Vice as counsel of record for the above-named Defendants in this case, and to instruct the undersigned to file her appearance on behalf of the above-named Defendants in this case within thirty days of the Court's granting of this motion.

Dated: December 19, 2023            Respectfully submitted,

By: /s/ Amanda N. Harvey
    Amanda N. Harvey
    Mullen Coughlin LLC
    1452 Hughes Rd Suite 200
    Grapevine, TX 76051
    (267)-930-2306 – Office
    aharvey@mullen.law

    *Attorney for Defendants*
    *EMS Management & Consultants, Inc. and Welltok, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 18, 2023, a copy of this motion was filed electronically and served on all counsel of record through the electronic filing system.

By: <u>/s/ *Amanda N. Harvey*</u>
Amanda N. Harvey
Mullen Coughlin LLC
1452 Hughes Rd Suite 200
Grapevine, TX 76051
(267)-930-2306 – Office
aharvey@mullen.law
*Attorney for Defendants*
*EMS Management & Consultants, Inc. and Welltok, Inc.*
