THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>**This Document is Related To:**<br><br>*Edith Robinson v. EMS Management & Consultants, Inc.*, 1:23-cv-12860;<br><br>*Jasmine Murray v. EMS Management & Consultants, Inc.*, 1:23-cv-12863;<br><br>*Samantha O'Neal v. EMS Management & Consultants, Inc.*, 1:23-cv-13062;<br><br>*Toni Turnage v. EMS Management & Consultants, Inc.*, 1:23-cv-12861;<br><br>*Amanda Copans, et al. v. Sutter Health and Welltok, Inc.*, 1:23-cv-13098;<br><br>*Denise Meyer, et al. v. Welltok, Inc. and Progress Software Corporation*, 1:23-cv-12887;<br><br>*Candace Cooper-Leonard, et al. v. Welltok, Inc., Virgin Pulse, Inc., Sutter Health, and Progress Software Corporation*, 1:23-cv-13052; and<br><br>*Amber Salcedo, on behalf of her minor child, L.S., individually and on behalf of all others similarly situated, v. Welltok, Inc. and Progress Software Corporation*, 1:23-cv-13097. | MDL No. 3083<br><br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |

**AFFIDAVIT OF AMANDA N. HARVEY
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Amanda N. Harvey, declare:

     1.     I am a reputable member in good standing of the Texas State Bar and have been admitted to practice and am in good standing in the State of Texas and before the

US District Court for the Eastern, Northern, Western, and Southern District of Texas; the State of California and the United States District Court for the Central, Eastern, Northern and Southern Districts of California.

2. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice. There are no disciplinary proceedings pending against me. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state of the United States.

3. I am familiar with the Local Rules of the U.S District Court for the District of Massachusetts.

4. I am a general practitioner of law at Mullen Coughlin, LLC in Grapevine, Texas.

5. If admitted, I will be representing my client with whom I have an existing attorney-client relationship.

6. My client will be severely prejudiced if I am not allowed to participate in the above-captioned matter before this Honorable Court.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed this 19th day of December 2023, at Grapevine, Texas.

        /s/ Amanda N. Harvey
        Amanda N. Harvey
        Mullen Coughlin LLC
        1452 Hughes Rd Suite 200
        Grapevine, TX 76051
        (267)-930-2306 – Office
        aharvey@mullen.law

        *Attorney for Defendants*

        *EMS Management & Consultants, Inc.*
        *and Welltok, Inc.*