UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION, | MDL No. 3083<br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |
| **This document relates to:**<br><br>MYKLE JACOBS, individually and on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ERNST & YOUNG INVESTMENT ADVISERS LLP and BANK OF AMERICA CORPORATION,<br><br>      Defendants. | Civil Action No. 1:23-cv-13021-ADB |

## NOTICE OF APPEARANCE

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

    Kindly enter the appearance of the undersigned counsel, Sean W. Gallagher, on behalf of Defendant Ernst & Young Investment Advisers LLP in the above-captioned matter.

| | |
|---|---|
| Date:  December 19, 2023 | Respectfully submitted,<br><br>*/s/ Sean W. Gallagher*<br>Sean W. Gallagher<br><br>**BARTLIT BECK LLP**<br>54 W. Hubbard Street, Suite 300<br>Chicago, Illinois 60654<br>T: 312-494-4400<br>sean.gallagher@bartlitbeck.com<br><br>*Attorney for Defendant Ernst & Young Investment Advisers LLP* |

## **CERTIFICATE OF SERVICE**

I, Sean W. Gallagher, hereby certify that on December 19, 2023 a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Sean W. Gallagher*
Sean W. Gallagher