UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | * * * * * | |
| This Document Relates To: | * * | MDL No. 1:23-md-03083-ADB |
| All Cases | * * * * | |

**MDL Order No. 7**
**(Leadership Interviews)**

BURROUGHS, D.J.

Counsel who submitted an application for a leadership position pursuant to MDL Order No. 4 may sign up for a 20-minute interview in accordance with the following:

1. Counsel may appear either by Zoom or in person, except on January 2 and 3, 2024, when they may only appear by Zoom.

2. Appointments shall be made at the following web page, and Counsel shall indicate whether they will appear by Zoom or in person as the "location":

https://calendly.com/united_states_district_court_judge_burroughs/leadership-interview

3. Counsel appearing in person shall wait in Courtroom 17, 1 Courthouse Way, Boston, MA 02210 prior to their interview.

4. Counsel appearing by Zoom shall appear at their allotted time using the following login information:

https://mad-uscourts.zoomgov.com/j/1618496322?pwd=VGxhZ00yMk10SXRKOVRqb0VaeVJ0dz09

**Meeting ID**: 161 849 6322
**Passcode:** 525146

2

**SO ORDERED.**

December 21, 2023 /s/ *Allison D. Burroughs*
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE