UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | * |
| | * |
| | * |
| This Document Relates to: | * |
| | *   MDL No. 1:23-md-03082-ADB |
| *Scott, et al. v. Union Bank and Trust Company*, No. 1:23-md-03083-ADB | * |
| | * |
| | * |
| | * |

**DEFENDANT UNION BANK AND TRUST COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Union Bank and Trust Company ("UBT")

hereby submits the following disclosure statement:

UBT is a privately-held Nebraska corporation. Farmers and Merchants Investment Inc.

("F&M"), a bank holding company, owns the majority of UBT, and no publicly held corporation

owns 10% or more of stock in F&M or UBT.

Respectfully submitted by,

*/s/ James F. Monagle*_____
James F. Monagle
Admitted *Pro Hac Vice*
Attorney for Defendant
*Union Bank and Trust Company*

OF COUNSEL:
MULLEN COUGHLIN LLC
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054
Phone: (267) 930-1529
Fax: (267) 930-4771
jmonagle@mullen.law

1

**CERTIFICATE OF SERVICE**

I, James F. Monagle, state that I filed a true and correct copy of the foregoing Federal Rule of Civil Procedure 7.1 Disclosure Statement via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

MULLEN COUGHLIN LLC

BY:    */s/ James F. Monagle*
James F. Monagle

Attorney for Defendant
*Union Bank and Trust Company*

Dated: December 27, 2023