AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In Re: MOVEit Customer Data Secuirty Breach Lit )<br>*Plaintiff*  )<br>v.  )<br>  )<br>*Defendant*  ) | Case No.  1:23-md-03083-ADB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff MICHAEL CLANCY.

Date: 12/28/2023

/s/M. Anderson Berry
*Attorney's signature*

M. Anderson Berry, CA SBN 262879
*Printed name and bar number*
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
*Address*

aberry@justice4you.com
*E-mail address*

(916) 239-4778
*Telephone number*

(916) 924-1829
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 28, 2023.

                                                    */s/ M. Anderson Berry*
                                                    M. Anderson Berry