UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Copans v. Sutter Health et al.*, 1:23-cv-13098-ADB;<br>*O'Connor et al. v. Sutter Health et al.* 1:24-cv-10022-ADB;<br>*Cooper-Leonard v. Sutter Health et al.* 1:23-cv-13052-ADB | MDL No. 3083<br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |

**NOTICE OF APPEARANCE OF SEAN R. MCTIGUE**

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

Pursuant to MDL Order No. 2 and 6 and Local Rule 83.5.2(a), kindly enter the appearance of the undersigned counsel, Sean R. McTigue, on behalf of Defendant Sutter Health in the above-captioned matter. Counsel has been admitted *pro hac vice* pursuant to his application on the main MDL Docket.

Dated this 10th day of January, 2024.

By: */s/ Sean R. McTigue*
Sean R. McTigue
*smctigue@bartkolaw.com*
BARTKO LLP
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900

*Attorneys for Sutter Health*

2

## CERTIFICATE OF SERVICE

I hereby certify that the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 10, 2024.

*/s/ Sean R. McTigue*
SEAN R. McTIGUE