UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | * * * * * | |
| This Document Relates To: | * * | MDL No. 1:23-md-03083-ADB |
| All Cases | * * * * * | |

## MDL Order No. 8
### (Plaintiff Leadership and Leadership Structure)

BURROUGHS, D.J.

The Court interviewed forty-nine applicants for a leadership position in this case. Each candidate was impressive, and the Court appreciates the time and effort taken to apply, as well as the many strong proposals for how to efficiently manage this matter. Given the quality of candidates and their willingness to engage in this litigation, the Court is confident that the leadership group selected below will take advantage of the energy and ideas of all who applied and who want to work on this case, with particular attention being paid to involving attorneys with less experience in this area.

Having considered the applications, the Court makes the following appointments:

- **Lead Counsel**: Michelle Drake, Gary Lynch, Douglas McNamara, Karen Riebel, and Charles Schaffer

- **Liaison and Coordinating Counsel**: Kristen Johnson

- **State-Federal Liaison Counsel**: Gerard Stranch

- **Time, Fee, and Expense Counsel**: Alyson Oliver

The Court has also established the following Committees, each of which will be overseen by one of the Lead Counsel and chaired as set forth below:

- **Plaintiff Vetting and Discovery:** Andrea Gold, Jeffrey Goldenberg, and Gary Klinger

- **Offensive and Third Party Discovery:** Joseph Guglielmo and Melissa Weiner

- **Law and Briefing:** Amy Keller and James Pizzirusso

- **Experts:** Thiago Coelho and John Yanchunis

- **Settlement:** Brian Gudmundson, Jonathan Jagher, and Norman Siegel

It is generally expected that State-Federal Liaison Counsel will coordinate and communicate with Lead Counsel through Coordinating and Liaison Counsel.

Time, Fee, and Expense Counsel will report directly to the Court and will be provided with all materials necessary to do her job by Coordinating and Liaison Counsel.

Coordinating and Liaison Counsel will function as the Chief Operating Officer, with responsibility for coordinating between Lead Counsel and Committees, setting deadlines and ensuring that deadlines are met, maintaining organizational efficiency, drafting policies and procedures, and communicating with the Court.[1]

Accordingly, the applications at ECF Nos. 385, 392, 403, 409, 411, 414, 417, 418, 420, 421, 422, 423, 426, 428, 434, 435, 442, 456, 468, and 469 are GRANTED to the extent set forth above, and the applications and structure proposals at ECF Nos. 330, 333, 383, 384, 396, 400, 405, 406, 410, 413, 415, 419, 424, 425, 430, 431, 440, 441, 444, 446, 447, 448, 451, 452, 454, 458, 459, 461, 462, 463, 464, 465, 466, 467, 470, and 471 are DENIED AS MOOT to the extent

---

[1] Although Coordinating and Liaison Counsel will be the primary point of contact for communication with the Court, the Court expects to hear directly from counsel responsible for particular issues, as appropriate.

they are inconsistent with the appointments above, with the understanding that Lead Counsel will endeavor to allow all interested applicants to play an appropriate role in this litigation.

**SO ORDERED.**

January 19, 2024                                      /s/ Allison D. Burroughs
                                                      ALLISON D. BURROUGHS
                                                      U.S. DISTRICT JUDGE