UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>All Cases | * * * * * * * * * * * | MDL No. 1:23-md-03083-ADB |

**MDL Order No. 9**
**(First Case Management Order)**

BURROUGHS, D.J.

The Court has now put in place a leadership and operating structure for the Plaintiffs, including designating Lead Counsel and a Liaison and Coordinating Counsel (together, the "Leadership Team"). [MDL Order No. 8].

By January 26, 2024, Plaintiffs' Leadership Team is directed to confer with counsel for Defendants (to the extent practicable) and to file a proposal for structuring communications with Defendants and ensuring efficient progress of these cases.

Further, Plaintiffs' Leadership Team and counsel for Defendants are ordered to meet and confer and provide to the Court, by February 2, 2024, a joint statement that includes, at least:

1. An initial proposed case schedule that includes, at minimum, (i) proposed deadlines for the exchange of initial discovery, as well as proposals for what that initial discovery will include, (ii) a proposed deadline for the filing of a Fed. R. Civ. P. 26(f) report, and (iii) proposed deadlines for filing any Fed. R. Civ. P.

12(b)(6) motions, including a description of whether and how those motions will be limited to a particular number of individual cases and/or issues;

2. A proposed schedule for regular status conferences, including which counsel will attend and whether the conference(s) will be in person or remote; and

3. A proposed agenda for the first status conference.

In addition, by February 2, 2024, Liaison and Coordinating Counsel for Plaintiffs shall submit the following to the Court:

1. A proposed order setting forth the specific responsibilities of counsel identified in MDL Order No. 8, including the State-Federal Liaison Counsel and financial oversight functions, to the extent not addressed by the Court in that Order, and also detailing the structure and staffing envisioned for the committees.

2. A proposed order for the efficient and cost-effective management of this litigation, including staffing, timekeeping, costs, and compensation, which should be developed in coordination with the Time, Fee, and Expense Counsel.

**SO ORDERED.**

January 19, 2024                                                /s/ Allison D. Burroughs
                                                                ALLISON D. BURROUGHS
                                                                U.S. DISTRICT JUDGE