**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Cantrell v. Pathward, N.A. et al.*,<br>Case No. 1:23-cv-12554-ADB (D. Mass.); and<br><br>*Kent v. Pathward, N.A. et al.*,<br>Case No. 1:23-cv-12764-ADB (D. Mass.) | MDL No. 1:23-md-03083-ADB<br>Hon. Allison D. Burroughs |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ryan T. Kelly of Kelley Drye & Warren LLP, enters his appearance as counsel of record for Defendant Pathward, N.A in the above referenced cases.

**DATED: January 25, 2024**

**Respectfully Submitted,**

/s/ Ryan T. Kelly
Ryan T. Kelly (*pro hac vice)*
KELLEY DRYE & WARREN LLP
3 World Trade Center,
175 Greenwich Street,
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
RKelly@KelleyDrye.com

*Attorneys for Defendant*
*Pathward, N.A*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on January 24, 2024, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a copy will be sent by mail to non-registered participants.

/s/ Ryan T. Kelly
Ryan T. Kelly (*pro hac vice)*