**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION, | MDL No. 3083<br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |
| **This document relates to:**<br><br>JENNIFER SHEETS and MICHELLE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MEDICAL EYE SERVICES, INC. d/b/a MESVISION and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:23-cv-12892-ADB |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MEDICAL EYE SERVICES, INC.**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Medical Eye Services, Inc. hereby makes the following disclosure:

1. Defendant Medical Eye Services, Inc. is a wholly-owned subsidiary of EssilorLuxottica USA Inc.

2. EssilorLuxottica USA Inc. is an indirect wholly-owned subsidiary of EssilorLuxottica SA (traded on a foreign stock exchange).

Dated: January 25, 2024

Respectfully submitted,

*/s/ Gilbert S. Keteltas*

Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for Defendant*
*Medical Eye Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 25, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for Defendant*
*Medical Eye Services, Inc.*