# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To: | Hon. Allison D. Burroughs |
| CHRISTOPHER PIPES, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No.: 1-23-cv-11394-NG |
| v. | |
| IPSWITCH, INC. and PROGRESS SOFTWARE CORPORATION, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c)(1), Tina Wolfson gives notice of her withdrawal as counsel of record for Plaintiff Christopher Pipes. David Pastor, of the law firm Pastor Law Office PC, and Ben Barnow, of the law firm Barnow and Associates, P.C., will continue to represent Plaintiff Pipes in this proceeding. This withdrawal will not prejudice any party to this matter.

Dated: January 25, 2024

Respectfully submitted,

*/s/ Tina Wolfson*
Tina Wolfson (admitted *pro hac vice*)
twolfson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel:  (310) 474-9111
Fax: (310) 474-8585

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 25th day of January, 2024, a true and correct copy of the above and foregoing was filed with the Clerk of the Court via the Court's CM/ECF system for electronic service on all counsel of record, and also served via email and U.S. Mail to Christopher Pipes.

                                      */s/ Tina Wolfson*
                                      Tina Wolfson (admitted *pro hac vice*)