UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>All Cases | MDL No. 1:23-md-03083-ADB-PGL |

**PLAINTIFFS' LEADERSHIP TEAM'S COMMUNICATION STRUCTURE PROPOSAL**

Pursuant to MDL Order No. 9, Plaintiffs' Lead Counsel and Liaison and Coordinating Counsel (together, the "Plaintiffs' Leadership Team") hereby provide their proposal for structuring communications with Defendants and ensuring efficient progress of these cases.

The Court appointed the Plaintiffs' Leadership Team on Friday, January 19, 2024. Since then, members of the Plaintiffs' Leadership Team have conferred with counsel for virtually all of the defendants in the MDL. We spoke with a dozen or more defense firms individually. And yesterday, January 25, 2024, we invited all MDL defense counsel to a call; sixty-eight attorneys participated. We are continuing to field calls about this issue today, including from defense counsel who were transferred into the MDL just yesterday.

This submission first presents the proposal received from defense counsel earlier today; while Plaintiffs' Leadership Team cannot say conclusively that all defendants agree with this proposal, we are aware of no objection from any defendant. The Plaintiffs' Leadership Team recommends that the Court adopt Defendants' Proposal with the understanding that the Defense Liaison Committee membership be revisited from time to time.

A.      **Defendants' Proposal**

Defendants proposed that the following firms serve as an initial Defendants' Liaison Committee:

| Primary Contact | Firm | Defendants Represented |
|---|---|---|
| Aravind Swaminathan | Orrick Herrington & Sutcliffe LLP | Johns Hopkins University (Direct User); Johns Hopkins Health System Corporation (Direct User); Teachers Insurance & Annuity Association of America (Vendor Contracting Entity); Arietis Health, LLC (Vendor); Performance Health Technology Ltd. (Vendor) |
| Allison Holt Ryan | Hogan Lovells US LLP | International Business Machines Corp. (Direct User); Maximus, Inc. (Direct User); Maximus Federal Services, Inc. (Direct User); Unum Group (Direct User); Multiple state court lawsuits |
| Jack Pirozzolo | Sidley Austin LLP | Genworth Financial, Inc. (Vendor Contracting Entity); Genworth Life Insurance Company (Vendor Contracting Entity); Genworth Life (Vendor Contracting Entity); F&G Annuities & Life, Inc. (Vendor Contracting Entity); |
| Nathaniel Mendell | Morrison & Foerster LLP | FMR LLC (Vendor Contracting Entity); Fidelity Investments Institutional Operations Company LLC (Vendor Contracting Entity); Bank of America Corporation (Indirect User); |
| Paulyne Gardner | Mullen Coughlin LLC | Pension Benefit Information (Vendor); Berwyn Group, Inc. (Vendor Contracting Entity); EMS Management & Consultants, Inc. (Vendor); Financial Institution Service Corp. (Vendor); Welltok, Inc. (Vendor); Union Bank & Trust Company (Direct User); |
| Gilbert S. Keteltas | Baker & Hostetler LLP | The Global Atlantic Financial Group LLC (and related entities) (Vendor Contracting Entity); |

| | | |
|---|---|---|
| | | Chevron Federal Credit Union (Direct User);<br>Data Media Associates, LLC (Vendor);<br>Franklin Mint Federal Credit Union (Direct User);<br>The Independent Order of Foresters (Vendor Contracting Entity Customer);<br>University of Massachusetts Chan Medical School (and related entities) (Direct User);<br>University of Rochester (Direct User);<br>Patelco Federal Credit Union (Vendor Contracting Entity);<br>AutoZone, Inc. (Direct User);<br>Medical College of Wisconsin, Inc. (Vendor Contracting Entity);<br>Premier Health Partners (Vendor Contracting Entity);<br>Virginia Mason Franciscan Health (Vendor Contracting Entity);<br>OSF Healthcare System (Vendor Contracting Entity);<br>Garrett Regional Medical Center (Vendor Contracting Entity);<br>Medical Eye Services, Inc. ("MES Vision") (Direct User);<br>Multiple state-court lawsuits |
| Jeffery Tsai | DLA Piper | Progress Software Corporation;<br>Ipswitch, Inc. |
| Kristine McAlister Brown | Alston & Bird LLP | United Healthcare Student Resources (Direct User);<br>United Health Group Incorporated;<br>Cadence Bank (Direct User) |
| Edward Boyle | Venable LLP | TMG Health (Vendor) |
| Kari Rollins | Sheppard Mullin LLP | Delta Dental |
| Felicia Ellsworth | Wilmer Cutler Pickering | Hartford Life and Accident Insurance Company (Vendor Contracting Entity) |

|  | Hale and Dorr LLP |  |
|--|--|--|

The Defense Liaison Committee, as it is currently comprised, consists of attorneys from law firms currently representing multiple defendants in the MDL, as well as defendants with various relationships to the MOVEit software and incident. These defendants include: (i) Progress Software Corporation; (ii) direct users (users of MOVEit software with no downstream entities impacted); (iii) vendors (direct users of MOVEit software that provided services to or contracted with other defendants); (iv) vendor contracting entities (entities that contracted with vendors); and (v) indirect users (entities that contracted with vendor contracting entities). It also includes attorneys representing defendants that have been named in related and currently pending state court matters.

