AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In Re: MOVEit Customer Data Secuirty Breach Lit ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-md-0383-ADB |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Scott Linman, on behalf of his minor child, L.L. and Sherry Linman.

Date: 01/26/2024

/s/ M. Anderson Berry
*Attorney's signature*

M. Anderson Berry, SBN CA: 262879
*Printed name and bar number*

865 Howe Avenue, Sacramento, CA 95825
*Address*

aberry@justice4you.com
*E-mail address*

(916) 239-4778
*Telephone number*

(916) 924-1829
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 26, 2024.

                                                   */s/ M. Anderson Berry*
                                                   M. Anderson Berry