**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEit Customer Data Security Breach Litigation** | MDL No.: 1:23-md-03083-ADB<br>Judge: Hon. Allison D. Burroughs |
| **THIS DOCUMENT RELATES TO:**<br><br>MARIA IZBICKI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TMG HEALTH, INC.,<br><br>Defendant. | Case No.: 1:23-cv-12599-ADB<br>Judge: Hon. Allison D. Burroughs |
| TAMA HERMAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TMG HEALTH, INC.,<br><br>Defendant. | Case No.: 1:23-cv-12598-ADB<br>Judge: Hon. Allison D. Burroughs |
| CHRISTINE SANCHEZ, both individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICES CORPORATION; BLUE CROSS AND BLUE SHIELD OF ILLINOIS; BLUE CROSS AND BLUE SHIELD OF TEXAS; BLUE CROSS AND BLUE SHIELD OF NEW MEXICO; BLUE CROSS AND BLUE SHIELD OF OKLAHOMA; BLUE CROSS AND BLUE SHIELD OF MONTANA; TMG HEALTH INC.; and DOES 1-10,<br><br>Defendants. | Case No.: 1:24-cv-10026-ADB<br>Judge: Hon. Allison D. Burroughs<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN C. VAZQUEZ** |

I, Elizabeth A. Rodd, am a member in good standing of the bar of the United States District for the District of Massachusetts and the attorney of record for Defendant TMG Health, Inc. in this case. Pursuant to Local Rule 83.5.3, I am moving for the admission of John C. Vazquez to appear *Pro Hac Vice* in this case as co-counsel for Defendant TMG Health, Inc. for the following actions:

| **Case Name** | **Plaintiffs** | **Case Number** |
|---|---|---|
| *In re: MOVEit Customer Data Security Breach Litigation* | Master Docket | 1:23-md-03083 |
| *Izbicki v. TMG Health, Inc.* | Maria Izbicki | 1:23-cv-12599 |
| *Herman v. TMG Health, Inc.* | Tama Herman | 1:23-cv-12598 |
| *Sanchez v. Health Care Services Corporation, et al.* | Christine Sanchez | 1:24-cv-10026 |

Mr. Vazquez is a member of the bars of New York. Mr. Vazquez is a member in good standing of all bars to which he is admitted, and his Rule 83.5.3(e)(3) certification is attached to this motion as **Exhibit A**.

WHEREFORE, it is respectfully requested that this Court enter an Order admitting John C. Vazquez *Pro Hac Vice* as co-counsel for the Defendant in the above-captioned case.

Dated: Boston, MA
January 29, 2024

Respectfully submitted,
**MCDERMOTT WILL & EMERY LLP**

By: ______________________________

Elizabeth A. Rodd (Mass. BBO # 706724)
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Telephone: 617.535.4040
Facsimile: 617.835.9685
erodd@mwe.com
*Attorneys to Defendant TMG Health, Inc*

**<u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>**

I, Elizabeth A. Rodd, hereby certify that the parties conferred through Plaintiffs' counsel in the above-captioned cases, *Izbicki*, *Herman* and *Sanchez*, on January 24, 2024 and Plaintiffs' counsel in *Izbicki* and *Sanchez* consented to the relief requested herein. As of this filing, Plaintiffs' counsel in *Herman* has not responded to our request.

By: ______________________________

Elizabeth A. Rodd (Mass. BBO # 706424)
**MCDERMOTT WILL & EMERY LLP**
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Telephone: 617.535.4040
Facsimile: 617.835.9685
erodd@mwe.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January 2024, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of John C. Vazquez to be served upon all counsel of record via this Court's CM/ECF system.

By: ____________________________

Elizabeth A. Rodd (Mass. BBO # 706724)
**MCDERMOTT WILL & EMERY LLP**
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Telephone: 617.535.4040
Facsimile: 617.835.9685
erodd@mwe.com