# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEit Customer Data Security Breach Litigation** | MDL No.: 1:23-md-03083-ADB<br>Judge: Hon. Allison D. Burroughs |
| **THIS DOCUMENT RELATES TO:**<br><br>MARIA IZBICKI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TMG HEALTH, INC.,<br><br>Defendant. | Case No.: 1:23-cv-12599-ADB<br>Judge: Hon. Allison D. Burroughs |
| TAMA HERMAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TMG HEALTH, INC.,<br><br>Defendant. | Case No.: 1:23-cv-12598-ADB<br>Judge: Hon. Allison D. Burroughs |
| CHRISTINE SANCHEZ, both individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICES CORPORATION; BLUE CROSS AND BLUE SHIELD OF ILLINOIS; BLUE CROSS AND BLUE SHIELD OF TEXAS; BLUE CROSS AND BLUE SHIELD OF NEW MEXICO; BLUE CROSS AND BLUE SHIELD OF OKLAHOMA; BLUE CROSS AND BLUE SHIELD OF MONTANA; TMG HEALTH INC.; and DOES 1-10,<br><br>Defendants. | Case No.: 1:24-cv-10026-ADB<br>Judge: Hon. Allison D. Burroughs<br><br>**CERTIFICATION OF JOHN C. VAZQUEZ** |

I, John C. Vazquez, pursuant to Local Rule 83.5.3, certify and say:

1. I am an attorney in good standing in every jurisdiction in which I am admitted to practice, including New York (NY Bar No: 5094636);
2. I have no disciplinary proceedings pending against me in any jurisdiction;
3. I have never had a *Pro Hac Vice* Admission to this Court (or other admission for a limited purpose under Rule 83.5.3) revoked for misconduct;
4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts;
5. I am a counsel at the law firm of Venable LLP, 151 West 42nd Street, 49th floor, New York, New York 10036.

Dated: New York, New York
January 24, 2024

**VENABLE LLP**

By: ______________________________

John C. Vazquez
151 West 42nd Street, 49th Floor
New York, New York 10036
Telephone: 212.370.6293
jcvazquez@venable.com