**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| JESSICA MENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PROGRESS SOFTWARE CORPORATION; and THE NYC DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 1:24-cv-10214-ADB |

**NOTICE OF APPEARANCE OF JEFFREY S. GOLDENBERG**

Please enter the appearance of Jeffrey S. Goldenberg, of the firm Goldenberg Schneider, LPA, 4445 Lake Forest Drive, Suite 490, Cincinnati, Ohio 45242; Telephone: (513) 345-8291, on behalf of Plaintiff Jessica Mendez, and the proposed class(es) identified in the above-captioned complaint.

Date: January 29, 2024

Respectfully Submitted,

*/s/ Jeffrey S. Goldenberg*

Jeffrey S. Goldenberg
**Goldenberg Schneider, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Goldenberg, hereby certify that on January 29, 2024, I caused a copy of the foregoing *Notice of Appearance* to be filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ *Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg