**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**This Document Relates To:**<br><br>**1:24-cv-10207** | **MDL No. 1:23-md-03083-ADB**<br><br><br><br>**Hon. Allison D. Burroughs** |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Joseph P. Guglielmo with Scott+Scott Attorneys at Law LLP as attorney for Plaintiff Christine Paweski, in connection with the above-captioned action.

Respectfully submitted,

*/s/ Joseph P. Guglielmo*

Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

Dated: January 29, 2024

**CERTIFICATE OF SERVICE**

I, Joseph P. Guglielmo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 29, 2024.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo