**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| JESSICA MENDEZ,<br><br>Plaintiff,<br>v.<br><br>PROGRESS SOFTWARE CORPORATION; and THE NYC DEPARTMENT OF EDUCATION<br><br>Defendants. | Case No. 1:24-cv-10214 |

**NOTICE OF APPEARANCE OF CHARLES E. SCHAFFER**

Please enter the appearance of Charles E. Schaffer, of the firm, Levin Sedran & Berman LLP, 510 Walnut Street, Suite 500, Philadelphia, PA, 19106, Telephone: (215)592-1500, on behalf of Plaintiff Jessica Mendez, and the proposed class(es) identified in the above-captioned complaint.

Date: January 29, 2024

Respectfully Submitted,

*/s/ Charles E. Schaffer*
Charles E. Schaffer
**Levin Sedran & Berman LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215)592-1500
Fax: (215)592-4663
cschaffer@lfsblaw.com

**CERTIFICATE OF SERVICE**

I, Charles E. Schaffer, hereby certify that on January 29, 2024, I caused a copy of the foregoing *Notice of Appearance* to be filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ *Charles E. Schaffer*
Charles E. Schaffer