**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION, | MDL No. 3083<br><br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |
| **This document relates to:**<br><br>JILLINE DOBRATZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE MEDICAL COLLEGE OF WISCONSIN, INC. and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:23-cv-12968-ADB |
| **This document relates to:**<br><br>ROGER F. WINSTANLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE MEDICAL COLLEGE OF WISCONSIN, INC. and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:24-cv-10205-ADB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gilbert S. Keteltas, of Baker Hostetler LLP, enters his appearance as counsel of record for Defendant The Medical College of Wisconsin, Inc. in the above-captioned case.

Date: January 29, 2024

Respectfully submitted,

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER & HOSTETLER LLP
1050 Connecticut Avenue N.W.,
Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
E: gketeltas@bakerlaw.com

*Attorney for Defendant The Medical College of Wisconsin, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas

BAKER & HOSTETLER LLP
1050 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
E: gketeltas@bakerlaw.com

*Attorney for Defendant The Medical College of Wisconsin, Inc.*