**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION, | MDL No. 3083<br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |
| **This document relates to:**<br><br>JILLINE DOBRATZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE MEDICAL COLLEGE OF WISCONSIN, INC. and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:23-cv-12968-ADB |
| **This document relates to:**<br><br>ROGER F. WINSTANLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE MEDICAL COLLEGE OF WISCONSIN, INC. and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:24-cv-10205-ADB |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MEDICAL COLLEGE OF WISCONSIN, INC.

In accordance with Federal Rule of Civil Procedure 7.1, Defendant The Medical College of Wisconsin, Inc. hereby discloses that it is a non-stock corporation and does not have a parent corporation or any publicly held corporate stockholders.

Dated: January 29, 2024

Respectfully submitted,

*/s/Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for Defendant*
*The Medical College of Wisconsin, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gilbert S. Keteltas*

Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036-5403
T: 202.861.1530
F: 202.861.1783
E: gketeltas@bakerlaw.com

*Attorney for Defendant*
*The Medical College of Wisconsin, Inc.*