**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION, | MDL No. 3083<br><br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |
| **This document relates to:**<br><br>JILLINE DOBRATZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE MEDICAL COLLEGE OF WISCONSIN, INC. and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:23-cv-12968-ADB |
| **This document relates to:**<br><br>ROGER F. WINSTANLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE MEDICAL COLLEGE OF WISCONSIN, INC. and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:24-cv-10205-ADB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kyle Cutts, of Baker Hostetler LLP, enters his appearance as counsel of record for Defendant The Medical College of Wisconsin, Inc. in the above-captioned case.

Date: January 29, 2024

Respectfully submitted,

*/s/ Kyle Cutts*
Kyle Cutts
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
T: 216.861.7576
E: kcutts@bakerlaw.com

*Attorney for Defendant The Medical College of Wisconsin, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Kyle Cutts*
Kyle Cutts

BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
T: 216.861.7576
E: kcutts@bakerlaw.com

*Attorney for Defendant The Medical College of Wisconsin, Inc.*