UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No. 1:23-md-03083-ADB

BRANDY KONISH, on behalf of herself and all others similarly situated,

Plaintiff,

v.

GREATER ROCHESTER INDEPENDENT PRACTICE ASSOCIATION, INC.,

Defendant.

Case No. 1:23-cv-12922-ADB

**NOTICE OF APPEARANCE OF COUNSEL**

I, Roy W. Bjorlin, of the firm Wilson Elser Moskowitz Edelman and Dicker LLP, hereby enter my appearance for Defendant, Greater Rochester Independent Practice Association, Inc., in the above-captioned matter.

Respectfully submitted,

DEFENDANT, GREATER ROCHESTER INDEPENDENT PRACTICE ASSOCIATION, INC.,

By its Attorneys,

*/s/ Roy W. Bjorlin*

Roy W. Bjorlin, BBO #666704
Roy.Bjorlin@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts 02110
(617) 422-5300

Dated: January 29, 2024

**CERTIFICATE OF SERVICE**

I, Roy W. Bjorlin, hereby certify that, on January 29, 2024, the foregoing document was filed through the ECF system, the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

*/s/ Roy W. Bjorlin*
Roy W. Bjorlin