**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | ) | |
| This Document Relates To: | ) | MDL No. 1:23-md-03083-ADB-PGL |
| All Cases | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears as counsel for Defendant Progress Software Corporation in the above-captioned action. Further service of all papers and pleadings, should be made upon the undersigned.

DATED this 30th day of January, 2024.

*/s/ Callan G. Stein*
Callan G. Stein
Troutman Pepper Hamilton Sanders LLP
High Street Tower
125 High Street, 19th Floor
Boston, MA 02110

*Attorney for Defendant Progress Software Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | ) | |
| This Document Relates To: | ) | MDL No. 1:23-md-03083-ADB-PGL |
| All Cases | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Callan G. Stein*
Callan G. Stein
Troutman Pepper Hamilton Sanders LLP
High Street Tower
125 High Street, 19th Floor
Boston, MA 02110

*Attorney for Defendant Progress Software Corporation*