**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**This Document Relates To:**<br><br>**Sanchez v. Health Care Services Corp., et al, 1:23-cv-15857** | MDL No.: 1:23-md-03083-ADB<br><br>Hon. Allison D. Burroughs |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Patrick J. Sheehan of Whatley Kallas, LLP, for Plaintiff Christine Sanchez, in connection with the above-captioned action.

Date: January 30, 2024

Respectfully Submitted,

*\/s/ Patrick J. Sheehan*
Patrick J. Sheehan (BBO # 639320)
**WHATLEY KALLAS, LLP**
101 Federal Street
19th Floor
Boston, MA 02110
Telephone: (617) 203-8459
Facsimile: (800) 922-4851
psheehan@whatleykallas.com

*Attorney for Plaintiff Christine Sanchez*

**CERTIFICATE OF SERVICE**

I, Patrick J. Sheehan, hereby certify that on the 30th day of January, 2024, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system which shall serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

*/s/ Patrick J. Sheehan*