**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**This Document Relates To:**<br><br>**Sanchez v. Health Care Services Corp., et al, 1:23-cv-15857** | MDL No.: 1:23-md-03083-ADB<br><br>Hon. Allison D. Burroughs |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Edith M. Kallas of Whatley Kallas, LLP, for Plaintiff Christine Sanchez, in connection with the above-captioned action.

Date: January 30, 2024

Respectfully Submitted,

*/s/ Edith M. Kallas*

Edith M. Kallas
**WHATLEY KALLAS, LLP**
152 West 57th Street
41st Floor
New York, NY 10019
Telephone: (212) 447-7060

1228 Riverside Drive
Aspen, CO 81611
Telephone: (970) 300-4848
Facsimile: (800) 922-4851
ekallas@whatleykallas.com

*Attorney for Plaintiff Christine Sanchez*

**CERTIFICATE OF SERVICE**

I, Edith M. Kallas, hereby certify that on the 30th day of January, 2024, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system which shall serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

*/s/ Edith M. Kallas*_________