**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| This Document Relates to:<br><br>AHMAD HAKEMI, MD.,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION, ARIETIS HEALTH, LLC, et al.<br><br>Defendants. | Case 1:24-cv-10031 |
| DON G. SWEKOSKI JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Case 1:23-cv-13077-ADB |
| JOYCE OGUIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PROGRESS SOFTWARE CORPORATION, ARIETIS HEALTH, LLC, et al.,<br><br>Defendants. | Case 1:23-cv-13025-ADB |

| | |
|---|---|
| DANIELLE SCHAFER, on behalf of herself individually and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>Defendant. | Case 1:23-cv-13014-ADB |
| ELIOT FRANKEBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>Defendant. | Case 1:23-cv-13015-ADB |
| ROBIN ZEIGLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>Defendant. | Case 1:23-cv-13018-ADB |
| CHARLES GENTRY, on behalf of himself individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>Defendant. | Case 1:23-cv-13019-ADB |

| | |
|---|---|
| KEVAN SEIDNER, on behalf of himself individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>Defendant. | Case 1:23-cv-13020-ADB |
| GINA SLIGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>Defendant. | Case 1:23-cv-13026-ADB |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

Pursuant to MDL Order No. 2, I, Aravind Swaminathan, am authorized to practice in this Court, and I appear in this case as counsel for Arietis Health, LLC.

I have already appeared as counsel for Arietis Health, LLC in this MDL.

Dated: January 30, 2024

Respectfully submitted,

**Orrick, Herrington & Sutcliffe LLP**
*/s/ Aravind Swaminathan*
Aravind Swaminathan
401 Union Street, Suite 3300
Seattle, WA 98101
T: (206) 839-4300
F: (206) 839-4301
aswaminathan@orrick.com

*Attorney for Defendant Arietis Health, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2024, I caused a true and correct copy of the foregoing **Appearance of Counsel** to be filed and served through the Court's CM/ECF system, which will be sent electronically to all registered participants on the Notice of Electronic Filing (NEF).

/s/ *Aravind Swaminathan*
Aravind Swaminathan