# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Copans v. Sutter Health et al.*<br>2:23-cv-02619-KJM-DB<br>*O'Connor et al. v. Sutter Health et al.*<br>2:23-cv-02725-KJM-DB<br>*Cooper-Leonard v. Sutter Health et al.*<br>1:23-cv-13052-ADB | MDL No.: 1:23-md-03083-ADB |

**SUTTER HEALTH'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, the undersigned counsel of record certifies Defendant Sutter Health is a not-for-profit organization that does not issue stock and has no parent corporation.

Dated this 30th day of January, 2024.

By: */s/ Sean R. McTigue*
ROBERT H. BUNZEL
MICHAEL D. ABRAHAM
STEPHEN C. STEINBERG
KERRY L. DUFFY
SEAN R. McTIGUE
BARTKO LLP
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900

*Attorneys for Sutter Health*

2

## CERTIFICATE OF SERVICE

I hereby certify that the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 30, 2024.

*/s/ Sean R. McTigue*  
SEAN R. McTIGUE
