**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*All Cases* | MDL No. 1:23-md-03083-ADB-PGL |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION RE**
**INITIAL PROPOSED CASE SCHEDULE**

Pursuant to MDL Order No. 9, Plaintiffs' Lead Counsel and Liaison and Coordinating Counsel (together, "Plaintiffs' Leadership Team") hereby jointly request a two-week extension, until February 16, 2024, for the purposes of narrowing our differences as to the initial proposed case schedule required by MDL Order No. 9. Plaintiffs' Leadership Team have conferred with the Defense Liaison Committee who, in turn, have conferred with the broader set of defendants and no defendant has voiced objection.

The parties have exchanged scheduling proposals and conferred on multiple calls. Additional conferences have been set for the coming week. The parties believe that granting the requested extension will allow them to present the Court with either a joint scheduling proposal or, in any event, reduce the areas of disagreement.

For clarity, the parties intend to provide the remaining submissions required by MDL Order No. 9, including a proposed schedule for regular status conferences and a proposed agenda for the first status conference, by tomorrow, February 2, 2024.

DATED this 1st day of February, 2024.                Respectfully submitted,

By: _____*/s/ Kristen A. Johnson*_____
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109

Tel:  (617) 482-3700
Fax:  (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*


By:  _____*/s/ E. Michelle Drake*_____
       E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax:  (612) 584-4470
emdrake@bm.net


By:  _____*/s/ Gary F. Lynch*_____
       Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax:  (412) 231-0246
Gary@lcllp.com


By:  _____*/s/ Douglas J. McNamara*_____
       Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl.
Washington, DC  20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com


By:  _____*/s/ Karen H. Riebel*_____
       Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 612-339-0981
khriebel@locklaw.com

By:    */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA  19106
Tel:  (215) 592-1500
Fax:  (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATION

Plaintiffs' Leadership Team has met and conferred with the Defense Liaison Committee, who, in turn, have conferred with the broader set of defendants concerning scheduling proposals and the extension sought herein. Our understanding is that no defendant has voiced objection to the request for extension presented herein.

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: February 1, 2024                                       */s/ Kristen A. Johnson*

                                                                                    Kristen A. Johnson (BBO# 667261)