## APPENDIX A

### DEFENDANTS' PROPOSED COMPLAINT "TRACKS"

Below is a summary of the complaint "tracks" proposed by Defendants:

**Progress Software Corporation Track**

- A track directed at Progress Software Corporation ("Progress") and Ipswitch, Inc.
- The Parties agree that Progress is the owner and seller of the MOVEit software.
- This track would include a single complaint comprising the claims of Plaintiffs against Progress.

**Direct Users Track**

- A track for Defendants who (i) are direct users of the MOVEit application, (ii) contracted with Progress, (iii) used MOVEit primarily to transfer their own data or data of individuals with whom they have a direct relationship, and (iv) notified those individuals of the data breach.
- Within this track, Plaintiffs could consider filing a single master complaint with allegations generally applicable to all Direct User Defendants and file separate short-form complaints that incorporate the master complaint and add defendant-specific allegations and/or unique causes of action.
- Plaintiffs who have asserted claims against Progress in the Progress Software Corporation Track may also name Progress as a Defendant in these complaints, as many complaints against Direct Users already include Progress.

**Vendors and Indirectly Impacted Entities Track(s)**

- Many individual plaintiffs' claims arise not because any entity to which they provided their data and had any direct relationship used the MOVEit application, but instead because an entity one or more steps removed from plaintiffs did so. Thus, this track or track(s) would be (i) for Defendants who are Vendors, meaning they directly used the MOVEit application primarily to perform work on behalf of others, and (ii) for Defendants to which the Vendors provided services directly or indirectly, *i.e.*, (a) Defendants who contracted with a Vendor and whose customers were impacted by the at-issue data breach ("Vendor Contracting Entities" or "VCE") or (b) Defendants who contracted with a Vendor Contracting Entity, which then in turn contracted with a Vendor, and whose customers were impacted by at the at-issue data breach ("Vendor Contracting Entity Customers" or "VCEC").
- On the Vendor track(s), organization would flow from the privity lines connecting each Vendor who used the MOVEit application to the plaintiff who provided their data to a VCE

or VCEC.  By way of example, a sub-track could include PBI and all of the Vendor Contract Entities whose customers' data was accessed without authorization from PBI's MOVEit application.  Another sub-track could be Welltok and all of its customers whose data was accessed without authorization from Welltok's MOVEit application.

- Though Plaintiffs are free to style the complaints as they prefer, Defendants propose that the track(s) would function most efficiently if complaints are filed that combine all individual Plaintiffs' claims arising from a particular vendor's use of the MOVEit application, the Vendor's VCEs, and any related VCECs.  For example, a complaint might name PBI as a defendant, PBI's customers (*e.g.*, insurance companies, financial services organizations, etc. who used PBI to assist with managing their customers' accounts), and any defendants who are customers of PBI's customers.  This proposed organization is not intended to suggest that each individual Plaintiff would need to sue, for example, each VCE that contracted with a particular vendor, let alone that each individual Plaintiff would need to sue the Vendor. On the contrary, a Plaintiff who interacted only with a single VCE would bring their claims only against that VCE.

- Plaintiffs who have asserted claims against Progress in the Progress Software Corporation Track may also name Progress as a Defendant in these complaints, as many complaints against vendors already include Progress

The specific Defendants comprising each track are outlined *infra*.  Additional tracks may be needed to address unique claims as the MDL progresses, for example, subrogation, indemnification, or contribution-type claims.  If additional tracks are needed, Defendants will coordinate with Plaintiffs and the Court.  Further, to the extent unique situations arise prior to or after the creation of tracks (*e.g.*, cases where plaintiffs have not effectuated service of complaints yet), Defendants will coordinate with Plaintiffs and the Court as to the most efficient path forward.

**PROGRESS SOFTWARE CORPORATION TRACK**

This track could consist of:

- Progress Software Corporation

- Ipswitch, Inc.

**DIRECT USERS TRACK**

This track could consist of the following Direct User Defendants:

- American National Group, LLC d/b/a American National Insurance Company

- American National Insurance Company

- Aristocrat Technologies, Inc.

- AutoZone, Inc.

- Cadence Bank

- CareSource

- Chevron Federal Credit Union

- Delta Dental

- Enstar (US) Inc.

- EyeMed Vision Care LLC

- Franklin Mint Federal Credit Union

- Greater Rochester Independent Practice Association, Inc.

- International Business Machines Corp.

- Johns Hopkins Health System Corporation

- Johns Hopkins University

- MasTec, Inc.

- Maximus Federal Services, Inc.

- Maximus, Inc.

- Medical College of Wisconsin, Inc.

- Medical Eye Services, Inc. ("MES Vision")

- TD Ameritrade, Inc.

- The Charles Schwab Corporation

- TSG Interactive US Services Ltd.

