**Appendix B**

**Plaintiffs' Proposed Case Management Schedule**

| Event | Plaintiffs' Proposal |
|---|---|
| Parties submit joint scheduling proposal | Friday, February 16, 2024 |
| Plaintiffs identify suggested First Tranche Defendants, <br><br> • Progress <br> • PBI (Vendor) <br> • Maximus (Direct User) <br> • Welltok (Vendor) <br> • Delta Dental (Direct User) <br> • Genworth (Vendor Contracting Entity via PBI) | Friday, February 16, 2024 |
| Defendants to elect whether to opt into a settlement track; <br><br> Includes a temporary reprieve from formal discovery but conditioned on providing information sufficient to support settlements | Friday, March 8, 2024 <br><br> *Within 21 days of February 16* |
| Plaintiffs file Amended Consolidated Complaints against First Tranche Defendants | 60 days after court order approving schedule. Approximately Tuesday, April 16, 2024 <br><br> *60 days after Feb. 16 submission, could be later depending on when the Court enters an order setting the schedule* |
| Meet and confer to address: <br><br> • scope of motions to dismiss, <br> • any request to increase page limits, <br> . | Around Tuesday, April 23, 2024 <br><br> *One week after filing Amended Consolidated Complaints* |

1

| | |
|---|---|
| Deadline for conducting Rule 26(f) conference for First Tranche Cases | Around Tuesday, April 30, 2024<br><br>*Two weeks after filing Amended Consolidated Complaints* |
| Rule 26(f) report for First Tranche Cases due | Around Tuesday, May 7, 2024<br><br>*One week later after Rule 26(f) conference* |
| Discovery opens as to Progress, from both plaintiffs and defendants; parties will meet and confer before serving discovery.  To likely include:<br><br>- forensic reports<br>- information about patches<br>- information to regulators<br>- standard form / exemplar agreements and to whom they applied<br>- indemnification information<br>- representations about data security and privacy | Around Thursday, May 16, 2024<br><br>*Thirty days after filing Consolidated Complaints* |
| Rule 12 Motions and Answer Due | Around Thursday May 23, 2024<br><br>*30 days after Meet and Confer* |
| Rule 12 Oppositions Due | Around June 24, 2024<br><br>*30 days after Rule 12 Motions* |
| Oral Argument on Rule 12 Motions | TBD<br><br>*At the Court's Convenience* |
| Parties to meet and confer about next logical steps, including whether additional tranches / consolidated complaints are appropriate | Around July 8<br><br>*Two weeks after Rule 12 briefing is complete* |