**Appendix C**

**Plaintiffs' Proposed First Tranche Defendants**

| Primary Defendant | Description | Estimated Breach Size | Headquarters (Incorporated) | # of Plaintiffs/ Class Reps[1] |
|---|---|---|---|---|
| Progress | -- | 40 million consumers | MA (MA) | 159 |
| PBI | Vendor | 20 million consumers | MN (MN) | 55 |
| Maximus | Direct User | 11 million consumers | VA (VA) | 12 |
| Welltok | Vendor | 8.5 million consumers | RI as of 9/23, previously CO (DE) | 16 |
| Delta Dental[2] | Direct User | 7 million consumers | IL (IL) | 6 |
| Genworth | Vendor Contracting Entity via PBI | 2.5 million consumers | VA (DE) | 12 |

---

[1] Per cases in the MDL as of February 2, 20204.

[2] Only recently transferred to MDL.