# Exhibit A

Exhibit A to Joint Proposal Regarding Briefing of Threshold Issues

| Last Name | First Name | State of Residence | Defendant Name | D. Mass. Case No. | Asserts Allegation(s) of Fraud? | Asserts Allegation(s) of Reimbursable Fraud? | Asserts Allegation(s) of Future Risk of Harm? | Asserts Allegation(s) of Receipt of Spam Communications? | Asserts Allegation(s) of Mitigation Efforts? | Asserts Allegation(s) of Benefit of the Bargain? | Asserts Allegation(s) of Loss of Value of PII? | Asserts Allegation(s) of Invasion of Privacy? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Includes alleged unauthorized credit card or other accounts opened, tax fraud, fraudulent credit inquiry/report, and other actual fraud.* | *Includes alleged unauthorized credit card charges, debit card charges, and other unauthorized bank activity* | *Includes alleged anxiety or emotional distress, future risk of identity theft, PHI impact, SSN impact, financial account information impact, and other account credential impact* | *Includes alleged receipt of spam phone calls, text messages, and emails* | *Includes alleged loss of time, payment for credit monitoring, and credit freeze* | | *Includes allegation information is on the Dark Web and/or alleged diminution of value of PII* | |
| Williams | Peggy | California | Progress Software Corp. | 1:24-cv-10501 | N | N | Y | N | N | N | N | N |
| Tucker | Reina | Louisiana | Progress Software Corp. | 1:23-cv-12610 | N | N | Y | N | Y | Y | Y | Y |
| Berry | Jason | Louisiana | Progress Software Corp. | 1:23-cv-12343 | N | N | Y | N | N | N | N | N |
| McAdam | Annie | Louisiana | Progress Software Corp. | 1:23-cv-12350 | N | N | Y | N | Y | Y | Y | Y |

Defendants do not admit that any of the purported injuries identified in this chart have been plausibly alleged or otherwise satisfy the pleading standards required under Rule 8 of the Federal Rules of Civil Procedure.