UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**JOINT PROPOSED AGENDA FOR THE APRIL 24, 2024 STATUS CONFERENCE**

The parties jointly propose the following agenda for the status conference scheduled for April 24, 2024 at 1:00 p.m.

**A.  Motions / Matters for Which Oral Argument is Requested**

None.

**B.  Report to the Court**

1. <u>Schedule for briefing CAFA, arbitration, class waiver, article III standing.</u>

    *Gary Lynch for Plaintiffs; Eamon Joyce for Defendants.  If issue specific questions arise: Orrick Herrington & Sutcliffe for Defendants regarding CAFA; Mayer Brown for Defendants regarding timing of arbitration briefing.*

    a.  Joint Proposal regarding briefing Threshold Issues, April 5, 2024 [ECF No. 851].

    b.  Order, directing submission of proposed schedule, April 12, 2024 [ECF No. 855].

    c.  Jointly Proposed CMO No. 1, regarding briefing CAFA, Arbitration, Class Waiver, and Article III Standing Issues, April 19, 2024 [ECF No. 865].

2. <u>Update on discovery.</u>

    *Doug McNamara for Plaintiffs; Jeff Tsai for Defendants*

    a.  Parties exchanged drafts of a Proposed ESI Protocol and they will meet and confer the week of April 22.

   b. Parties exchanged drafts of a Proposed Protective Order and they will meet and confer the week of April 22.

   c. Plaintiffs sent draft requests for production of documents and interrogatories to Progress.

3. <u>Time, fee, and expense update</u>.

*Alyson Oliver, Time, Fee, and Expense Counsel*

Progress on establishment of portal and accounting systems and first reporting deadline.

4. <u>Update re settlements (including Johns Hopkins)</u>

*Gary Lynch for Plaintiffs; Aravind Swaminathan for Johns Hopkins and the Defendants' Liaison Committee*

5. <u>Schedule for next status conference.</u>

The parties propose that the next Status Conference be scheduled for the week of May 20-24, 2024.

**C. Pending Motions / Submissions.**

None.

**D. Briefing in progress.**

None.

Dated: April 19, 2024  Respectfully submitted,

    By: */s/ Kristen A. Johnson*
     Kristen A. Johnson (BBO# 667261)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1 Faneuil Hall Square, 5th Fl.
    Boston, MA 02109
    Tel: (617) 482-3700
    Fax: (617) 482-3003
    kristenj@hbsslaw.com

    *Plaintiffs' Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
    E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By:  */s/ Gary F. Lynch*
    Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax:  (412) 231-0246
Gary@lcllp.com

By:  */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl.
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By:  */s/ Karen H. Riebel*
    Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By:  */s/ Charles E. Schaffer*
    Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel:  (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: April 19, 2024        Respectfully submitted,

By: */s/ Aravind Swaminathan*
      Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel: (206) 839-4340
aswaminathan@orrick.com

By: */s/ Allison M. Holt Ryan*
      Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS LLP
555 13th Street NW
Washington, D.C. 20004
Tel: (202) 637-5600
allison.holt-ryan@hoganlovells.com

By: */s/ Jack W. Pirozzolo*
      Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304
jpirozzolo@sidley.com

By: */s/ Nathaniel R. Mendell*
      Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*
      Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
Tel: (267) 930-4770
pgardner@mullen.law

By: */s/ Gilbert S. Keteltas*
    Gilbert S. Keteltas (*pro hac vice*)
BAKERHOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC  20026
Tel:  (202) 861-1530
gketeltas@bakerlaw.com

By: */s/ Jeff Tsai*
    Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  (415) 615-6055
jeff.tsai@dlapiper.com

By: */s/ Kristine McAlister Brown*
    Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel:  (404) 881-7584
kristy.brown@alston.com

By: */s/ Edward P. Boyle*
    Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel:  (212) 808-5675
epboyle@venable.com

By: */s/ Kari M. Rollins*
    Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 634-3077
Krollins@sheppardmullin.com

*Defendants' Liaison Committee*

-6-

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: April 19, 2024                    */s/ Kristen A. Johnson*
                                         Kristen A. Johnson (BBO# 667261)