UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To All Cases In Which A CAFA Motion Will Be Filed, Including:<br><br>1:23-cv-12438<br>1:23-cv-10035<br>1:23-cv-13072<br>1:23-cv-13231<br>1:23-cv-12911<br>1:23-cv-12436 | MDL No. 1:23-md-03083-ADB-PGL |

## ORDER

UPON CONSIDERATION of Defendants Performance Health Technology, Ltd.'s ("PHT"), Greater Rochester Independent Practice Association's ("GRIPA") and Union Bank and Trust's ("UBT") Motion to Dismiss Pursuant to the Home-State Exception to the Class Action Fairness Act, and there being good cause shown, it is hereby

ORDERED that all cases listed in the caption to this order are hereby DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

SO ORDERED this _____ day of _____ 2024.

_____
Hon. Allison D. Burroughs
U.S. District Court Judge

                                              Hon. Paul G. Levenson
                                              U.S. District Court Magistrate Judge