**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) |
| This Document Relates To: | ) MDL No. 1:23-md-03083-ADB ) Hon. Allison D. Burroughs |
| *Cantrell v. Pathward, N.A. et al.,* Case No. 1:23-cv-12554-ADB (D. Mass.) | ) ) ) |
| *Kent v. Pathward, N.A. et al.,* Case No. 1:23-cv-12764-ADB (D. Mass.); and | ) ) ) |
| *Fields v. Pathward, N.A. et al.,* Case No. 1:23-cv-13058 (D. Mass.) | ) ) ) |

**DECLARATION OF BOBBIE CREW IN SUPPORT OF PATHWARD N.A.'S MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION**

I, Bobbie Crew, declare as follows:

1.      I either have personal knowledge of the facts and matters set forth below or I have determined that such facts and matters are true and correct on the basis of information from records kept in the ordinary course of business. If I were called as a witness in this matter, I could and would testify competently to each of the matters stated.

2.      I am employed by HRB Professional Resources LLC as a Senior Paralegal. Among my other responsibilities, I have responsibility for maintaining opt outs submitted pursuant to the arbitration agreement contained in the Online and Mobile Banking Agreement.

3.      I am familiar with the process through which individuals opt out of the arbitration agreement contained in the Online and Mobile Banking Agreement. I am also familiar with how opt outs are stored, preserved, and retrieved in the regular and ordinary course of business.

**Plaintiffs Did Not Opt Out of Arbitration**

4.      Attached as Exhibit 1 to the Declaration of Nathan Rigney is a true and correct copy of the Online and Mobile Banking Agreement agreed to by Plaintiff Tracy Alcott on January 12, 2023, by Plaintiff Michelle Cantrell on January 24, 2023, by Plaintiff Melissa Fields on January 20, 2023, and by Plaintiff Jacob Kent on January 15, 2023.

5.      That Online and Mobile Banking Agreement contained an opt out provision that allowed Plaintiffs to opt out of arbitration within 30 days of accepting the Online and Mobile Banking Agreement by filling out an online form or mailing a simple letter. *See* Rigney Decl. Ex. 1 § 6. None of the four Plaintiffs opted out of the arbitration agreement in that Online and Mobile Banking Agreement.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of May, 2024.

_____
Bobbie Crew