UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-12438<br>1:23-cv-10035<br>1:23-cv-12436 | MDL No. 1:23-md-03083-ADB-PGL |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Defendants Performance Health Technology, Ltd. ("PHT"), Union Bank and Trust Company ("UBT") (together, "Defendants") and Plaintiffs Jennifer Canterbury, Katelin Malo, Corrinna Reed, Joann Kindred, Jeffrey Scott, Bonnie Scott, and Paul Bender ("Plaintiffs" and with Defendants, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Motion for Leave to File Amended Complaints (ECF 1035), and state as follows:

1. On July 3, 2024, Plaintiffs filed a Motion for Leave to File Amended Complaints. *See* ECF 1035. Pursuant to Local Rule 7.1(b), Defendants' responses to the Motion for Leave to Amend would be due on July 17, 2024.

2. Also on July 3, 2024, in accordance with MDL Order No. 13, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction under the Class Action Fairness Act. *See* ECF 1034; *see also* ECF 926. Pursuant to Order No. 13, Defendants reply is due on July 26, 2024. *See* ECF 874.

3. Given the overlapping briefing periods for Defendants' responses and reply, the Parties met and conferred on July 5 and July 8, 2024 and agreed to extend Defendants' deadline to respond to the Motion for Leave to Amend to July 26, 2024, *i.e.*, the same day Defendants' reply

in support of the Motion to Dismiss for Lack of Jurisdiction under the Class Action Fairness Act is also due.

4.  Good cause exists to extend Defendants' deadline to respond to the Motion for Leave to Amend given the overlapping briefing period on Defendants' reply and efficiencies of simultaneous filings. The requested stipulation is not being sought for purposes of delay or any other improper purpose and will not prejudice any party.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter this stipulation extending Defendants' deadline to respond to the Motion for Leave to Amend to July 26, 2024.

DATED this 12th day of July 2024.  Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

*/s/ Aravind Swaminathan*
Aravind Swaminathan (*pro hac vice*)
401 Union Street, Suite 3300
Seattle, WA 98101
(206) 839-4340
aswaminathan@orrick.com

*Counsel for Defendant Performance Health Technology, Ltd.*

MULLEN COUGHLIN LLC

*/s/ James Monagle*
James Monagle (*pro hac vice*)
500 Capital Mall, Suite 2350
Sacramento, CA 95814
(415) 846-8435
jmonagle@mullen.law

*Counsel for Defendant Union Bank and Trust Company*

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Kristen A. Johnson
Kristen A. Johnson (BBO #667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
(617) 306-6304
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel for Plaintiffs*

BERGER MONTAGUE, PC

/s/ E. Michelle Drake
E. Michelle Drake (*pro hac vice*)
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
(612) 594-5933
emdrake@bm.net

LYNCH CARPENTER, LLP

/s/ Gary F. Lynch
Gary F. Lynch (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 253-6307
gary@lcllp.com

COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ Douglas J. McNamara
Douglas J. McNamara (*pro hac vice*)
1100 New York Ave. NW, 5th Fl.
Washington, DC 20005
(202) 408-4600
dmcnamara@cohenmilstein.com

LOCKRIDGE GRINDAL NAUEN PLLP

/s/ Karen H. Riebel
Karen H. Riebel (*pro hac vice*)
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
(612) 339-6900
khriebel@locklaw.com

LEVIN SEDRAN & BERMAN LLP

                                                */s/ Charles E. Schaffer*
Charles E. Schaffer (*pro hac vice*)
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500
cshaffer@lfsblaw.com

*Lead Counsel for Plaintiffs*

SO ORDERED.

_____, 2024

                                                Hon. Allison D. Burroughs
U.S. District Court Judge


                                                Hon. Paul G. Levenson
U.S. District Court Magistrate Judge

**CERTIFICATE OF SERVICE**

    I hereby certified that on July 12, 2024, a copy of the foregoing was served on all parties of record via the Court's ECF/CM system.

                                                                  /s/ *Aravind Swaminathan*