IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION,<br><br>This Document Relates To:<br><br>*Gorman v. Progress Software Corp., et al.*, No. 1:23-cv-12972-ADB | MDL No. 1:23-md-03083-ADB-PGL |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS SOVOS
COMPLIANCE, LLC AND MIDLAND STATES BANK ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Matthew Gorman hereby voluntarily dismisses without prejudice his claims against Defendants Sovos Compliance, LLC and Midland States Bank only.

Dated: August 6, 2024         Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO #667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
(617) 306-6304
kristenj@hbsslaw.com

*Counsel for Plaintiff Matthew Gorman and Liaison
& Coordinating Counsel for MDL Plaintiffs*

**BERGER MONTAGUE, PC**

*/s/ E. Michelle Drake*
E. Michelle Drake (*pro hac vice*)
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
(612) 594-5933
emdrake@bm.net

011175-26/2695909 V1

**LYNCH CARPENTER, LLP**

*/s/ Gary F. Lynch*
Gary F. Lynch (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
gary@lcllp.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Douglas J. McNamara*
Douglas J. McNamara (*pro hac vice*)
1100 New York Ave. NW, 5th Fl.
Washington, DC 20005
(202) 408-4600
dmcnamara@cohenmilstein.com

**LOCKRIDGE GRINDAL NAUEN PLLP**

*/s/ Karen H. Riebel*
Karen H. Riebel (*pro hac vice*)
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
(612) 339-6900
khriebel@locklaw.com

**LEVIN SEDRAN & BERMAN LLP**

*/s/ Charles E. Schaffer*
Charles E. Schaffer (*pro hac vice*)
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500
cshaffer@lfsblaw.com

*Lead Counsel for MDL Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: August 6, 2024                             */s/ Kristen A. Johnson*
                                                          Kristen A. Johnson (BBO# 667261)

011175-26/2695909 V1