UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

JOINT MOTION AND [PROPOSED] ORDER
REQUESTING ONE-WEEK EXTENSION OF TIME TO SUBMIT
CASE MANAGEMENT PROPOSAL PURSUANT TO MDL ORDER NO. 17

Plaintiffs' Co-Lead Counsel and Liaison and Coordinating Counsel (collectively, "Plaintiffs") and the Defense Liaison Committee[1] ("Defendants," and together with Plaintiffs, the "parties"), by and through their respective counsel of record, hereby jointly request a one-week extension of time (up to and including August 16, 2024) for the Parties to submit their case management proposal pursuant to MDL Order No. 17. In support thereof, the Parties respectfully state as follows:

1. On July 24, 2024, the Court entered MDL Order No. 17 informing the Parties that it would be adopting a "modified bellwether structure" and instructing the Parties to meet and confer to jointly propose a case management structure and schedule consistent with the Court's Order. *See* ECF 1123. The Court ordered the Parties to submit their proposal(s) to the Court by

---

[1] Consistent with MDL Order No. 9 and Plaintiffs' Leadership Team's Communication Structure Proposal (ECF 667), the counsel identified as Defendants' Liaison Counsel represent solely their own clients and do not speak for any other Defendants but have been authorized by the other Defendants to sign this joint submission. Defendants' Liaison Counsel are not aware of any Defendants in this MDL objecting to the proposal described herein.

August 9, 2024. *See id.*

2. Since the issuance of MDL Order No. 17, the Parties have exchanged correspondence and met and conferred on several occasions in an effort to reach agreement—or identify areas of agreement—regarding a case management structure and schedule to propose to the Court.

3. The Parties' efforts to meet and confer have been quite productive, but they agree that one more week, up to and including August 16, 2024, would be beneficial to permit the Parties to continue to meet and confer to identify areas of agreement and draft their case management proposal to the Court consistent with MDL Order No. 17.

4. The next status conference scheduled in this MDL litigation is scheduled for Thursday, September 5, 2024.

WHEREFORE, for the foregoing reasons the Parties respectfully request the Court extend the Parties' deadline to present their case management proposal by one week to August 16, 2024.

Dated: August 8, 2024    Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: /s/        E. Michelle Drake
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: /s/ Gary F. Lynch
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: /s/ Douglas J. McNamara
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By: /s/        Karen H. Riebel
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: /s/        Charles E. Schaffer
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel:  (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: August 8, 2024    Respectfully submitted,

By: /s/        Aravind Swaminathan
Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101

Tel:  (206) 839-4340
aswaminathan@orrick.com

By: */s/*        *Allison M. Holt Ryan*
Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS LLP
555 13th Street NW
Washington, D.C. 20004
Tel:  (202) 637-5600
allison.holt-ryan@hoganlovells.com

By: */s/*        *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel:  (617) 223-0304
jpirozzolo@sidley.com

By: */s/*        *Nathaniel R. Mendell*
Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel:  617-648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*
Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel:  (267) 930-4770
pgardner@mullen.law

By: */s/*        *Gilbert S. Keteltas*
Gilbert S. Keteltas (*pro hac vice*)
BAKERHOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC  20026
Tel:  (202) 861-1530
gketeltas@bakerlaw.com

By: */s/*        *Jeff Tsai*
Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  (415) 615-6055
jeff.tsai@dlapiper.com

By: */s/ Kristine McAlister Brown*
Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel:  (404) 881-7584
kristy.brown@alston.com

By: */s/        Edward P. Boyle*
Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel:  (212) 808-5675
epboyle@venable.com

By: */s/        Kari M. Rollins*
Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 634-3077
Krollins@sheppardmullin.com

By: */s/        Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6687
Felicia.ellsworth@wilmerhale.com

*Defendants' Liaison Committee*

SO ORDERED

_____, 2024

                                       _____
                                       Hon. Allison D. Burroughs
                                       U.S. District Court Judge

                                       _____
                                       Hon. Paul G. Levenson
                                       U.S. District Court Magistrate Judge

-7-

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: August 8, 2024                              /s/      *Kari M. Rollins*