UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Christopher Kearns v. Progress Software Corporation and Paycom Payroll, LLC, et al.*, No. 1:24-cv-11368-ADB | MDL No. 1:23-md-03083-ADB |

**PLAINTIFFS' EMERGENCY MOTION FOR THE COURT TO ISSUE A SHOW CAUSE ORDER REGARDING THE FAILURE OF DEFENDANT PAYCOM PAYROLL, LLC, ORRICK, HERRINGTON & SUTCLIFFE LLP, AND ATTORNEY WILLIAM B. FEDERMAN TO COMPLY WITH <u>THE COURT'S CASE MANAGEMENT ORDERS</u>**

Plaintiff Christopher Kearns and Lead Counsel hereby move this Court for an order to show cause directed to Defendant Paycom Payroll, LLC; Orrick, Herrington & Sutcliffe LLP, Paycom's counsel; and attorney William B. Federman, requiring them to show cause regarding why the Court should not hold them to account for: 1) willfully violating of MDL Orders Nos. 3, 4 by failing to notify the Court of the pending related action *Johnson v. Paycom Payroll, LLC*, No. CJ-2023-4763 (Dist. Ct. Okla. Cnty. Aug. 22, 2023) (the "*Johnson* Action"); and 2) willfully violating MDL Order No. 10 by negotiating and filing a proposed settlement of the *Johnson* Action without prior notice to Lead Counsel or this Court.

Based on the Motion, the accompanying Memorandum of Law, Declaration of Kristen A. Johnson and exhibits attached thereto, Plaintiff and Lead Counsel respectfully request that the Court grant their motion.

Dated: August 9, 2024                    Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
Austin B. Cohen
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com
acohen@lfsblaw.com

*Plaintiffs' Lead Counsel*

By: */s/ Amy E. Keller*
Amy E. Keller
Dicello Levitt
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Tel: (312) 214-7900
akeller@dicellolevitt.com

By: */s/ James J. Pizzirusso*
James J. Pizzirusso
Hausfeld LLP
888 16th Street NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7154
jpizzirusso@hausfeld.com

*Plaintiffs' Law and Briefing Committee Co-Chairs*

**LOCAL RULE 7.1 CERTIFICATION**

I, Gary F. Lynch, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for the movants have conferred in good faith with counsel for Paycom Payroll, LLC and attorney William B. Federman to resolve or narrow the issues, but the parties were unable to resolve the issues.

_____
Gary F. Lynch

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: August 9, 2024         */s/ Kristen A. Johnson*
                              Kristen A. Johnson (BBO# 667261)