**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE: MOVEIT CUSTOMER DATA
SECURITY BREACH LITIGATION

MDL No. 1:23-md-03083-ADB-PGL

This Document Relates To:

ALL CASES

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' OMNIBUS MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(1)**

Plaintiffs' Co-Lead Counsel and Liaison and Coordinating Counsel (collectively,

"Plaintiffs") respectfully move the Court for a two-week extension to the deadline for Plaintiffs'

Opposition to Defendants' Omnibus Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) set

forth in MDL Order No. 13 (ECF No. 874).  The Plaintiffs have confirmed that the Defendants

do not oppose this motion and that it will not impact the currently scheduled hearing date that the

Court has set for October 9, 2024 to hear the Rule 12(b)(1) motion.[1]

In support of this motion, Plaintiffs state as follows:

1.      On April 25, 2024, the Court entered MDL Order No. 13, which directed the

parties to file briefs regarding CAFA, Arbitration, Class Waiver, and Article III Standing Issues.

MDL Order No. 13 further directed Defendants to file their Article III Standing motion by July

23, 2024, that Plaintiffs file their opposition to the motion by August 22, 2024, and that

Defendants file their reply on September 12, 2024.

2.      On July 23, 2024, Defendants filed their Omnibus Motion to Dismiss Pursuant to

Fed. R. Civ. P. 12(b)(1) (ECF No. 1114), including Appendices A and B.

---

[1] Defendants' agreement to the extension is predicated on an expectation that it will not affect the hearing date for the Rule 12(b)(1) motion. If the extension will result in a postponement of the hearing, Defendants withdraw their consent and request that the hearing proceed as scheduled. Plaintiffs' position is that, as described in paragraph 6, the extension ought not impact the October 9, 2024 hearing date but leave it to the Court's discretion to determine whether it desires more time to review the briefing before argument.

011175-35/2727599 V1

3.      On August 7, 2024, Defendants filed a Notice of Errata to Memorandum in Support of Defendants' Omnibus Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and Appendix A (ECF No. 1141) (the "Notice").

4.      The Notice contains five errata to the main text of the brief, eight errata to the footnotes of the brief, and six errata impacting three separate rows in the original Appendix A to the brief.  Additionally, the Notice attaches three new appendices which Defendants desire to offer as demonstratives (Appx. C-E), containing a total of 31 additional pages and 765 rows of information.  Plaintiffs' position is that an extension is warranted as the Notice was filed approximately halfway through Plaintiffs' time to respond to the motion and require plaintiffs' counsel to spend additional time reviewing and fact-checking the revised and new materials (which, in part, purport to categorize 398 plaintiffs' injuries). Defendants' position is that these demonstratives do not add or alter the arguments contained in Defendants' Omnibus Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1).

5.      Given the Notice, the parties have agreed to extend Plaintiffs' time to respond to the motion by two weeks, and move Defendants' reply by the same.

6.      Importantly, even with the requested extension, briefing will conclude by September 26, 2024, which leaves two weeks for the Court to review the briefing before the October 9, 2024 status conference and date for arguing this motion.[2]

7.      Good cause exists to allow a two-week extension for Plaintiffs to respond to Defendants' Article III Standing motion, the Errata and new Appendices and a two-week extension for Defendants' reply.

For the foregoing reasons, Plaintiffs respectfully request that the Court enter the attached proposed Order granting a two-week extension for Plaintiffs to oppose Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) from August 22, 2024 to September 5, 2024 and Defendants' reply from September 12, 2024 to September 26, 2024.

---

[2] July 18, 2024 Hearing Tr. at 46:5-10 ("DISTRICT JUDGE BURROUGHS: Okay. So our next one will be 11:00 o'clock on the 5th. And then -- and we'll do what we can on scheduling the CAFA motion, and then we'll Schedule one for October, which will be argument on any remaining motions that are ready for argument.").

DATED this 14th day of August, 2024.

Respectfully submitted,

By: _____ */s/ Kristen A. Johnson* _____
    Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel:  (617) 482-3700
Fax:  (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: _____ */s/ E. Michelle Drake* _____
    E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax:  (612) 584-4470
emdrake@bm.net

By: _____ */s/ Gary F. Lynch* _____
    Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax:  (412) 231-0246
Gary@lcllp.com

By: _____ */s/ Douglas J. McNamara* _____
    Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl.
Washington, DC  20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By: _____ */s/ Karen H. Riebel* _____
    Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900

Fax:  (612) 612-339-0981
khriebel@locklaw.com

By:  _____ */s/ Charles E. Schaffer* _____
  Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA  19106
Tel:  (215) 592-1500
Fax:  (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that the parties have conferred and have attempted in good faith to resolve or narrow the issues by email in connection with the above requested relief.

    */s/ Kristen A. Johnson* _____
    Kristen A. Johnson (BBO# 667261)

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: August 14, 2024    _____ */s/ Kristen A. Johnson* _____
       Kristen A. Johnson (BBO# 667261)