**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**This Document Relates to:**<br><br>*Jeffrey Scott, Bonnie Scott and Paul F. Bender v. Union Bank and Trust Company; 1:23-cv-12436* | MDL No. 3083<br>CIVIL ACTION NO.<br>1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, Union Bank and Trust Company in the

following case:

- *Jeffrey Scott, Bonnie Scott and Paul F. Bender v. Union Bank and Trust Company; 1:23-cv-12436*

Dated: September 3, 2024                Respectfully submitted,

                                                                    */s/ Jordan S. O'Donnell*
                                                                    Jordan S. O'Donnell, #BBO 684001
                                                                    Mullen Coughlin LLC
                                                                    426 W. Lancaster Ave., Suite 200
                                                                    Devon, PA 19333
                                                                    Telephone: (267) 930-4106
                                                                    jsodonnell@mullen.law

                                                                    *Attorneys for Defendant,*
                                                                    *Union Bank and Trust Company*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2024, a copy of this Notice of Appearance was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell

2