# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-13014-ADB<br>1:23-cv-13015-ADB<br>1:23-cv-13026-ADB<br>1:23-cv-13019-ADB<br>1:23-cv-13018-ADB<br>1:23-cv-13020-ADB<br>1:23-cv-12524-ADB<br>1:23-cv-13025-ADB<br>1:23-cv-12736-ADB<br>1:24-cv-10031-ADB<br>1:23-cv-13077-ADB | MDL No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
## OF AMENDED CLASS ACTION SETTLEMENT AGREEMENT

Since the issuance of the Court's Preliminary Approval Order (ECF No 1202), the Parties have made minor amendments to the preliminarily approved Class Action Settlement Agreement. The proposed amendments do not impact the fairness, reasonableness, or adequacy of the Class Action Settlement Agreement. Those amendments can be seen in the redlined version of the proposed Amended Class Action Settlement Agreement, which is attached to the Declaration of Gary F. Lynch in Support of Plaintiffs' Motion for Preliminary Approval of Amended Class Action Settlement Agreement and Provisional Class Certification as Exhibit 2 (the declaration and Amended Settlement have been submitted concurrently herewith).

Class Counsel and Counsel for Defendant have conferred with the Settlement Administrator, and the Settlement Administrator has indicated that the Parties will be able to

comply with the Court's previously ordered January 3, 2025 Notice Deadline if the Notice is finalized by December 19, 2024. As such, the Parties respectfully suggest that the Court retain the previously issued deadlines in its Preliminary Approval Order. *See* ECF No. 1202.

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs in the above captioned actions filed against Arietis Health and LLC, consolidated in this MDL, hereby move this Court for entry of an Order: (1) granting Preliminary Approval of the Amended Settlement; (2) provisionally certifying the proposed Settlement Class; (3) conditionally appointing the proposed Class Representatives as the Settlement Class Representatives; (4) conditionally appointing Co-Lead Counsel and Liaison & Coordinating Counsel as the Settlement Class Counsel; (5) approving the form and manner of notice; (6) ordering that notice be disseminated to the Settlement Class according to the Settlement's terms; (7) establishing the deadlines for Settlement Class Members to request exclusion from the Settlement Class, file objections to the Settlement, or file Claims for a Settlement Award; and (8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

This Motion is based upon the record in this case as well as the: (1) Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Amended Class Action Settlement and Provisional Class Certification; (2) Declaration of Gary F. Lynch in Support of Plaintiffs' Motion for Preliminary Approval of Amended Class Action Settlement and Provisional Class Certification; and (3) Declaration of Cameron R. Azari, as well as any additional materials and argument that may be presented to the Court.

DATED:  December 5, 2024            Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/    E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/    Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/    Charles E. Schaffer*
Charles E. Schaffer
Austin B. Cohen
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com
acohen@lfsblaw.com

*Plaintiffs' Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATION

I, Gary F. Lynch, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for Plaintiffs have conferred in good faith with counsel for Defendant Arietis Health LLC and Defendant does not oppose this Motion.

_____
Gary F. Lynch

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated:  December 5, 2024             */s/ Kristen A. Johnson*_____
                                      Kristen A. Johnson (BBO# 667261)