# Oliver Bell
## ATTORNEYS AT LAW

(248) 327-6556

50 W Big Beaver Rd Ste 200
Troy, MI 48084

8951 Cypress Waters Blvd #160
Dallas, TX 75019

Hon. Allison Buroughs
Via Email delivery only

February 12, 2025

RE:   MDL 3083 Moveit Data Security Breach Litigation
      Plaintiff's Motion for Award of Attorney Fees filed February 11, 2025

Dear Judge Burroughs,

     I am reaching out pursuant to your directive early on in this litigation that I address any issues that are negatively impacting my ability to fulfill the duties assigned to me as Time, Fee and Expense oversight, as set forth in MDL Orders No.10 and 11.

     MDL Order No. 10 assigns me the responsibility of executing the requirements of MDL Order No. 11 which includes efficient and cost-effective ma of this litigation including timekeeping, costs, *and compensation protocols; and assisting Lead Counsel and Liaison and Coordinating Counsel with attorney's fees and costs motions and providing or obtaining declarations in support thereof.* MDL Order No. 10, pages 6-7.  At page 12 of that same Order, Your Honor provided the co-lead counsel the responsibility to determine the fees and reimbursements to appointed and Designated Counsel and the timing of those payments in connection with any Court-awarded fees and/or expenses *subject to review from the Time, Fee and Expense Counsel.*

     MDL Order No.11 further provides that I am to assess the skill level of billers and determine that the hourly rate claim is reasonable considering experience and skill level.  MDL Order No. 11, page 4.   Finally, that same Order provides me with the ability to implement and carry out my functions, t*including addressing compensation*.  MDL No. 11, page 12.

     Recognizing that Fee Petitions would be filed in light of the first settlement, I set up the ability for firms to upload information supporting their billing rates to our Time, Fee and Expense portal.  I was informed by co-lead counsel that did not agree to require same for fear such a submission may make firms believe they were entitled to their claimed rate or any payment.  The suggestion was that we look it up (by google search?) all billers background information.   I do not think that is efficient, nor do I believe that it is practical given that not all billers are lawyers, and even lawyers may not have detailed background information available online.

     I asked that I discuss with co-leads how we handle the work on the fee petitions given the roles assigned to me by this Court, the fact that there was obviously going to be a fee petition filed yesterday, and the requirement by this Court's Orders that I carry out my duties, which were spelled out in that request.  The response was that the co-leads needed to discuss this; and there was no further communication.

     Request was made to me by co-leads for lodestar reporting to compile the Fee Petition filed yesterday. The parameters were given by co-leads, and I built the report as requested, but without   input regarding the parameters.  I asked multiple times to review the motion and content before filing; with no response.

In short, the duties set forth by Your Honor's Orders as it applies to my responsibilities vis a vis fee petitions and review of compensation protocol have been frustrated by the lack of co-lead counsel's willingness to acknowledge these roles and accept that if this Court's Orders are to be followed; my involvement in assessing appropriate hourly rates (versus customary as set forth in the petition) is required; that they alone are not envisioned to be developing compensation protocols without my review of same; that declarations accompanying a fee petition be a joint endeavor; and that while co-leads have the ability determine the fees and reimbursements to appointed and Designated Counsel and the timing of those payments in connection with any Court-awarded fees and/or expenses; that this power is limited as it is these decisions are subject to review from the Time, Fee and Expense Counsel.

As it is, I have had no involvement in drafting the fee petition, determining adequacy of declarations, determining appropriateness of utilizing only co-lead counsel data, the nature and quality of the parameters of the data pulled, or the appropriateness of using 'customary' fees versus fees audited based on experience and contribution. In summation, in relation to the fee petition that is now before the Court, I pulled a report I was asked to pull, and that is all. I have had no ability to review the petition before it was filed and actually pulled it from CM/ECF to read it. Likewise, I have no idea what the plan for compensation should this Court ultimately approve a fee petition; as co-leads will not discuss this issue with me.

In conclusion, I am asking Your Honor to reject or deny the Motion without prejudice and order the rectification of the issues set forth herein prior to refiling.

Sincerely,

*/s/Alyson Oliver*
Time Fee and Expense Counsel