UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL<br><br>Judge Allison D. Burroughs |
| This Document Relates To:<br>C.A. No. 1:23-cv-12711-ADB<br><br>STEPHEN GILMORE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>THE BANK OF CANTON and PROGRESS SOFTWARE CORPORATION,<br><br>           Defendants. | |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND SERVICE AWARD FOR THE SETTLEMENT CLASS REPRESENTATIVE**

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Plaintiff Stephen Gilmore ("Plaintiff" or "Settlement Class Representative") respectfully moves for entry for an order:

1. Approving Class Counsel's request an attorneys' fees award of one-fourth (25%) of the Settlement Fund, totaling $75,000.00; and

2. Approving a Service Award of $5,000.00 to the Settlement Class Representative in recognition of his participation in this case on behalf of the Settlement Class.

In support of his motion, Plaintiff relies on the accompanying memorandum of law and supporting Declaration of Gary F. Lynch. A proposed order will be submitted to the Court with Plaintiff's forthcoming motion for final approval of the The Bank of Canton settlement.

DATED: August 19, 2025  Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


By:  */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By:  */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By:  */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By:  */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

-3-

        By: /s/ Karen H. Riebel
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

        By: /s/ Charles E. Schaffer
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com
acohen@lfsblaw.com

*Plaintiffs' Lead Counsel*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

DATE: August 19, 2025                                          */s/ Kristen A. Johnson*
                                                               Kristen A. Johnson (BBO# 667261)