# EXHIBIT A

## DEFENDANTS' PROPOSED COMPLAINT TRACKS[23, 24]

### PROGRESS SOFTWARE CORPORATION TRACK

- Progress Software Corporation

- Ipswitch, Inc.

### DIRECT USERS TRACK

- Allegheny County

- American National Group, LLC d/b/a American National Insurance Company

- American National Insurance Company

- Aristocrat Technologies, Inc.

- AutoZone, Inc.

- Cadence Bank

- CareSource

- Chevron Federal Credit Union

---

[23] These Proposed Complaint Tracks are as of July 30, 2024. Defendants reserve the right to revise or amend these Tracks and add or remove particular Defendants. Defendants make no admissions, whether factual, legal or otherwise, by providing these Tracks.

[24] As set forth in Defendants' Memorandum in Support of Defendants' Omnibus Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1) (ECF No. 1114-1), there is a category of Defendants that are not Direct Users, Vendors, Vendor Contracting Entities, or Vendor Contracting Entity Customers. This other category includes Defendants that appear to have been named by Plaintiffs in an attempt to add seemingly related corporate parents, subsidiaries, affiliates, or related parties to certain cases. In many instances, these Defendants have been improperly named and bear no relationship to Plaintiffs or the MOVEit Security Event. These Defendants are identified herein in parentheses next to their related Defendant entity (*e.g.*, "Defendant (including Related Entity)."). These Defendants do not waive and expressly reserve all rights and defenses relating to their improper inclusion.

-1-

- Delta Dental of California (including Dentegra Insurance Co., Delta Dental Insurance Company, Delta Dental of New York, and Delta Dental of Pennsylvania).[25]
- EMS Management & Consultants, Inc.
- Enstar (US) Inc.
- Franklin Mint Federal Credit Union

- Greater Rochester Independent Practice Association, Inc.

- Johns Hopkins University; Johns Hopkins Health System Corporation

- Medical College of Wisconsin, Inc.

- New York City Department of Education

- Paycom

- TD Ameritrade, Inc.

- The Charles Schwab Corporation

- The Vitality Group

- TSG Interactive US Services Ltd.

- Union Bank & Trust Company

- United Health Group

- United Healthcare Student Resources

---

[25] Please note, this parenthetical does not include Delta Dental Plans Association, Delta Dental of New Jersey, Delta Dental of Iowa, Delta Dental of Tennessee, Delta Dental of Missouri, or Delta Dental of Washington ("Other Delta Dental Entities"). Per prior correspondence with Plaintiffs' Leadership Committee, these Delta Dental entities are not related to Delta Dental of California (only the entities listed in the parenthetical above the line are subsidiaries or affiliates of DDC). These Other Delta Dental entities are not corporate parents, subsidiaries, predecessors, successors-in-interest, or affiliates to Delta Dental of California in any manner whatsoever, nor are they a direct user, a vendor, a vendor contracting entity, or a vendor contracting entity customer. Thus, they do not fall into any track, and they have no relationship (direct or indirect) with any of the Plaintiffs who have alleged causes of action against them.

011175-35/2734112 V1

- University of Rochester

- Unum Group

- Wayne Bank

### VENDORS AND INDIRECTLY IMPACTED ENTITIES TRACK(S)

- Vendor: Alogent Holdings, Inc.

- Vendor: Arietis Health, LLC

  - Vendor Contracting Entity: Anesthesia Consulting & Management, LP

    - Vendor Contracting Entity Customer: North Star Anesthesia of Michigan II, P.C.

    - Vendor Contracting Entity Customer: NorthStar Anesthesia of Missouri, Inc.

- Vendor: CBIZ, Inc.

- Vendor: CLEAResult Consulting

  - Vendor Contracting Entity: NSTAR Electric Co. d/b/a Eversource Energy

- Vendor: Data Media Associates, LLC

- Vendor: Ernst & Young Investment Advisers LLP[26]

  - Vendor Contracting Entity: Bank of America Corporation

- Vendor: EyeMed Vision Care LLC

- Vendor: Financial Institution Service Corp.

  - Vendor Contracting Entity: Homeland Bancshares

- Vendor: Fidelity National Info Systems

  - Vendor Contracting Entity: Not Named as Defendant

    - Vendor Contracting Entity Customer: Pathward, N.A.

---

[26] Not the correct entity.

- Vendor: International Business Machines Corp.

- Vendor: Kirkland & Ellis

  - Vendor Contracting Entity: Not Named as Defendant

    - Vendor Contracting Entity Customers: Trilogy Home Healthcare NE FL., Inc. and Trilogy Home Healthcare SW FL., Inc. (including CenterWell Home Health Services, LLC and Humana Inc.)

- Vendor: Maximus Federal Services, Inc.

- Vendor: Maximus Health Services, Inc.

- Vendor: Maximus, Inc.

