UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |
| This Document Relates To:<br>C.A. No. 1:23-cv-12711<br><br>STEPHEN GILMORE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>THE BANK OF CANTON and PROGRESS SOFTWARE CORPORATION,<br><br>        Defendants. | |

## [PROPOSED] JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Final Approval Order (ECF No. [\_\_\_]):

1. The Court incorporates by reference the definitions set forth in the Settlement Agreement (ECF No. 1398-1).

2. The Settlement Agreement, the Final Approval Order, and this Judgment are binding on, and shall have *res judicata* and preclusive effect in, all pending and future lawsuits or other proceedings as to Released Claims (and other prohibitions set forth in the Final Approval Order) that are brought, initiated, or maintained by, or on behalf of, any Settlement Class Member who has not opted out of the Settlement or any other person subject to the provisions of the Final Approval Order.

3.	The above-captioned action is dismissed with prejudice as to The Bank of Canton only, without fees or costs as to any Party except as provided in the Final Approval Order. The claims against Progress Software Corporation remain pending and shall continue.

4.	The Settlement Class Representative and Settlement Class Members (who have not timely and validly opted out of the Settlement) are enjoined from prosecuting any Released Claims in any proceeding against any of the Defendant Released Parties or prosecuting any claim based on any actions taken by any of the Defendant Released Parties that are authorized or required by the Settlement, the Final Approval Order, or this Judgment.

5.	Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay in entering final judgment as to The Bank of Canton.

NOW, THEREFORE, the Court hereby enters judgment as to The Bank of Canton pursuant to Rule 54(b) and Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                                                              _____
ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: September 19, 2025                                      */s/ Kristen A. Johnson*
                                                                                    Kristen A. Johnson (BBO# 667261)