UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

### NOTICE OF WITHDRAWAL OF DELTA DENTAL DEFENDANTS' MOTION TO QUASH, OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that Defendants Delta Dental of California, Delta Dental Insurance Company, Delta Dental of New York, and Delta Dental of Pennsylvania (collectively, "Delta Dental Defendants"), through their undersigned counsel, hereby notify the Court that they are withdrawing without prejudice their motion to quash, or in the alternative motion for protective order directed to Arete Advisors, LLC ("Arete"), which was filed on December 5, 2025.

Dated: January 22, 2026

Respectfully submitted,

By: */s/ Kari M. Rollins*
Kari M. Rollins
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
krollins@sheppardmullin.com

*Attorney for Delta Dental Defendants*

-1-

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ *Kari Rollins*
Kari Rollins