**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| | Judge Allison D. Burroughs |
| This Document Relates To: Case No. 1:23-cv-12536 | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF**
**PROPOSED UBT CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff[1] hereby moves this Court for entry of an Order: (1) granting preliminary approval of the proposed Class Action Settlement Agreement and Release between himself and Union Bank and Trust Company; (2) provisionally certifying the proposed Settlement Class; (3) conditionally appointing Plaintiff as Settlement Class Representative; (4) conditionally appointing Lead Counsel and Liaison Counsel as Settlement Class Counsel; (5) approving the form and manner of notice; (6) ordering that notice be disseminated to the Settlement Class according to the Settlement's terms; (6) establishing deadlines for Settlement Class Members to request exclusion from the Settlement Class, file objections to the Settlement, or file Claims for a Settlement Payment; and (7) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

---

[1] Plaintiff is Paul F. Bender ("Plaintiff" or "Settlement Class Representative").

This Motion is based upon the record in this case as well as the concurrently filed: (1) Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval; (2) the Declaration of Gary F. Lynch and the exhibits attached thereto; and (3) and the Declaration of Melissa E. Baldwin, as well as any additional materials and argument that may be presented to the court.

Dated: March 3, 2026                    Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel:  (617) 482-3700
Fax:  (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax:  (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax:  (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl.
Washington, DC  20005

Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By:  */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 612-339-0981
khriebel@locklaw.com

By:  */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA  19106
Tel:  (215) 592-1500
Fax:  (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff has conferred in good faith with counsel for Defendant Union Bank and Trust Company and Defendant does not oppose this motion.

Dated: March 3, 2026                    */s/ Gary F. Lynch*
                                          Gary F. Lynch

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: March 3, 2026                    */s/ Kristen A. Johnson*
                                          Kristen A. Johnson