UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**PROPOSED AGENDA FOR THE**
**MARCH 9, 2026 STATUS CONFERENCE**

The parties jointly propose the following agenda for the March 9, 2026 Status Conference.

**A.     Report to the Court**

1.     Overview of the MDL

*Kristen A. Johnson for the Plaintiffs;*

*Eamon Joyce and Allison Holt Ryan for Bellwether Defendants*

Response to MDL Order 32, request for guidance (ECF No. 1692).

Consistent with the Court's prior invitation to identify cross-cutting issues that could narrow this litigation, Bellwether Defendants propose briefing discrete issues that they believe could significantly reduce the claims at issue in this litigation.  Two such issues include (i) the application of the economic loss doctrine to Bellwether Plaintiffs' negligence claims (*see* ECF No. 1517 at 22 ("[T]he Court declines to discuss Plaintiffs' negligence claims on economic loss grounds, but will permit Defendants to brief the issue anew at a later stage.")), and (ii) whether Plaintiffs face a risk of harm where Defendants paid a ransom in exchange for deletion of stolen data (*see* ECF No. 1304 at 12-13 ("During oral argument, Defendants additionally argued that given the nature of the attack, Plaintiffs associated with non-Progress defendants who paid Cl0p's

ransom face no future risk of harm at all as a result of making the demanded payment. Defendants' arguments on this point raise issues that may be relevant to a finder of fact.")).

Bellwether Defendants believe these issues would provide meaningful early guidance to both the Bellwether and non-Bellwether parties and could meaningfully narrow the parties and claims pending before the Court.

Plaintiffs oppose the request as premature. Plaintiffs contend the proposed briefing is inefficient and should be deferred until a more complete record is developed.

2. Update on Discovery

*Douglas McNamara for the Plaintiffs; Paulyne Gardner for Bellwether Defendants*

On February 27, 2026, Judge Levenson issued an electronic order addressing two discovery disputes (ECF No. 1694) relating to deposition locations and relevant time periods for written discovery. As to deposition locations, Judge Levenson directed the parties to continue to confer. As to the relevant time periods for written discovery, Judge Levenson ordered that (a) all Bellwether Defendants shall conduct search-term review for January 1, 2022 through November 30, 2023, and collect go-gets and provide interrogatory responses for January 1, 2020 through November 30, 2023; and (b) all Bellwether Plaintiffs shall conduct search-term review for May 27, 2021 through the end date of data already collected or December 31, 2024, whichever is later. Bellwether Defendants believe this order fully resolved the applicable relevant time periods for all discovery requests to all bellwether parties.

Plaintiffs expect to ask Judge Levenson for a conference to discuss disputes on Vendor Contracting Customers (VCECs) substantive responses. Plaintiffs maintain that Judge Levenson's February 27, 2026, ruling addressed only the default relevant time period, but does

not apply to the modified time periods (i.e., "carve outs") Plaintiffs have proposed for certain discovery requests to Vendor Defendants and VCE/VCEC Defendants.

3. Settlements

*Gary Lynch for the Plaintiffs; Gavin Reinke for Unaffiliated Non-Bellwether Defendants*

Update on recent settlements.

Proposal concerning Unaffiliated Non-Bellwether Defendants.

Final Approval Hearing for Nuance Communications, Inc. Settlement set for March 31, 2026 (ECF No. 1534).

Final Approval Hearing for Cadence Bank Settlement set for July 9, 2026. (ECF No. 1661).

4. Pending Matters/Motions

Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed UBT Class Action Settlement (ECF No. 1704).

5. Schedule for Next Status Conference

The parties propose the next Status Conference be set for the week of April 13, 2026.

Dated: March 5, 2026                     Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: /s/ E. Michelle Drake
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: /s/ Gary F. Lynch
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: /s/ Douglas J. McNamara
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: /s/ Karen H. Riebel
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: /s/ Charles E. Schaffer
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: March 5, 2026

By: */s/ Aravind Swaminathan*
Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel:  (206) 839-4340
aswaminathan@orrick.com

By: */s/Allison M. Holt Ryan*
Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS LLP
555 13th Street NW
Washington, D.C. 20004
Tel:  (202) 637-5600
allison.holt-ryan@hoganlovells.com

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel:  (617) 223-0304
jpirozzolo@sidley.com

By: */s/ Nathaniel R. Mendell*
Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel:  617-648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*
Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel:  (267) 930-4770
pgardner@mullen.law

By: */s/ Gilbert S. Keteltas*

       Gilbert S. Keteltas (*pro hac vice*)
       BAKERHOSTETLER LLP
       1050 Connecticut Avenue, NW
       Washington, DC  20026
       Tel:  (202) 861-1530
       gketeltas@bakerlaw.com

By:  */s/ Jeff Tsai*
Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  (415) 615-6055
jeff.tsai@dlapiper.com

By:  */s/ Kristine McAlister Brown*
Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel:  (404) 881-7584
kristy.brown@alston.com

By:  */s/ Edward P. Boyle*
Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel:  (212) 808-5675
epboyle@venable.com

-7-

By: */s/ Kari M. Rollins*
Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 634-3077
Krollins@sheppardmullin.com

By: */s/ Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6687
Felicia.ellsworth@wilmerhale.com

*Defendants' Liaison Committee*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.


Dated: March 5, 2026                    */s/ Kristen A. Johnson*
                                        Kristen A. Johnson (BBO# 667261)