**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>1:23-cv-12478<br>1:23-cv-12281<br>1:23-cv-12561<br>1:23-cv-13079<br>1:24-cv-11523<br>1:23-cv-12226<br>1:23-cv-12273 | |

**NUANCE COMMUNICATION, INC.'S UNOPPOSED MOTION FOR LEAVE FOR BRENDA R. SHARTON TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION FINAL APPROVAL OF CLASS SETTLEMENT**

Defendant Nuance Communications, Inc. ("Nuance") and Brenda R. Sharton, lead counsel for Nuance, hereby submit the following Motion for Brenda R. Sharton to Appear Telephonically at the upcoming March 31, 2026 hearing on Plaintiffs' Motion for Final Approval of Class Settlement (ECF No. 1695) (the "Hearing"). In support of this Motion, Nuance and Ms. Sharton state as follows:

1.      Ms. Sharton is, and has been, lead counsel for Nuance throughout this litigation.

2.      Ms. Sharton has a pre-existing obligation to speak at the International Association of Privacy Professionals ("IAPP") Global Summit in Washington, D.C. on the morning of March 31, 2026—the same date as the Hearing. She could, however, attend the Hearing as scheduled if she is permitted to do so remotely. Given Ms. Sharton's role as lead counsel for Nuance, Ms. Sharton respectfully requests permission to do so.

1

3.      Should this Motion be granted, a colleague of Ms. Sharton's will also attend the hearing in person on behalf of Nuance in case of technical difficulties.

WHEREFORE, Nuance respectfully requests leave for Ms. Sharton to participate in the March 31, 2026 Final Approval Hearing telephonically (or via an alternative remote platform of the Court's choice).

Dated: March 25, 2026

Respectfully submitted,

/s/   *Brenda R. Sharton*

Brenda Sharton (Bar No. 556909)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA  02110-2605
Telephone:  (617) 728-7100
Facsimile:  (617) 275-8374
brenda.sharton@dechert.com

Benjamin M. Sadun (*Admitted Pro Hac Vice*)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA  90071-2032
Telephone:  (213) 808-5700
Facsimile:  (213) 808-5760
benjamin.sadun@dechert.com

Theodore E. Yale (*Pro Hac Vice* pending)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile:   (215) 655-2455
theoore.yale@dechert.com

*Attorneys for Defendant Nuance*
*Communications, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant has made counsel for Plaintiffs' Counsel aware of Defendant's intent to file this Motion and Plaintiffs confirmed that they do not oppose it.

*/s/ Brenda R. Sharton*_____

Brenda R. Sharton

**CERTIFICATE OF SERVICE (CM/ECF)**

I certify that on March 25, 2026, I electronically filed and served the foregoing document

with the Clerk of Court using the CM/ECF system.

/s/ Brenda R. Sharton
Brenda R. Sharton

4