**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**JOINT MOTION TO CONTINUE**
**APRIL 16, 2026 STATUS CONFERENCE**

The parties, having met and conferred, jointly request that the Court cancel the April 16,

2026 status conference and reset it for the week of May 18, 2026.

Dated: April 10, 2026                    Respectfully submitted,


By:  */s/ Daniel J. Kurowski*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel:  (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

-1-

By:  */s/E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By:  */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By:  */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By:  */s/Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By:  */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel:  (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

-2-

Dated: April 10, 2026

By: */s/ Aravind Swaminathan*
Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel:  (206) 839-4340
aswaminathan@orrick.com

By: */s/ Allison M. Holt Ryan*
Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS LLP
555 13th Street NW
Washington, D.C. 20004
Tel:  (202) 637-5600
allison.holt-ryan@hoganlovells.com

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel:  (617) 223-0304
jpirozzolo@sidley.com

By: */s/ Nathaniel R. Mendell*
Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel:  617-648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*
Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue,  Suite 200
Devon, PA 19333
Tel:  (267) 930-4770
pgardner@mullen.law

By: */s/ Gilbert S. Keteltas*

Gilbert S. Keteltas (*pro hac vice*)
BAKERHOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC  20026
Tel:  (202) 861-1530
gketeltas@bakerlaw.com

By:  */s/ Jeff Tsai*
Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  (415) 615-6055
jeff.tsai@dlapiper.com

By:   */s/ Kristine McAlister Brown*
Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel:  (404) 881-7584
kristy.brown@alston.com

By:  */s/Edward P. Boyle*
Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel:  (212) 808-5675
epboyle@venable.com

-4-

-5-

By: */s/ Kari M. Rollins*
Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 634-3077
Krollins@sheppardmullin.com

By: */s/ Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR
LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6687
Felicia.ellsworth@wilmerhale.com

*Defendants' Liaison Committee*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.


Dated: April 10, 2026                          _____*/s/ Daniel J. Kurowski*_____
                                                              Daniel J. Kurowski