# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |

This Document Relates To:

ALL CASES

### PBI & WELLTOK BELLWETHER PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM ALL VCE/VCEC BELLWETHER DEFENDANTS

Bellwether Plaintiffs hereby move this Court for an Order granting PBI and Welltok Bellwether Plaintiffs' Motion to Compel Discovery from All VCE/VCEC Bellwether Defendants ("Motion"). This Motion is based upon the record in this case, the concurrently filed Memorandum in Support of Motion to Compel Discovery from All VCE/VCEC Bellwether Defendants, and any additional materials and argument that may be presented to the Court.

Dated: April 13, 2026

Respectfully submitted,

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

-1-

011175-35/3526174 V1

By: /s/ *Kristen A. Johnson*
       Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel:  (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: /s/ *E. Michelle Drake*
       E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: /s/ *Gary F. Lynch*
       Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: /s/ *Douglas J. McNamara*
       Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

-2-

By: /s/ *Karen H. Riebel*
     Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax: (612) 339-0981
khriebel@locklaw.com


By: /s/ *Charles E. Schaffer*
     Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel:  (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify pursuant to Local Rule 7.1(a)(2), counsel for the Bellwether Plaintiffs have conferred in good faith with counsel for the Bellwether Defendants, and Bellwether Defendants oppose this Motion. On April 9, 2026, a status conference was held before the Court, and a briefing schedule was set with Bellwether Plaintiffs' brief due on April 13, 2026 and  Bellwether Defendants' responsive brief  due April 20, 2026, pursuant to ECF No. 1770.


Dated: April 13, 2026
                             */s/ Douglas J. McNamara*
                             Douglas J. McNamara

011175-35/3526174 V1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this date, the foregoing document was filed electronically via the

Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: April 13, 2026

*/s/ Daniel J. Kurowski*

Daniel J. Kurowski (*pro hac vice*)

-4-