**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To: *Pratt v. Cadence Bank*, Case No. 23-cv-12996-ADB | |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD FOR THE SETTLEMENT CLASS REPRESENTATIVE**

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Plaintiff[1] in the above captioned action consolidated with this multi-district litigation respectfully moves for entry for an order:

1. Approving Class Counsel's request for an award of attorneys' fees in the amount of one-fourth (25%) of the Cadence Bank Settlement Fund, totaling $1,312,500.00;

2. Approving Class Counsel's request for reimbursement of reasonable litigation expenses in the amount of $11,634.40; and

3. Approving a Service Award of $2,500.00 to the Settlement Class Representative in recognition of their participation on behalf of the Settlement Class.

---

[1] Plaintiff is Tammy Pratt ("Plaintiff" or "Settlement Class Representative").

In support of this motion, Plaintiff relies on the accompanying memorandum of law and supporting Declarations of Gary F. Lynch and Alyson Oliver. A proposed order will be submitted to the Court with Plaintiff's forthcoming motion for final approval of the Cadence Bank Settlement Agreement.

Dated: April 14, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

Kristen A. Johnson (BBO# 667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243

-2-

Fax: (412) 231-0246
Gary@lcllp.com

By:  */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By:  */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By:  */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the

Court's CM/ECF system, which will send notice of the filing to all counsel of record.


Dated: April 14, 2026                                    */s/ Daniel J. Kurowski*
                                                          Daniel J. Kurowski (*pro hac vice*)