**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |

This Document Relates To:

*Liptock v. MasTec, Inc.*,
No. 1:23-cv-12985-ADB

**JOINT STATUS REPORT PURSUANT TO MDL ORDER NO. 21 REGARDING**
**PLAINTIFF LIPTOCK AND DEFENDANT MASTEC INC.**

Pursuant to MDL Order No. 21 [ECF No. 1466], Plaintiffs' Lead Counsel and Defendant

MasTec, Inc. jointly provide this 90-day report regarding the status of arbitration for Plaintiff

Liptock. The Parties report Plaintiff Liptock has not commenced arbitration.

Dated: April 21, 2026

Respectfully submitted,

By:  */s/ Whitney K. Siehl*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

By:  */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel:  (617) 482-3700
Fax:  (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

- 1 -

011175-35/3543469 V1

By:  */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax:  (612) 584-4470
emdrake@bm.net

By:  */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax:  (412) 231-0246
gary@lcllp.com

By:  */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Fl.
Washington, DC  20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

By:  */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 612-339-0981
khriebel@locklaw.com

By:  */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA  19106
Tel:  (215) 592-1500
Fax:  (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

- 2 -

- 3 -

Dated: April 21, 2026

By: */s/ Matthew C. Wolfe*
Matthew C. Wolfe (*pro hac vice*)
SHOOK, HARDY & BACON LLP
111 South Wacker Drive, Suite 4700
Chicago, IL  60606
Tel:  (312) 704-7700
Fax: (312) 558-1195
mwolfe@shb.com

*Attorneys for Defendant MasTec, Inc.*

011175-35/3543469 V1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: April 21, 2026

*/s/ Whitney K. Siehl*
Whitney K. Siehl

011175-35/3543469 V1