-1-

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Cooper v. Progress Software Corp., et al*, No. 1:24-cv-10251-ADB | MDL No. 1:23-md-03083-ADB-PGL |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF FRANK W. COOPER WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Frank W. Cooper ("Dismissing Plaintiff") hereby voluntarily dismisses his claims in the above-captioned action against Defendant Puritan Life Insurance Company of America ("Defendant"), with prejudice. Plaintiff's claims as to Defendants Progress Software Corporation ("Progress") and Pension Benefit Information, LLC d/b/a PBI Research Services ("PBI") are not being dismissed by Plaintiff and shall remain pending.

The Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

In the event of a future recovery against Defendants Progress or PBI, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent class member.

-1-

54475951.4

Dated: April 21, 2026

Respectfully submitted,

By: */s/ Whitney K. Siehl*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel:  (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel, for limited purpose of filing this Notice of Dismissal*

By: */s/ Frank X. Nolan*
Francis X. Nolan, IV
EVERSHEDS SUTHERLAND
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 1036-7703
Tel: (212) 389-5000
franknolan@eversheds-sutherland.com

Melissa L. Fox
EVERSHEDS SUTHERLAND
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Tel: (404) 853-8109
clairescavone@eversheds-sutherland.com

*Attorneys for Defendant Puritan Life Insurance Company of America*

-2-

54475951.4

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the

Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: April 21, 2026                    */s/ Whitney K. Siehl*
                                         Whitney K. Siehl (*pro hac vice*)

54475951.4