**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 1:23-md-03083-ADB-PGL |

### DECLARATION OF MARK B. DESANTO

I, Mark B. DeSanto, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney at Berger Montague and admitted *pro hac vice* in this matter. I am part of the Co-Lead Counsel team from Berger Montague.

2.    I submit this Declaration in support of Lead Counsel's Motion for Leave to Withdraw as Counsel for Plaintiff Brinitha Harris.

3.    The information set forth in this Declaration is based upon my personal knowledge.

4.    Between December 8, 2025, and April 29, 2026, my staff and I attempted to contact Ms. Harris via text message, email, and telephone calls, but were unable to reach her, including but not limited through the following means, all of which were unavailing:

    a.  December 8, 2025: text message;

    b.  February 11, 2026: email;

    c.  February 11, 2026: email;

    d.  February 13, 2026: text message;

    e.  February 13, 2026: phone call;

    f.  February 13, 2026: email;

    g.  February 14, 2026: text message;

    h.  February 17, 2026: phone call;

1

i.    February 25, 2026: phone call;

5.    On February 26, 2026, my firm sent a letter to both Ms. Harris's email address and last known mailing address via certified mail but did not receive a response.

6.    On March 6, 2026, my firm sent the same letter to two additional addresses found in public records to be associated with Ms. Harris, via Certified Mail, which USPS Tracking confirmed was delivered on or about March 20, 2026. *See* Ex. A.

7.    On April 15, 2026, my firm sent Ms. Harris three text messages and called her, but were unable to speak with her.

8.    On April 16, 2026, my firm sent a letter to Ms. Harris via FedEx, requiring a direct signature.  FedEx Proof of Delivery shows that this letter was signed for by a direct signatory at Ms. Harris's address on her behalf on April 20, 2026.  A true and correct copy of the Proof of Delivery are attached as Exhibit B.

9.    On April 27, 2026, and April 29, 2026, my firm attempted to reach Ms. Harris via text message and phone call, but were unable to speak with her.

10.    Through the date of this declaration, we have not been able to make contact with Ms. Harris.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 6, 2026                         /s/Mark B. DeSanto
                                                      Mark B. DeSanto, *admitted pro hac vice*

2