**EXHIBIT A**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bonitha Harris

████████████████

Palmdale CA 93551

9590 9402 6956 1104 6275 82

2. Article Number *(Transfer from service label)*

020 0640 0001 9319 5991

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DEL…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70200640000193195991

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 10:21 am on March 20, 2026 in PALMDALE, CA 93550.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
PALMDALE, CA 93550
March 20, 2026, 10:21 am

● **Notice Left (No Authorized Recipient Available)**
PALMDALE, CA 93551
March 18, 2026, 11:30 am

● **Redelivery Scheduled**
PALMDALE, CA 93551
March 17, 2026

● **Notice Left (No Authorized Recipient Available)**
PALMDALE, CA 93551
March 16, 2026, 11:52 am

● **Arrived at USPS Regional Facility**
BAKERSFIELD CA DISTRIBUTION CENTER
March 15, 2026, 11:17 am

Feedback

Case 1:23-md-03083-ADB    Document 1820-1    Filed 05/08/26    Page 4 of 4

**In Transit to Next Facility**

March 14, 2026

**Arrived at USPS Regional Facility**

SAINT PAUL MN DISTRIBUTION CENTER
March 10, 2026, 7:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates** ∨

---

**USPS Tracking Plus®** ∨

---

**Product Information** ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs