**EXHIBIT B**

April 21, 2026

The following is the proof-of-delivery for tracking number: 870747442827

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | M.Junior | Delivery Location: | ████████████ |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>Residential Delivery;<br>Direct Signature Required | | PALMDALE, CA, 93551 |
| | | Delivery date: | Apr 20, 2026 09:02 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 870747442827 | Ship Date: | Apr 16, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Brinitha Harris,
███████████
PALMDALE, CA, US, 93551

Shipper:
Jean Hibray, Berger Montague
1229 Tyler Street NE
Suite 205
MINNEAPOLIS, MN, US, 55413

Reference          23183



Thank you for choosing FedEx