## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**DECLARATION OF KAREN H. RIEBEL IN SUPPORT OF THE BELLWETHER PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO WITHDRAW REPRESENTATIVE PLAINTIFFS ROBERT PLOTKE, HANNAH POLIKOWSKY, JOHN MEEKS, DENISE MEYER, LYNDA HALE, MARK YOUNG, CAMILLE BURGAN, EUGENE BURGAN, AND KEITH BAILEY**

I, Karen H. Riebel, hereby declare as follows:

I am a partner with Lockridge Grindal Nauen PLLP and one of the Lead Counsel in the above-referenced MDL litigation. If called to testify as to the matters set forth herein, I would do so upon my own knowledge, information, and belief.

I make this declaration in support of the Bellwether Plaintiffs' Reply in Support of Motion to Withdraw Representative Plaintiffs Robert Plotke, Hannah Polikowsky, John Meeks, Denise Meyer, Lynda Hale, Mark Young, Camille Burgan, Eugene Burgan, and Keith Bailey.

1.      Attached as **Exhibit A** is a true and correct copy of the Declaration of Attorney Todd B. Naylor in Support of Plaintiffs' Motion to Withdraw Representative Plaintiff Robert Plotke.

2.      Attached as **Exhibit B** is a true and correct copy of the Declaration of Attorney Mark B. DeSanto in Support of Plaintiffs' Motion to Withdraw Representative Plaintiff Lynda Hale.

-1-

011175-35/3611283 V1

- 3 -

3.    Attached as **Exhibit C** is a true and correct copy of the Declaration of Gary F. Lynch in Support of Plaintiffs' Motion to Withdraw Representative Plaintiff John Meeks.

4.    Attached as **Exhibit D** is a true and correct copy of the Declaration of Attorney Roy Shimon in Support of Plaintiffs' Motion to Withdraw Representative Plaintiff Denise Meyer [Filed Under Seal].

5.    Attached as **Exhibit E** is a true and correct copy of the Declaration of Hannah Polikowsky in Support of Bellwether Plaintiffs' Motion to Withdraw Representative Plaintiffs.

6.    Attached as **Exhibit F** is a true and correct copy of Amber L. Schubert in Response to Bellwether Defendants' Opposition to Bellwether Plaintiffs' Motion to Withdraw Representative Plaintiffs [Filed Under Seal].

7.    Attached as **Exhibit G** is a true and correct copy of Marc H. Edelson in Response to Bellwether Defendants' Opposition to Bellwether Plaintiffs' Motion to Withdraw Representative Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.


DATED: June 8, 2026                              */s/ Karen H. Riebel*
at Minneapolis, Minnesota                        Karen H. Riebel

011175-35/3611283 V1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the

Court's CM/ECF system, which will send notice of the filing to all counsel of record.


Dated: June 8, 2026                          */s/ Kristen A. Johnson*
                                    Kristen A. Johnson (BBO# 667261)

011175-35/3611283 V1