# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| *This Document Relates To:* ALL CASES | |

**DECLARATION OF ATTORNEY TODD B. NAYLOR IN SUPPORT OF PLAINTIFFS'**
**MOTION TO WITHDRAW REPRESENTATIVE PLAINTIFF ROBERT PLOTKE**

I, Todd B. Naylor, Esq., hereby declare under penalty of perjury and pursuant to 28 U.S.C. 1746:

1.      I am a partner in the law firm of Goldenberg Schneider, L.P.A., and I am counsel for Plaintiffs in this action.

2.      I am admitted to the practice of law in the State of Ohio (1997), the United States Supreme Court, the Courts of Appeal for the Sixth and Ninth Circuits, and the United States District Court for the Southern and Northern Districts of Ohio.  I also have been admitted pro hac to various federal district courts throughout the United States.  I am a member in good standing of the Ohio Bar and have never been the subject of any disciplinary proceeding.

3.      My firm has been involved in numerous aspects of this litigation from the initial investigation to the present, and the description set forth below is based upon my personal knowledge.

4.      A representative from my firm first spoke to named plaintiff Robert Plotke on March 7, 2024, and I myself first spoke to Mr. Plotke on March 21, 2024.

5.      At that time, and in subsequent interviews, Mr. Plotke expressed his willingness to serve as a class representative.

- 1 -

011175-35/3611106 V1

6. Over the ensuing two years, Mr. Plotke made himself available whenever we requested to speak with him. He was enthusiastic, responsive, and timely.

7. That all changed on March 18, 2026, when Mr. Plotke informed my firm that medical issues had arisen that impacted his ability to communicate with us. He stated that he hoped that his medical situation would improve, and that he would let us know when he was in a position to participate in the case again.

8. My firm attempted to contact him via phone and email to follow up on these medical issues and his ability to continue serving as a plaintiff in the ensuing weeks, but we did not receive a response until April 15, 2026.

9. In an April 15, 2026 email, Mr. Plotke stated that unfortunately, his medical condition had not improved and that due to his health issues he is unable to fulfill his duties as a class representative, emphasizing that focusing on his health was of the foremost importance.

10. After Bellwether Defendants filed their Opposition to Plaintiffs' Motion to Withdraw Mr. Plotke as a Representative Plaintiff, my firm made repeated attempts to contact Mr. Plotke to obtain a Declaration from him regarding his health issues. However, as of the date of this Declaration, our last contact with Mr. Plotke remains the April 15, 2026 email referenced above.

11. Mr. Plotke is a 68-year-old retired police officer who worked in the major crimes unit during his time on the police force. He impressed me as being an intelligent person who was familiar with legal processes, and I believe that he took this case, and his responsibilities as a class representative, seriously.

12. Based on our previous communications and based on Mr. Plotke's previous conduct, I believe that but for his current medical issues, Mr. Plotke would have continued to serve

- 2 -

- 3 -

as a class representative.    Nonetheless, I fully support his choice to withdraw as a class representative so that he can look after his health.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2026.

*/s/ Todd B. Naylor, Esq.*
TODD B. NAYLOR, ESQ.

011175-35/3611106 V1