# Exhibit C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| This Document Relates To: ALL CASES | |

**DECLARATION OF GARY F. LYNCH IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW REPRESENTATIVE PLAINTIFF JOHN MEEKS**

I, Gary F. Lynch, hereby declare under penalty of perjury and pursuant to 28 U.S.C. 1746:

1.      I am a founding member of the law firm of Lynch Carpenter, LLP. I am an attorney licensed in Pennsylvania and New York and have been admitted to practice before the Supreme Court of the United States and numerous federal appellate and district courts. I have been appointed by this Court to serve as Co-Lead Counsel for MDL Plaintiffs.

2.      My firm has been involved in numerous aspects of this litigation from the initial investigation to the present, and the description set forth below is based upon my personal knowledge.

3.      A representative from my firm spoke to named plaintiff John Meeks on December 29, 2023.

4.      At that time, and in subsequent interviews, Mr. Meeks expressed his willingness to serve as a class representative.

5.      Over the ensuring two and a half years, Mr. Meeks made himself available whenever we requested to speak with him. He was enthusiastic, responsive, and timely.

6.      That all changed on March 18, 2026, when Mr. Meeks disclosed to my firm that his wife was pregnant with their first child with an upcoming due date of July 7, 2026. He further informed my firm that his wife was a high-risk pregnancy and emphasized that supporting his wife and his soon-to-be-born child was the foremost importance in the upcoming months.

7.      In addition to his wife's high-risk pregnancy, Mr. Meeks noted his job as a certified safety professional made it difficult to take multiple days off for purpose of scheduling a deposition. He described his current position as mission critical, working five to six days a week, with limited flexibility for time off. Mr. Meeks noted that his wife's pregnancy, coupled with his current job, may impact his ability to continue serving as a plaintiff, and that he needed some time to evaluate continued participation in the litigation.

8.      My firm attempted to contact Mr. Meeks by email and phone to follow up on his ability to continue serving as a plaintiff in the ensuing weeks, but did not receive a response until April 14, 2026. At that time, Mr. Meeks confirmed that he would be unable to continue to fulfill his duties as a class representative.

9.      Based on my firm's previous communications and based on Mr. Meeks' previous conduct, I believe that but for his wife's high-risk pregnancy and current work commitments, Mr. Meeks would have continued to serve as a named plaintiff. Nonetheless, I fully support his choice to withdraw as a named plaintiff so he can best support his wife and soon-to-be-born child.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2026                          /s/ Gary F. Lynch
In Pittsburgh, Pennsylvania                       Gary F. Lynch

-2-