# Exhibit G

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**DECLARATION OF MARC H. EDELSON IN RESPONSE TO BELLWETHER DEFENDANTS' OPPOSITION TO BELLWETHER PLAINTIFFS' MOTION TO WITHDRAW REPRESENTATIVE PLAINTIFFS**

I, Marc H. Edelson, hereby declare and state as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Pennsylvania and the State of New York and admitted *pro hac vice* in this matter. I am a partner in the law firm of Edelson Lechtzin LLP. I am counsel for Keith Bailey in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently to those matters.

2.      At the outset of this litigation, I had explained to Mr. Bailey the obligations of a class representative to provide discovery including producing documents.  Mr. Bailey expressed to me his willingness to proceed as a class representative.

3.       Between April 9 and April 17, 2026, in communications with Mr. Bailey regarding document production and deposition scheduling, Mr. Bailey expressed to me that he is unwilling to provide any additional personal information to the entities that he believes have already mishandled his information and he stated that this litigation has been causing him increased stress and anxiety.

4.      Since April 17, 2026, I have attempted to contact Mr. Bailey by e-mail and by phone but he has not responded to any of my attempted communications.

- 1 -

- 2 -

Executed on June 8, 2026, at Newtown, Pennsylvania.


By:  /s/  *Marc H. Edelson*
         Marc H. Edelson