# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| This Document Relates To:<br><br>*Liptock v. MasTec, Inc.*, No. 1:23-cv-12985-ADB | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

COMES NOW Plaintiff Joshua Liptock, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and through undersigned counsel, and hereby gives notice that his individual claims against Defendant MasTec, Inc., are voluntarily dismissed without prejudice as it relates to *Liptock v. MasTec, Inc.*, No. 1:23-cv-12985. Plaintiff has not previously dismissed any federal or state court action based on or including the same claims and Defendant has not filed an answer or responsive pleading in this case.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent class member.

This dismissal moots MDL Order No. 21 [ECF No. 1466] requiring quarterly reports.

Dated: July 2, 2026

Respectfully Submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Phone: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

-1-

011175-35/5027223 V1

Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

*Liaison & Coordinating Counsel, for limited
purpose of filing this Notice of Dismissal*

Jeffrey S. Goldenberg
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Phone: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Charles Schaffer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

Joseph M. Lyon
**THE LYON FIRM**
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Counsel for Plaintiff and the Putative Class*

Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Counsel for Plaintiff Liptock*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, July 2, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

 */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)

011175-35/5027223 V1