**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**PROPOSED AGENDA FOR THE**
**JULY 21, 2026 STATUS CONFERENCE**

The parties jointly propose the following agenda for the July 21, 2026 Status Conference.

**A.     Report to the Court**

1.     <u>Overview of the MDL</u>

*Kristen Johnson for the Plaintiffs; TBD for Bellwether Defendants*

2.     <u>Update on Discovery</u>

*Douglas McNamara for the Plaintiffs; TBD for Bellwether Defendants*

*<u>Bellwether Plaintiffs' Discovery of Defendants</u>*

Plaintiffs' depositions of Bellwether Defendants commenced on June 30, 2026 and are

ongoing. The deposition schedule of the Bellwether Defendants is reflected in the below chart.

| Track | BWD | Deponent | Depo Type | Date | Notes on Pending Dates |
|---|---|---|---|---|---|
| Progress | Progress | David LeBlanc | 30(b)(6) | 6/30/2026 | |
| Progress | Progress | David LeBlanc | 30(b)(1) | 6/30/2026 | |
| Progress | Progress | Ian Pitt | 30(b)(6) | 7/1/2026 | |
| PBI | PBI | Dan Ursin | 30(b)(6) | 7/7/2026 | |
| Progress | Progress | Alex Kordas | 30(b)(1) | 7/8/2026 | |
| PBI | PBI | Dan Ursin | 30(b)(1) | 7/8/2026 | |
| PBI | TIAA | Emily Looby | 30(b)(1) | 7/8/2026 | |
| PBI | PBI | John Bikus | 30(b)(6) | 7/9/2026 | |

-1-

| Maximus | Maximus | Ritesh Patel | 30(b)(1) | 7/9/2026 | |
|---|---|---|---|---|---|
| Delta Dental | Delta Dental | Tom Baltis | 30(b)(1) | 7/9/2026 | |
| PBI | PBI | John Bikus | 30(b)(1) | 7/10/2026 | |
| Maximus | Maximus | John Lambeth | 30(b)(1) | 7/10/2026 | |
| Progress | Progress | John Ainsworth | 30(b)(6) | 7/14/2026 | |
| Progress | Progress | John Ainsworth | 30(b)(1) | 7/14/2026 | |
| Progress | Progress | Charles Connelly | 30(b)(1) | 7/15/2026 | |
| Welltok | Welltok | John Carl Guthrie | 30(b)(1) | 7/15/2026 | |
| PBI | Genworth | Pam Martin | 30(b)(6) | 7/16/2026 | |
| Welltok | Welltok | Justic Weller | 30(b)(6) | 7/16/2026 | |
| PBI | Genworth | Pam Martin | 30(b)(1) | 7/17/2026 | |
| PBI | Milliman | Susan Puz | 30(b)(1) | 7/20/2026 | |
| Maximus | Maximus | Frank Aiello | 30(b)(6) | 7/21/2026 | |
| Welltok | Corewell | Scott Dresen | 30(b)(6) | 7/21/2026 | May change to 7/23 |
| Welltok | Corewell | Scott Dresen | 30(b)(1) | 7/21/2026 | May change to 7/23 |
| PBI | Milliman | Angela Bolduc | 30(b)(6) | 7/22/2026 | |
| Maximus | Maximus | Frank Aiello | 30(b)(1) | 7/22/2026 | |
| PBI | TIAA | Laura Dishman | 30(b)(1) | 7/22/2026 | |
| PBI | PBI | Kevin Johnson | 30(b)(1) | 7/23/2026 | |
| PBI | MLIC | Illya Golanek | 30(b)(1) | 7/28/2026 | |
| PBI | Genworth | James Anderson | 30(b)(1) | 7/28/2026 | |
| Maximus | Maximus | Jennifer Lazenby | 30(b)(1) | 7/29/2026 | |
| Maximus | Maximus | Jennifer Lazenby | 30(b)(6) | 7/29/2026 | |
| Welltok | Sutter | Sarah Kitterman | 30(b)(6) | 7/29/2026 | |
| Delta Dental | Delta Dental | Cupertino Martinez | 30(b)(1) | 7/30/2026 | |
| Maximus | Maximus | Nigel Miller | 30(b)(1) | 7/30/2026 | |
| PBI | MLIC | Diedre Pint | 30(b)(6) | 7/31/2026 | |
| PBI | MLIC | Diedre Pint | 30(b)(1) | 7/31/2026 | |
| Maximus | Maximus | Kelly Arena | 30(b)(1) | 7/31/2026 | |
| Welltok | OSF | Quentin Alphonso | 30(b)(1) | 8/4/2026 | |
| PBI | TIAA | Amy Braswell | 30(b)(6) | 8/4/2026 | |
| PBI | TIAA | Amy Braswell | 30(b)(1) | 8/4/2026 | |
| PBI | Genworth | Barry Cash | 30(b)(1) | 8/5/2026 | |
| Progress | Progress | Loren Jarrett | 30(b)(1) | 8/5/2026 | |
| Welltok | OSF | Elizabeth Hernandez | 30(b)(6) | 8/6/2026 | |
| Welltok | OSF | Elizabeth Hernandez | 30(b)(1) | 8/6/2026 | |
| Welltok | VM/CHI | Alan Fong | 30(b)(6) | 8/6/2026 | 8/20 reserved for |

