**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

# JOINT STATUS REPORT

1. Update on Discovery

*Open Discovery Issues*

The Plaintiffs are working diligently to try to resolve open discovery disputes, but may need to raise the following issues with the Court if resolution is not reached quickly: (i) Privilege disputes with Bellwether Defendants and non-parties, (ii) follow-up requests for documents production based on deposition testimony, and/or (iii) scheduling a small number of depositions (e.g., for a former employee or a Bellwether Defendant).

The Bellwether Defendants are in communication with Plaintiffs' counsel to resolve open discovery disputes, including those related to Plaintiffs' discovery responses and follow-up requests for documents based on deposition testimony. To the extent the parties reach an impasse, the Bellwether Defendants will raise such issues with the Court as appropriate.

*Bellwether Plaintiffs' Discovery of Defendants*

Plaintiffs' depositions of Bellwether Defendants commenced on June 30, 2026 and are ongoing.

*Bellwether Defendants' Discovery of Plaintiffs*

Defendants' depositions of Bellwether Plaintiffs commenced on May 12, 2026 and are ongoing. All Plaintiff depositions have been scheduled and all but one have been completed.

*Defendants' Non-Party Discovery*

Defendants have issued subpoenas to various settlement administrators and financial institutions connected with the Bellwether Plaintiffs. After negotiations among the parties to this litigation around disclosure of information necessary to secure the requested materials, the requests are now being processed. To the extent the parties reach an impasse as to disclosure of additional information needed by the third parties to respond to the subpoenas, the Bellwether Defendants will raise such issues with the Court as appropriate.

2. Class Certification Briefing

In an effort to try to negotiate a stipulated proposal on class certification, the parties have discussed, albeit unsuccessfully, class certification briefing, including page limitations.

The Bellwether Defendants will soon be filing a submission regarding their proposal for Bellwether Defendants' page limitations.

3. Settlements

Final Approval Hearing for GRIPA Settlement set for September 3, 2026 (ECF No. 1734).

Final Approval Hearing for Ernst & Young/Bank of America Settlement set for October 15, 2026 (ECF No. 1804).

4. Pending Matters/Motions

Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for the Settlement Class Representative from the GRIPA Settlement (ECF Nos. 1979-1980).

Plaintiff's Unopposed Motion for Final Approval of Proposed GRIPA Class Action Settlement (ECF Nos. 2028-2031).

5. Schedule for Next Status Conference

The parties propose the next Status Conference be set for the week of September 14, 2026.

Dated: August 18, 2026

Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: August 18, 2026

By: */s/ Aravind Swaminathan*
Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel: (206) 839-4340
aswaminathan@orrick.com

By: */s/Allison M. Holt Ryan*
Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
555 13th Street NW
Washington, D.C. 20004
Tel: (202) 637-5600
allison.holt-ryan@hlc.com

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304
jpirozzolo@sidley.com

By: */s/ Nathaniel R. Mendell*
Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel: 617-648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*
Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4770
pgardner@mullen.law

By: */s/ Gilbert S. Keteltas*
Gilbert S. Keteltas (*pro hac vice*)
BAKERHOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC 20026
Tel: (202) 861-1530
gketeltas@bakerlaw.com

By: */s/ Jeff Tsai*
Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 615-6055
jeff.tsai@dlapiper.com

By: */s/ Kristine McAlister Brown*
Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7584
kristy.brown@alston.com

By: /s/ *Edward P. Boyle*
Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel: (212) 808-5675
epboyle@venable.com

By: /s/ *Kari M. Rollins*
Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 634-3077
Krollins@sheppardmullin.com

By: /s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR
LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Felicia.ellsworth@wilmerhale.com

*Defendants' Liaison Committee*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: August 18, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)