**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To: <br> *ALL CASES* | **[ORAL ARGUMENT REQUESTED]** |

**BELLWETHER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Bellwether Plaintiffs hereby move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order certifying the following Classes and Subclasses:

***Nationwide Classes***

1. All natural persons in the United States whose Private Information was stored in a MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

   *Against*: Progress

   *Claims*: Negligence and Massachusetts Rule 93A

   *Scope*: Nationwide

   *Class Representatives*: Steven Checchia, Barbara Cruciata, Patricia Marshall, Margaret Phelan, Diamond Roberts, Sherrie Rodda, Jose Soto

2. All natural persons in the United States whose Private Information was stored in a [Direct User] MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

   *Against*: Direct User Defendants Delta Dental, PBI, and Welltok

   *Claims*: Negligence

   *Scope*: Nationwide

*Class Representatives*, *Delta Dental*: Ricardo Moralez, Manuel Mendoza, Terrill Mendler, Michelle Gonsalves, Deanna Duarte, Taneisha Robertson, Doris Cadet, Margaret Kavanagh, Karen Boginski, Yvette Tillman

*Class Representatives*, *PBI*: Jose Soto, Steven Checchia, Gilbert Hale, Patrice Hauser, Steven Teppler, Patricia Marshall, Katharine Uhrich

*Class Representatives*, *Welltok*: Sherrie Rodda

3. All natural persons in the United States whose Private Information was stored in a [Direct User] MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign, where such Private Information was obtained from or transferred to the [Direct User] MOVEit Transfer environment by [VCE].

*Against*: VCE Defendants TIAA, Milliman, Sutter Health, OSF Healthcare System, Corewell Health, Virginia Mason Franciscan Health, CHI Health

*Claims*: Negligence

*Scope*: Nationwide

*Class Representatives*, *TIAA*: Margaret Phelan, Katharine Uhrich, Steven Teppler, Patricia Marshall

*Class Representatives*, *Milliman*: Jose Soto

*Class Representatives*, *Sutter Health*: Amanda Copans

*Class Representatives*, *OSF Healthcare System*: Christopher Rehm

*Class Representatives*, *Corewell Health*: Tamara Williams, Jeffrey Weaver

*Class Representatives*, *Virginia Mason*: Meghan McClendon

*Class Representatives*, *CHI Health*: Laquesha George

4. All natural persons in the United States whose Private Information was stored in a PBI MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign, where such Private Information was obtained from MLIC.

*Against*: MLIC

*Claims*: Negligence

*Scope*: Nationwide

*Class Representatives*: Jose Soto

5. All natural persons who, at the time of the Data Breach, resided in Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, or Wyoming, and whose Private Information was stored in a [Maximus or Genworth-transmitted] MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

*Against*: Maximus and Genworth

*Claims*: Negligence

*Scope*: Based upon the states listed above.

*Class Representatives*, *Maximus*: Gregory Bloch, Barbara Cruciata, Benjamin Dieck, Victor Diluigi, M.K. (Aunali Khaku on behalf of a minor), M.P. (Aldreamer Smith on behalf of a minor), Shellie Harper McCaskell, Elaine McCoy, Jvanne Rhodes, S.K. (Aunali Khaku on behalf of a minor), Alexys Taylor

*Class Representatives*, *Genworth*: Gilbert Hale, Patrice Hauser, Tricia Hernandez, Rita Pasquarelli

***State Consumer Protection Act Classes***

6. All natural persons in the [United States or California] whose Private Information was stored in a MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

*Against*: Sutter Health

*Claims*: California Unfair Competition Law

*Scope*: Nationwide

*Class Representatives*: Amanda Copans

7. All natural persons in the [United States or California] whose Private Information was stored in a MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

   *Against*: Delta Dental CA

   *Claims*: California Legal Remedies Act

   *Scope*: Nationwide

   *Class Representatives*: Ricardo Moralez, Manuel Mendoza, Terrill Mendler, Michelle Gonsalves, Deanna Duarte, Taneisha Robertson, Doris Cadet, Margaret Kavanagh, Karen Boginski, Yvette Tillman

8. All natural persons in the [United States or Michigan] whose Private Information was stored in a MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

   *Against*: Corewell

   *Claims*: Michigan Consumer Protection Act

   *Scope*: Nationwide

   *Class Representatives*: Tamara Williams, Jeffrey Weaver

9. All natural persons in the [United States or Minnesota] whose Private Information was stored in a MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

   *Against*: PBI Bellwether Defendants

   *Claims*: Minnesota Uniform Deceptive Trade Practices Act

   *Scope*: Nationwide

   *Class Representatives*: Jose Soto, Margaret Phelan, Katharine Uhrich, Steven Teppler, Patricia Marshall

10. All natural persons in the [United States or Nebraska] whose Private Information was stored in a MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit

Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

*Against*: CHI Health

*Claims*: Nebraska Consumer Protection Act, Nebraska Uniform Deceptive Trade Practices Act

*Scope*: Nationwide

*Class Representatives*: Laquesha George

11. All natural persons in the [United States or Washington] whose Private Information was stored in a MOVEit Transfer environment that was compromised in the 2023 Cl0p ransomware campaign exploiting vulnerabilities in Progress's MOVEit Transfer software, and to whom notice was sent stating that their Private Information was accessed or exfiltrated in that campaign.

