UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 1:23-MD-03083-ADB** |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE that Jill H. Fertel, *Pro Hac Vice* counsel for Plaintiffs, Illinois Union Insurance Company and Ace American Insurance Company (collectively "Plaintiffs"), has changed to a new law firm as follows:

**KLA Legal LLP**
325 Sentry Parkway
Building 5 West, Suite 200
Blue Bell, PA 19422
Phone: (610) 472-0240
Email: Jill.Fertel@KLALegal.com

Movant certifies they will continue to be counsel of record for Plaintiffs in the above-captioned case at their new firm. Movant also requests the Clerk of Court and all counsel to note this change.

Respectfully submitted,

**KLA LEGAL LLP**

*/s/ Jill H. Fertel*

Jill H. Fertel (admitted *Pro Hac Vice*)
325 Sentry Parkway
Building 5 West, Suite 200
Blue Bell, PA 19422
Phone: (610) 472-0240
Email: Jill.Fertel@KLALegal.com

**COUNSEL FOR PLAINTIFFS ILLINOIS UNION INSURANCE COMPANY AND ACE AMERICAN INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2026 a true and correct copy of the foregoing document was electronically filed with the Clerk of the above styled Court using CM/ECF which will deliver electronic copies of this filing to the designated email addresses for all counsel of record.

*/s/ Jill H. Fertel*
Jill H. Fertel