**Jordan O'Donnell**

| | |
|---|---|
| **From:** | Baxter-Kauf, Kate M. <kmbaxter-kauf@locklaw.com> |
| **Sent:** | Tuesday, September 8, 2026 1:15 PM |
| **To:** | Alexandra Traganos; Karen Folan; Courtney Horvath; Caetlin McManus |
| **Cc:** | Kristen A. Johnson; MOVEItBellwetherDefendants@hbsslaw.com; MOVEit Plaintiffs Lead Counsel; Courtney Horvath; Forni, Eric; Tsai, Jeff; DeGroot, Jeffrey; Green, Kylie; Bodle, Sam |
| **Subject:** | IN RE: MOVEit Customer Data Security Breach Litigation, 1:23-md-03083 : Privilege Dispute |
| **Categories:** | zM:Welltok Inc. - Amanda Copans v. - CLASS ACTION - Nov 2023 - AXA AL--4826-4901 |

Good morning, Ms. Traganos,

I write on behalf of Bellwether Plaintiffs in the above-referenced action to alert that Bellwether Plaintiffs and Progress have reached impasse on three privilege-related matters: (1) documents that are Plaintiffs believe are properly characterized as business and not legal advice; (2) third party waiver; and (3) lack of adequate attorney involvement. We would appreciate the Court's guidance on a discovery conference to discuss these matters in advance of filing a formal motion.

Thanks,
Kate Baxter-Kauf

**Kate Baxter-Kauf | Partner | she/her**

**Lockridge Grindal Nauen PLLP**
100 Washington Avenue S | Suite 2200 | Minneapolis MN 55401
P: 612-596-4007 | www.locklaw.com

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.