**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To: <br><br> ALL CASES | |

**NOTICE OE FILING A CORRECTED APPENDIX A TO THE DECLARATION OF KATE BAXTER-KAUF REGARDING PRIVILEGE LOG CHALLENGES**

Plaintiffs' Liaison and Coordinating Counsel hereby files a corrected version of Appendix A to the Declaration of Kate Baxter-Kauf Regarding Privilege Log Challenges. This version replaces the Appendix A filed under seal on September 16, 2026 (ECF No. 2104-1). The corrected Appendix A is attached hereto.

DATED: September 24, 2026.

Respectfully submitted,

By: *<u>/s/ Kristen A. Johnson</u>*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: *<u>/s/ E. Michelle Drake</u>*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

011175-35/5146380 V1

By: *_/s/ Gary F. Lynch_*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: *_/s/ Douglas J. McNamara_*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl.
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: *_/s/ Karen H. Riebel_*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: *_/s/ Charles E. Schaffer_*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel*

011175-35/5146380 V1

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: September 24, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)

011175-35/5146380 V1

# CORRECTED APPENDIX A

Bellwether Plaintiffs identify the following documents from each controlling privilege log for *in camera review* in the categories challenged by Bellwether Plaintiffs in their Motion.

| **Bellwether Defendant & Controlling Log** | **Documents Properly Considered Business and not Legal Advice** | **Documents for which the Privilege or Protection has been Waived** | **Documents that fail to establish adequate Attorney Involvement** |
|---|---|---|---|
| Progress 9/4/26 Privilege Log[1] | MDL_PROGRESS_PRIV_00000634; MDL_PROGRESS_PRIV_00001041; MDL_PROGRESS_PRIV_00001578; MDL_PROGRESS_PRIV_00001579; MDL_PROGRESS_PRIV_00001615<br><br>Previously included here: MDL_PROGRESS_00224809; MDL_PROGRESS_PRIV_00000026; MDL_PROGRESS_PRIV_00000619 | MDL_PROGRESS_PRIV_00001658; MDL_PROGRESS_PRIV_00001420; MDL_PROGRESS_PRIV_00001470; MDL_PROGRESS_PRIV_00001476; MDL_PROGRESS_PRIV_00001520<br><br>Previously included here: MDL_PROGRESS_PRIV_00000285; MDL_PROGRESS_PRIV_00001034; MDL_PROGRESS_PRIV_00001089; MDL_PROGRESS_PRIV_00000047 | MDL_PROGRESS_PRIV_00000765; MDL_PROGRESS_PRIV_00000779; MDL_PROGRESS_00222822; MDL_PROGRESS_00222861; MDL_PROGRESS_PRIV_00001540<br><br>Previously included here: MDL_PROGRESS_PRIV_00000037 |
| Maximus Privilege Log | PRIV000465; PRIV000496; PRIV000580; PRIV000655; PRIV007638 | PRIV007516; PRIV007517; PRIV007523; PRIV004644; PRIV007541; PRIV007557; PRIV007600; PRIV007637; | PRIV000005, PRIV000054, PRIV000061, PRIV000006-24 |

[1] On September 22, 2026, after Plaintiffs filed their motion and Progress denied any deficiencies, Progress produced another amended privilege log. That privilege log removed *nine out of the fifteen* documents BWPs identified for this Court to review *in camera* from the log and produced them in their entirety: MDL_PROGRESS_00224809; MDL_PROGRESS_PRIV_00000026; MDL_PROGRESS_PRIV_00000619; MDL_PROGRESS_PRIV_00000285; MDL_PROGRESS_PRIV_00001034; MDL_PROGRESS_PRIV_00001089; MDL_PROGRESS_PRIV_00000047; MDL_PROGRESS_PRIV_00000037; and MDL_PROGRESS_00222861. As a result, Bellwether Plaintiffs identify additional documents for each category that the Court should review. However, Bellwether Plaintiffs believe that it would be most expeditious for Progress *also* to submit these documents that have now been de-designated. This would allow the Court to evaluate Progress's dubious privilege assessments and contextualize Plaintiffs' argument that Progress has groundlessly and broadly withheld documents.

| **Bellwether Defendant & Controlling Log** | **Documents Properly Considered Business and not Legal Advice** | **Documents for which the Privilege or Protection has been Waived** | **Documents that fail to establish adequate Attorney Involvement** |
|---|---|---|---|
| Delta Dental 6/1/26 Privilege Log | 14720, 2906, 156, 328, 804 | 200, 198/1, 13459 | 14723, 7286, 377, 584 |
| PBI Privilege Log | 933, 1135, 3447, 4151, 4719 | 1022, 2368, 4150, 5840, 6499 | 328, 3260, 5852, 7413, 8081 |
| Genworth 6/1/26 Log (6/12/26 reproduction) | PRIV_0000725, PRIV_0000726, PRIV_0000728, PRIV_0004207, PRIV_0004210 | PRIV_0000251, PRIV_0000253, PRIV_0002878, PRIV_0002892, PRIV_0002895 | PRIV_0001959, PRIV_0002052, PRIV_0002057, PRIV_0001854, PRIV_0001959 |
| Members (MLIC) Privilege Log | 17, 18, 1, 27, 34 | 24, 26, 43 | 13, 30, 69 |
| Milliman Privilege Log | 3, 12, 41, 437-40, and 845-46 | 57, 302, 351, 710, 802 | 172, 173, 240, 476, 660 |
| Welltok Privilege Log | 91, 4527, 1714, 2047 | 2396, 3072, 3073, 173, 4071 | 105, 136 |
| CHI Health Privilege Log | CHI-VM_Priv_0001, CHI-VM_Priv_0016, CHI-VM_Priv_0026, CHI-VM_Priv_0091 | | CHI-VM_Priv_0016, CHI-VM_Priv_0026, CHI-VM_Priv_0091 |
| OSF Privilege Log | OSF_Priv_0149, OSF_Priv_0040, OSF_Priv_0070, OSF_Priv_0070, OSF_Priv_0086 | | OSF_Priv_0064, OSF_Priv_0069, OSF_Priv_0085 |

| **Bellwether Defendant & Controlling Log** | **Documents Properly Considered Business and not Legal Advice** | **Documents for which the Privilege or Protection has been Waived** | **Documents that fail to establish adequate Attorney Involvement** |
|---|---|---|---|
| Sutter Health Privilege Log | 1, 134 | 80, 4, 22 | 35, 37, 38, 39 |
| TIAA 6/1/26 log | 91, 200.01 204, 752–752.01 | 1082.01 | 122, 146 |
| Kroll | DEL-00002848, MOB-MAX00008432 | MOB-WEL00165465 | DEL-00042654, MOB-WEL00082270, MOB-MAX00120181 |