UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To:*<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**UNOPPOSED MOTION TO SET OCTOBER 7, 2026, AS FILING DEADLINE FOR BELLWETHER PLAINTIFFS' RESPONSE TO BELLWETHER DEFENDANTS' MOTION TO STRIKE OR FOR JUDGMENT ON THE PLEADINGS (ECF No. 2100)**

Bellwether Plaintiffs ("Plaintiffs") hereby move the Court for an Order extending the deadline to submit a response opposing Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (the "Motion," ECF No. 2100) from the default date of September 30, 2026, to October 7, 2026. Plaintiffs have consulted with the Bellwether Defendants ("Defendants") and they have agreed to Plaintiffs' request to extend the filing deadline by 7 days.

At the joint status conference held on September 14, 2026, Defendants asked for leave to file a motion seeking to strike certain theories of injury. The Court allowed that Defendants could file their Motion, limited to 15 pages, that Plaintiffs could then file a response limited to 15 pages, and that no replies would be allowed. The Court did not address the deadline for Plaintiffs' response. After the parties met-and-conferred on the afternoon of September 16, 2026, the Defendants filed their Motion at 8:00 p.m. that same evening. By default, Plaintiffs' response would be due 14 days thereafter (September 30, 2026). However, Plaintiffs

respectfully request the Court set the deadline for filing their response to the Motion for October 7, 2026.

As noted, Defendants' Motion was not filed until 8:00 p.m. EDT. The following Monday was a religious holiday, effectively further shortening the time available for Plaintiffs to prepare their response. Moreover, in addition to addressing the legal issues raised in the Motion, some of Defendants' arguments are best addressed by way of pointing to the factual record, requiring Plaintiffs to review 30-plus deposition transcripts for relevant testimony cites. Allowing Plaintiffs requested extension will not prejudice Defendants (who support this request) or the Court considering that the parties are in the midst of Class Certification briefing. Taken together, giving Plaintiffs an extra 7 days to respond to this motion is reasonable.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this motion and set the deadline for filing a response to ECF No. 2100 to October 7, 2026.

DATED: September 25, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *\/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

**LOCAL RULE 7.1 CERTIFICATION**

I, Austin Cohehn, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for Bellwether Plaintiffs has conferred in good faith with counsel for Bellwether Defendants and they do not oppose this Motion.

DATED: September 25, 2026

*/s/ Austin Cohen*
Austin Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

DATED: September 25, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson