**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| *This Document Relates To:*<br><br>ALL CASES | |

**[PROPOSED] ORDER**

This matter comes before the Court on the Bellwether Plaintiffs' Unopposed Motion to Set October 7, 2026 as Filing Deadline for Bellwether Plaintiffs' Response to Bellwether Defendants' Motion to Strike or for Judgment on the Pleadings (ECF No. 2100).

Having considered the Bellwether Plaintiffs' submission and for good cause shown, it is hereby **ORDERED** that Bellwether Plaintiffs' motion is **GRANTED**. Bellwether Plaintiffs may file their response to Bellwether Defendants' Motion to Strike or for Judgment on the Pleadings on **October 7, 2026**.

**IT IS SO ORDERED**

DATED this ________ day of ____________________, 2026.

______________________________________
HON. ALLISON D. BURROUGHS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: September 25, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)