UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 1:23-md-03083-ADB |
| This Document Relates To:<br><br>BOADEN, individually and on behalf of all others similarly situated v. PROGRESS SOFTWARE CORPORATION *et al.*<br>Civil Action No.: 1:23-cv-12192-NMG | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Whitney M. Costin of the law firm of Stradley, Ronon, Stevens & Young, LLP, 100 Park Avenue, Suite 2000, New York, New York 10017, as counsel for Defendant, Continental Casualty Company, in the above-captioned matter.

Dated: September 28, 2026

**Stradley, Ronon, Stevens & Young, LLP**

/s/ *Whitney M. Costin*
Whitney M. Costin (BBO #691138)
100 Park Avenue, Suite 2000
New York, NY 10017
Tel: (212) 812-4124
Fax: (646) 682-7180
wcostin@stradley.com

*Attorney for Defendant Continental Casualty Company*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on September 28, 2026.

*/s/ Whitney M. Costin*_____
Whitney M. Costin, Esq.