**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 1:23-md-03083-ADB |
| This Document Relates To:<br><br>BOADEN, individually and on behalf of all others similarly situated v. PROGRESS SOFTWARE CORPORATION *et al.*<br>Civil Action No.: 1:23-cv-12192-NMG | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE of the withdrawal of appearance for CHRISTA A. MENGE, counsel for Defendant, Continental Casualty Company in the above-referenced matter. Christa A. Menge is leaving the firm Stradley Ronon Stevens & Young, LLP ("Stradley"). Continental Casualty Company will continue to be represented in this matter by Jeffrey D. Grossman of Stradley.

Dated: September 28, 2026

Respectfully submitted,

**Stradley, Ronon, Stevens & Young, LLP**

/s/ *Whitney M. Costin*
Whitney M. Costin (BBO #691138)
100 Park Avenue, Suite 2000
New York, NY 10017
Tel: (212) 812-4124
Fax: (646) 682-7180
wcostin@stradley.com

*Attorneys for Defendant Continental Casualty Company*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 83.5.2, I, Whitney M. Costin, Esq. hereby certify that on this 28th day of September 2026, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served via ECF upon all parties of record.

/s/ *Whitney M. Costin*____________
Whitney M. Costin, Esq.