**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*All Cases* | MDL No. 1:23-md-03083-ADB-PGL |

**DECLARATION OF CHARLES POLLAK IN SUPPORT OF DEFENDANT PROGRESS SOFTWARE CORPORATION'S OPPOSITION TO BELLWETHER PLAINTIFFS' MOTION TO COMPEL**

I, Charles Pollak, declare pursuant to 28 U.S.C. § 1746:

1. I make this declaration in support of Defendant Progress Software Corporation's ("Progress") Opposition to Bellwether Plaintiffs' Motion to Compel the production of privileged and protected materials (ECF No. 2096).

2. I am over the age of 18 years old and if called as a witness, I could and would competently testify as to all facts set forth herein.

3. I am an attorney (barred in Massachusetts) and serve as in-house counsel for Progress. I currently hold the role of Vice President & Deputy General Counsel at Progress. I have held this position since 2022. Before this position, I held various roles in the Progress Legal team (all working as an attorney), which began upon the commencement of my employment with Progress in July 2007.

4. The information provided in this Declaration is based on my personal knowledge and my review of Progress records that I am familiar with in the ordinary course of my work as V.P. & Deputy General Counsel at Progress.

5. In my role as Deputy General Counsel, I and my colleagues in Progress's Legal Department provide legal advice to Progress by, among other things, analyzing and negotiating contracts, managing litigation, pursuing internal investigations, assessing potential liability and litigation risk, advising the company as to compliance with applicable law and regulations, and advising on corporate governance, reporting, and fiduciary obligations. My role is fundamentally legal in nature, and does not include non-legal business responsibilities.

6. Following the May 2023 MOVEit data incident (the "MOVEit Incident"), I and my colleagues in Progress's Legal Department provided advice to Progress management, employees, and directors on various aspects relating to the MOVEit Incident, including, without limitation, on applicable law and regulations and the risk of anticipated litigation and other exposure, instructing and overseeing the work of outside counsel regarding our incident response, litigation, and other legal matters, and managed regulatory and reporting obligations. My involvement in the company's incident response was purely legal in nature.

7. Following the MOVEit Incident and on DLA Piper LLP's ("DLA Piper") advice, Progress instructed DLA Piper to retain Goldin Solutions, Inc. on behalf of Progress, to provide public relations advice relating to the MOVEit Incident, including advice on both internal and external communications about the MOVEit Incident with a view to managing and responding to potential litigation and regulatory exposure, thereby providing an indispensable part of DLA Piper's legal representation of Progress.

8. Following the MOVEit Incident and on DLA Piper's advice, Progress instructed DLA Piper to retain Alvarez & Marsal on behalf of Progress, to provide eDiscovery services, including the collection, storage, review, and production of documents pertinent to the MOVEit Incident in furtherance of, and as a part of, DLA Piper's legal representation of Progress in connection with the MOVEit Incident.

9. Following the MOVEit Incident and on DLA Piper's advice, Progress instructed DLA Piper to retain Trail of Bits, Inc. on behalf of Progress, to conduct code review work and analysis essential to informing Progress's legal defenses regarding the MOVEit Incident in furtherance of, and as part of, DLA Piper's legal representation of Progress in connection with the MOVEit Incident.

10. Following the MOVEit Incident and on DLA Piper's advice, Progress instructed DLA Piper to retain Lares, LLC on behalf of Progress, to conduct security assessment work essential to informing Progress's legal defenses regarding the MOVEit Incident in furtherance of, and as part of, to DLA Piper's legal representation of Progress in connection with the MOVEit Incident.

11. Following the MOVEit Incident and on DLA Piper's advice, Progress instructed DLA Piper to retain Charles River Associates on behalf of Progress, to conduct forensic investigative work essential to informing Progress's legal defenses regarding the MOVEit Incident in furtherance of, and as part of, DLA Piper's legal representation of Progress in connection with the MOVEit Incident.

I declare under penalty of perjury that the foregoing is true and correct.

[*Signature page to follow.*]

Dated: September 28, 2026
Burlington, Massachusetts



_______________________________
Charles Pollak