**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*All Cases* | MDL No. 1:23-md-03083-ADB-PGL |

**DECLARATION OF OLIVIA HOUSTON IN SUPPORT OF DEFENDANT PROGRESS SOFTWARE CORPORATION'S OPPOSITION TO BELLWETHER PLAINTIFFS' MOTION TO COMPEL**

I, Olivia Houston, declare pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the Commonwealth of Virginia and the District of Columbia. I have been admitted *pro hac vice* to the bar of this Court. I am an associate with the law firm of DLA Piper LLP (US), attorneys for Defendant Progress Software Corporation ("Progress"). I am over the age of 18 years old and have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify as to all facts set forth herein.

2. This declaration, together with the annexed exhibits, is being submitted in support of Progress' Opposition to Bellwether Plaintiffs' ("BWPs") Motion to Compel the production of privileged and protected materials (the "Motion") (ECF No. 2096).

3. On June 1, 2026, Progress served BWPs a privilege log (the "June 1, 2026 Privilege Log"). Attached as **Exhibit 1** is a true and correct copy of the June 1, 2026 Privilege Log.

4. On June 16, 2026, BWPs sent a letter to Progress challenging the privilege designations in the June 1, 2026 Privilege Log (the "June 16, Letter from BWPs"). Attached as **Exhibit 2** is a true and correct copy of the June 16, 2026 Letter from BWPs.

5. Attached to the June 16, 2026 Letter from BWPs was an annotated version of Progress's June 1, 2026 Privilege Log with the file name "2026-06-01 MDL_Progress Privilege Log (BWPs challenge 20260616)" (the "June 16, 2026 Annotated Log"). Attached as **Exhibit 3** is a true and correct copy of the June 16, 2026 Annotated Log.

6. Progress responded in writing to the June 16, 2026 Letter on June 30, 2026 (the "June 30, 2026 Letter from Progress"). Attached as **Exhibit 4** is a true and correct copy of the June 30, 2026 Letter from Progress.

7. Progress and BWPs met and conferred regarding the objections included in the June 16, 2026 Annotated Log. In addition to discussing the dispute over email, the parties spoke on July 30, 2026 and again during the week of August 10, 2026. Attached as **Exhibit 5** is a true and correct copy of the August 28, 2026 email from BWPs' counsel Kate Baxter-Kauf memorializing BWPs' agreement not to raise certain issues with the Court regarding Progress and the ongoing privilege disputes.

8. On September 4, 2026, Progress served an amended privilege log (the "September 4, 2026 Amended Privilege Log"). Attached as **Exhibit 6** is a true and correct copy of the September 4, 2026 Amended Privilege Log. BWPs have not served an amended annotated log.

9. On September 11, 2026, the Court held a Rule 37.1 Conference to discuss BWPs' desire to move to compel materials withheld by Progress as privileged or protected as work-product. Attached as **Exhibit 7** is a true and correct copy of the transcript from the hearing that occurred on September 11, 2026.

10. On September 17, 2026, Progress identified some administrative and other inadvertent errors regarding its September 4, 2026, Amended Privilege Log that led to some documents being inadvertently left on the log. Progress promptly addressed the identified errors, amended its privilege log, and prepared a related supplemental production.

11. On September 22, 2026, Progress served the amended privilege log (the "September 22, 2026 Amended Privilege Log") and accompanying supplemental production and explained, in detail, the impact the amended log would have on the set of materials BWPs proposed for *in camera* review in the instant motion (the "BWP *in camera* Documents"). Attached as **Exhibit 8** is a true and correct copy of the email serving the September 22, 2026 Amended Privilege Log on BWPs, including its related explanation.

12. The below table lists each BWP *in camera* Document that was inadvertently included on the September 4, 2026 Amended Privilege Log:

| **Removed BWP *in camera* Document** | **Why Inclusion on September 4, 2026 Amended Privilege Log was Inadvertent Error** |
|---|---|
| **MDL_PROGRESS_PRIV_00000026** | MDL_PROGRESS_PRIV_00000026 was de-designated and produced to BWPs on June 29, 2026 as MDL_PROGRESS_00233278, which was included in the production titled "MDL_PROGRESS_013." Progress did not de-designate MDL_PROGRESS_PRIV_00000026 because it was included in the Motion. It had already been de-designated and produced. |
| **MDL_PROGRESS_PRIV_00000619** | MDL_PROGRESS_PRIV_00000619 was de-designated and produced to BWPs on June 29, 2026 as MDL_PROGRESS_00233640, which was included in the production titled "MDL_PROGRESS_013." Progress did not de-designate MDL_PROGRESS_PRIV_00000619 because it was included in the Motion. It had already been de-designated and produced. |
| **MDL_PROGRESS_PRIV_00001034** | MDL_PROGRESS_PRIV_00001034 was de-designated and produced to BWPs on June 29, 2026 as MDL_PROGRESS_00232372, which was included in the production titled "MDL_PROGRESS_013." Progress did not de-designate MDL_PROGRESS_PRIV_00001034 because it was included in the Motion. It had already been de-designated and produced. |
| **MDL_PROGRESS_PRIV_00000047** | MDL_PROGRESS_PRIV_00000047 was de-designated and produced to BWPs on June 29, 2026 as MDL_PROGRESS_00233260, which was |

