**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB |

**[PROPOSED] ORDER GRANTING BELLWETHER DEFENDANT PROGRESS SOFTWARE CORP.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

This matter is before the Court on Bellwether Defendant Progress Software Corporation's ("Progress") Motion for Leave to File Under Seal: all exhibits attached to the Houston Declaration (the "Houston Declaration") in Support of Progress's Opposition to Plaintiffs' Motion to Compel.

It is hereby **ORDERED** that Progress's Motion for Leave to File Under Seal is **GRANTED**.

SO ORDERED this ________ day of ____________________, 2026

______________________________
HON. PAUL G. LEVENSON
MAGISTRATE DISTRICT COURT JUDGE