**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB |

**BELLWETHER DEFENDANT PROGRESS SOFTWARE CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 5.4(G)(1)(a) and 7.2 of the United States District Court for the District of Massachusetts, Bellwether Defendant Progress Software Corporation ("Progress") respectfully moves this Court for leave to file under seal all exhibits attached to the Houston Declaration (the "Houston Declaration") in Support of Progress's Motion for Leave to File Under Seal, because the exhibits (1) contain or are derived from materials that were designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by the producing party, (2) reflect the mental impressions or thoughts of Progress's attorneys and/or its employees or agents working on its behalf, and/or (3) reflect sensitive, confidential business communications, the disclosure of which would result in harm to Progress.

This approach serves the interests of transparency and efficiency. By conferring before proposing final redactions, the parties can ensure they adequately protect confidential information while preserving public access to the filings.

In accordance with Local Rule 7.1, Progress has attempted in good-faith to meet and confer with Bellwether Plaintiffs before filing this Motion.

WHEREFORE, Progress respectfully requests that the Court grant this motion to seal and enter the proposed Order permitting Progress to file under seal all exhibits referenced in the Houston Declaration.

Dated: September 28, 2026

**DLA PIPER LLP (US)**

By: */s/Jeffrey Tsai*

Jeffrey E. Tsai *
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
T: (415) 615-6055
E: jeff.tsai@us.dlapiper.com

Eric A. Forni (BO# 669685)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
T: (617) 406-6040
E: eric.forni@us.dlapiper.com

Jeff DeGroot *
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
T: (206) 839-4800
E: jeff.degroot@dlapiper.com

Sam Bodle*
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
T: (415) 836-2500
E. sam.bodle@us.dlapiper.com

*Attorneys for Progress Software Corporation*

* Admitted *via pro hac vice*

**LOCAL RULE 7.1 CERTIFICATION**

I, Olivia Houston, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for Defendant Progress attempted in good-faith to confer with counsel for Bellwether Plaintiffs before filing this Motion.

Dated: September 28, 2026

By: *<u>/s/Olivia Houston</u>*
Olivia Houston

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

By: */s/Olivia Houston*
Olivia Houston