UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**STIPULATION**

This Stipulation is entered into by and between Bellwether Plaintiffs Tamara Williams, Christopher Rehm, Meghan McClendon, Sherrie Rodda, Amanda Copans, Jeffrey Weaver, and Laquesha George ("Welltok-track Plaintiffs") and Bellwether Defendants Welltok, Inc., OSF Healthcare, Corewell Health East, Virginia Mason Franciscan Health, CHI Health – NE, and Sutter Health ("Welltok Defendants" and collectively, the "Parties"). The Parties stipulate as follows:

(1) Welltok-track Plaintiffs hereby stipulate that they are no longer seeking damages or any other form of relief based upon allegations concerning or relating to spam and phishing emails, texts, phone calls, and spoofing phone calls, and other communications attributable to the MOVEit data breach (collectively, "Increased Communications"); and

(2) Welltok-track Plaintiffs hereby agree that they will not seek damages or any other form of relief based upon allegations, evidence, or argument concerning Increased Communications, and are not and will not rely on Increased Communications to support any other theory of injury or damages, including to demonstrate Plaintiffs are at an increased risk of harm, whether in support of their individual or class claims, and whether in relation to class certification or any other stage of the above-captioned litigation (including any litigation in a transferor court under 28 U.S.C. § 1407), and including any appeal or remand.

(3) Welltok Defendants hereby agree that they will not seek any additional discovery, written or otherwise, related to allegations concerning Increased Communications.

Dated: September 29, 2026

Respectfully submitted,

By: /s/ Kristen A. Johnson
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: /s/E. Michelle Drake
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: /s/ Gary F. Lynch
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: /s/ Douglas J. McNamara
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: September 29, 2026

By: */s/ Amanda N. Harvey*
**MULLEN COUGHLIN LLC**
Amanda N. Harvey (admitted *pro hac vic*)
Kayleigh J. Watson (admitted *pro hac vice*)
1452 Hughes Rd, Suite 200
Grapevine, TX 75205
Tel: (267) 930-4787
aharvey@mullen.law
kwatson@mullen.law

*Attorneys for Defendant Welltok, Inc.*

By: */s/ Christopher Dean*
**MCDONALD HOPKINS LLC**
Christopher G. Dean (pro hac vice)
Jeffrey S. Haut (pro hac vice)
600 Superior Avenue, E., Suite 2100
Cleveland, Ohio 44114
P: 216.348.5400
cdean@mcdonaldhopkins.com
jhaut@mcdonaldhopkins.com

*Attorneys for Defendant Sutter Health*

By: /s/ Jennifer Torrez
**MCDONALD HOPKINS LLC**
Michael G. Latiff (pro hac vice)
Timothy J. Lowe (pro hac vice)
Jennifer Torrez (pro hac vice)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
P: 216.348.5400
mlatiff@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com
jtorrez@mcdonaldhopkins.com

*Attorneys for Defendant Corewell Health East*

By: /s/ Kyle Cutts
**BAKER & HOSTETLER LLP**
Gilbert S. Keteltas (pro hac vice)
1050 Connecticut Avenue, NW
Washington, DC 20026
Tel: (202) 861-1530
gketeltas@bakerlaw.com

Kyle T. Cutts (pro hac vice)
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: (216) 621-0200
kcutts@bakerlaw.com

*Attorneys for Defendants OSF Healthcare System, Virginia Mason Franciscan Health and CHI Health – NE*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: September 29, 2026 *_/s/ Amanda N. Harvey_*
Amanda N. Harvey