**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL<br><br>Judge Allison D. Burroughs |
| This Document Relates To:<br><br>*Torres v. Progress Software Corp., et al.*, No. 1:25-cv-10532-ADB | |

**MOTION FOR LEAVE FOR JAMISEN A. ETZEL**
**TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, Kristen A. Johnson, a member of the bar of this Court, hereby moves that Jamisen A. Etzel be granted leave to appear *pro hac vice* before this Court as counsel to Plaintiff Domingo Sonny Torres (No. 1:25-cv-10532-ADB) in the above-captioned matter.

In support of this motion, and as set forth in the attached certification submitted by Mr. Etzel in accordance with Local Rule 83.5.3, Mr. Etzel:

1. Is a member of good standing of the bar of the Commonwealth of Pennsylvania;
2. Has no disciplinary proceedings pending against him in any jurisdiction;
3. Has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and
4. Has read and agrees to comply with the Local Rules of this Court.

WHEREFORE, the undersigned respectfully moves that Jamisen A. Etzel be admitted to practice before this Court *pro hac vice* in this matter.

Dated: October 1, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *<u>/s/ Kristen A. Johnson</u>*
Kristen A. Johnson (BBO# 667261)
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

**LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiffs conferred with counsel for Defendants in the above-entitled action, and counsel for Defendants represented that Defendants do not oppose the foregoing request for admission *pro hac vice*.

Dated: September 30, 2026

*/s/ Daniel Kurowski*
Daniel Kurowski

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 1, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)