UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| This Document Relates To: <br> ALL CASES | |

**DECLARATION OF DANIEL J. KUROWSKI IN SUPPORT OF BELLWETHER PLAINTIFFS' OPPOSITION TO BELLWETHER DEFENDANTS' MOTION TO STRIKE ABANDONED AND UNPLEADED INJURY THEORIES OR GRANT JUDGMETN ON THE PLEADINGS**

I, Daniel J. Kurowski, hereby declare as follows:

1. I am a partner in the Chicago office of Hagens Berman Sobol Shapiro LLP and admitted *pro hac vice* in this matter. I am part of the Co-Lead Counsel team with Kristen A. Johnson who is the court-appointed Plaintiffs' Liaison & Coordinating Counsel in the above-referenced MDL litigation. *See* MDL Order No. 8, Docket No. 649. If called to testify as to the matters set forth herein, I would do so based upon my own knowledge and understanding.

1. I make this declaration in support of Bellwether Plaintiffs' Opposition to Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings.

2. Attached are true and correct copies of the following exhibits:

| Exhibit # | Description |
|---|---|
| 1. | Excerpts of the Deposition of Gregory Bloch dated May 18, 2026 |
| 2. | Excerpts of the Deposition of Amanda Copans dated July 7, 2026 |
| 3. | Excerpts of the Deposition of Barbara Cruciata dated July 14, 2026 (Filed Under Seal) |



011175-35/5168050 V1

| Exhibit # | Description |
|---|---|
| 4. | Excerpts of the Deposition of Michelle Gonsalves dated July 29, 2026 |
| 5. | Excerpts of the Deposition of Yvette Tillman dated July 17, 2026 |
| 6. | Excerpts of the Deposition of Jvanne Rhodes dated July 27, 2026 |
| 7. | Excerpts of the Deposition of Jeffrey Weaver dated July 9, 2026 |

I declare that the foregoing is true and correct.

DATED: October 7, 2026
at Chicago, Illinois

*/s/ Daniel J. Kurowski*
DANIEL J. KUROWSKI

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 7, 2026

*<u>/s/ Daniel J. Kurowski</u>*
Daniel J. Kurowski