# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION

MDL NO.: 1:23-md-03083-ADB-PGL

_______________________________/

EXCERPTS OF THIS TRANSCRIPT HAVE BEEN DECLARED CONFIDENTIAL AND ARE UNDER SEPARATE COVER

VIDEOTAPED DEPOSITION OF
GREGORY RICHARDSON BLOCH
Taken on behalf of Defendants

DATE TAKEN: May 18, 2026
TIME: 9:36 a.m. - 6:05 p.m.
PLACE: Veritext Legal Solutions
1300 Riverplace Boulevard, Suite 610
Jacksonville, Florida 32202

Examination of the witness taken before:

Bobbie A. Umstead
Registered Professional Reporter
Florida Professional Reporter

A I don't know if it adds up to 70. But I -- you know...

Q So that's other people's personal information and not --

A That's associated with me.

Q That's associated with you?

A Right.

Q So it's not -- it's associated with you, but it's not your personal information. It's other people's addresses and phone numbers?

A It's access to them through me.

Q It's their telephone numbers; correct?

A It could be. There's a lot of my old telephone numbers too. It goes back decades.

Q So it sounds to me like you're not sure whether it's your information or information of other people's --

A It is my information and other people's information.

MR. BODLE: In that case, my request still stands that we'd like it produced in full form, please.

BY MR. BODLE:

Q Are you claiming, in this lawsuit, that you have been injured because your personal information has

lost value?
MS. SIEHL: Object to the form, calls for a legal conclusion.
You can answer.
THE WITNESS: I don't know how to answer that.
BY MR. BODLE:
Q Are you asserting any sort of claim that the information that you maintained was exposed in the MOVEit breach lost value as a result of being exposed; "yes" or "no"?
MS. SIEHL: Object to form. Calls for legal conclusion.
You can answer.
THE WITNESS: It has value to the purchaser of it. It has value to me to protect it.
BY MR. BODLE:
Q So apart from those types of value, are you saying that there is any other sort of decrease in value -- well, are you saying that there is any sort of decrease in value that has affected that information?
MS. SIEHL: Object to the form, calls for legal conclusion, asked and answered.
You can answer.
THE WITNESS: In the manner that someone else could potentially steal from me. Because they have

that information, they could cause me greater harm than has already occurred.

BY MR. BODLE:

Q Does that mean it's decreased in value or increased in value?

A It will decrease in value when it increases to somebody else because they've stolen my property.

Q So --

A Does stolen property decrease in value?

Q I'm asking the questions --

A To the person who's -- to the person who's lost the property, it becomes worthless.

Q So you're maintaining that because of the compromise, it has decreased in value and become worthless?

MS. SIEHL: Object to the form.

THE WITNESS: Ask your question again.

BY MR. BODLE:

Q Are you maintaining that because the data was compromised, that it has become worthless?

MS. SIEHL: Object to the form.

THE WITNESS: It has value to me. It has value in what I can do with it in my future. It's important to my position as an insurance agent and a real estate agent. This is information that

should not have been shared with anyone else.
And my children's information will extend beyond my lifetime, being exposed.
BY MR. BODLE:
Q So it only has a value to you; correct?
MS. SIEHL: Objection to form.
THE WITNESS: It has a value to those that surround me that were also breached. It has value to all of the people who have had to find this out the hard way because they have credit being stolen from them.
BY MR. BODLE:
Q And has that value gone down as a result of the breach?
MS. SIEHL: Object to form.
THE WITNESS: I think it is extremely valuable, and will continue to be valuable as long as I live.
BY MR. BODLE:
Q So I'll take that as a "no."
MS. SIEHL: Objection to form.
BY MR. BODLE:
Q So it remains valuable -- as valuable as it was before, notwithstanding the breach?
MS. SIEHL: Object to the form, calls for

legal conclusion.
You can answer.
THE WITNESS: It's invaluable.
BY MR. BODLE:
Q It's invaluable. So that value can't go up or down, then.
A It can go --
MS. SIEHL: Object to the form, argumentative.
You can answer.
THE WITNESS: What was the question?
BY MR. BODLE:
Q So because it's invaluable, no value can be assigned to it. Therefore, that value can't go up or down, correct?
MS. SIEHL: Object to the form.
THE WITNESS: We're playing semantics games, and that's not what I can answer. So if you want to ask me a clear question, then I'll be glad to answer you.
BY MR. BODLE:
Q So it's your testimony that you cannot say whether the value of the information has gone up or down as a result of the data breach, but rather --
MS. SIEHL: Objection -- sorry.
BY MR. BODLE:

Q -- but rather, that it has remained the same value, which you state is invaluable.

Is that a fair summary of what you said?

MS. SIEHL: Object to the form, calls for a legal conclusion, misstates prior testimony.

You can answer.

THE WITNESS: Every day, my value is based on what I do with who I am.

BY MR. BODLE:

Q I'm talking not about your value as a person, but the value of your personal information.

A My personal information is who I am.

Q So that value has -- I'm just trying to understand whether the value you ascribe to your personal information has gone up or down as a result of the data breach.

It's a simple question.

A Value ebbs and flows.

MS. SIEHL: Object to form.

THE WITNESS: Value changes all the time. It doesn't matter if it's something that's tangible, or if it's something that's not tangible. To tell me that I don't have the ability to make a million dollars next year, when I didn't make one this year, that's not the way the world operates.

My value's changed many times over my life.
BY MR. BODLE:
Q So you just said the value ebbs and flows; correct?
A Uh-huh.
Q That means it can go up and down; correct?
A Yes.
Q I see. And do you maintain that it has gone up and down, the value of your personal information?
MS. SIEHL: Object to the form, calls for legal conclusion.
THE WITNESS: I disagree with your assertion. We have a different view of what value is to me.
BY MR. BODLE:
Q I'm asking not for you to define value, but whether, in your view -- your personal view of the value of your information, that that value has gone up or down?
MS. SIEHL: Object to the form.
THE WITNESS: Because my information has been exposed, I see the potential for it to go down.
BY MR. BODLE:
Q I see.
Has anyone ever offered you money in exchange for disclosure of your name?