# Exhibit 3

# (Filed Under Seal)