# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------
)
IN RE: MOVEIT CUSTOMER DATA )
)
SECURITY BREACH LITIGATION )
)
) MDL No. 1:23-md-03083-ADB-PGL
)
This document relates )
)
to all cases )
)
-------------------------------

Certain Designated Pages of this Deposition are Confidential and Subject to a Protective Order

VIDEOTAPED DEPOSITION OF
MICHELLE I. GONSALVES
WEDNESDAY, JULY 29, 2026
9:08 A.M. - 5:31 P.M.
DLA PIPER LLP
33 ARCH STREET
BOSTON, MASSACHUSETTS

REPORTED BY: Sandra A. Deschaine, CSR, RPR, CLR, RSA
Job No. PA8245726

recognition on the side of caution.
It's a lot. It's a lot to process and remember. It's a lot to do. But then you realize, well, this is what needs to be done.
BY MR. COURNOYER:
Q. And in this paragraph, what do you mean when you say loss in the value of your privacy information?
MR. VANDENBERG: Objection to the extent it calls for a legal conclusion.
A. My private information should be private.
BY MR. COURNOYER:
Q. Before this litigation, did you consider or assign a value to your personal information?
MR. VANDENBERG: Objection to form.
You can answer.
A. I cannot put a price tag on my information.
BY MR. COURNOYER:
Q. Then the last sentence of 483