# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION
(This document relates to all cases.)

MDL NO. 1:23-md-03083-ADB-PGL

PAGES OF THIS DEPOSITION ARE CONFIDENTIAL
AND SUBJECT TO A PROTECTIVE ORDER

VIDEO DEPOSITION OF
YVETTE TILLMAN
July 17, 2026
9:05 a.m.
DLA Piper US, LLP
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia
Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

happening to someone else. That's my hope.
Q What do you mean by the loss in value of your private information?
A Well, your private information is basically who you are, and once that's lost, the value of it, it's no longer. It can hinder -- it can possibly hinder you from doing things that you normally would have had it been protected like it should have been.
Q Do you mean like monetary value of your information?
A You can't put a price on it.
Q So by loss in value, you mean the loss of ability to do certain things with your information?
A Correct.
Q Not some sort of monetary amount associated with that?
MS. GOLD: Object to the form, misstates testimony. You can answer. Asked and answered. You can answer again.
A Well, I would say no, it does not have a monetary value; however, once you're -- once all of your sensitive information is breached, it may stop you from doing things in life that you normally would have done had it not happened to you, and that

could be a major downfall to have dreams and can't fulfill dreams.

It's very detrimental to have -- just be in fear all the time of what could happen to your life because just like I said, once you're hacked, you don't know who has your information, you don't know what they can do with you at this point, and I just feel like you cannot put a price tag on that. You'll never be able to retrieve it; you'll never be able to get that back -- that time back once everything is hacked.

BY MR. GLOVER:

Q Is that the case with information that can be changed?

A Well, I'm not the expert on how they actually do these things, so I can't answer that. I don't know.

Q Well, in your opinion if the information was taken and changed so that it was different, the information that was taken before couldn't be used anymore, would that mean the same thing to you?

MS. GOLD: Object to form, mischaracterizes the testimony, assumes facts not in evidence, asked and answered.

You can answer again.

A I'm not a cyber expert, and I do not know how they do these things and what they are capable of doing, only what has happened to me. So with that being said, I do not know. I cannot answer that.

BY MR. GLOVER:

Q If you had a credit card, and somebody used your credit card without your authorization, and then you changed the number of that credit card, do you think that they could use your credit card again without your authorization with the new number?

MS. GOLD: Object to form, calls for speculation.

A I do not know.

BY MR. GLOVER:

Q Have you ever considered what the monetary value of your personal information is?

A It doesn't have a price. That's how I feel about my data, it doesn't have a price.

Q Okay. So is the answer no, you have never thought about how much it might be worth monetarily?

MS. GOLD: Objection, asked and answered.

You can answer again.

A I did not say that I didn't think about

that. I just said to me I feel like it does not have a monetary price on it. You can't put a price on your sensitive data.
BY MR. GLOVER:
Q Can you explain how much of the loss in value of your data is tied to the MOVEit data breach?
A I do not know that.
Q Are you able to quantify how much -- strike that.
Have you ever tried to sell your date of birth before?
A No.
Q Have you ever tried to -- have you ever tried to sell your health insurance information before?
A No.
Q Have you ever tried to sell any of your other personal information before?
A No.
Q Have you ever considered -- strike that.
MR. GLOVER: How much time do we have?
THE VIDEOGRAPHER: 6 hours, 13.
MS. GOLD: You want to take a short break? I want to tell you something too off the record real