# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § | MDL No.: 1:23-md-03083-ADB-PGL |
| This Document Relates To: All Cases | § § | |

---

** CONFIDENTIAL **

Certain Designated Pages of this Deposition are
Confidential and Subject to a Protective Order

ORAL & VIDEOTAPED DEPOSITION OF
JVANNE RHODES
JULY 27, 2026
(VIA ZOOM VIDEOCONFERENCE)

---

ORAL & VIDEOTAPED DEPOSITION OF JVANNE RHODES, produced as a witness at the instance of the Defendants Progress Software Corporation, Maximus, Inc., Maximus Federal Services, Inc., Maximus Health Services, Inc., and Maximus Human Services, Inc. ("Bellwether Defendants"), and duly sworn, was taken in the above-styled and numbered cause on Monday, July 27, 2026, from 9:07 a.m. to 5:49 p.m., before Kari Behan, CCR, CSR, a Texas certified machine shorthand reporter, witness participating remotely, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

Job No. 8248245

THE WITNESS: Yes.

MR. BODLE: I think I'm done there. Can we take a quick 5-, 10-minute break, and then I can hand back to Maximus team?

MS. SIEHL: Yep. That's fine here.

THE VIDEOGRAPHER: We are off the record. The time is 3:40 p.m.

(Recess taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 3:51 p.m.

MR. ZAMORA: Okay.

FURTHER EXAMINATION

BY MR. ZAMORA:

Q. Hello again, Ms. Rhodes.

Let's look at Exhibit 7. This is your fact sheet again, and we're going to look at page 3. The bottom of page 3. This says: Response to Question 3(a)(2), which says to -- for each identified injury and damage, identify any financial losses sustained. As a result of alleged injury or damage and whether any such financial losses were reimbursed by your bank, credit card issuer, or merchant vendor.

If you look at the fourth line from the bottom, it says one of the financial losses sustained is listed as lost value of the PII and PHI and lost value of

access to your PII and PHI permitted by defendants.
What does that mean?
MS. SIEHL: Object to the form; calls for a legal conclusion.
You can answer.
BY MR. ZAMORA:
Q. In your understanding, what does that mean?
A. In my understanding, that my information is, essentially, to me, priceless, but there is a sense of lost value in regards to my personal information.
Q. And this is personal information that you believe was impacted because of the MOVEit incident?
A. Yes.
Q. And this is the same information that was impacted by the various data breaches we talked about this morning?
MS. SIEHL: Object to the form.
THE WITNESS: Yes.
BY MR. ZAMORA:
Q. And when you say you lost access to your PII and PHI, what does that mean in your understanding? What access did you lose?
MS. SIEHL: Object to the form.
THE WITNESS: I should be the only one with access.