**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**[PROPOSED] ORDER GRANTING BELLWETHER PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

This matter is before the Court on Bellwether Plaintiffs' Motion for Leave to File Under Seal: Exhibit 3 to the Declaration of Daniel J. Kurowski in Support of Bellwether Plaintiffs' Opposition to Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings.

It is hereby **ORDERED** that Bellwether Plaintiffs' motion to file under seal is **GRANTED**.

SO ORDERED this ________ day of ____________________, 2026.

______________________________
HON. ALLISON D. BURROUGHS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 7, 2026

*/s/ Daniel J. Kurowski*
Daniel J. Kurowski