UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**BELLWETHER PLAINTIFFS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 5.4(G)(1)(a) and 7.2 of the United States District Court for the District of Massachusetts, Bellwether Plaintiffs respectfully move this Court for leave to file under seal Exhibit 3 to the Declaration of Daniel J. Kurowski in Support of Bellwether Plaintiffs' Opposition to Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings, because Exhibit 3 contains information that was designated "CONFIDENTIAL" by Plaintiffs as the producing party.

In accordance with Local Rule 7.1, Bellwether Plaintiffs conferred with Defendants and they do not oppose this sealing.

WHEREFORE, the Bellwether Plaintiffs respectfully request that the Court grant this motion to seal and enter the proposed Order permitting the Bellwether Plaintiffs to file under seal Exhibit 3 to the Declaration of Daniel J. Kurowski in Support of Bellwether Plaintiffs' Opposition to Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings.

Dated: October 7, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

Kristen A. Johnson (BBO# 667261)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

**BERGER MONTAGUE, PC**

By: */s/E. Michelle Drake*
E. Michelle Drake
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

**LYNCH CARPENTER, LLP**

By: */s/ Gary F. Lynch*
Gary F. Lynch
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

**LOCKRIDGE GRINDAL NAUEN PLLP**

By: */s/Karen H. Riebel*
Karen H. Riebel
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

**LEVIN SEDRAN & BERMAN LLP**

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 7, 2026

*/s/ Daniel J. Kurowski*
Daniel J. Kurowski