**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No.: 1:23-md-03083-ADB |
| This Document Relates to: ALL CASES | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately, the address for Cohen Milstein Sellers & Toll LLP's New York City office has changed. Accordingly, please update Mark Vandenberg's contact information and direct all pleadings, papers, notices, and related correspondence to their new address as follows:

Mark Vandenberg
**COHEN MILSTEIN SELLERS & TOLL LLP**
199 Water Street, 21st Floor
New York, NY 10038

Dated: October 8, 2026

By: */s/ Mark Vandenberg*

Mark Vandenberg (*pro hac vice*)
**COHEN MILSTEIN**
**SELLERS & TOLL LLP**
199 Water Street, 21st Floor
New York, NY 10038
Telephone: (212) 838-7797
mvandenberg@cohenmilstein.com

*Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 8, 2026

*/s/ Mark Vandenberg*
Mark Vandenberg (*pro hac vice*)