**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No.: 1:23-md-03083-ADB |
| This Document Relates To:<br><br>BEN MORRIS, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION; ERNST & YOUNG INVESTMENT ADVISORS LLP, and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Judge: Hon. Allison D. Burroughs<br><br>Case No.: 1:24-cv-11807-ADB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Reema Shah, of O'Melveny & Myers LLP, enters her appearance as counsel of record for Defendant Bank of America Corporation in the above-captioned case.

Dated: October 13, 2026

O'MELVENY & MYERS LLP

*/s/ Reema Shah*

Reema Shah
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Tel: (212) 728-5710
rshah@omm.com

*Attorney for Defendant Bank of America Corporation*

## CERTIFICATE OF SERVICE

I, Reema Shah, hereby certify that on the 13th day of October, 2026, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system which shall serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

*/s/ Reema Shah*
Reema Shah