**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>23-cv-13030-ADB<br>23-cv-12725-ADB | |

**UNOPPOSED MOTION TO FILE CBIZ, INC.**
**CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rule of Civil Procedure, Plaintiffs in the above captioned actions individually, and on behalf of all others similarly situated, respectfully move this Court for leave to file a Consolidated Amended Complaint against Defendants Progress Software Corporation ("PSC") and CBIZ, Inc. ("CBIZ"). In support thereof, Plaintiffs state as follows:

1. On November 10, 2023, Plaintiff Gary Zahara filed a Class Action Complaint against PSC and CBIZ in the United States District Court for the District of Massachusetts.

2. On December 8, 2023, Plaintiff Ricky Feagins filed a Class Action Complaint against PSC and CBIZ in the United States District Court for the District of Massachusetts.

3. The actions were later coordinated with the multi-district litigation captioned: *In re MOVEit Customer Data Security Breach Litigation*, MDL No. 1:23-md-03083-ADB-PGL, which is pending in the United States District Court for the District of Massachusetts.

4. Following a series of hard-fought arm's length settlement negotiations, the Court-appointed Settlement Committee and CBIZ have reached a proposed Class Action Settlement Agreement to resolve the claims of Plaintiffs and the Class asserted against CBIZ in this multi-

district litigation. The proposed Class Action Settlement Agreement does not resolve the claims asserted against PSC.

5. Here, leave to file a consolidated amended complaint should be freely granted as the Consolidated Amended Complaint will efficiently effectuate the forthcoming Class Action Settlement Agreement and Release.

6. Co-Lead Counsel conferred with Counsel for CBIZ, who indicated that CBIZ does not oppose this motion.

7. Co-Lead Counsel conferred with Counsel for PSC who takes no position on this motion.

WHEREFORE, Plaintiffs respectfully request leave to file the Consolidated Amended Complaint filed contemporaneously hereto as Exhibit A.

Dated: October 13, 2026

Respectfully submitted,

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Fl.
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Co-Lead Counsel*

**LOCAL RULE 7.1 CERTIFICATION**

I, Gary F. Lynch, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for the movants have conferred in good faith with counsel for Defendants Progress Software Corporation and CBIZ, Inc. Defendant CBIZ, Inc. does not oppose this Motion and Defendant Progress Software Corporation takes no position on this Motion.

Dated: October 13, 2026

*/s/ Gary F. Lynch*
Gary F. Lynch

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 13, 2026

*/s/ Daniel J. Kurowski*
Daniel J. Kurowski (*pro hac vice*)