**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>23-cv-13030-ADB<br>23-cv-12725-ADB | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs Gary Zahara's and Ricky Feagins's Unopposed Motion for Leave to File Consolidated Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2). The Court has considered the motion, and it is hereby **ORDERED** and **DECREED** that Plaintiffs' motion is **GRANTED**, and counsel shall file the Consolidated Amended Complaint within three days of the entry of this Order.

**IT IS SO ORDERED** this ________ day of ____________________, 2026.

______________________________
HON. ALLISON D. BURROUGHS
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 13, 2026

*/s/ Daniel J. Kurowski*
Daniel J. Kurowski