**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| **IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | **Case No. 1:23-md-03083-ADB**<br><br>**This Document Relates to: ALL CASES** |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

Please take notice that the address of the undersigned counsel for defendants The Global Atlantic Financial Group LLC, Global Atlantic Financial Company, Accordia Life and Annuity Company, Commonwealth Annuity and Life Insurance Company, First Allmerica Financial Life Insurance Company, Forethought Life Insurance Company, Chevron Federal Credit Union, Data Media Associates, LLC, Franklin Mint Federal Credit Union, Independent Order of Foresters, University of Rochester, Autozone, Inc., The University of Massachusetts Chan Medical School Foundation, Inc., UMass Chan Medical School, Patelco Credit Union, Medical Eye Services, Inc., The Medical College of Wisconsin, Inc., CHI Health-NE, Virginia Mason Franciscan Health, Premier Health Partners, Wayne Bank, OSF Healthcare System, Texas Dow Employees Credit Union, and Clearwater Credit Union (Defendants), effective September 25, 2026, changed to the following:

BAKER & HOSTETLER LLP
1717 K Street NW, Suite 800
Washington, DC 20006

DATED: October 13, 2026

*/s/ Gilbert S. Keteltas*

Gilbert S. Keteltas
BAKER & HOSTETLER LLP
1717 K Street NW, Suite 800
Washington, D.C. 20006
Tel: (202) 861-1500

gketeltas@bakerlaw.com

*Counsel for The Global Atlantic Financial Group LLC, Global Atlantic Financial Company, Accordia Life and Annuity Company, Commonwealth Annuity and Life Insurance Company, First Allmerica Financial Life Insurance Company, Forethought Life Insurance Company, Chevron Federal Credit Union, Data Media Associates, LLC, Franklin Mint Federal Credit Union, Independent Order of Foresters, University of Rochester, Autozone, Inc., The University of Massachusetts Chan Medical School Foundation, Inc., UMass Chan Medical School, Patelco Credit Union, Medical Eye Services, Inc., The Medical College of Wisconsin, Inc., CHI Health-NE, Virginia Mason Franciscan Health, Premier Health Partners, Wayne Bank, OSF Healthcare System, Texas Dow Employees Credit Union, and Clearwater Credit Union*

**CERTIFICATE OF SERVICE**

I, Justin P. Murphy, certify that on October 13, 2026, I caused to be served on all counsel of record via the Court's CM/ECF, the foregoing.

DATED: October 13, 2026

*/s/ Gilbert S. Keteltas*

Gilbert S. Keteltas
BAKER & HOSTETLER LLP
1717 K Street NW, Suite 800
Washington, D.C. 20006
Tel: (202) 861-1500
gketeltas@bakerlaw.com

*Counsel for The Global Atlantic Financial Group LLC, Global Atlantic Financial Company, Accordia Life and Annuity Company, Commonwealth Annuity and Life Insurance Company, First Allmerica Financial Life Insurance Company, Forethought Life Insurance Company, Chevron Federal Credit Union, Data Media Associates, LLC, Franklin Mint Federal Credit Union, Independent Order of Foresters, University of Rochester, Autozone, Inc., The University of Massachusetts Chan Medical School Foundation, Inc., UMass Chan Medical School, Patelco Credit Union, Medical Eye Services, Inc., The Medical College of Wisconsin, Inc., CHI Health-NE, Virginia Mason Franciscan Health, Premier Health Partners, Wayne Bank, OSF Healthcare System, Texas Dow Employees Credit Union, and Clearwater Credit Union*