UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No. 1:23-md-03083-ADB-PGL

This Document Relates To:

C.A. No. 1:24-cv-11807-ADB

BEN MORRIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PROGRESS SOFTWARE CORPORATION; ERNST & YOUNG LLP; and BANK OF AMERICA CORPORATION,

DEFENDANTS.

**SUPPLEMENTAL DECLARATION OF JESSIE T. MONTAGUE REGARDING ERNST & YOUNG LLP / BANK OF AMERICA CORPORATION SETTLEMENT ADMINISTRATION**

1. My name is Jessie T. Montague, and I am over the age of 18 years. I make this declaration under the penalty of perjury, freely and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

INTRODUCTION

2. I am a Senior Project Manager for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. RG/2 Claims is the

independent third-party Settlement Administrator[1] appointed by the Court to handle the settlement administration activities in the above-referenced matter, including, but not limited to, assisting in the development and administration of the notice plan, as set forth in detail in this Declaration, and administering the claims process set forth in detail in the Settlement Agreement. This Declaration is based upon my personal knowledge and upon information provided to me by Class Counsel or Defendants Bank of America Corporation ("BOA") and Ernst & Young LLP ("EY" (collectively "Defendants") Counsel, my associates, and RG/2 Claims staff members.

3. RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, data security breach, consumer, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2 billion in class action settlement proceeds.

4. I have been actively involved and responsible for handling the administration of the settlement of the above-referenced matter.

5. This declaration is submitted in supplement of the "Declaration of Jessie T. Montague Regarding Settlement Administration" dated September 14, 2026, to provide an update regarding the claims process.

6. The Opt-Out Deadline for this Settlement is September 8, 2026. As of the date of this Declaration, RG/2 Claims received two Opt-Out requests postmarked on September 9, 2026. The Preliminary Approval Order (ECF No. 1804), in relevant part, requires that for an opt-out to be valid, it must be postmarked no later than the Opt-Out Deadline. Consistent with the

[1] All capitalized terms herein have the same meaning as the terms defined in the Class Action Settlement Agreement and Release ("Settlement Agreement") which is docketed at ECF No. 1796-1.

Preliminary Approval Order, Counsel has determined the two opt-out requests are invalid and will not be accepted, as they were postmarked after the Opt-Out Deadline.

7. The Objection Deadline for this Settlement is September 8, 2026. As of the date of this Declaration, RG/2 Claims has not received or been advised of any objections to the Settlement.

8. The Settlement Agreement required RG/2 Claims to serve Reminder Notice by email no later than twenty-five days before the October 8, 2026 Claims Deadline to Settlement Class Members who had previously received notice by email and had not yet submitted a Claim Form. On September 14, 2026, RG/2 Claims caused to be served the Reminder Notice by email to 132,268 Settlement Class Members.

9. At the request of the Parties, RG/2 Claims further caused to be served by First Class U.S. Mail, Reminder Notice to Settlement Class Members who were previously sent notice via mail and who had not yet submitted a Claim Form. On September 16, 2026, RG/2 Claims caused to be served the Reminder Notice by First Class U.S. Mail to 60,283 Settlement Class Members.

10. As of the date of this Declaration, RG/2 has received and processed 5,977 Claim Forms from Settlement Class Members resulting in a 3.02% claims rate for Settlement Class Members. The information provided regarding the claim submissions is subject to change, RG/2 Claims anticipates that additional claims will be received after the date of this declaration that are postmarked on or before the October 8, 2026 Claims Deadline.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT TO THE BEST OF MY KNOWLEDGE THE FOREGOING IS TRUE AND CORRECT.

Executed on October 14, 2026, at Philadelphia, PA.

Jessie Montague
Jessie T. Montague

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 14, 2026

*/s/ Daniel J. Kurowski*
Daniel J. Kurowski