**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br>23-cv-13231-ADB<br>23-cv-12922-ADB | |

**DEFENDANT GREATER ROCHESTER INDEPENDENT PRACTICE ASSOCIATION'S UNOPPOSED MOTION FOR HYBRID, IN-PERSON AND REMOTE APPEARANCE BY COUNSEL**

NOW COMES the Defendant, Greater Rochester Independent Practice Association ("GRIPA"), and hereby moves this Court for entry of an Order that allows undersigned *Pro Hac Vice* counsel, Jennifer S. Stegmaier, to remotely appear at the upcoming Settlement Conference on November 12, 2026, *via* zoom or telephonically, while undersigned local counsel appears in person. In support of this motion, GRIPA states as follows:

1. On August 31, 2026, the Court entered an ELECTRONIC NOTICE OF RESCHEDULING and rescheduled the final approval hearing of the GRIPA data breach class action settlement to November 12, 2026 at 1:00 PM in Courtroom 17 ("Settlement Conference"). The Order specifies that attendance is "In person only." (Dkt No. 2076).

2. Undersigned local counsel, Jeb S. Penka, will be appearing in person on behalf of GRIPA at the Settlement Conference.

3. In the interests of judicial and economic efficiency and to avoid incurring additional unnecessary costs of travel, GRIPA respectfully requests that *Pro Hac Vice* counsel,

Jennifer S. Stegmaier, be allowed to remotely appear at the Settlement Conference either *via* Zoom or telephonically.

4. Plaintiffs' counsel does not oppose this motion.

5. Accordingly, GRIPA respectfully request that the Court allow *Pro Hac Vice* counsel, Jennifer S. Stegmaier, to remotely appear at the Settlement Conference on November 12, 2016.

Dated: October 15, 2026

Respectfully submitted,
GREATER ROCHESTER INDEPENDENT PRACTICE ASSOCIATION

By its attorneys,

*/s/ Jeb S. Penka*
Jeb S. Penka, BBO #686069
Jeb.Penka@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
260 Franklin Street, 19th Floor
Boston, MA 02110
(617) 422-5314
*Local Counsel*

*/s/ Jennifer S. Stegmaier*
Jennifer S. Stegmaier (*Pro Hac Vice*)
Jennifer.Stegmaier@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
161 N. Clark – Suite 4500
Chicago, IL 60601
(312) 821-6167
*Pro Hac Vice Counsel*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for GRIPA has conferred in good faith with counsel for Plaintiff and Plaintiff does not oppose this motion.

Dated: October 15, 2026

*/s/ Jeb S. Penka*
Jeb S. Penka

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 15, 2026

*/s/ Jeb S. Penka*
Jeb S. Penka