UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**JOINT AGENDA FOR THE OCTOBER 19, 2026 STATUS CONFERENCE**

1. Overview of the MDL

*Kristen Johnson for the Plaintiffs.*

2. Update on Discovery

*Open Discovery Issues*

Fact discovery closed in this case on September 29, 2026. MDL Order No. 35 at 1 (ECF 1907).

*Bellwether Plaintiffs' Discovery of Defendants*

Plaintiffs' depositions of Bellwether Defendants commenced on June 30, 2026 and are now completed.

*Plaintiffs' Non-Party Discovery*

Plaintiffs have issued subpoenas to various non-parties. To the extent the parties reach an impasse as to disclosure of additional information needed by the third parties to respond to the subpoenas, Plaintiffs will raise such issues with the Court as appropriate.

*Defendants' Non-Party Discovery*

Defendants have issued subpoenas to various settlement administrators and financial institutions connected with the Bellwether Plaintiffs. After negotiations among the parties to this

litigation around disclosure of information necessary to secure the requested materials, the requests are now being processed. To the extent the parties reach an impasse as to disclosure of additional information needed by the third parties to respond to the subpoenas, the Bellwether Defendants will raise such issues with the Court as appropriate.

3. Class Certification Briefing and Expert Discovery Class Certification Briefing and Daubert Briefing Schedule

In accordance with MDL Order No. 35 at 2 (ECF 1907), on August 28, 2026, Plaintiffs moved for class certification (*see generally* ECF Nos. 2071-2073), served supporting expert reports, and provided three dates of deposition availability for each of Plaintiffs' five expert witnesses. Plaintiffs expert Wheatman's deposition took place on September 24th and O'Neill's deposition took place on October 2nd. The parties agreed Dr. Mangum's deposition will take place on October 22nd. The parties agreed that to the extent Plaintiffs offer any expert on the merits, defendants will be entitled to depose that expert during the merits discovery stage.

Defendants' opposition to class certification and service of opposing expert reports in support is scheduled for October 30, 2026. MDL Order No. 35 at 2. In addition, Defendants have been directed to provide three dates their experts are available for a deposition within the next 30 days. *Id.* Furthermore, Defendants must also file any *Daubert* motions on non-rebuttal experts by October 30, 2026. *Id.*

Plaintiffs' reply in further support of class certification and, if rebuttal experts are deemed necessary, service rebuttal reports in support is due to occur on November 30, 2026. *Id.* That same day, Plaintiffs must also oppose Defendants' *Daubert* motions and file any *Daubert* motions against any expert identified by Bellwether Defendants. *Id.*

Finally, to the extent Plaintiffs file *Daubert* motions, Defendants' opposition to Plaintiffs' *Daubert* motions must be filed by December 30, 2026.

4. Oral Argument on Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (ECF No. 2100)

As permitted by the Court during the September 14, 2026 status conference, Defendants filed their Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings on September 16, 2026. *See* ECF No. 2100. Plaintiffs filed their Opposition to Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings on October 7, 2026. *See* ECF No. 2132. The motion is fully briefed. Defendants respectfully request that the Court hold oral argument on the motion and propose that oral argument be held at the next status conference in November or any other time that is convenient for the Court and parties.

5. Settlements

*Gary Lynch for the Plaintiffs.*

Final Approval Hearing for Ernst & Young/Bank of America Settlement set for October 15, 2026 (ECF No. 1804).

Final Approval Hearing for GRIPA Settlement set for November 12, 2026 (ECF No. 2076).

6. Pending Matters/Motions

Bellwether Defendants Genworth and TIAA's Motion to Compel Documents (ECF No. 2068, 2078). Bellwether Plaintiffs' Response in Opposition to Bellwether Defendants' Genworth and TIAA's Motion to Compel Documents (ECF No. 2078).

Bellwether Plaintiffs' Motion to Compel Documents Improperly Withheld as Attorney-Client Privileged or Subject to Work Product Protection (ECF Nos. 2096, 2104, 2111). Bellwether Defendant Progress Software Corp.'s Opposition to Bellwether Plaintiffs' Motion to Compel Documents Improperly Withheld as Attorney-Client Privileged or Subject to Work Product Protection (ECF Nos. 2118, 2120).

Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for the Settlement Class Representative from the GRIPA Settlement (ECF Nos. 1979-1980).

Plaintiff's Unopposed Motion for Final Approval of Proposed GRIPA Class Action Settlement (ECF Nos. 2028-2031).

Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for the Settlement Class Representatives from the EY/BOA Settlement (ECF Nos. 2049-2052).

Plaintiff's Unopposed Motion for Final Approval of Proposed EY/BOA Class Action Settlement (ECF Nos. 2089-2093).

Bellwether Plaintiffs' Motion for Class Certification (ECF Nos. 2071-2073, 2079 (Corrected Motion)) (Redactions in progress).

Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (ECF No. 2100). Bellwether Plaintiffs' Opposition to Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (ECF No. 2132).

7. Schedule for Next Status Conference

The parties propose the next Status Conference be set for November 4 or November 5, 2026.

Dated: October 15, 2026

Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: October 15, 2026

By: */s/ Aravind Swaminathan*
Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel: (206) 839-4340
aswaminathan@orrick.com

By: */s/ Allison M. Holt Ryan*
Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
555 13th Street NW
Washington, D.C. 20004
Tel: (202) 637-5600
allison.holt-ryan@hlc.com

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304
jpirozzolo@sidley.com

By: */s/ Nathaniel R. Mendell*
Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel: 617-648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*
Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4770
pgardner@mullen.law

By: */s/ Gilbert S. Keteltas*
Gilbert S. Keteltas (*pro hac vice*)
BAKERHOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC 20026
Tel: (202) 861-1530
gketeltas@bakerlaw.com

By: */s/ Jeff Tsai*
Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 615-6055
jeff.tsai@dlapiper.com

By: */s/ Kristine McAlister Brown*
Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7584
kristy.brown@alston.com

By: */s/Edward P. Boyle*
Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel: (212) 808-5675
epboyle@venable.com

By: */s/Kari M. Rollins*
Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 634-3077
Krollins@sheppardmullin.com

By: */s/Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR
LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Felicia.ellsworth@wilmerhale.com

*Defendants' Liaison Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 15, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)