**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:<br><br>MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No.: 1:23-md-03083-ADB |
| This Document Relates to:<br><br>*McDaniel, et al. v. Progress Software Corporation, et al.*, Case No.: 1:23-cv-11939 (D. Mass.)<br><br>*Daniels v. Progress Software Corporation, et al.*, Case No.: 1:23-cv-12010 (D. Mass.)<br><br>*McPherson v. UNUM Group, et al.*, Case No.: 1:23-cv-12411 (D. Mass.)<br><br>*Wilt v. Maximus, Inc.*, Case No.: 1:23-cv-12445 (D. Mass.)<br><br>*Taylor v. Maximus, Inc.*, Case No.: 1:23-cv-12447 (D. Mass.)<br><br>*Soape v. Progress Software Corporation et al.*, Case No.: 1:23-cv-12476 (D. Mass.)<br><br>*Santanelli v. Maximus Federal Services, Inc.*, Case No.: 1:23-cv-12659 (D. Mass.)<br><br>*Contreras v. UNUM Group Corporation*, Case No.: 1:23-cv-12767 (D. Mass.)<br><br>*Williams v. UNUM Group*, Case No.: 1:23-cv-12768 (D. Mass.) | |

*Wedeking v. International Business Machines Corporation*, Case No.: 1:23-cv-12786 (D. Mass.)

*Forsyth v. Maximus, Inc. et al.*, Case No.: 1:24-cv-10218 (D. Mass.)

*Garcia v. Maximus Health Services, Inc.*, Case No.: 1:24-cv-11012 (D. Mass.)

*Allman, et al. v. International Business Machines Corporation*, Case No.: 1:24-cv-11126 (D. Mass.)

*Bloch, et al. v. Progress Software Corporation et al.*, Case No.: 1:24-cv-11567 (D. Mass.)

**NOTICE OF APPEARANCE**

Please take notice that Katherine B. Wellington, of Hogan Lovells Cadwalader US LLP, enters her appearance as counsel of record for Defendants Maximus, Inc., Maximus Federal Services, Inc., Maximus US Services, Inc. (f/k/a Maximus Health Services, Inc.), Maximus Human Services, Inc., Unum Group, and International Business Machines Corporation.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Katherine B. Wellington*

Katherine B. Wellington (BBO #688577)
HOGAN LOVELLS CADWALADER US LLP
125 High Street, Suite 2010
Boston, MA 02110
Tel: (617) 702-7745
katherine.wellington@hlc.com

*Attorney for Defendants Maximus, Inc. and Maximus Federal Services, Inc., Maximus Health Services, Inc., Maximus Human Services, Inc., Unum Group, and International Business Machines Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF System, which will send notice of filing to all counsel of record.

Dated: October 23, 2026

*/s/ Katherine B. Wellington*
Katherine B. Wellington