**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:<br><br>MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No.: 1:23-md-03083-ADB |
| This Document Relates to:<br><br>*McDaniel, et al. v. Progress Software Corporation, et al.*, Case No.: 1:23cv11939 (D. Mass.)<br><br>*Daniels v. Progress Software Corporation, et al.*, Case No.: 1:23-cv-12010 (D. Mass.)<br><br>*McPherson v. UNUM Group et al.*, Case No.: 1:23-cv-12411 (D. Mass.)<br><br>*Wilt v. Maximus, Inc.*, Case No.: 1:23-cv-12445 (D. Mass.)<br><br>*Taylor v. Maximus, Inc.*, Case No.: 1:23-cv-12447 (D. Mass.)<br><br>*Soape v. Progress Software Corporation et al.*, Case No.: 1:23-cv-12476 (D. Mass.)<br><br>*Santanelli v. Maximus Federal Services, Inc.*, Case No.: 1:23-cv-12659 (D. Mass.)<br><br>*Contreras v. UNUM Group Corporation*, Case No.: 1:23-cv-12767 (D. Mass.)<br><br>*Williams v. UNUM Group*, Case No.: 1:23-cv-12768 (D. Mass.) | |

*Wedeking v. International Business Machines Corporation*, Case No.: 1:23-cv-12786 (D. Mass.)

*Forsyth v. Maximus, Inc. et al.*, Case No.: 1:24-cv-10218 (D. Mass.)

*Garcia v. Maximus Health Services, Inc.*, Case No.: 1:24-cv-11012 (D. Mass.)

*Allman et al v. International Business Machines Corporation*, Case No.: 1:24-cv-11126 (D. Mass.)

*Bloch et al v. Progress Software Corporation et al.*, Case No.: 1:24-cv-11567 (D. Mass.)

**MOTION FOR LEAVE FOR DANIELLE DESAULNIERS STEMPEL TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.5.3(e) of the Local Rules of Civil Procedure of the United States District Court for the District Court of Massachusetts and MDL Order Nos. 2 and 6, Katherine Wellington, a member of the bar of this Court, hereby moves for an Order permitting Danielle Desaulniers Stempel to appear *pro hac vice* before this Court as counsel for Defendants Maximus, Inc., Maximus Federal Services, Inc., Maximus US Services, Inc. (f/k/a Maximus Health Services, Inc.), Maximus Human Services, Inc., Unum Group, and International Business Machines Corporation.

In support of this motion, and as set forth in the attached Certification submitted by Ms. Stempel, the undersigned affirms that Ms. Stempel:

1. Is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice;

2. Has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction;

3. Has not previously had a *pro hac vice* admission to this court (or other admission for limited purpose) revoked for misconduct; and

4. Has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that Danielle Desaulniers Stempel be admitted to practice before this Court *pro hac vice*.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Katherine B. Wellington*
Katherine B. Wellington (BBO #688577)
HOGAN LOVELLS CADWALADER US LLP
125 High Street, Suite 2010
Boston, MA 02110
Tel: (617) 702-7745
katherine.wellington@hlc.com

*Attorney for Defendants Maximus, Inc. and Maximus Federal Services, Inc., Maximus Health Services, Inc., Maximus Human Services, Inc., Unum Group, and International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF System, which will send notice of filing to all counsel of record.

Dated: October 28, 2026

*<u>/s/ Katherine B. Wellington</u>*
Katherine B. Wellington