**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:<br><br>MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No.: 1:23-md-03083-ADB |
| This Document Relates to:<br><br>*McDaniel, et al. v. Progress Software Corporation, et al.*, Case No.: 1:23cv11939 (D. Mass.)<br><br>*Daniels v. Progress Software Corporation, et al.*, Case No.: 1:23-cv-12010 (D. Mass.)<br><br>*McPherson v. UNUM Group et al.*, Case No.: 1:23-cv-12411 (D. Mass.)<br><br>*Wilt v. Maximus, Inc.*, Case No.: 1:23-cv-12445 (D. Mass.)<br><br>*Taylor v. Maximus, Inc.*, Case No.: 1:23-cv-12447 (D. Mass.)<br><br>*Soape v. Progress Software Corporation et al.*, Case No.: 1:23-cv-12476 (D. Mass.)<br><br>*Santanelli v. Maximus Federal Services, Inc.*, Case No.: 1:23-cv-12659 (D. Mass.)<br><br>*Contreras v. UNUM Group Corporation*, Case No.: 1:23-cv-12767 (D. Mass.)<br><br>*Williams v. UNUM Group*, Case No.: 1:23-cv-12768 (D. Mass.) | |

*Wedeking v. International Business Machines Corporation*, Case No.: 1:23-cv-12786 (D. Mass.)

*Forsyth v. Maximus, Inc. et al.*, Case No.: 1:24-cv-10218 (D. Mass.)

*Garcia v. Maximus Health Services, Inc.*, Case No.: 1:24-cv-11012 (D. Mass.)

*Allman et al v. International Business Machines Corporation*, Case No.: 1:24-cv-11126 (D. Mass.)

*Bloch et al v. Progress Software Corporation et al.*, Case No.: 1:24-cv-11567 (D. Mass.)

**DECLARATION OF DANIELLE DESAULNIERS STEMPEL**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Danielle Desaulniers Stempel, declare and certify the following:

1. I am an attorney at Hogan Lovells Cadwalader US LLP, and my address and contact information is as follows:

Hogan Lovells Cadwalader US LLP
555 13th Street NW
Washington, D.C. 20004
Tel: (202) 637-5600
danielle.stempel@hlc.com

2. I am a member in good standing and admitted to practice in the following states and United States District Courts:

   a. State of Maryland (Bar #1712140204), admitted December 14, 2017

   b. District of Columbia (Bar #1658137), admitted July 15, 2020

   c. Supreme Court of Maryland, admitted December 14, 2017

   d. District of Columbia Court of Appeal, admitted July 15, 2020

e. U.S. District Court, District of Maryland, admitted December 14, 2017

f. U.S. District Court, District of Columbia, admitted September 13, 2021

g. U.S. Court of Federal Claims, admitted May 6, 2020

h. U.S. Court of Appeals, Second Circuit, admitted June 27, 2024

i. U.S. Court of Appeals, Third Circuit, admitted November 24, 2021

j. U.S. Court of Appeals, Fourth Circuit, admitted June 13, 2018

k. U.S. Court of Appeals, Fifth Circuit, admitted January 31, 2023

l. U.S. Court of Appeals, Sixth Circuit, October 19, 2021

m. U.S. Court of Appeals, Seventh Circuit, admitted September 17, 2025

n. U.S. Court of Appeals, Ninth Circuit, admitted December 11, 2019

o. U.S. Court of Appeals, Tenth Circuit, admitted December 19, 2019

p. U.S. Court of Appeals, Eleventh Circuit, admitted January 19, 2023

q. U.S. Court of Appeals, D.C. Circuit, admitted May 15, 2019

r. U.S. Court of Appeals, Federal Circuit, admitted January 31, 2023

s. U.S. Supreme Court, admitted May 15, 2023

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2026

/s/ Danielle Desaulniers Stempel
Danielle Desaulniers Stempel