UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**BELLWETHER PLAINTIFFS' UNOPPOSED MOTION TO AMEND**
**THE OCTOBER 19, 2026 STATUS CONFERENCE TRANSCRIPT**

Plaintiffs file this motion to request that the Court correct several transcription errors contained in the transcript for the Status Conference held before the Court on October 19, 2026 (ECF No. 2156). The current transcript draft includes several minor errors or typos that affect the ability of the reader to understand what transpired. Most importantly, the transcript currently misstates counsel's reference to "*Continental Ore*" (*Cont'l Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690, 699 (1962)) as a reference to "continental law." The six proposed revisions and the justifications for those revisions are as follows:

| CITE | Text | Corrected text | Reason |
|---|---|---|---|
| 7:18 | "… deferring **arguing** on …" | "… deferring **argument** on …" | Transcription error |
| 7:23 | "…to strike **or** diminished …" | "… to strike **our** diminished …" | Transcription error |
| 7:16 | "… consistent with **continental law,** you …" | "… consistent with ***Continental Ore,*** you …" | Transcription error |
| 9:10 | "**and** their claim …" | "**is** their claim …" | Transcription error |
| 10:10 | "… this **reported** motion to strike" | "… this **purported** motion to strike" | Transcription error |
| 11:1 | "they were **committed** to file…" | "they were **permitted** to file…" | Transcription error |

Plaintiffs' counsel have conferred with defense counsel and they do not oppose this request. A proposed Order is attached for the Court's convenience.

Dated: October 28, 2026

Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

**LOCAL RULE 7.1 CERTIFICATION**

I, Austin Cohen, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for Plaintiffs have conferred in good faith with counsel for Bellwether Defendants they do not oppose this Motion.

Dated: October 28, 2026

*/s/ Austin Cohen*
Austin Cohen

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 28, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)