UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**[PROPOSED] ORDER GRANTING BELLWETHER PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE OCTOBER 19, 2026 STATUS CONFERENCE TRANSCRIPT**

This matter is before the Court on Bellwether Plaintiffs' Unopposed Motion to Amend the October 19, 2026 Status Conference Transcript.

It is hereby **ORDERED** that for good cause shown, the Bellwether Plaintiffs' Unopposed Motion to Amend the October 19, 2026 Status Conference Transcript is **GRANTED**. The court reporter shall make the following edits to the transcript of the October 19, 2026 Status Conference (ECF No. 2156) in order to correct transcription errors and improve the readability of the transcript:

| CITE | Text | Corrected text |
|---|---|---|
| 7:18 | "… deferring **arguing** on …" | "… deferring **argument** on …" |
| 7:23 | "…to strike **or** diminished …" | "… to strike **our** diminished …" |
| 7:16 | "… consistent with **continental law,** you …" | "… consistent with ***Continental Ore,*** you …" |
| 9:10 | "**and** their claim …" | "**is** their claim …" |
| 10:10 | "… this **reported** motion to strike" | "… this **purported** motion to strike" |
| 11:1 | "they were **committed** to file…" | "they were **permitted** to file…" |

SO ORDERED this ________ day of ____________________, 2026

________________________________
HON. ALLISON D. BURROUGHS
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 28, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)