**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**[PROPOSED] ORDER GRANTING BELLWETHER DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

This matter is before the Court on Bellwether Defendants' Unopposed Motion for Leave to File Under Seal: (1) Bellwether Defendants' forthcoming joint opposition to Plaintiffs' motion for class certification and all accompanying declarations and exhibits; (2) Bellwether Defendants' forthcoming individual supplemental opposition briefs to Plaintiffs' motion for class certification and all declarations and accompanying exhibits; (3) the forthcoming Rule 702 Motion for Shannon R. Wheatman and accompanying declarations and exhibits; (4) the forthcoming Rule 702 Motion for Matthew K. O'Neill and accompanying declarations and exhibits; and (5) the forthcoming Rule 702 Motion for Russell Mangum III and accompanying declarations and exhibits.

It is hereby **ORDERED** that Bellwether Defendants' motion to file under seal is **GRANTED.**

SO ORDERED this _____ day of _______, 2026

____________________________
Hon. Allison D. Burroughs
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF System, which will send notice of the filing to all counsel of record.

Dated: October 28, 2026

*/s/ Allison M. Holt Ryan*
Allison M. Holt Ryan