**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**BELLWETHER DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 5.4(G)(1)(a) and 7.2 of the United States District Court for the District of Massachusetts, Bellwether Defendants respectfully move this Court for leave to file under seal: (1) Bellwether Defendants' forthcoming joint opposition to Plaintiffs' motion for class certification and all accompanying declarations and exhibits; (2) Bellwether Defendants' forthcoming individual supplemental opposition briefs to Plaintiffs' motion for class certification and all accompanying declarations and exhibits; (3) the forthcoming Rule 702 Motion for Shannon R. Wheatman and accompanying declarations and exhibits; (4) the forthcoming Rule 702 Motion for Matthew K. O'Neill and accompanying declarations and exhibits; (5) the forthcoming Rule 702 Motion for Russell Mangum III and accompanying declarations and exhibits.

All of the above-mentioned memoranda, reports, and exhibits contain or are derived from materials that were designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by the producing party pursuant to the Court's Protective Order, on account of the materials containing confidential, proprietary, and private information for which special protection from public disclosure is warranted. Having done so, Bellwether Defendants will coordinate (beginning November 2, 2026) with the producing parties and/or Plaintiffs' counsel as appropriate to identify appropriate redactions and will docket redacted versions as soon as practicable. This approach

serves the interests of transparency and efficiency, and mirrors the approach this Court permitted for Bellwether Plaintiffs' class certification memorandum and accompanying exhibits, including expert reports. By conferring before proposed final redactions, the parties can adequately protect confidential information while permitting appropriate public access to the filings.

In accordance with Local Rule 7.1, Bellwether Defendants conferred with Plaintiffs who do not oppose this motion.

WHEREFORE, Bellwether Defendants respectfully request that this Court grant this motion to seal and enter the proposed Order permitting the Bellwether Defendants to file under seal (1) Bellwether Defendants' forthcoming joint opposition to Plaintiffs' motion for class certification and all accompanying declarations and exhibits; (2) Bellwether Defendants' forthcoming individual supplemental opposition briefs to Plaintiffs' motion for class certification and all accompanying declarations and exhibits; (3) the forthcoming Rule 702 Motion for Shannon R. Wheatman and accompanying declarations and exhibits; (4) the forthcoming Rule 702 Motion for Matthew K. O'Neill and accompanying declarations and exhibits; and (5) the forthcoming Rule 702 Motion for Russell Mangum III and accompanying declarations and exhibits.

Dated: October 28, 2026

Respectfully submitted,
By: */s/ Allison M. Holt Ryan*

**Hogan Lovells Cadwalader LLP**
Allison M. Holt Ryan (*pro hac vice*)
555 13th Street NW
Washington, D.C. 20004
Tel: (202) 637-5600
allison.holt-ryan@hlc.com

*Counsel for Defendants Maximus, Inc., Maximus Federal Services, Inc., and Maximus US Services, Inc. (f/k/a Maximus Health Services, Inc.)*

By: /s/ *Marc R. Shapiro*
**Orrick Herrington & Sutcliffe LLP**
Marc R. Shapiro (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
(212) 506-3546
mrshapiro@orrick.com

Aravind Swaminathan (*pro hac vice*)
401 Union Street, Suite 3300
Seattle, WA 98101
(206) 839-4340
aswaminathan@orrick.com

*Counsel for Defendant Teachers Insurance and Annuity Association of America*

By: /s/ *Jack W. Pirozzolo*
**Sidley Austin LLP**
Jack W. Pirozzolo (BBO # 564879)
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

*Counsel for Defendants Genworth Life Insurance Co., Genworth Financial, Inc., and Genworth Life and Annuity Insurance Co.*

By: /s/ *Kyle T. Cutts*
**BakerHostetler LLP**
Kyle T. Cutts (*pro hac vice*)
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 861-7576
kcutts@bakerlaw.com

*Counsel for Defendants OSF Healthcare System, CHI Health - NE, and Virginia Mason Franciscan Health*

By: */s/ Michael J. Dailey*
**Gordon Rees Scully Mansukhani LLP**
Craig J. Mariam (*pro hac vice*)
Michael J. Dailey (*pro hac vice*)
Lara S. Garner (*pro hac vice*)
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
(213) 576-5000
cmariam@grsm.com
mdailey@grsm.com
lsgarner@grsm.com

*Counsel for Defendants Milliman Solutions, LLC, Milliman, Inc. d/b/a Milliman Intelliscript, and MEMBERS Life Insurance Company*

By: */s/ Christopher G. Dean*
**McDonald Hopkins LLC**
Christopher G. Dean (*pro hac vice*)
Jeffrey S. Haut (*pro hac vice*)
Luke A. Davis (*pro hac vice*)
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
(216) 348-5400
cdean@mcdonaldhopkins.com
jhaut@mcdonaldhopkins.com
ldavis@mcdonaldhopkins.com

*Counsel for Defendant Sutter Health*

By: */s/ Michael G. Latiff*
**McDonald Hopkins LLC**
Michael G. Latiff (*pro hac vice*)
Timothy J. Lowe (*pro hac vice*)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
mlatiff@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com

**McDonald Hopkins LLC**
Jennifer W. Torrez (*pro hac vice*)
300 N. LaSalle Street, Suite 1400
Chicago, IL 60654
(312) 280-0111
jtorrez@mcdonaldhopkins.com

*Counsel for Defendant Corewell Health East*

By: */s/ Kari M. Rollins*
**Sheppard, Mullin, Richter & Hampton LLP**
Kari M. Rollins (*pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112-0015
Tel: (212) 653-8700
krollins@sheppard.com

*Counsel for Defendants Delta Dental of California, Delta Dental of Pennsylvania, Delta Dental of New York, Inc., Delta Dental Insurance Company, and Delta Dental Plans Association*

By: */s/ Jeff Tsai*
**DLA Piper LLP**
Jeff Tsai (*pro hac vice*)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: (415) 836-2500
jeff.tsai@us.dlapiper.com

*Counsel for Defendant Progress Software Corporation and Ipswitch, Inc.*

By: */s/ Paulyne Gardner*
**Mullen Coughlin LLC**
Paulyne Gardner (*pro hac vice*)
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4770
pgardner@mullen.law

*Counsel for Defendant Pension Benefit Information, LLC*

By: */s/ Amanda N. Harvey*

**Mullen Coughlin LLC**
Amanda N. Harvey (*pro hac vice*)
Kayleigh J. Watson (*pro hac vice*)
1452 Hughes Road, Suite 200
Grapevine, TX 76051
Phone: (267) 930-1697
Fax: (267) 930-4771
aharvey@mullen.law
kwatson@mullen.law

*Counsel for Welltok, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, Allison Holt Ryan, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for Bellwether Defendants have conferred in good faith with counsel for Plaintiffs and confirmed that they do not oppose this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF System, which will send notice of the filing to all counsel of record.

Dated: October 28, 2026

*/s/ Allison M. Holt Ryan*
Allison M. Holt Ryan