**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>23-cv-13030-ADB<br>23-cv-12725-ADB | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CBIZ, INC. CLASS ACTION SETTLEMENT**

Pursuant to LR 7.1(b)(4), Plaintiffs Gary Zahara and Ricky Feagins ("Plaintiffs"), respectfully request leave to file up to a 30-page overlength memorandum of law in support of their forthcoming Unopposed Motion for Preliminary Approval of Proposed CBIZ, Inc. Class Action Settlement (the "Preliminary Approval Motion"), 10 pages in excess of the 20 pages permitted by the Court's Local Rules. Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Proposed CBIZ, Inc. Class Action Settlement (the "Memorandum") discusses the relevant claims and litigation history and outlines the key terms of the proposed Class Action Settlement Agreement between Plaintiffs and Defendant CBIZ, Inc. The Memorandum also presents legal authorities and arguments as to why the proposed settlement warrants preliminary approval as fair, reasonable, and adequate. Additional pages are needed to cover these topics and to make the necessary showing supporting preliminary approval of the proposed settlement.

WHEREFORE, for the foregoing reasons, Plaintiffs request leave to file up to a 30-page memorandum of law (excluding tables and signature blocks) in support of their forthcoming Preliminary Approval Motion.

Dated: October 29, 2026

Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(a)(2), that counsel for Plaintiffs have conferred in good faith with counsel for Defendant CBIZ, Inc., and Defendant does not oppose this Motion.

Dated: October 29, 2026

*/s/ Gary F. Lynch*
Gary F. Lynch

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 29, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)