**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>23-cv-13030-ADB<br>23-cv-12725-ADB | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, on this ____ day of ____________________, 2026, that Plaintiffs' Unopposed Motion for Leave to File an Overlength Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed CBIZ, Inc. Class Action Settlement is GRANTED.

It is further ORDERED that Plaintiffs may file up to a 30-page memorandum of law in support of their Unopposed Motion for Preliminary Approval of Proposed CBIZ, Inc. Class Action Settlement (not counting tables or the signature blocks).

______________________________
HON. ALLISON D. BURROUGHS
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 29, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)