**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**JOINT AGENDA FOR THE NOVEMBER 4, 2026 STATUS CONFERENCE**

1. Oral Argument on Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (ECF No. 2100)

At the October 19, 2026 status conference, the Court advised it would consider the briefing on Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (ECF No. 2100), and advise whether it would hear oral argument at the next status conference. The parties will be prepared to argue the Motion at the November 4, 2026 status conference.

2. Update on Discovery –

*Doug McNamara for Plaintiffs*

Fact discovery closed in this case on September 29, 2026. MDL Order No. 35 at 1 (ECF 1907).

3. Class Certification Briefing, Expert Discovery, and Daubert Briefing Schedule

*Doug McNamara for Plaintiffs*

**I. Expert Deposition Dates and Scheduling**

**Plaintiffs' Position**: In the September 14, 2026 agenda, the parties agreed that by October 23, 2026 (6:00 p.m. ET), Bellwether Defendants would provide three dates of availability for each expert, with all depositions to conclude no later than November 20, 2026, to

avoid Thanksgiving week and allow adequate time for Plaintiffs' Reply and Daubert briefing (currently due November 30, 2026).

Defendants breached this agreement. After missing the October 23, 6:00 pm ET deadline, Plaintiffs followed up and dates for one expert were provided, with no indication additional experts were forthcoming. A few days later, defense counsel informed Plaintiffs that additional experts would be disclosed on October 29. After further follow-up from Plaintiffs, Defendants offered dates scattered across five cities, including dates that violate the November 20 cutoff:

1. Damages Rebuttal Expert: Nov. 9, 12, 13 (Philadelphia)
2. Putative Class Member Identification Expert: Nov. 17, 18, 19 (Los Angeles)
3. Dark Web Expert: Nov. 19, 23, 24 (New York)
    - violates the Nov. 20 cutoff / Thanksgiving week
4. Progress-Specific Damages Expert: Nov. 11, 12, 13 (San Francisco)
5. Maximus-Specific Dark Web Expert: November 16, 17, 24 (Washington, D.C.)
    - violates the Nov. 20 cutoff / Thanksgiving week

Defendants have still not responded to requests as to whether any are disclosing a liability expert. Plaintiffs have accepted dates, mostly appearing remotely.

Defendants' unilateral delay, nationwide travel demands, and push into Thanksgiving week prejudice Plaintiffs' ability to obtain transcripts and brief their Reply. Plaintiffs request the Court order:

1. All defense expert depositions to be conducted remotely via videoconference should Plaintiffs elect so;
2. Immediate provision of dates for any remaining experts; and



v.

3. A commensurate extension of Plaintiffs' Reply and Daubert motion deadlines by one week.

**<u>Defendants' Position</u>:** Defendants oppose Plaintiffs' request for an extension premised on a manufactured scheduling issue. Plaintiffs requested that all of Defendants' expert depositions occur prior to November 20, 2026, and Defendants endeavored to provide dates of availability as promptly as possible, which required coordination among various experts and defense counsel to identify available dates without significant overlap. After Plaintiffs raised this issue in the status conference agenda draft sent to Defendants, Defendants promptly contacted the expert witnesses to identify additional dates prior to November 20 for the two experts noted above. However, less than 24 hours after Plaintiffs claimed "unilateral delay" and complained about deposition dates pushing into Thanksgiving week, they *selected November 24* for one of those experts – illustrating the contrived nature of this issue. Plaintiffs have also confirmed dates for all of four of the remaining experts. These are the only experts Defendants will serve reports for in connection with class certification.

Furthermore, because Defendants do not oppose Plaintiffs' request to appear remotely at these depositions, "nationwide travel demands" are a non-issue for Plaintiffs.[1] Accordingly, Plaintiffs have received the dates and attendance parameters they requested – before Defendants even served their class certification opposition briefs and expert reports – and they have confirmed all five deposition dates. They have suffered no prejudice; nor is there any other basis to grant an extension beyond the schedule that the Court has reiterated multiple times is set in stone.

