# EXHIBIT 9

Welltok.
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

December 1, 2023

577121
403486

*****************AUTO**5-DIGIT 98499

Meghan McClendon
[redacted]

**Notice of Data Event**

Dear Meghan McClendon:

Welltok, Inc. writes on behalf of Virginia Mason Franciscan Health to inform you of an event that may affect the security of your personal information. Welltok operates an online contact-management platform that enables healthcare clients to provide patients and members with important notices and communications for Virginia Mason Franciscan Health and received your information in connection with these services. Although we have no indication of actual fraud or misuse of your information, we are providing you with information about the incident, our response to it, and resources available to you to help protect your information, should you feel it appropriate to do so.

**What Happened**. On July 26, 2023, we were alerted to an earlier alleged compromise of our MOVEit Transfer server in connection with software vulnerabilities made public by the developer of the MOVEit Transfer tool. We had previously installed all published patches and security upgrades immediately upon such patches being made available by Progress Software, the maker of the MOVEit Transfer tool. We also conducted an examination of our systems and networks using all information available to determine the potential impact of the published vulnerabilities' presence on the MOVEit Transfer server and the security of data housed on the server. We confirmed that there was no indication of any compromise at that time.

Upon being alerted to the alleged issue, we moved quickly to launch an additional investigation with the assistance of third-party cybersecurity specialists and using additional information that had been discovered in the intervening period, to determine the potential for a hidden presence of vulnerabilities on the MOVEit Transfer server and the security of data housed on the server. After a full reconstruction of our systems and historical data, our investigation determined on August 11, 2023, that an unknown actor exploited software vulnerabilities, accessed the MOVEit Transfer server on May 30, 2023, and exfiltrated certain data from the MOVEit Transfer server during that time. We subsequently undertook an exhaustive and detailed reconstruction and review of the data stored on the server at the time of this incident to understand the contents of that data and to whom that data relates. On November 7, 2023, Virginia Mason Franciscan Health learned the scope of the data present on the impacted server at the time of the event. Since then, we have been coordinating efforts with Virginia Mason Franciscan Health to review and verify the affected information and provide direct notice to impacted individuals.

**What Information Was Involved**. While we have no evidence that any of your information has been misused, we are notifying you and providing information and resources to help protect your personal information. The following types of your information may have been impacted: your name and name, address, date of birth, some clinical information, patient ID, and health insurance information. No Social Security numbers were included.

026171

B108164

K4136-L0