# EXHIBIT 15

CHANGE HEALTHCARE
P.O. Box 989728
West Sacramento, CA 95798-9728

To enroll in free credit monitoring services, please visit: www.changecybersupport.com and click the link to register online with IDX.

>006128 3633086 0001 8515 2OZ

September 3, 2024

Amanda Copans
2025 Baker St
San Francisco, CA 94115-1603

## Notice of Data Breach

To Amanda Copans:

We are sorry to tell you about a privacy event. This letter is from Change Healthcare ("CHC"). We work with many doctors, health insurance plans, and other health companies to help provide health services or benefits. This event may have involved your data.

**What happened?**
On February 21, 2024, CHC found activity in our computer system that happened without our permission. We quickly took steps to stop that activity. We began investigating right away and hired a special team to help us. We also called law enforcement. We also turned off CHC's systems to help protect our business customers and their individuals.

On March 7, 2024, we learned a cybercriminal was able to see and take copies of some data in our computer system. This happened between February 17, 2024 and February 20, 2024. We received files that were safe to look at on March 13, 2024.

**What information was involved?**
We have told our business customers about this event. Starting on June 20, 2024, we began notifying our business customers about what data may have been seen and taken. We encourage you to remain vigilant by checking bills and accounts. The data that may have been seen and taken includes contact information (such as name, address, date of birth, phone number, and email) plus one or more of the following:

- Health insurance data (such as health plans/policies, insurance companies, member/group ID numbers, and Medicaid-Medicare-government payor ID numbers)
- Health data (such as medical record numbers, doctors, diagnoses, medicines, test results, images, care, and treatment)
- Billing, insurance claims and payment data (such as claim numbers, account numbers, billing codes, payment cards, financial and banking, and balance)
- Other personal data (such as Social Security number, driver's license or state ID number, or other ID number)

The data that may have been seen and taken was not the same for everyone. Some of this data may be about the person who paid the bill for health care services.

Redacted

DEFENDANT'S EXHIBIT 10
ALL-STATE LEGAL®

**Why did this happen?**
A cybercriminal accessed our computer system without our permission.

**What is CHC doing?**
We investigated and called law enforcement. We are also making our computer systems even stronger than before. We do not want this to happen again.

We would like to offer you free credit monitoring and identity theft protection services. We will pay for the cost of this service for 2 years so that it is free for you. We have attached steps on how to sign up for this free service.

**What you can do:**
You can sign up for the free credit monitoring and identity protection services. Be sure that bills and accounts look correct. We have attached steps on how to do that. If you learn of a crime against you, you can file a report with law enforcement.

**What if I have a question?**
If you have any questions or concerns, please call us toll-free at 1-866-262-5342, Monday through Friday, 8 a.m. to 8 p.m. CT. You can also go to www.changecybersupport.com and click the link to register online with IDX to enroll in free credit monitoring services. We are sorry for any concern this event may cause.

Sincerely,

Change Healthcare Privacy Office