# EXHIBIT 16

Welltok.

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

MILBERG LAW/Dean Cohen
518-670-9499

November 17, 2023

493111
9096

****************AUTO**5-DIGIT 48026

Tamara Williams
17840 Glendale St Apt 9
Roseville MI 48066-3445

**Notice of Data Event**

Dear Tamara Williams:

Welltok, Inc., writes on behalf of Corewell Health East to inform you of an event that may affect the security of your personal information. Welltok software operates a contact platform for Corewell Health East and received your information in connection with these services. Although we have no indication of actual fraud or misuse of your information, we are providing you with information about the incident, our response to it, and resources available to you to help protect your information.

**What Happened.** On July 26, 2023, we were alerted to an earlier alleged compromise of our MOVEit Transfer server in connection with software vulnerabilities made public by the developer of the MOVEit Transfer tool. We had previously installed all published patches and security upgrades immediately upon such patches being made available by Progress Software, the maker of the MOVEit Transfer tool and conducted an examination of our systems and networks using all information available to determine the potential impact of the published vulnerabilities' presence on the MOVEit Transfer server and the security of data housed on the server and confirmed that there was no indication of any compromise at that time.

Upon being alerted to the alleged issue, we moved quickly to launch an additional investigation with the assistance of third-party cybersecurity specialists and using additional information that had been discovered in the intervening period, to determine the potential for a hidden presence of vulnerabilities' on the MOVEit Transfer server and the security of data housed on the server. After a full reconstruction of our systems and historical data, our investigation determined on August 11, 2023 that an unknown actor exploited software vulnerabilities, accessed the MOVEit Transfer server on May 30, 2023, and exfiltrated certain data from the MOVEit Transfer server during that time. We subsequently undertook a time-consuming and detailed reconstruction and review of the data stored on the server at the time of this incident to understand the contents of that data and to whom that data relates. Subsequently, we have learned that data related to you was present on the impacted server at the time of the event.

**What Information Was Involved?** While we have no evidence that any of your information has been misused, we are notifying you and providing information and resources to help protect your personal information. The following types of information may have been impacted: name, date of birth, email adddress, phone number, diagnosis, health insurance information, and Social Security Number.

Exhibit No. 6
Date 5/27/26 DT

B108164