# EXHIBIT 17

HealthEC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

HealthEC

PJ6FSD00704183
TAMARA SARAI WILLIAMS
17840 GLENDALE ST APT 9
ROSEVILLE, MI 48066-3445

December [illegible]

Dear Tamara Sarai Williams :

HealthEC, LLC ("HealthEC" or "We") is a population health technology company that provides services to other entities, including Beaumont ACO. We are writing to make you aware of a data incident that may impact the privacy of some of your information we received in connection to our relationship with Beaumont ACO.

**What Happened?** HealthEC became aware of suspicious activity potentially involving our network and promptly began an investigation. The investigation determined that certain systems were accessed by an unknown actor between July 14, 2023, and July 23, 2023, and during this time certain files were copied. We then undertook a thorough review of the files in order to identify what specific information was present in the files and to whom it relates. This review identified information relating to some of our clients. We began notifying our clients on October 26, 2023, and we worked with them to notify potentially impacted individuals, including you. The organization on whose behalf HealthEC is providing your notice is Beaumont ACO.

**What Information Was Involved?** Your name and Date of Birth, Medical Information And Billing Or Claims Information were present in the impacted files.

**What We Are Doing.** We take this event, your privacy, and the security of information in our care very seriously. Upon learning of the suspicious activity, we moved immediately to investigate and respond. The investigation included confirming the security of our network, reviewing the relevant files and systems, notifying potentially affected business partners/customers, and notifying federal law enforcement. As part of our ongoing commitment to your privacy and the security of information in our care, we are also reviewing our existing policies and procedures.

As an added precaution, we are offering twelve (12) months of credit monitoring and identity restoration services through TransUnion. If you wish to activate these complimentary services, you may follow the instructions included in the attached *Steps You Can Take to Protect Personal Information*. We encourage you to enroll in these services as we are unable to act on your behalf to do so.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing account statements, explanation of benefits statements, and monitoring free credit reports for suspicious activity and to detect errors. [illegible] activity should be promptly reported to relevant parties including an [illegible] health care provider [illegible] financial institution. Additional information and resources may be found below in the *Steps You Can Take to Protect Personal Information* section of this notice.

**For More Information.** [illegible]

Sincerely,
HealthEC