**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL<br><br>Judge Allison D. Burroughs |
| This Document Relates To:<br><br>*Torres v. Progress Software Corp., et al.*,<br>No. 1:25-cv-10532-ADB | |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.5.2(c)(1), Amy K. Ream hereby withdraws her appearance as counsel for Plaintiff Domingo Sonny Torres in the above-captioned matter. Plaintiff Torres will continue to be represented by Lead Counsel, Liaison & Coordinating Counsel, and all other previously appearing attorneys from Lynch Carpenter, LLP.

Dated: November 6, 2026

Respectfully submitted,

**LYNCH CARPENTER, LLP**

*/s/ Amy K. Ream*

Amy K. Ream
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
amy@lcllp.com

*Counsel for Plaintiff Domingo Sonny Torres*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: November 6, 2026

*/s/ Amy K. Ream*
Amy K. Ream