**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**PLAINTIFFS' REPORT ON OUTSTANDING MOTION TO COMPEL**

Plaintiffs hereby respectfully provide this report to the Court as directed by ECF No. 2158 and referenced in ECF No. 2173. Counsel for Plaintiffs met and conferred with counsel for the Maximus Defendants and with counsel for Consilio LLC on October 29, 2026 via telephone, and have conferred over email throughout the week of November 2-6. Based on the conversation and follow up communications between the parties, Plaintiffs continue to believe that the parties will be able to reach an agreement that will narrow and may resolve that motion entirely. As a result, the parties respectfully request that they be permitted to provide an additional update no later than November 13, 2026, whether Plaintiffs intend to press the motion to compel with respect to Consilio LLC, or whether instead the parties have narrowed or resolved the motion such that Court intervention is not necessary.

DATED: November 6, 2026

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Plaintiffs' Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*

Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Plaintiffs' Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed on ECF for the purposes of complying with the deadlines in ECF No. 2173.

Dated: November 6, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)