UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>23-cv-13231-ADB<br>23-cv-12922-ADB | MDL No. 1:23-md-03083-ADB-PGL |

**SUPPLEMENTAL DECLARATION OF MELISSA E. BALDWIN REGARDING SETTLEMENT ADMINISTRATION**

1. My name is Melissa E. Baldwin, and I am over the age of 18 years. I make this declaration under the penalty of perjury, freely and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

INTRODUCTION

2. I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. RG/2 Claims is the independent third-party Settlement Administrator[1] appointed by the Court to handle the settlement administration activities in the above-referenced matter, including, but not limited to, assisting in the development and administration of the notice plan and administering the claims process set forth in detail in the Settlement Agreement. This Declaration is based upon my personal knowledge and upon information provided to me by Class Counsel or Defendants Greater

[1] All capitalized terms herein have the same meaning as the terms defined in the Class Action Settlement Agreement and Release ("Settlement Agreement") which is docketed at ECF No. 1731-1

Rochester Independent Practice Association ("GRIPA" or "Defendant") Counsel, my associates, and RG/2 Claims staff members.

3. RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, data security breach, consumer, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2 billion in class action settlement proceeds.

4. I have been actively involved and responsible for handling the administration of the settlement of the above-referenced matter.

5. This declaration is submitted in supplement of the "Declaration of Melissa E. Baldwin Regarding Settlement Administration" dated August 4, 2026, to provide an update regarding the claims process.

6. On behalf of Plaintiffs and Defendant, RG/2 Claims provided notice of the proposed Settlement pursuant to the Class Action Fairness Act (the "CAFA Notice"). In particular, on August 6, 2026, RG/2 Claims caused to be served by Federal Express, or Certified Return Receipt Requested First-Class mail, the CAFA Notice, and the documents required under 28 U.S.C. § 1715(b)(1)-(8) to the United States Attorney General and 53 State and State Territory Attorney Generals. A copy of the Notice of Proposed Settlement, excluding its exhibits, is attached hereto as **Exhibit A**.

7. The Opt-Out Deadline for this Settlement was August 4, 2026. As of the date of this Declaration, RG/2 Claims received four (4) exclusions to the Settlement postmarked on or before August 4, 2026. A list of all the Settlement Class Members who submitted a timely Opt-Out Request is attached hereto as **Exhibit B**.

8. The Objection Deadline for this Settlement was August 4, 2026. As of the date of

this Declaration, RG/2 Claims has not received or been advised of any objections to the Settlement.

9. The Settlement Agreement required RG/2 Claims to serve Reminder Notice by email no later than twenty-five days before the Claims Deadline to Settlement Class Members who had previously received notice successfully by email and have not submitted a Claim Form. On August 4, 2026, RG/2 Claims caused to be served the Reminder Notice to 158,223 Settlement Class Members via email. A true and correct copy of the Reminder notice is attached hereto as "**Exhibit C**.

10. The Claims Deadline for this Settlement was September 3, 2026. As of the date of this Declaration, RG/2 has received and processed 6,636 timely filed Claim Forms from Settlement Class Members resulting in a 2.36% claims rate for Settlement Class Members. RG/2 Claims has also received 102 Claim Forms postmarked or received after the Claims Deadline.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT TO THE BEST OF MY KNOWLEDGE THE FOREGOING IS TRUE AND CORRECT.

Executed on November 10, 2026, at Philadelphia, PA.

Melissa Baldwin

# Exhibit A

RG2
Claims
Administration LLC

August 6, 2026

Via «Via_Mail»

«First» «Last», «Esquire»
«Title»
«Street_1»
«Street2»
«City», «State1» «Zip»

**Re**: *In re: Moveit Customer Data Security Breach Litigation*
MDL No. 1:23-md-03083-ADB-PGL
United States District Court, District of Massachusetts
Notice of Proposed Settlement under the Class Action Fairness Act (CAFA)

To «First» «Last», Esq.:

RG2 Claims Administration LLC is the independent third-party Administrator in the above referenced class action lawsuit that is pending before The Honorable Allison D. Burroughs, U.S.D.J., in the United States District Court for the District of Massachusetts (the "Action"). Wilson Elser Moskowitz Edelman & Dicker LLP represents defendant Greater Rochester Independent Practice Association ("Defendant") in that Action.

