**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

# NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a Redaction Request shall be filed by Defendant, OSF Healthcare System, electronically with the Court, via CM/ECF, within 21 days from the filing of the transcript. The transcript of the Status Conference held on October 29, 2026 before Chief Magistrate Judge Paul G. Levenson was transcribed by Kristin Kelley, Official Court Reporter.

Dated this 11th day of November, 2026

Submitted by

*/s/ Kyle T. Cutts*

Gilbert S. Keteltas
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Tel: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

Kyle T. Cutts
**BAKER & HOSTETLER LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: (216) 861.7576
Fax: (216) 696.0740
Email: kcutts@bakerlaw.com

Sarah A. Ballard
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861.0600
Fax: (303) 861.7805

Email: sballard@bakerlaw.com
Trischa Snyder Chapman
Kayla Prieto
Graycen W. Hill
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Tel: (614) 228-1541
Fax: (614) 462.2616
Email: tchapman@bakerlaw.com
Email: kprieto@bakerlaw.com
Email: ghill@bakerlaw.com

*Attorneys for Defendant OSF Healthcare System*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be sent to those indicated as non-registered participants on November 11, 2026.

/s/ *Kyle T. Cutts*
Kyle T. Cutts