**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DICKMEYER ET AL V. PROGRESS SOFTWARE CORPORATION**<br><br>**This Document Relates To:**<br><br>**In Re: MOVEit Customer Data Security Breach Litigation**<br><br>**Civil Action No. 1:23-md-03083-ADB** | **Case No. 1:23-cv-12450-ADB** |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF CARSON SMITH**

I, Donna M. Evans, am a member in good standing of the bar of the United States District Court for the District of Massachusetts and the attorney of record for Plaintiff Joel Bonnett in this case. Pursuant to Local Rule 83.5.3, I am moving for the admission of Carson Smith to appear *pro hac vice* in this case as counsel for Plaintiff Joel Bonnett. Carson Smith is a member of the bars of Illinois and the District of Columbia. I have verified that Mr. Smith is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3(e)(3) certification is attached to this motion as Exhibit A. WHEREFORE, it is respectfully requested that this Court enter an Order admitting Carson Smith as counsel for Plaintiffs in the above-captioned case.

Dated: November 10, 2026

By: */s/ Donna M. Evans*

Donna M. Evans (BBO #554613)
**COHEN MILSTEIN SELLERS & TOLL LLP**
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (929) 445-6845
devans@cohenmilstein.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Carson Smith to be served upon all counsel of record via the Court's CM/ECF system.

Dated: November 10, 2026

*/s/ Donna M. Evans*
Donna M. Evans