# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DICKMEYER ET AL V. PROGRESS SOFTWARE CORPORATION**<br><br>**This Document Relates To:**<br><br>**In Re: MOVEit Customer Data Security Breach Litigation**<br><br>**Civil Action No. 1:23-md-03083-ADB** | **Case No. 1:23-cv-12450-ADB** |

**CERTIFCATION OF CARSON SMITH**

I, Carson Smith, pursuant to Local Rule 83.5.3, certify and say:

1. I am an attorney in good standing admitted to practice in Illinois (IL Bar No. 6350122) and the District of Columbia (DC Bar No. 90047414);

2. I have no disciplinary proceedings pending against me in any jurisdiction;

3. I have never had a *Pro Hac Vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct;

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I am an associate at the law firm of Cohen Milstein Sellers & Toll LLP, 1100 New York Avenue NW, 8th Floor, Washington, DC 20005.

Dated: November 10, 2026

By: */s/ Carson Smith*

Carson Smith
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-3678
CSmith@cohenmilstein.com