**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DICKMEYER ET AL V. PROGRESS SOFTWARE CORPORATION**<br><br>**This Document Relates To:**<br><br>**In Re: MOVEit Customer Data Security Breach Litigation**<br><br>**Civil Action No. 1:23-cv-12450-ADB** | **MDL No. 1:23-cv-03083-ADB** |

**NOTICE OF APPEARANCE OF CARSON SMITH**

TO: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Joel Bonnett in the above-captioned case.

Dated: November 18, 2026

By: */s/ Carson Smith*

Carson Smith
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-3678
CSmith@cohenmilstein.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Appearance of Carson Smith to be served upon all counsel of record via the Court's CM/ECF system.

Dated: November 18, 2026

*/s/ Carson Smith*
Carson Smith