**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 1:23-md-03083-ADB-PGL |

**WITHDRAWAL OF NOTICE OF INTENT TO REDACT**

Notice is hereby given that Defendant OSF Healthcare System withdraws its Notice of Intent to Request Redactions filed electronically with the Court on November 11, 2026, regarding the transcript of the Status Conference held on October 29, 2026, before Chief Magistrate Judge Paul G. Levenson and transcribed by Kristin Kelley, Official Court Reporter. Defendant does not intend to request redactions to the transcript.

Dated this 23rd day of November, 2026.

Submitted by

*<u>/s/ Kyle T. Cutts</u>*

Gilbert S. Keteltas
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Tel: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

Kyle T. Cutts
**BAKER & HOSTETLER LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: (216) 861.7576
Fax: (216) 696.0740
Email: kcutts@bakerlaw.com

Sarah A. Ballard
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400

Denver, CO 80202
Tel: (303) 861.0600
Fax: (303) 861.7805
Email: sballard@bakerlaw.com
Trischa Snyder Chapman
Kayla Prieto
Graycen W. Hill
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Tel: (614) 228-1541
Fax: (614) 462.2616
Email: tchapman@bakerlaw.com
Email: kprieto@bakerlaw.com
Email: ghill@bakerlaw.com

*Attorneys for Defendant OSF Healthcare System*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be sent to those indicated as non-registered participants on November 23, 2026.

/s/ *Kyle T. Cutts*
Kyle T. Cutts