UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**BELLWETHER PLAINTIFFS' UNOPPOSED MOTION**
**FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 5.4(G)(1)(a) and 7.2 of the United States District Court for the District of Massachusetts, Bellwether Plaintiffs respectfully move this Court for leave to file under seal (1) Bellwether Plaintiffs' forthcoming Reply Brief in Support of Motion for Class Certification and all accompanying declarations and exhibits; (2) the forthcoming Opposition to Rule 702 Motion for Shannon R. Wheatman and accompanying declarations and exhibits; (3) the forthcoming Opposition to Rule 702 Motion for Matthew K. O'Neill and accompanying declarations and exhibits; (4) the forthcoming Opposition to Rule 702 Motion for Russell Mangum III and accompanying declarations and exhibits; and (5) the forthcoming motions to strike one or more of Bellwether Defendants' experts.

WHEREFORE, the Bellwether Plaintiffs respectfully request that the Court grant this motion to seal and enter the proposed Order permitting the Bellwether Plaintiffs to file under seal (1) Bellwether Plaintiffs' forthcoming Reply Brief in Support of Motion for Class Certification and all accompanying declarations and exhibits; (2) the forthcoming Opposition to Rule 702 Motion for Shannon R. Wheatman and accompanying declarations and exhibits; (3) the forthcoming Opposition to Rule 702 Motion for Matthew K. O'Neill and accompanying declarations and exhibits; (4) the forthcoming Opposition to Rule 702 Motion for Russell

Mangum III and accompanying declarations and exhibits; and (5) the forthcoming motions to strike one or more of Bellwether Defendants' experts.

Dated: November 23, 2026

Respectfully submitted,

By: */s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: */s/ E. Michelle Drake*
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Fl.
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel for Plaintiffs*

**LOCAL RULE 7.1 CERTIFICATION**

I, Kristen A. Johnson, pursuant to Local Rule 7.1(a)(2), hereby certify that counsel for Plaintiffs has conferred in good faith with counsel for Bellwether Defendants and they do not oppose this Motion.

Dated: November 23, 2026

*<u>/s/ Kristen A. Johnson</u>*
Kristen A. Johnson (BBO# 667261)

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: November 23, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)