**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>ALL CASES | |

**[PROPOSED] ORDER GRANTING BELLWETHER PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

This matter is before the Court on Bellwether Plaintiffs' Motion for Leave to File Under Seal: (1) Bellwether Plaintiffs' forthcoming Reply Brief in Support of Motion for Class Certification and all accompanying declarations and exhibits; (2) the forthcoming Opposition to Rule 702 Motion for Shannon R. Wheatman and accompanying declarations and exhibits; (3) the forthcoming Opposition to Rule 702 Motion for Matthew K. O'Neill and accompanying declarations and exhibits; (4) the forthcoming Opposition to Rule 702 Motion for Russell Mangum III and accompanying declarations and exhibits; and (5) the forthcoming motions to strike one or more of Bellwether Defendants' experts.

It is hereby **ORDERED** that Bellwether Plaintiffs' motion to file under seal is **GRANTED**.

SO ORDERED this ________ day of ____________________, 2026

_______________________________
HON. ALLISON D. BURROUGHS
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: November 23, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)