**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3083<br>Civil Action No. 1:23-md-03083-ADB<br><br>Judge Allison D. Burroughs |
| **This Document Relates To:** | |
| GARY ZAHARA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CBIZ, INC. and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Civil Action No. 1:23-cv-12725-ADB |
| RICKY FEAGINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION and CBIZ, INC.,<br><br>Defendants. | Civil Action No. 1:23-cv-13030-ADB |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF CBIZ, INC.**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant CBIZ, Inc. ("CBIZ") makes the following disclosure:

CBIZ is not a publicly traded company. CBIZ is a wholly owned subsidiary of Viking ParentCo. No publicly held corporation currently owns 10% or more of CBIZ's stock.

Dated: November 24, 2026

Respectfully Submitted,

*/s/ Shimshon Balanson*

Shimshon Balanson*
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: +1.216.586.3939
Email: sbalanson@jonesday.com

**Admitted Pro Hac Vice*

*Attorney for Defendant CBIZ, Inc.*

**CERTIFICATE OF SERVICE**

I, Shimshon Balanson, hereby certify that on November 24, 2026, a true and correct copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Note of Electronic Filing:

Dated: November 24, 2026

/s/ *Shimshon Balanson*
Shimshon Balanson