As currently envisioned, the role of the Defense Liaison Committee will be to serve as a primary point of contact for Defendants to ensure efficient and coordinated transmission of information.  It will routinely convene the larger defense group to solicit ideas, comments, and proposals, and then communicate those directly with Plaintiffs' Leadership Team. It will also, in turn, relay the ideas, comments, and proposals of the Plaintiffs' Leadership Team's for consideration among the larger defense group.  Individual members of the Defense Liaison Committee may also coordinate directly with members of Plaintiffs' Leadership Team when appropriate (e.g., to share information about state court cases).  The Defense Liaison Committee does not have authority to bind any defendant without the defendant's express consent.  The establishment of the Defense Liaison Committee, moreover, does not preclude any defendant from taking any action it deems appropriate.

The Defense Liaison Committee is intended to be flexible, with the potential for members to change or take on particular roles as the MDL proceeds and as the nature of activity changes. For example, counsel for defendants who become integral to ongoing motion practice or discovery can be added, while counsel for defendants that settle claims or are not actively participating in ongoing discovery or motion practice can step down.  As noted above, the goal of creating the Defense Liaison Committee is to streamline communications among defense counsel and permit fruitful discussions with Plaintiffs' Leadership Team on all issues of common concern to the larger defense group.

B.    **Plaintiffs' Leadership Team's Recommendations**

Plaintiffs' Leadership Team appreciates Defendants' efforts to coordinate amongst themselves and the effort to put forth the above proposal. We recommend that the Court adopt Defendants' Proposal with the understanding that the Defense Liaison Committee membership be revisited from time to time.

This MDL can only run efficiently if there are a limited number of Defense counsel with whom Plaintiffs' Leadership Team must engage on any given issue. The Defense Liaison Counsel is common in complex multi defendant cases like this one.[1]

The Plaintiffs' Leadership Team considered asking the Court to appoint a Defendants' State-Federal Liaison to work alongside Plaintiffs' State-Federal Liaison. As we understand that the firms of the individual attorneys comprising the proposed Defendants' Liaison Committee

---

[1] *See* Manual for Complex Litigation (Fourth) § 10.221 (2004); *In Re: Generic Pharm. Pricing Antitrust Litig.*, MDL No. 2724, 16-MD-2724, Pretrial Order No. 22 (E.D. Pa. March 19, 2017) ( appointing five-person defense liaison committee in case involving 40+ corporate defendants); *In Re: New England Compounding Pharmacy Cases*, 1:12-cv-12052-FDS (D. Mass. Dec. 13, 2012) (appointing defendants' liaison counsel for group of defendants in 100+ defendant MDL).

are involved in the majority of the state cases, Plaintiffs' Leadership Team is content to revisit this in the future if necessary.

As to structuring communications and ensuring efficient progress of these cases: In addition to communications affecting all defendants, it is anticipated that there will be a need for defendant-specific communications and possibly defendant-group communications in the future. Coordinating and Liaison Counsel will provide more details on policies and procedures for any such communications as may be appropriate in conjunction with the February 2, 2024 submissions required by MDL Order No. 9.

DATED this 26 day of January, 2024.   Respectfully submitted,

By:    */s/ Kristen A. Johnson*
    Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*


By:    */s/ E. Michelle Drake*
    E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net


By:    */s/ Gary F. Lynch*
    Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.

Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com


By: _____*/s/ Douglas J. McNamara*_____
　　　Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl.
Washington, DC  20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com


By: _____*/s/ Karen H. Riebel*_____
　　　Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN  55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com


By: _____*/s/ Charles E. Schaffer*_____
　　　Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA  19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel*

## **LOCAL RULE 7.1 CERTIFICATION**

The parties have met and conferred extensively about these matters including immediately preceding the 6 p.m. EST filing deadline.  Regrettably we were not able to reach agreement and resolution until 5:59 p.m. EST and it took 15 minutes to implement. Coordinating and Liaison Counsel regrets the technical tardiness of this filing.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: January 26, 2024                                              */s/ Kristen A. Johnson*
                                                                                Kristen A. Johnson (BBO# 667261)