- Union Bank & Trust Company

- United Healthcare Student Resources

- University of Massachusetts Chan Medical School (and related entities)

- University of Rochester

- Unum Group

**VENDORS AND INDIRECTLY IMPACTED ENTITES TRACK(S)**

This track could consist of the following Vendor Defendants and associated Vendor Contracting Entities and/or Vendor Contracting Entity Customers, respectively:

- Vendor: Arietis Health, LLC
    - o   Vendor Contracting Entity: North Star Anesthesia

- Vendor: CBIZ, Inc.

- Vendor: Data Media Associates, LLC

- Vendor: EMS Management & Consultants, Inc.

- Vendor: Ernst & Young Investment Advisers LLP[1]
    - o   Vendor Contracting Entity: Bank of America Corporation

- Vendor: Financial Institution Service Corp.

- Vendor: National Account Service Company, LLC (NASCO)
    - o   Vendor Contracting Entity: Blue Cross Blue Shield of Massachusetts

- Vendor: National Student Clearinghouse
    - o   Vendor Contracting Entity: The Trustees of Columbia University in the City of New York

- Vendor: Nuance Communications Inc.
    - o   Vendor Contracting Entity: Garrett Regional Medical Center

- Vendor: Performance Health Technology Ltd.

- Vendor: Pension Benefit Information
    - o   Vendor Contracting Entity: American General Life Insurance Co.
    - o   Vendor Contracting Entity: Athene Annuity and Life Company
    - o   Vendor Contracting Entity: Berwyn Group, Inc.
    - o   Vendor Contracting Entity: Corebridge Financial, Inc.
    - o   Vendor Contracting Entity: Delaware Life Insurance Company
    - o   Vendor Contracting Entity: F&G Annuities & Life, Inc.

---

[1] Not the correct entity; not properly served.

- o Vendor Contracting Entity: Fidelity Investments Institutional Operations Company LLC
  - ▪ Vendor Contracting Entity Customer: Bank of America Corporation
- o Vendor Contracting Entity: Fidelity Life Association
- o Vendor Contracting Entity: FMR LLC
- o Vendor Contracting Entities: Genworth Financial, Inc.; Genworth Life and Annuity Insurance Company; Genworth Life Insurance Company
  - ▪ Vendor Contracting Entity Customer: Brighthouse Financial, Inc. (wrongly named as defendant in existing complaint, whereas Brighthouse Life Insurance Company is the entity to which plaintiff is connected)
- o Vendor Contracting Entity: Hartford Life and Accident Insurance Company
- o Vendor Contracting Entity: Jackson National Life Insurance Company
- o Vendor Contracting Entity: Manhattan National Life Insurance Company
- o Vendor Contracting Entity: MassMutual Ascend Life Insurance Company
- o Vendor Contracting Entities: Milliman, Inc.; Milliman Solutions, LLC
  - ▪ Vendor Contracting Entity Customer: CMFG Life Insurance Company
  - ▪ Vendor Contracting Entity Customer: MEMBERS Life Insurance Company
  - ▪ Vendor Contracting Entity Customer: The Independent Order of Foresters
- o Vendor Contracting Entity: Sun Life and Health Insurance Company (U.S.)
- o Vendor Contracting Entity: Talcott Resolution Life Insurance Company (and related entities)
- o Vendor Contracting Entity: Teachers Insurance & Annuity Association of America
- o Vendor Contracting Entity: The Global Atlantic Financial Group LLC (and related entities)
- o Vendor Contracting Entity: The Prudential Insurance Company of America
- o Vendor Contracting Entity: Not Named as Defendant
  - ▪ Vendor Contracting Entity Customer: Continental Casualty Company
  - ▪ Vendor Contracting Entity Customer: Lumico Life Insurance Company
  - ▪ Vendor Contracting Entity Customer: Standard Insurance Company (and related entities)
  - ▪ Vendor Contracting Entity Customer: Puritan Life Insurance Company of America

- Vendor: Sovos Compliance, LLC
  - o Vendor Contracting Entity: Patelco Federal Credit Union

- Vendor: TMG Health
  - o Vendor Contracting Entity: Health Care Service Corporation, and unincorporated divisions: Blue Cross and Blue Shield of Illinois; Blue Cross and Blue Shield of

Texas; Blue Cross and Blue Shield of New Mexico; Blue Cross and Blue Shield of Oklahoma; Blue Cross and Blue Shield of Montana

- Vendor: Welltok, Inc.; Virgin Pulse, Inc.
  - Vendor Contracting Entity: CHI Health - NE
  - Vendor Contracting Entity: OSF Healthcare System
  - Vendor Contracting Entity: Premier Health Partners
  - Vendor Contracting Entity: Virginia Mason Franciscan Health

- Vendor: Not Named as Defendant
  - Vendor Contracting Entity: MidFirst Bank; Midland Financial Co.

- Vendor: Not Named as Defendant
  - Vendor Contracting Entity: The Bank of Canton
  - Vendor Contracting Entity: Flagstar Bank, N.A.

- Vendor: Not Named as Defendant
  - Vendor Contracting Entity: Valley National Bank

- Vendor: Not Named as Defendant
  - Vendor Contracting Entity: Not Named as Defendant
    - Vendor Contracting Entity Customer: Pathward, N.A.