- Vendor: Medical Eye Services, Inc. ("MES Vision")

  - Vendor Contracting Entity: California Physicians' Service d/b/a Blue Shield of California

- Vendor: NASCO (National Account Service Company LLC)

- Vendor: National Student Clearinghouse

  - Vendor Contracting Entity: The Trustees of Columbia University in the City of New York

- Vendor: Nuance Communications Inc.

  - Vendor Contracting Entity: Garrett Regional Medical Center

- Vendor: Paycom

- Vendor: Performance Health Technology Ltd.

- Vendor: Pension Benefit Information

  - Vendor Contracting Entity: Aetna Life Insurance Company

  - Vendor Contracting Entity: American General Life Insurance Co.

  - Vendor Contracting Entity: Athene Annuity and Life Company

  - Vendor Contracting Entity: Berwyn Group, Inc.

  - Vendor Contracting Entity: Corebridge Financial, Inc.

  - Vendor Contracting Entity: F&G Annuities & Life, Inc.

011175-35/2734112 V1

- o Vendor Contracting Entity: Fidelity Investments Institutional Operations Company LLC

    - Vendor Contracting Entity Customer: Bank of America Corporation

- o Vendor Contracting Entity: Not Named as Defendant

    - Vendor Contracting Entity Customer: Fidelity Life Association

- o Vendor Contracting Entity: FMR LLC

- o Vendor Contracting Entity: FullScope RMS (f/k/a Disability Reinsurance Management Servs)

    - Vendor Contracting Entity Customer: Reliastar Life Insurance Company

    - Vendor Contracting Entity Customer: Reliastar Life Insurance Company of New York

- o Vendor Contracting Entities: Genworth Financial, Inc.; Genworth Life and Annuity Insurance Company; Genworth Life Insurance Company

    - Vendor Contracting Entity Customer: Brighthouse Financial, Inc. (wrongly named as defendant in existing complaint, whereas Brighthouse Life Insurance Company is the entity to which plaintiff is connected)

- o Vendor Contracting Entity: Hartford Life and Accident Insurance Company

- o Vendor Contracting Entity: Jackson National Life Insurance Company

- o Vendor Contracting Entity: Manhattan National Life Insurance Company

- o Vendor Contracting Entity: MassMutual Ascend Life Insurance Company

- o Vendor Contracting Entities: Milliman, Inc.; Milliman Solutions, LLC

    - Vendor Contracting Entity Customer: CMFG Life Insurance Company

    - Vendor Contracting Entity Customer: Foresters Financial Holding Co.

    - Vendor Contracting Entity Customer: MEMBERS Life Insurance Company

    - Vendor Contracting Entity Customer: The Independent Order of Foresters

- o Vendor Contracting Entity: Sun Life and Health Insurance Company (U.S.)

- o Vendor Contracting Entity: Talcott Resolution Life Insurance Company (and related entities)

- o Vendor Contracting Entity: Teachers Insurance & Annuity Association of America

- o Vendor Contracting Entity: The Global Atlantic Financial Group LLC (and related entities)

- o Vendor Contracting Entity: The Prudential Insurance Company of America

- o Vendor Contracting Entity: Not Named as Defendant

    - Vendor Contracting Entity Customer: Continental Casualty Company

    - Vendor Contracting Entity Customer: Lumico Life Insurance Company

    - Vendor Contracting Entity Customer: Standard Insurance Company (and related entities)

    - Vendor Contracting Entity Customer: Puritan Life Insurance Company of America

- Vendor: Radius Global Solutions

- Vendor: Sovos Compliance, LLC

    - o Vendor Contracting Entity: Patelco Federal Credit Union

- Vendor: TMG Health

    - o Vendor Contracting Entity: Health Care Service Corporation

- Vendor: Welltok, Inc.; Virgin Pulse, Inc.

    - o Vendor Contracting Entity: Baylor Scott & White Health

    - o Vendor Contracting Entity: CHI Health - NE

    - o Vendor Contracting Entity: Optum, Inc.

    - o Vendor Contracting Entity: OSF Healthcare System

    - o Vendor Contracting Entity: Premier Health Partners

    - o Vendor Contracting Entity: Virginia Mason Franciscan Health

    - o Vendor Contracting Entity: Sutter Health

    - o Vendor Contracting Entity: Not Named as Defendant

        - Vendor Contracting Entity Customer: Corewell Health East/Beaumont Health

-6-

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: Blue Cross Blue Shield of Massachusetts

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: Community Trust Bank

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: MasTec

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: MidFirst Bank (Midland Financial Co.)

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: Primis Bank

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: The Bank of Canton

  - Vendor Contracting Entity: Flagstar Bank, N.A.

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: Umpqua Bank/Columbia Banking Systems, Inc., d/b/a Umpqua Bank

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: Valley National Bank

- Vendor: Not Named as Defendant

  - Vendor Contracting Entity: Not Named as Defendant

    - Vendor Contracting Entity Customer: American Multi-Cinema, Inc.; AMC Entertainment Holdings, Inc. (d/b/a AMC Theatres)