-2-

-3-

| | | | | | second day if necessary |
|---|---|---|---|---|---|
| Welltok | VM/CHI | Alan Fong | 30(b)(1) | 8/6/2026 | 8/20 reserved for second day if necessary |
| Maximus | Maximus | Hetal Shah | Rule 45 | 8/7/2026 | Former, Will subpoena |
| Progress | Progress | John Picinich | 30(b)(1) | 8/7/2026 | |
| PBI | Milliman | Angela Bolduc | 30(b)(1) | 8/13/2026 | |
| Welltok | Sutter | Tracie Olson | Rule 45 | 8/10/2026 | Sutter representing |
| Delta Dental | Delta Dental | Stefan Jodar | 30(b)(1) | 8/12/2026 | |
| Welltok | Welltok | Nick Giardelli | 30(b)(1) | 8/18/2026 | |
| Welltok | VM/CHI | Scott Christensen | 30(b)(1) | 8/20/2026 | |
| Welltok | OSF | Christopher Talcott | 30(b)(1) | 8/27/2026 | |
| Welltok | VM/CHI | William Turner | 30(b)(1) | 9/3/2026 | |
| Welltok | Corewell | Cortney Schaffer | Rule 45 | | Former, Will subpoena |
| Welltok | Sutter | Jacki Monson | Rule 45 | 9/15, 9/16, 9/23, or 9/24 | Sutter representing, parties finalizing date |
| PBI | Milliman | Jeffrey Jones | Rule 45 | | Former, Will subpoena |
| Welltok | Welltok | Kris Kistler | Rule 45 | | Former, Will subpoena |
| Welltok | Sutter | Maskim Goldenberg | Rule 45 | 9/15, 9/16, 9/23, or 9/24 | Sutter representing, parties finalizing date |
| PBI | Genworth | Thomas Modlin | 30(b)(1) | | Tabled until after other depositions. |
| Maximus | Maximus | Valerio Pinci | Rule 45 | | Former, Will subpoena |

011175-35/3610756 V4

Defendants have produced the following in response to Plaintiffs' document requests:

DOCUMENTS PRODUCED AS OF 7/15/2026, 5:00 pm

| TOTAL PRODUCTION COUNT | | | |
|---|---|---|---|
| BW Defendant | Total Docs Produced | New Docs Produced After 4/30 | Privileged Docs De-Designated After 4/30 |
| Progress | 53,707 | 371 | 289 |
| PBI | 28,376 | 20,060 | 9,003 |
| TIAA | 5,433 | 2,152 | - |
| Genworth | 13,393 | 2,386 | 335 |
| Milliman | 1,036 | 15 | - |
| MLIC | 155 | 83 | - |
| Maximus | 14,509 | 6,041 | - |
| Welltok | 12,634 | 5,536 | 1,871 |
| Corewell | 711 | - | - |
| Sutter | 1391 | 699 | 17 |
| OSF Healthcare | 1106 | 214 | 3 |
| CHI | 9 | - | - |
| VA Mason | 9 | - | - |
| CHI & Virginia Mason | 924 | 24 | - |
| Delta Dental - MDL | 126,426 | 3 | 15 |

| Breakdown of BW Def Productions After 4/30 | |
|---|---|
| Production Date | Doc Count |
| 5/11/2026 | 3 |
| 5/11/2026 | 11 |
| 5/22/2026 | 2282 |
| 5/21/2026 | 10 |
| 5/26/2026 | 2452 |
| 5/26/2026 | 1 |
| 5/27/2026 | 2948 |
| 5/29/2026 | 5885 |
| 6/1/2026 | 24 |
| 6/1/2026 | 2588 |
| 6/2/2026 | 214 |
| 6/1/2026 | 2106 |
| 6/9/2026 | 8 |
| 6/3/2026 | 365 |
| 6/6/2026 | 6041 |

011175-35/3610756 V4

| | |
|---|---|
| 6/18/2026 | 9 |
| 6/22/2026 | 11,488 |
| 6/25/2026 | 1 |
| 6/26/2026 | 699 |
| 6/27/2026 | 87 |
| 6/30/2026 | 284 |
| 6/30/2026 | 83 |
| 6/30/2026 | 1 |
| 7/2/2026 | 85 |
| 7/2/2026 | 8 |
| 7/2/2026 | 11 |
| 7/2/2026 | 25 |
| 7/6/2026 | 4 |
| 7/8/2026 | 2 |
| 7/13/2026 | 8 |

| Breakdown of Privileged Docs De-Designated After 4/30 | | |
|---|---|---|
| BW Def. | Production Date | Doc Count |
| PBI | 6/22/2026 | 11,488 |
| Sutter | 6/26/2026 | 17 |
| PBI | 6/27/2026 | 87 |
| OSF | 6/30/2026 | 3 |
| Progress | 6/29 & 7/2/2026 | 289 |
| Genworth | 7/2/2026 | 335 |
| Progress | 7/2/2026 | 26 |
| Welltok | 7/6/2026 | 1679 |
| Delta Dental | 7/8/2026 | 2 |
| Delta Dental | 7/9/2026 | 13 |
| Welltok | 7/10/2026 | 192 |
| PBI | 7/15/2026 | 150 |

Plaintiffs have also followed up with certain Defendants regarding documents withheld on the basis of attorney-client privilege or other doctrine(s). The parties' meet and confer efforts are ongoing. Certain Defendants have downgraded and produced additional documents in response to Plaintiffs' inquiries.

Finally, Plaintiffs and Progress are currently conferring whether Progress will make source code from May 2023 – November 2023 available for Plaintiffs' inspection, among other

011175-35/3610756 V4

source code related issues. Depending on the outcome of those conferral efforts, the parties may need the Court's assistance.

*Bellwether Defendants' Discovery of Plaintiffs*

Plaintiffs' depositions commenced on May 12, 2026 and are ongoing. All Plaintiff depositions have been scheduled and 25 have been completed.

In addition, Plaintiffs have produced the following in response to Defendants' document requests:

| Plaintiffs' Documents produced before 04/30/2026 | | Plaintiffs' Documents produced on 04/30/2026 | Plaintiffs' Documents produced since 04/30/2026 | | Number of documents on Second Amended Privilege log produced 06/06/2026 |
|---|---|---|---|---|---|
| Docs | Date | | Docs | Date | 1,916 |
| 4 | 01/20/2026 | | 220 | 05/05/2026 | |
| 141 | 01/30/2026 | | 15 | 05/06/2026 | |
| 303 | 02/06/2026 | | 37 | 05/07/2026 | |
| 1,209 | 02/18/2026 | | 28 | 05/10/2026 | |
| 9,974 | 02/19/2026 | | 16 | 05/11/2026 | |
| 6 | 02/20/2026 | | 219 | 05/12/2026 | |
| 4,662 | 03/03/2026 | | 166 | 05/13/2026 | |
| 1,296 | 03/05/2026 | | 583 | 05/14/2026 | |
| 1,732 | 03/17/2026 | | 754 | 05/15/2026 | |
| 760 | 03/19/2026 | | 54 | 05/16/2026 | |
| 34 | 03/26/2026 | | 324 | 05/19/2026 | |
| 137 | 03/27/2026 | | 8 | 05/20/2026 | |
| 386 | 04/09/2026 | | 3 | 05/21/2026 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,171 | 04/14/2026 | | | 14 | 05/22/2026 | |
| 19 | 04/18/2026 | | | 170 | 05/27/2026 | |
| 1,392 | 04/19/2026 | | | 24 | 05/28/2026 | |
| 1,769 | 04/21/2026 | | | 7 | 06/01/2026 | |
| 64 | 04/22/2026 | | | 9 | 06/02/2026 | |
| 49 | 04/23/2026 | | | 29 | 06/04/2026 | |
| 1,241 | 04/25/2026 | | | 129 | 06/05/2026 | |
| 66 | 04/28/2026 | | | 3 | 06/08/2026 | |
| 14 | 04/29/2026 | | | 2 | 06/09/2026 | |
| **26,429** | **TOTAL** | | | 8 | 06/10/2026 | |
| | | | | 4 | 06/11/2026 | |
| | | | | 155 | 06/15/2026 | |
| | | | | 21 | 06/17/2026 | |
| | | | | 13 | 06/18/2026 | |
| | | | | 7 | 06/23/2026 | |
| | | | | 42 | 06/24/2026 | |
| | | | | 3 | 06/29/2026 | |
| | | | | 16 | 07/01/2026 | |
| | | | | 7 | 07/02/2026 | |
| | | | | 5 | 07/06/2026 | |
| | | | | 16 | 07/08/2026 | |
| | | | | 1 | 07/09/2026 | |
| | | | | 2 | 07/13/2026 | |

011175-35/3610756 V4

| | | 10 | 07/15/2026 | |
| | | 1 | 07/16/2026 | |
| | | 102 | 07/17/2026 | |
| | | **3,227** | **TOTAL** | |

*Plaintiffs' Non-Party Discovery*

Plaintiffs have also issued a variety of non-party subpoenas in this case. As of July 17, 2026, Plaintiffs produced the following document counts arising out of those efforts:

| NON-PARTIES | |
|---|---|
| Armanino Advisory | 72 |
| Tevora Business Solutions | 1 |
| Soft Serve | 1 |
| Huntress Labs | 634 |
| Akamai | 6 |
| Trace3 | 8 |
| OBS | 31 |
| Rapid7 | 25 |
| Leviathan | 3,23 |
| Crowe | 13 |
| LARES | 5 |
| KirkpatrickPrice | 18,9 |
| Trail of Bits | 55 |
| Kroll | 478 |
| CrowdStrike | 16 |
| Arete Advisors | 7 |
| EisnerAmper | 104 |

*Defendants' Non-Party Discovery*

Defendants have issued subpoenas to various settlement administrators and financial institutions connected with the Bellwether Plaintiffs.  After negotiations among the parties to this

litigation around disclosure of information necessary to secure the requested materials, the

requests are now being processed.  The status is as follows:

| Non-Party | Date Served | Documents Produced |
|---|---|---|
| Advance America | 3/27/2026 | |
| Analytics Consulting | 3/6/2026 | |
| Angeion | 3/16/2026 | 4 |
| Aura/Intersections | 5/28/2026 | 1 |
| Bank of America | 4/30/2026 | |
| Best Buy | 5/12/2026 | |
| Block/CashApp | 5/11/2026 | |
| Coinbase | 5/11/2026 | |
| CPT Group | 3/6/2026 | |
| Credit Karma/Intuit | 5/28/2026 | |
| Credit One | 3/27/2026 | 13 |
| CreditWise (Capital One) | 5/7/2026 | |
| Discover (Capital One) | 5/7/2026 | |
| Epiq | 3/17/2026 | |
| Experian | 5/13/2026 and 5/28/2026 | |
| FraudArmor | 4/8/2026 | |
| Google | 5/12/2026 | |
| Greenstate Credit Union | 3/27/2026 | 14 |
| IdentityGuard d/b/a Aura Sub | 5/12/2026 | |

011175-35/3610756 V4

| | | |
|---|---|---|
| IDNotify | 3/27/2026 | |
| IDX | 5/21/2026 | 1 |
| JND Legal | 3/6/2026 | |
| JP Morgan Chase Bank | 3/27/2026 | |
| Kroll | 3/6/2026 | |
| Members 1st Federal Credit Union | 3/27/2026 | |
| MoneyLion | 5/11/2026 | |
| Navy Federal Credit Union | 5/5/2026 | |
| North Country Federal Credit Union | 3/27/2026 | 9 |
| PayPal | 5/11/2026 | |
| Simpluris | 3/6/2026 | 7 |
| Speedy Cash | 3/27/2026 | 1 |
| U.S. Bank | 5/26/2026 | Has no responsive documents |
| Union Bank | 3/27/2026 | 16 |
| Verita Global | 3/06/2026 | |
| Welby Financial | 3/27/2026 | 46 |
| Wells Fargo | 6/1/2026 | |

3.    <u>Class Certification Briefing</u>

*Kristen Johnson for the Plaintiffs; TBD for Bellwether Defendants*

-10-

011175-35/3610756 V4

In an effort to try to negotiate a stipulated proposal on class certification, the parties are discussing class certification briefing, including page limitations, and will update the court on their efforts at the Status Conference.

4.      Update on Privilege Challenges

*Kristen Johnson for the Plaintiffs; TBD for Bellwether Defendants*

5.      Settlements

*Kristen Johnson for the Plaintiffs; TBD for Bellwether Defendants*

Final Approval Hearing for Union Bank and Trust Company Settlement set for August 6, 2026 (ECF No. 1717).

Final Approval Hearing for GRIPA Settlement set for September 3, 2026 (ECF No. 1734).

Final Approval Hearing for Ernst & Young/Bank of America Settlement set for October 15, 2026 (ECF No. 1804).

6.      Pending Matters/Motions

Plaintiffs' Unopposed Motion for Final Approval of Proposed UBT Settlement (ECF 1950-1951).

Plaintiff's Motion for An Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards for the Settlement Class Representative from the UBT Settlement (ECF Nos. 1844-1847).

Motion for Attorneys' Fees, Expenses and Service Awards [GRIPA Settlement] (ECF Nos. 1979-1980).

7.      Schedule for Next Status Conference

The parties propose the next Status Conference be set for the week of August 17, 2026.

011175-35/3610756 V4

Dated: July 17, 2026

Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel:  (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel:  (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:  (202) 408-4600
dmcnamara@cohenmilstein.com

-12-

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel:  (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: July 17, 2026

By: */s/ Aravind Swaminathan*
Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel:  (206) 839-4340
aswaminathan@orrick.com

By: */s/ Allison M. Holt Ryan*
Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS LLP
555 13th Street NW
Washington, D.C. 20004
Tel:  (202) 637-5600
allison.holt-ryan@hoganlovells.com

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel:  (617) 223-0304
jpirozzolo@sidley.com

-13-

011175-35/3610756 V4

By: */s/ Nathaniel R. Mendell*

Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel:  617-648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*

Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue,  Suite 200
Devon, PA 19333
Tel:  (267) 930-4770
pgardner@mullen.law

By: */s/ Gilbert S. Keteltas*

Gilbert S. Keteltas (*pro hac vice*)
BAKERHOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC  20026
Tel:  (202) 861-1530
gketeltas@bakerlaw.com

By: */s/ Jeff Tsai*

Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  (415) 615-6055
jeff.tsai@dlapiper.com

By:  */s/ Kristine McAlister Brown*

Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel:  (404) 881-7584
kristy.brown@alston.com

-14-

011175-35/3610756 V4

By: */s/Edward P. Boyle*
Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel:  (212) 808-5675
epboyle@venable.com

By: */s/Kari M. Rollins*
Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 634-3077
Krollins@sheppardmullin.com

By: */s/Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR
LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6687
Felicia.ellsworth@wilmerhale.com

*Defendants' Liaison Committee*

-15-

011175-35/3610756 V4

-16-

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the

Court's CM/ECF system, which will send notice of the filing to all counsel of record.


Dated: July 17, 2026                     */s/ Paulyne Gardner*
                                          Paulyne Gardner

-16-

011175-35/3610756 V4