*Against*: Virginia Mason

*Claims*: Washington Consumer Protection Act

*Scope*: Nationwide

*Class Representatives*: Meghan McClendon

***State-Resident Statutory Subclasses***

12. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in California.

*Against*: Progress, PBI, Delta Dental, Maximus, Welltok, Genworth

*Claims*: California Unfair Competition Law

*Scope*: California-only

*Class Representatives*, *Progress*: Rita Pasquarelli, Amanda Copans, Shellie Harper McCaskell

*Class Representatives*, *PBI*: Rita Pasquarelli

*Class Representatives*, *Delta Dental*: Ricardo Moralez, Deanna Duarte, Doris Cadet

*Class Representatives*, *Maximus*: Shellie Harper McCaskell

*Class Representatives*, *Welltok*: Amanda Copans

*Class Representatives*, *Genworth*: Rita Pasquarelli

13. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in California. *This class is limited to Class Members whose compromised information included "medical information," or individually identifiable information regarding a patient's medical history*, *mental health application information*, *mental or physical condition*, *or treatment*, *as that term is defined in the Act.*

*Against*: Maximus

*Claims*: California Confidentiality of Medical Information Act

*Scope*: California-only

*Class Representatives*: Shellie Harper McCaskell

*14.* All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in California. *This class is limited to Class Members whose nonencrypted and nonredacted "personal information," as defined in subparagraph (A) of paragraph (1) of subdivision (d) of Section 1798.81.5*, *was compromised.*

*Against*: Welltok

*Claims*: California Consumer Privacy Act

*Scope*: California-only

*Class Representatives*: Amanda Copans

15. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Connecticut.

*Against*: Progress, Delta Dental

*Claims*: Connecticut Unfair Trade Practices Act

*Scope*: Connecticut-only

*Class Representatives*, *Progress*: Karen Boginski

*Class Representatives*, *Delta Dental*: Karen Boginski

16. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Georgia.

*Against*: Progress, Delta Dental

*Claims*: Georgia Uniform Deceptive Trade Practices Act

*Scope*: Georgia-only

*Class Representatives*, *Progress*: Doris Cadet, Taneisha Robertson

*Class Representatives*, *Delta Dental*: Doris Cadet, Taneisha Robertson

17. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Illinois.

*Against*: Progress, PBI, TIAA

*Claims*: Illinois Uniform Deceptive Trade Practices Act

*Scope*: Illinois-only

*Class Representatives*, *Progress*: Katharine Uhrich, Christopher Rehm

*Class Representatives*, *PBI*: Katharine Uhrich

*Class Representatives*, *TIAA*: Katharine Uhrich

18. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Michigan.

*Against*: Welltok

*Claims*: Michigan Consumer Protection Act

*Scope*: Michigan-only

*Class Representatives*: Jeffrey Weaver, Tamara Williams

19. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Michigan. *For purposes of claims arising under the Michigan Identity Theft Protection Act, this class is limited to "personal information" as that term is defined in the statute.*

*Against*: Progress

*Claims*: Michigan Consumer Protection Act for violations of the Michigan Identity Theft Protection Act

*Scope*: Michigan-only

*Class Representatives*: Jeffrey Weaver, Tamara Williams

20. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Nebraska.

*Against*: Progress, Welltok

*Claims*: Nebraska Consumer Protection Act, Nebraska Uniform Deceptive Trade Practices Act

*Scope*: Nebraska-only

*Class Representatives*, *Progress*: Laquesha George

*Class Representatives*, *Welltok*: Laquesha George

21. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in North Carolina. *This class is limited to Class Members whose compromised information included "personal information" as that term is defined in the statute.*

*Against*: Progress

*Claims*: North Carolina Identity Theft Protection Act

*Scope*: North Carolina-only

*Class Representatives*: Benjamin Dieck

22. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in South Carolina. *This class is limited to Class Members whose compromised information included "personal identifying information" as that term is defined in the statute.*

*Against*: Delta Dental

*Claims*: South Carolina Data Breach Security Act

*Scope*: South Carolina-only

*Class Representatives*: Yvette Tillman

23. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Washington.

*Against*: Progress and Welltok

*Claims*: Washington Consumer Protection Act

*Scope*: Washington-only

*Class Representatives*, *Progress*: Meghan McClendon

*Class Representatives*, *Welltok*: Meghan McClendon

24. All members of the Nationwide Class certified against the identified Defendant(s) who, at the time of the Data Breach, resided in Washington. *This class is limited to Class Members whose compromised information included "personal identifying information" as that term is defined in the statute.*

*Against*: Progress and Welltok

*Claims*: Washington Data Breach Notification Act

*Scope*: Washington-only

*Class Representatives*, *Progress*: Meghan McClendon

*Class Representatives*, *Welltok*: Meghan McClendon

The Bellwether Plaintiffs respect that the Court certify these classes and/or any other class the Court deems appropriate.

In support of this motion, the Bellwether Plaintiffs incorporate by reference the accompanying memorandum of law, the Declaration of Kristen A. Johnson, exhibits, expert reports, and materials cited therein.

Dated: August 28, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: /s/ *E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: /s/ *Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: /s/ *Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: /s/ *Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
khriebel@locklaw.com

By: /s/ *Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for the Bellwether Plaintiffs have conferred in good faith with counsel for the Bellwether Defendants, and Bellwether Defendants oppose this Motion.

Dated: August 28, 2026

*<u>/s/ Kristen A. Johnson</u>*
Kristen A. Johnson (BBO# 667261)

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: August 28, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)