| Removed BWP *in camera* Document | Why Inclusion on September 4, 2026 Amended Privilege Log was Inadvertent Error |
|---|---|
| | included in the production titled "MDL_PROGRESS_013." Progress did not de-designate MDL_PROGRESS_PRIV_00000047 because it was included in the Motion. It had already been de-designated and produced. |
| **MDL_PROGRESS _00224809** | Progress did not intend to assert privilege over MDL_PROGRESS_00224809 as can be seen by its choice to produce an identical copy of this document (MDL_PROGRESS_00003277) on June 24, 2024 in the production titled "MDL_PROGRESS_001." |
| **MDL_PROGRESS _PRIV_00000285** | Progress did not intend to assert privilege over MDL_PROGRESS_PRIV_00000285 as can be seen by its choice to produce an identical copy of this document (MDL_PROGRESS_00111971) on April 29, 2026 in the production titled "MDL_PROGRESS_010." |
| **MDL_PROGRESS _00222861** | Progress did not intend to assert privilege over MDL_PROGRESS_00222861 as can be seen by its choice to produce an identical copy of this document (MDL_PROGRESS_00222860) on July 1, 2026 in the production titled "MDL_PROGRESS_REPROD_003 (011 - Suffix)." |
| **MDL_PROGRESS _PRIV_00000037** | Progress did not intend to assert privilege over MDL_PROGRESS_PRIV_00000037 as can be seen by its choice to produce an email thread (MDL_PROGRESS_00233227) including most of the substance included in MDL_PROGRESS_PRIV_00000037 on June 29, 2026 in the production titled "MDL_PROGRESS_013." |
| **MDL_PROGRESS _PRIV_00001089** | Progress did not intend to assert privilege over MDL_PROGRESS_PRIV_00001089. Progress made the determination that inclusion of a Huntress employee on a communication broke privilege, as can been seen by its choice to produce materials related to Huntress (*see e.g.* MDL_PROGRESS_00232975) on June 29, 2026 in the production titled "MDL_PROGRESS_013." |

13. BWPs have also withheld materials related to their use of a third party for assistance with discovery obligations—akin to Progress's relationship with Alvarez & Marsal ("A&M"). Attached as **Exhibit 9** is a true and correct copy of a May 14, 2026 email from Kate Baxter-Kauf, counsel for BWPs, to DLA Piper regarding BWPs' assertion of privilege over a third-party vendor.

14. Finally, and in accordance with the Court's instruction to provide a "a sampling" of disputed documents for *in camera* review (*see* Ex. 7 at 57:6-12), Progress submitted the following on September 25, 2026:

- MDL_PROGRESS_PRIV_00000434
- MDL_PROGRESS_PRIV_00001910
- MDL_PROGRESS_PRIV_00000174
- MDL_PROGRESS_PRIV_00001315
- MDL_PROGRESS_PRIV_00000604
- MDL_PROGRESS_PRIV_00001661
- MDL_PROGRESS_PRIV_00001216

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2026
Washington, DC

Olivia Houston

# Exhibit 1

## June 1, 2026 Privilege Log

## Filed Under Seal

# Exhibit 2

June 16, 2026 Letter from Bellwether Plaintiffs

Filed Under Seal

# Exhibit 3

## June 16, 2026 Annotated Log

## Filed Under Seal

# Exhibit 4

June 30, 2026 Letter from Progress

Filed Under Seal

# Exhibit 5

## August 28, 2026 Email from Counsel for Bellwether Plaintiffs

## Filed Under Seal

# Exhibit 6

September 4, 2026 Amended Privilege Log

Filed Under Seal

# Exhibit 7

## September 11, 2026 Hearing Transcript

## Filed Under Seal

# Exhibit 8

## September 22, 2026 Amended Privilege Log

## Filed Under Seal

# Exhibit 9

May 14, 2026 Email from Counsel for Bellwether Plaintiffs

Filed Under Seal