---

[1] Defendants reserve the right to appear in person at these depositions.

**II. Page Limits for Plaintiffs' Reply Brief**

**Plaintiffs' Position:** Plaintiffs request an opportunity to discuss an appropriate page limit for their upcoming reply in support of class certification in light of Defendants' opposition on October 30, 2026. Plaintiffs will ask Defendants to meet and confer about page limits no later than Nov. 3, 2026 and, if unable to reach agreement, Plaintiffs will raise the dispute with the Court during the status conference.

**Defendants' Position:** Defendants request that the Court order the parties meet and confer on a page limit for Plaintiffs' reply brief(s) after the filing of Defendants' opposition papers on October 30. To the extent the parties cannot reach an agreement, they will promptly contact the Court.

4. Settlements

*Doug McNamara for Plaintiffs*

Final Approval Hearing for GRIPA Settlement set for November 12, 2026 (ECF No. 2076).

5. Pending Matters/Motions

Bellwether Plaintiffs' Motion to Compel Documents Improperly Withheld as Attorney-Client Privileged or Subject to Work Product Protection (ECF Nos. 2096, 2104, 2111). Bellwether Defendant Progress Software Corp.'s Opposition to Bellwether Plaintiffs' Motion to Compel Documents Improperly Withheld as Attorney-Client Privileged or Subject to Work Product Protection (ECF Nos. 2118, 2120).

Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for the Settlement Class Representative from the GRIPA Settlement (ECF Nos. 1979-1980).

Plaintiff's Unopposed Motion for Final Approval of Proposed GRIPA Class Action Settlement (ECF Nos. 2028-2031).

Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for the Settlement Class Representatives from the EY/BOA Settlement (ECF Nos. 2049-2052).

Bellwether Plaintiffs' Motion for Class Certification (ECF Nos. 2071-2073, 2079 (Corrected Motion)) (Redactions in progress).

Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (ECF No. 2100). Bellwether Plaintiffs' Opposition to Bellwether Defendants' Motion to Strike Abandoned and Unpleaded Injury Theories or Grant Judgment on the Pleadings (ECF No. 2132).

Dated: October 30, 2026

Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

Dated: October 30, 2026

By: */s/ Aravind Swaminathan*
Aravind Swaminathan (*pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel: (206) 839-4340
aswaminathan@orrick.com

By: */s/Allison M. Holt Ryan*
Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
555 13th Street NW
Washington, D.C. 20004
Tel: (202) 637-5600
allison.holt-ryan@hlc.com



v.

By: */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304
jpirozzolo@sidley.com

By: */s/ Nathaniel R. Mendell*
Nathaniel R. Mendell (BBO # 645283)
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
Tel: 617-648-4700
nmendell@mofo.com

By: */s/ Paulyne Gardner*
Paulyne Gardner (*pro hac vice*)
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4770
pgardner@mullen.law

By: */s/ Gilbert S. Keteltas*
Gilbert S. Keteltas (*pro hac vice*)
BAKERHOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, DC 20026
Tel: (202) 861-1530
gketeltas@bakerlaw.com

By: */s/ Jeff Tsai*
Jeff Tsai (*pro hac vice*)
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 615-6055
jeff.tsai@dlapiper.com



v.

By: */s/ Kristine McAlister Brown*
Kristine McAlister Brown (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7584
kristy.brown@alston.com

By: */s/Edward P. Boyle*
Edward P. Boyle (*pro hac vice*)
VENABLE LLP
151 West 42nd Street, 49th Floor
New York, NY 10036
Tel: (212) 808-5675
epboyle@venable.com

By: */s/Kari M. Rollins*
Kari M. Rollins (*pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 634-3077
Krollins@sheppardmullin.com

By: */s/Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6687
Felicia.ellsworth@wilmerhale.com

*Defendants' Liaison Committee*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: October 30, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)



v.