This letter is to advise you that plaintiff Kimberly Clarke filed a Motion for Preliminary Approval of a Class Action Settlement in connection with the Action on March 2, 2026, and the Order of Preliminary Approval was entered on **March 25, 2026**.

Defendant denies any wrongdoing or liability whatsoever but has decided to settle the Action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that accompanies this letter.

1. *28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:* A copy of the First Amended Class Action Complaint is included on the enclosed CD as **Exhibit 1**.

2. *28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:* A final fairness hearing in this Action is scheduled for September 3, 2026. Copies of the Motion for Preliminary Approval requesting the Court to preliminarily approve the proposed GRIPA Class Action Settlement; Memo In Support Of the Motion for Preliminary Approval of the Proposed GRIPA Class Action Settlement, Declaration of Gary F. Lynch In Support Of the Motion for Preliminary Approval of the Proposed GRIPA Class Action Settlement are attached as **Exhibit 2**.

3. *28 U.S.C. § 1715(b)(3) – Notification to Class Members:* Copies of the Long Form Notice, Short Form Notice, and the Claim Form are included on the enclosed CD as **Exhibit 3.**

RG2 Claims Administration LLC

4. *28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:* A copy of the Settlement Agreement is included on the enclosed CD as **Exhibit 4.**

5. *28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:* A copy of the Order of Preliminary Approval is included on the enclosed DC as **Exhibit 5**.

6. *28 U.S.C. § 1715(b)(6) – Final Judgment:* No Final Judgment has been reached as of date of this letter, nor have any Notices of Dismissal been entered at this time. A copy of the Proposed Final Approval Order is included on the enclosed CD as **Exhibit 6**.

7. *28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members*: A copy of the count and states of residence for the Class Members is included on the enclosed CD as **Exhibit 7.**

8. *28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:* As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.

If you have questions about this notice, the lawsuit, or the enclosed materials, please contact Jennifer S. Stegmaier at 312-821-6167 (counsel for Defendant GRIPA) or RG/2 Claims Administration LLC at 215-979-1620.

Sincerely,

RG/2 Claims Administration LLC

# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No. 1:23-md-03083-ADB-PGL

This Document Relates To:
23-cv-13231-ADB
23-cv-12922-ADB

List of Exclusion Requests

1. Richard A. Crane
2. Marlo Marriott
3. Phyllis M. Caternolo
4. Mariana L. Rhoades

# Exhibit C

Subject: Greater Rochester Independent Practice Association MOVEit Security Incident Class Action Settlement

**<<Company>> <<First Name>> <<MiddleName>> <<Last Name>> <<Suffix>>**
**Claimant ID: <<Claimant ID>>**
**PIN: <<PIN>>**

**File your claim for up to $100 or more by September 3, 2026**

You may have recently received a mailed or emailed notice of a class action settlement in Massachusetts federal court regarding the MOVEit Data Breach which occurred in May 2023 as it relates to Personally Identifiable Information and/or Protected Healthcare Information ("PII/PHI") entrusted to GRIPA. If so, according to the terms of that notice, you may be eligible to receive **either:** (1) reimbursement of ordinary losses up to $2,500 and reimbursement of extraordinary losses up to $10,000; **or** (2) an alternative cash payment of $100 (subject to *pro rata* reduction or increase based on total claim submission)—in addition to two (2) years of identity theft protection services from the proposed Settlement. To receive a payment and/or identity theft protection services, you must complete and submit a Claim Form. You may file your claim online or complete and mail the downloadable claim form, which are both available on the website, www.moveitsettlementgripa.com. Your Claim Form must be postmarked or submitted online by **September 3, 2026**.

For more information visit the website, www.moveitsettlementgripa.com, where you will find more information, including the Claim Form, a copy of the Settlement Agreement, and answers to questions about the Settlement and other information to help you determine whether you are eligible for a payment or whether to exercise other rights.

**Questions? Go to www.moveitsettlementgripa.com or call 866-742-4955.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: November 11, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson